UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY, L.P., et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | |

ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE

COMES NOW Mark V. Bossi of the law firm of Thompson Coburn LLP and hereby enters his appearance on behalf of the Ad Hoc First Lien Group, parties-in-interest herein. The undersigned requests that he be placed on the mailing matrix in the above case and be made a "special notice party" in the case. Further, pursuant to Bankruptcy Rule 2002(g), the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned attorney.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ Mark V. Bossi
Mark V. Bossi, #37008MO
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
mbossi@thompsoncoburn.com

Attorneys for Ad Hoc First Lien Group

7554657