UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY, L.P., et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Zachary Dain Lanier move to be admitted pro hac vice to the bar of this Court for the purpose of representing the Ad Hoc First Lien Group in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney*:
**Zachary Dain Lanier**

b. *Address and telephone number of the movant-attorney*:
**Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036
Tel.: (212)-872-8094**

c. *Name of the firm or letterhead under which the movant practices*:
**Akin Gump Strauss Hauer & Feld LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom*:
**New York University School of Law 2016**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any*:

    (1)    New York (No. 5509633) admitted March 2017

f. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District*:
**Movant is a member in good standing of all bars of which Movant is a member and is not currently under suspension or disbarment from any bar.**

    g.    *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District:*
**Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.**

Movant has associated with Thompson Coburn LLP as local counsel in this matter.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that Movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 10, 2020        Respectfully submitted

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Zachary D. Lanier*
    Zachary Dain Lanier, Bar #5509633
    One Bryant Park
    Bank of America Tower
    New York, New York 10036
    Tel.: (212)-872-1000
    Fax: (212) 872-1002
    email: zlanier@akingump.com

*Counsel to the Ad Hoc First Lien Group*