# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FORESIGHT ENERGY L.P.**, *et al.*, | **Case No. 4:20-bk-41308** |
| **Debtors.** | **(Joint Administration Requested)** |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, I, Dennis F. Dunne, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Davidson Kempner Capital Management LP and certain of its affiliated funds in the instant matter. In support of this motion, I submit the following information as required by Local Rule 12.01(F):

a. *Full name of the movant-attorney:*
**Dennis F. Dunne**

b. *Address and telephone number of the movant-attorney:*
**Milbank LLP
55 Hudson Yards
New York, NY  10001
Telephone:  (212) 530-5000**

c. *Name of the firm or letterhead under which the movant practices:*
**Milbank LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
**New York University School of Law, 1990**

  e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*
**New York (1991) – Bar No. 2414373**
**U.S. Supreme Court (2009)**
**U.S. Court of Appeals, First Circuit (2017)**
**U.S. Court of Appeals, Second Circuit (1995)**
**U.S. Court of Appeals, Third Circuit (1999)**
**U.S. Court of Appeals, Fifth Circuit (2018)**
**U.S. Court of Appeals, Ninth Circuit (2019)**
**U.S. District Court, Southern District of New York (1991)**

  f. *Movant is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.*

  g. *Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 10, 2020
New York, New York

    Respectfully submitted,

    MILBANK LLP

    /s/ Dennis F. Dunne
    Dennis F. Dunne

    55 Hudson Yards
    New York, NY 10001
    (212) 530-5000
    Fax: (212) 530-5219
    pmilender@milbank.com

    *Counsel to Davidson Kempner Capital Management LP and certain of its affiliated funds*

Prepared and submitted by:

Brian C. Walsh
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
Fax: (314) 259-2020
brian.walsh@bclplaw.com

*Counsel to Davidson Kempner Capital Management LP and certain of its affiliated funds*

-3-