**Foresight Energy LP**
**13 Week Cash Forecast 03/14/20 - 06/06/20**
**Summary View (DIP Budget)**

| ($ and Tons in 000s) | Forecast Week 1 14-Mar-20 | Forecast Week 2 21-Mar-20 | Forecast Week 3 28-Mar-20 | Forecast Week 4 4-Apr-20 | Forecast Week 5 11-Apr-20 | Forecast Week 6 18-Apr-20 | Forecast Week 7 25-Apr-20 | Forecast Week 8 2-May-20 | Forecast Week 9 9-May-20 | Forecast Week 10 16-May-20 | Forecast Week 11 23-May-20 | Forecast Week 12 30-May-20 | Forecast Week 13 6-Jun-20 | Forecast Total 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Tons Shipped | 262.6 | 262.6 | 262.6 | 201.0 | 201.0 | 201.0 | 201.0 | 201.0 | 364.8 | 364.8 | 364.8 | 364.8 | 364.8 | 3,617.0 |
| Total Receipts | $ 7,730 | $ 13,042 | $ 9,014 | $ 8,509 | $ 8,227 | $ 10,842 | $ 5,702 | $ 7,573 | $ 6,090 | $ 9,817 | $ 5,108 | $ 8,611 | $ 10,093 | $ 110,359 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll Related & Employee Benefits | (2,275) | (1,619) | (2,297) | (1,967) | (2,608) | (1,595) | (2,074) | (2,126) | (2,308) | (1,671) | (2,074) | (1,476) | (2,074) | (26,165) |
| All Other Operating Expenses | (3,539) | (6,377) | (3,024) | (7,874) | (3,477) | (3,200) | (5,535) | (6,552) | (2,029) | (3,691) | (3,972) | (14,749) | (6,343) | (70,362) |
| Total Operating Disbursements | (5,814) | (7,996) | (5,321) | (9,841) | (6,085) | (4,795) | (7,609) | (8,677) | (4,337) | (5,363) | (6,046) | (16,225) | (8,417) | (96,527) |
| Net Operating Cash Flows | 1,916 | 5,046 | 3,693 | (1,332) | 2,142 | 6,048 | (1,907) | (1,105) | 1,754 | 4,455 | (938) | (7,614) | 1,676 | 13,832 |
| **Restructuring Related Disbursements** | | | | | | | | | | | | | | |
| Professional Fees | - | - | - | (1,787) | - | - | - | - | (2,385) | - | - | (2,835) | (2,383) | (9,389) |
| Critical Vendor and Other Payments | (6,070) | (6,070) | (6,070) | (3,878) | (1,878) | (1,878) | (1,878) | (1,878) | (1,878) | (1,878) | (1,878) | (1,878) | - | (37,115) |
| Utility and Other Deposits | - | (250) | (2,000) | - | - | - | - | - | - | - | - | - | - | (2,250) |
| Total Restructuring Related Disbursements | (6,070) | (6,320) | (8,070) | (5,665) | (1,878) | (1,878) | (1,878) | (1,878) | (4,263) | (1,878) | (1,878) | (4,713) | (2,383) | (48,754) |
| **Financing Activity** | | | | | | | | | | | | | | |
| DIP Draws / Repayments | 55,000 | - | - | - | 45,000 | - | - | - | - | - | - | - | - | 100,000 |
| DIP Interest & Fees | (1,680) | - | - | (401) | (1,388) | - | - | - | (1,698) | - | - | - | (1,884) | (7,050) |
| LC Cash Collateralization | (4,635) | - | - | - | - | - | - | - | - | - | - | - | - | (4,635) |
| Exit Financing | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Financing Activity | 48,685 | - | - | (401) | 43,613 | - | - | - | (1,698) | - | - | - | (1,884) | 88,315 |
| Total Net Cash Flow | 44,531 | (1,274) | (4,377) | (7,398) | 43,876 | 4,169 | (3,785) | (2,983) | (4,207) | 2,576 | (2,817) | (12,327) | (2,590) | 53,393 |
| Beginning Cash | 1,121 | 45,652 | 44,377 | 40,000 | 32,602 | 76,478 | 80,647 | 76,862 | 73,879 | 69,672 | 72,248 | 69,431 | 57,104 | 1,121 |
| Net Cash Flow | 44,531 | (1,274) | (4,377) | (7,398) | 43,876 | 4,169 | (3,785) | (2,983) | (4,207) | 2,576 | (2,817) | (12,327) | (2,590) | 53,393 |
| Ending Cash Balance | $ 45,652 | $ 44,377 | $ 40,000 | $ 32,602 | $ 76,478 | $ 80,647 | $ 76,862 | $ 73,879 | $ 69,672 | $ 72,248 | $ 69,431 | $ 57,104 | $ 54,514 | $ 54,514 |