# UNITED STATES BANKRUPTYC COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*,[1] | Case No. 20-41308-659 |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that counsel for the Kenneth S. Grossman Pension Plan, a creditor and party in interest in the captioned bankruptcy case, pursuant to, *inter alia*, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, demands that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned:

Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Email:  nfk@stevenslee.com
cp@stevenslee.com
adm@stevenslee.com

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

SL1 1631704v1 114113.00001

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, disclosure statements, plans of reorganization, operating reports, orders and notices of any application, motion, petition, pleading, request, complaint or demand, answering or reply papers, memoranda or briefs, and any other document brought before the Court with respect to this case or any proceeding in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier, facsimile, telephone, electronic medium or otherwise.

Neither this Notice of Appearance, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to or should be deemed to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in this or any related case, controversy or proceeding, or any right to arbitration; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this case or any proceeding related to this case; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement or in law or in equity, all of which are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the counsel listed above request to be added to any official service list for notices of all contested matters or other proceedings in this case.

Date: March 10, 2020  /s/ *Nicholas F. Kajon*
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Email: nfk/cp/adm@stevenslee.com

*Attorneys for the
Kenneth S. Grossman Pension Plan*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 10, 2020, he caused a true copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interest registered to receive notice through the Court's CM/ECF System.

*/s/ Andreas D. Milliaressis*
Andreas D. Milliaressis

SL1 1631704v1 114113.00001