SO ORDERED

Mar 10, 2020

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

FORESIGHT ENERGY L.P. , *et al.*,

Debtors.

Chapter 11

Case No. 4:20-bk-41308

(Joint Administration Requested)

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, I, Parker J. Milender, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Davidson Kempner Capital Management LP and certain of its affiliated funds in the instant matter. In support of this motion, I submit the following information as required by Local Rule 12.01(F):

a. *Full name of the movant-attorney:*
   **Parker J. Milender**

b. *Address and telephone number of the movant-attorney:*
   **Milbank LLP**
   **55 Hudson Yards**
   **New York, NY  10001**
   **Telephone:  (212) 530-5000**

c. *Name of the firm or letterhead under which the movant practices:*
   **Milbank LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
   **Georgetown University Law Center, 2014**

-2-

    *e.*    *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*
**New York (2014) – Bar No. 5302104**
**U.S. District Court, Southern District of New York (2014)**
**U.S. District Court, Eastern District of New York (2014)**

    *f.*    *Movant is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.*

    *g.*    *Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 10, 2020
New York, New York

Respectfully submitted,

MILBANK LLP

/s/ Parker J. Milender
Parker J. Milender

55 Hudson Yards
New York, NY 10001
(212) 530-5000
Fax: (212) 530-5219
pmilender@milbank.com

*Counsel to Davidson Kempner Capital Management LP and certain of its affiliated funds*

Prepared and submitted by:

Brian C. Walsh
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
Fax: (314) 259-2020
brian.walsh@bclplaw.com

*Counsel to Davidson Kempner Capital Management LP and certain of its affiliated funds*