UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| FORESIGHT ENERGY, LP, et al | ) | Case No. 20-41308 |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**VERIFIED MOTION OF TIMOTHY P. PALMER FOR
ADMISSION PRO HAC VICE**

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the Local Rules of the United States District Court for the Eastern District of Missouri, TIMOTHY P. PALMER of the firm Buchanan Ingersoll & Rooney PC, together with Marshall C. Turner of the firm Husch Blackwell LLP, and move for admission of TIMOTHY P. PALMER *pro hac vice* in the above-captioned chapter 11 case, and in support thereof state as follows:

1. TIMOTHY P. PALMER is an attorney in the law firm of Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219. His phone number is 412-562-8800. His email is timothy.palmer@bipc.com.

2. Mr. Palmer is a graduate of the State University of New York at Buffalo, 2000. Mr. Palmer was admitted to the Bar of the State of Pennsylvania in 2000; State of West Virginia in 2010; State of New York in 2010; and State of Ohio in 2010. He is also admitted to practice before the following Courts:

    U.S. District Court for the Western District of Pennsylvania
    U.S. District Court for the Northern District of Ohio - 2006
    U.S. District Court for the Southern District of Ohio - 2006

DocID: 4849-9707-3079.1

U.S. District Court for the Southern District of West Virginia – 2010
U.S. Bankruptcy Court for the Northern District of West Virginia - 2015
Sixth Circuit Court of Appeals - 2011

3. Mr. Palmer is a member in good standing of all bars of which he is a member and he is not under suspension or disbarment from any bar.

4. Mr. Palmer does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

5. Mr. Palmer will represent Huntington National Bank in this matter and co-counsel in this matter is Marshall C. Turner, a member in good standing of the Bar for the U.S. District Court for the Eastern District of Missouri.

WHEREFORE, TIMOTHY P. PALMER attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* in connection with the above-captioned case, and for such other and further relief as is just.

Dated: March 10, 2020
Pittsburgh, PA

Respectfully submitted,

/s/ Timothy P. Palmer
Timothy P. Palmer
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Phone: (412) 562-8800
Email: timothy.palmer@bipc.com

2

DocID: 4849-9707-3079.1

Dated: March 10, 2020
St. Louis, MO

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Marshall C. Turner*
Marshall C. Turner, Esq. (#58053MO)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone:   (314) 480-1768
Facsimile:   (314) 480-1505
marshall.turner@huschblackwell.com

*Attorneys for Huntington National Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was filed on March 10, 2020 and that a true and correct copy of the Motion was served through this Court's CM/ECF system to all parties receiving notice thereby.

/s/ *Marshall C. Turner*
Marshall C. Turner

3