## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 20-41308-659** |
| | ) | **Honorable Kathy A. Surratt-States** |
| **FORESIGHT ENERGY, LP, et al.** | ) | **Chapter 11** |
| | ) | **(Joint Administration Requested)** |
| Debtors. | ) | |
| | ) | |
| | ) | |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, **Irena M. Goldstein**, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Javelin Global Commodities (UK) Ltd in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a.  *Full name of the movant-attorney;*
    Irena M. Goldstein

b.  *Address and telephone number of the movant-attorney;*
    Paul Hastings LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 318-6093
    Facsimile: (212) 303-7093
    Email: irenagoldstein@paulhastings.com

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

{20039/00000/2796829.DOC.}

    c.    *Name of the firm or letterhead under which the movant practices;*
Paul Hastings LLP

    d.    *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*
Rutgers School of Law - 1988

    e.    *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*

State of New Jersey: 1988
State of New York: 1991
United States District Court for New Jersey: 1988
United States District Court for the Eastern District of New York: 1991
United States District Court for the Southern District of New York: 1991

    f.    *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

Movant is a member in good standing of all bars of which Movant is a member and he is not under suspension or disbarment from any bar.

    g.    *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District and is not regularly engaged in the practice of law in this District. Movant has associated with:

**Thomas H. Riske**
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105
314-854-8600
Fax: 314-854-8660
Email: thr@carmodymacdonald.com

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 10, 2020

{20039/00000/2796829.DOC.}

CARMODY MACDONALD P.C.

By: */s/ Thomas H. Riske*
    CHRISTOPHER J. LAWHORN, #45713MO
    THOMAS H. RISKE, #61838MO
    120 S. Central Avenue, Suite 1800
    St. Louis, Missouri 63105
    (314) 854-8600
    (314) 854-8660 – FAX
    cjl@carmodymacdonald.com
    thr@carmodymacdonald.com

-and-

PAUL HASTINGS LLP

By: */s/ Irena M. Goldstein*
IRENA M. GOLDSTEIN
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6093
Facsimile: (212) 303-7093
Email: irenagoldstein@paulhastings.com

Attorneys for Javelin Global Commodities (UK) Ltd

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 10, 2020, a true and correct copy of the above and foregoing pleading was filed with the Clerk of the Court using the CM/ECF system and the Notice of Electronic Filing indicates that all necessary parties were served with the document via the Court's CM/ECF.

                                            */s/ Thomas H. Riske*