# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No.: 20-41308-659 |
| | ) | **Honorable Kathy A. Surratt-States** |
| **FORESIGHT ENERGY, LP, et al.** | ) | **Chapter 11** |
| | ) | **(Joint Administration Requested)** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS

COMES NOW Christopher J. Lawhorn, pursuant to Bankruptcy Rule 9010(b) and hereby enters his appearance as counsel for Javelin Global Commodities (UK) Ltd.  Listed below is the additional information required by Bankruptcy Rule 9010(b):

Christopher J. Lawhorn, Esq.
Carmody MacDonald P.C.
120 South Central Avenue, Ste. 1800
St. Louis, Missouri  63105
Tel:  (314) 854-8600
Fax:  (314) 854-8660
Email:  cjl@carmodymacdonald.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including but not limited to, notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

{20039/00000/2796801.DOC.}                    1

Respectfully submitted,

CARMODY MACDONALD P.C.

By: */s/ Christopher J. Lawhorn*
    CHRISTOPHER J. LAWHORN, #45713
    120 S. Central Avenue, Suite 1800
    St. Louis, Missouri 63105
    (314) 854-8600
    (314) 854-8660 – FAX

    ATTORNEY FOR JAVELIN GLOBAL COMMODITIES (UK) LTD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 10th day of March, 2020, upon all counsel of record.

                                      */s/ Christopher J. Lawhorn*