**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-41308-659<br><br>(Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Entry of an Order Authorizing Joint Administration of Chapter 11 Cases [Docket No. 3]

- Debtors' Entry of Interim and Final Orders (A) Authorizing Continued Use of the Debtors' Existing Cash Management System; (B) Authorizing Use of Existing Bank Accounts and Business Forms; (C) Granting a Limited Waiver of Requirements of Section 345(b) of the Bankruptcy Code; (D) Authorizing Continuation of Ordinary Course Intercompany Transactions; (E) Granting Administrative Expense Priority Status to Postpetition Intercompany Claims; and (F) Granting Related Relief [Docket No. 4] (the "***Cash Management Motion***")

---

[1] The four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Claims and Lien Claimants and Authorizing Payment Procedures Related Thereto, (B) Authorizing Debtors to Pay Royalty and Leasehold Claims, (C) Granting Administrative Expense Priority Status to Outstanding Orders, and (D) Granting Related Relief [Docket No. 5] (the "***Vendors Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Wages and Workforce Obligations, (B) Authorizing Debtors to Maintain Workforce Programs and Pay Related Obligations, and (C) Granting Related Relief [Docket No. 6] (the "***Employee Wages Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief [Docket No. 7] (the "***Customer Programs Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business and (II) Enter Into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 8] (the "***Coal Sale Contracts Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Continue and Renew Surety Bond Program and (B) Granting Related Relief [Docket No. 9] (the "***Surety Bond Motion***")

- Debtors' Motion for Entry of an Order (A) Extending the Time to File Schedules and Statements; (B) Extending the Time to Schedule the Meeting of Creditors; (C) Partially Waiving the Requirements to (I) File Equity Lists and (II) Provide Notice to Equity Security Holders; (D) Authorizing the Debtors to File Consolidated List of the Debtors 30 Largest Unsecured Creditors; (E) Authorizing the Debtors to File a Consolidated and Redacted List of Creditors in Lieu of Submitting Separate and Reformatted Creditor Matrices for Each Debtor; (F) Approving the Form and Manner of Notifying Creditors of Commencement of these Chapter 11 Cases; and (G) Granting Related Relief [Docket No. 10]

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain, Continue, and Renew Their Existing Insurance Program and (II) Honor Certain Prepetition Obligations in Respect Thereof and (B) Granting Related Relief [Docket No. 11] (the "***Insurance Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Payment of Prepetition Taxes and Fees and (B) Granting Related Relief [Docket No. 12] (the "***Tax Motion***")

- Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 13] (the "***Utilities Motion***")

- Debtors' Motion for Entry of an Order (A) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Granting Related Relief [Docket No. 14]

- Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 15] (the "***OCP Motion***")

- Debtors' Motion for Entry of an Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief [Docket No. 16]

- Declaration of Robert D. Moore, President and Chief Executive Officer of Foresight Energy LP, in Support of Chapter 11 Petitions [Docket No. 17]

- Declaration of Alan Boyko, Senior Managing Director of FTI Consulting, Inc., in Support of Chapter 11 Petitions and First Day Relief [Docket No. 18]

- Debtors' Application for an Order Authorizing the Debtors to Retain and Employ Armstrong Teasdale LLP as Co-Counsel Effective as of the Petition Date [Docket No. 19]

- Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent and Administrative Advisor *nunc pro tunc* to the Petition Date [Docket No. 20]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Scheduling Final Hearing; and (VI) Granting Related Relief [Docket No. 29] (the "***Cash Collateral Motion***")

- Debtors' Motion for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Docket No. 30]

- Debtors' Application for Authority to Employ and Retain FTI Consulting, Inc. as Restructuring Financial Advisor to the Debtors *nunc pro tune* to the Petition Date [Docket No. 31]

- Debtors' Application for Authority to Employ and Retain Jefferies LLC as Investment Banker for the Debtors *nunc pro tunc* to the Petition Date [Docket No. 32]

- Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession [Docket No. 33]

- Debtors' Motion for Leave to Exceed Page Limitations in their First Day Motions [Docket No. 34]

- Debtors' Motion for Entry of an Order (A) Scheduling Expedited Hearings on Certain First Day Motions and Applications, (B) Approving the Form and Manner of Notice Thereof, and (C) Granting Related Relief [Docket No. 35] (the "*Expedited Hearing Motion*")

- Proposed First Day Agenda for Hearing on March 11, 2020 at 10:00 a.m. (Prevailing Central Time) [Docket No. 36] (the "*First Day Hearing Agenda*")

- Debtors' Motion for an Order Authorizing the Rejection of Certain Executory Contracts *nunc pro tunc* to the Petition Date [Docket No. 63]

On March 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused:

- the Expedited Hearing Motion and the First Day Hearing Agenda to be served via facsimile on the Facsimile Master Service List attached hereto as **Exhibit B**.

- the Cash Management Motion, Vendors Motion, Employee Wages Motion, Customer Programs Motion, Insurance Motion, Taxes Motion, Utilities Motion, Cash Collateral Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the Bank Notice Parties Service List attached hereto as **Exhibit C**.

- the Coal Sale Contract Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the Coal Sale Contract Notice Parties Service List attached hereto as **Exhibit D**.

- the Utilities Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the Utilities Notice Parties Service List attached hereto as **Exhibit E**.

- the Tax Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the Taxing Authorities Service List attached hereto as **Exhibit F**.

- the Surety Bond Motion, Insurance Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the Reschini Agency Inc, 922 Philadelphia Street, PO Box 449, Indiana, PA 15701.

- the Surety Bond Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the Obligee Notice Parties Service List attached hereto as **Exhibit G**.

- the Insurance Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the (1) the Insurance Parties Service List attached hereto as **Exhibit H**; (2) AON Risk Services Central Inc., PO Box 955816, St. Louis, MO 63195-

4

5816; (3) AON Consulting Inc. (NJ), PO Box 95135, Chicago, IL 60694-5135; and (4) BankDirect Capital Finance, P.O. Box 660448, Dallas, TX 75266-0448.

- the Ordinary Course Professionals Motion, Expedited Hearing Motion, and First Day Hearing Agenda to be served via overnight mail on the Ordinary Course Professionals Service List attached hereto as **<u>Exhibit I</u>**.

- the Lease Rejection Motion to be served via first class mail on the Contract Counterparties Service List attached hereto as **<u>Exhibit J</u>**.

[*Remainder of page left intentionally blank*]

5

Dated: March 10, 2020

Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 10, 2020, by Kelsey L. Gordon proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

6

SRF 40499

## **Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn<br>1 Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>bkahn@akingump.com | Overnight Mail and Email |
| Counsel to Reserves | Bailey & Glasser LLP | Attn: Brian A. Glasser<br>209 Capitol Street<br>Charleston WV 25301 | | Overnight Mail |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | Attn: Luther J. Grafe<br>11191 Illinois Route 185<br>Hillsboro IL 62049 | lgrafe@bankdirectcapital.com | Overnight Mail and Email |
| Counsel to the Facilities Agent (Huntington) | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller and Timothy Palmer<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh PA 15219-4413 | christopher.schueller@bipc.com<br>timothy.palmer@bipc.com | Overnight Mail and Email |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | Attn: Thomas H. Riske, Esq.<br>120 South Central Avenue<br>Ste. 1800<br>St. Louis MO 63105 | thr@carmodymacdonald.com | Overnight Mail and Email |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | Attn: Ronald Hewitt<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | rhewitt@cov.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | Attn: Steve McCullick<br>9150 96the Avenue<br>Zeeland MI 49464 | steve@dewindonepass.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Fabick Mining Inc | Attn: Nick Johnson<br>P.O Box 403943<br>Atlanta GA 30384-3943 | nicholas.johnson@fabickmining.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service | Attn: Shawn Collins<br>654 Main Street<br>Rockwood PA 15557 | scollins@flandersinc.com | Overnight Mail and Email |
| Debtors | Foresight Energy LP | Attn: President or General Counsel<br>One Metropolitan Square , 211 North Broadway<br>Suite 2600<br>St. Louis MO 63102 | | Overnight Mail |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Attn: Steve Williams<br>P.O Box 952121<br>St Louis MO 63195-2121 | Steve.Williams@fuchs.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | Attn: John Richards<br>P.O Box 71735<br>Chicago IL 60694-1735 | jrichards@heritagecooperative.com | Overnight Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | Overnight Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>Insolvency 5334 STL<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | Overnight Mail |
| Top 20 Unsecured Creditor | International Belt Sales LLC | Attn: Jeff Hurt<br>29425 Chagrin Blvd., Suite 300<br>Pepper Pike OH 44122 | JEFFREYCHURT@aol.com | Overnight Mail and Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | Attn: William Baker<br>P.O Box 4835<br>Evansville IN 47724 | wbaker@irwincar.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | Attn: Jay Bazemore<br>P.O Box 465<br>West Frankfort IL 62896 | jbazemore@jabosupply.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Jennchem Mid-West | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | tcalandra@jennmar.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | tcalandra@jennmar.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Jennmar Services | Attn: Tony Calandra<br>P.O Box 405655<br>Atlanta GA 30384-5655 | tcalandra@jennmar.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>PO Box 369<br>Canfield OH 44406-0369 | nicholas.johnson@fabickmining.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>364 Libson Street<br>Canfield OH 44406-0369 | nicholas.johnson@fabickmining.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | Attn: Dan Spears<br>P.O Box 504794<br>St Louis MO 63150-4794 | dan.spears@mining.komatsu | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | Attn: Dan Spears<br>P.O Box 504794<br>St. Louis MO 63150-4794 | dan.spears@mining.komatsu | Overnight Mail and Email |
| Counsel to Murray Energy Corporation | Kirkland & Ellis LLP | Attn: Nicole L. Greenblatt<br>601 Lexington Avenue<br>New York NY 10022 | | Overnight Mail |
| Counsel to the Term Agent (Lord Securities) | Lord Securities Corporation | Attn: General Counsel<br>48 Wall Street, 27th Floor<br>New York NY 10043 | | Overnight Mail |
| Counsel to the Collateral Trustee under the Debtors' secured debt facilities (lord Securities) | Lord Securities Corporation | Attn: General Counsel<br>48 Wall Street, 27th Floor<br>New York NY 10043 | | Overnight Mail |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | Attn: Dave Mayo<br>P.O Box 28330<br>St. Louis MO 63146 | david.mayo@mayowv.com | Overnight Mail and Email |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | Attn: Dennis F. Dunne and Parker Milender<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>pmilender@milbank.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Mine Supply Company | Attn: Bob Purvis<br>2853 Ken Gray Blvd.<br>Suite 4<br>West Frankfort IL 62896 | bob.purvis@purvisindustries.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | Attn: Patrick D. Cloud<br>P.O Box 742784<br>Atlanta GA 30374-2784 | pcloud@heylroyster.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | gwooten@wpplp.com | Overnight Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Attn:<br>111 S. 10th Street<br>Suite 6.353<br>St. Louis MO 63102 | | Overnight Mail |
| Counsel to Javelin and Uniper | Paul Hastings LLP | Attn: Pedro Jimenez, Irena Goldstein<br>200 Park Ave<br>New York NY 10166 | pedrojimenez@paulhastings.com<br>irenagoldstein@paulhastings.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | Attn: Peter Freissle<br>P.O Box 827<br>Pound VA 24279 | p.freissle@polydeck.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | Attn: Pat Popicg<br>46226 National Road<br>St Clairsville OH 43950 | ppopicg@rmwilson.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | Attn: Bill Lawrence<br>610 Sneed Road<br>Carbondale IL 62902 | blawrence@sginterests.com | Overnight Mail and Email |
| Counsel to the DIP Agent | Ropes & Gray | Attn: Patricia I. Chen<br>Prudential Tower, 800 Boylston Street<br>Boston MA 02199-3600 | patricia.chen@ropesgray.com | Overnight Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Overnight Mail and Email |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | Attn: Bankruptcy Department<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago IL 60604 | secbankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Snf Mining Inc | Attn: Paul Slater<br>P.O Box 890889<br>Charlotte NC 28289-0889 | pslater@snfhc.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | State Electric Supply Co | Attn: John Spoor<br>P.O Box 603800<br>Charlotte NC 28260-3800 | john.spoor@stateelectric.com | Overnight Mail and Email |
| Attorney General for the State of Illinois | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Overnight Mail and Email |
| Attorney General for the State of Missouri | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building, 207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Overnight Mail and Email |
| Attorney General for the State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | Overnight Mail |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | Attn: Mark V. Bossi<br>One US Bank Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburncom | Overnight Mail and Email |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Attn: Henry Looney<br>P.O Box 71206<br>Chicago IL 60694-1206 | Henry.Looney@unitedcentral.net | Overnight Mail and Email |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th Street, 20th Floor<br>St. Louis MO 63102 | | Overnight Mail |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Us United Bulk Terminal | Attn: Brian Miles<br>P. O. Box 301749<br>Dallas TX 75303-1749 | UBT-AR@unitedbulkterminals.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | Dwallace@wallaceelectricalsystems.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | Dwallace@wallaceelectricalsystems.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | Attn: Brandon Bonfig<br>50 S 6th Street, Suite 1290<br>Minneapolis MN 55402 | bbonfig@wilmingtontrust.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Wpp LLC | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | gwooten@wpplp.com | Overnight Mail and Email |

## **Exhibit B**

Exhibit B

Facsimile Master Service List
Served via facsimile

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn | 212-872-1002 |
| Proposed Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale, LLP | Attn: Richard W. Engel, Jr., John G. Willard, Kathyrn Redmond | 314-621-5065 |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | Attn: Thomas H. Riske, Esq. | 314-8545-8660 |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | Attn: Dennis F. Dunne and Parker Milender | 212-822-5770; 212-822-5290 |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Attn: United States Trustee | 314-539-2990 |
| Counsel to Javelin and Uniper | Paul Hastings LLP | Attn: Pedro Jimenez, Irena Goldstein | 212-230-7790; 212-303-7093 |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Alice Belisle Eaton, Samuel E. Lovett | 212-757-3990 |
| Attorney General for the State of Missouri | State of Missouri Attorney General | Attn: Bankruptcy Department | 573-751-0774 |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney | 314-539-2309 |

## **Exhibit C**

Exhibit C

Banks Service List

Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| CNB BANK & TRUST | 450 WEST SIDE SQUARE | | CARLINVILLE | IL | 62626 | | Overnight Mail |
| F.N.B. WEALTH MANAGEMENT | ATTN: VICKI L. HARRIGER, CTFA | 224 ALLEGHENY STREET, MAIL CODE: HOL | HOLLIDAYSBURG | PA | 62959 | harrigerv@fnb-corp.com | Overnight Mail and Email |
| FIRST SOUTHERN BANK | 300 TOWER SQUARE | | MARION | IL | 43219 | | Overnight Mail |
| THE HUNTINGTON NATIONAL BANK | 7 EASTON OVAL | | COLUMBUS | OH | 16648 | | Overnight Mail |

**<u>Exhibit D</u>**

Exhibit D

Coal Sale Contract Notice Parties Service List

Served via overnight mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| AMERICAN ENERGY CORPORATION | 43521 MAYHUGH HILL RD | BEALLSVILLE | OH | 43716 | |
| ARCHER DANIELS MIDLAND COMPANY | 4666 FARIS PARKWAY | DECATUR | IL | 62526 | |
| BIG RIVERS ELECTRIC CORPORATION | 201 THIRD STREET | HENDERSON | KY | 42420 | |
| CEMEX SOUTHEAST LLC | 1617 ARCOLA ROAD | DEMOPOLIS | AL | 36732 | |
| CITY OF LAKELAND | 501 E LEMON STREET | LAKELAND | FL | 33801 | |
| DUKE ENERGY INDIANA INC | 526 SOUTH CHURCH STREET | CHARLOTTE | NC | 28202 | |
| DUKE ENERGY KENTUCKY, INC. | 526 SOUTH CHURCH STREET EC02F | CHARLOTTE | NC | 26201 | |
| DUKE ENERGY PROGRESS | 526 SOUTH CHURCH STREET EC02F | CHARLOTTE | NC | 26201 | |
| DYNEGY COMMERCIAL ASSET MANAGEMENT | 601 TRAVIS STREET SUITE 1400 | HOUSTON | TX | 77002 | |
| EAST KENTUCKY POWER COOPERATIVE, INC. | 4775 LEXINGTON ROAD, P.O. Box 707 | WINCHESTER | KY | 40392 | |
| FIRST ENERGY GENERATION | 341 WHITE POND DRIVE | AKRON | OH | 44320 | |
| GAVIN POWER LLC | 7397 NORTH STATE ROUTE 7 | CHESHIRE | OH | 45620 | |
| GEORGIA POWER COMPANY | 241 RALPH MCGILL BOULEVARD N E | ATLANTA | GA | 30308 | |
| GULF POWER COMPANY | P.O. BOX 2641 | BIRMINGHAM | AL | 35291 | |
| JAVELIN GLOBAL COMMODITIES LTD | THIRD FLOOR, 7 HOWICK PLACE | LONDON | | SW1P 1BB | UNITED KINGDOM |
| LOUISVILLE GAS & ELECTRIC COMPANY | 820 WEST BROADWAY | LOUISVILLE | KY | 40202 | |
| ORLANDO UTILITIES COMMISSION | P.O. BOX 3193 | ORLANDO | FL | 32802 | |
| SANTEE COOPER | ONE RIVERWOOD DRIVE | MONCKS CORNER | SC | 29461 | |
| SOUTHERN ILLINOIS POWER COOPERATIVE | 11543 LAKE OF EGYPT ROAD | MARION | IL | 62959 | |
| TAMPA ELECTRIC COMPANY | 702 FRANKLIN STREET PLAZA 7 | TAMPA | FL | 33602 | |
| TENNESSEE VALLEY AUTHORITY | DEPARTMENT 888-018 | KNOXVILLE | TN | 37995-8018 | |
| THE AMERICAN COAL COMPANY | 46226 NATIONAL ROAD | ST CLAIRSVILLE | OH | 43950 | |

**<u>Exhibit E</u>**

Exhibit E

Utilities Service List

Served via overnight mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| AKIN WATER DISTRICT | ATTN: PRESIDENT OR GENERAL COUNSEL | 8339 BOLEN STORE RD | THOMPSONVILLE | IL | 62890 |
| AMEREN ILLINOIS | ATTN: PRESIDENT OR GENERAL COUNSEL | 300 LIBERTY ST | PEORIA | IL | 61602 |
| AT&T | PO BOX 105262 | | ATLANTA | GA | 30348 |
| AT&T | PO BOX 5080 | | CAROL STREAM | IL | 60197-5080 |
| AT&T | PO BOX 6463 | | CAROL STREAM | IL | 60197-6463 |
| AT&T TELECONFERENCE SERVICES | PO BOX 5002 | | CAROL STREAM | IL | 60197-5002 |
| BULLDOG SYSTEMS, LLC | PO BOX 788 | | HARRISBURG | IL | 62946 |
| CENTURYLINK | BUSINESS SERVICES | PO BOX 52187 | PHOENIX | AZ | 85072-2187 |
| CITY OF HILLSBORO | PO BOX 556 | | HILLSBORO | IL | 62049-0556 |
| CMC RURAL WATER DISTRICT | PO BOX 468 | | CARLINVILLE | IL | 62626-0468 |
| CONFERTEL | ATTN: PRESIDENT OR GENERAL COUNSEL | 2385 CAMINO VIDA ROBLE | CARLSBAD | CA | 92011 |
| CONSOLIDATED COMMUNICATIONS | PO Box 7001 | | MATTOON | IL | 61938-7001 |
| CORINTH WATER DISTRICT | ATTN: PRESIDENT OR GENERAL COUNSEL | 20219 CORINTH ROAD | PITTSBURG | IL | 62974 |
| CWI OF ILLINOIS 732 REPUBLIC SERVICES | ATTN: PRESIDENT OR GENERAL COUNSEL | 1540 LANDFILL RD | DE SOTO | IL | 62924 |
| DC WASTE & RECYCLING, INC | PO BOX 20 | | HILLSBORO | IL | 62049 |
| FLOWERS SANITATION SERVICE | ATTN: PRESIDENT OR GENERAL COUNSEL | 900 W FORTUNE ST | VIRDEN | IL | 62690 |
| FRONTIER COMMUNICATIONS | PO Box 20567 | | ROCHESTER | NY | 14602-0567 |
| FUTIVA LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 201 ROUTE 142 E | DAHLGREN | IL | 62828 |
| HAMILTON COUNTY WATER DISTRICT | PO BOX 220 | 108 EAST BROADWAY | MCLEANSBORO | IL | 62859 |
| HOSTWAY | PO Box 3480 | | CHICAGO | IL | 60654 |
| LEVEL 3 CENTURY LINK | ATTN: PRESIDENT OR GENERAL COUNSEL | 1025 ELDORADO BLVD | BLOOMFIELD | CO | 80021 |
| MJM ELECTRIC | PO BOX 80 | 264 NORTH EAST ST. | CARLINVILLE | IL | 62626-0080 |
| REND LAKE CONSERVANCY DISTRICT | PO BOX 907 | | BENTON | IL | 62812 |
| REPUBLIC SERVICES | ATTN: PRESIDENT OR GENERAL COUNSEL | 716 SKYLINE DR | MARION | IL | 62959-487171 |
| SIT CO LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 4631 O'HARA DR | EVANSVILLE | IN | 47711-2864 |
| SOUTHEASTERN ILLINOIS ELECTRIC | ATTN: PRESIDENT OR GENERAL COUNSEL | 100 COOPERATIVE WAY | CARRIER MILLS | IL | 62917 |
| SPECTRUM BUSINESS CHARTER COMMUNICATIONS | ATTN: PRESIDENT OR GENERAL COUNSEL | 4145 S FALKENBURG RD | RIVERVIEW | FL | 33578-8652 |
| VECTREN ENERGY DELIVERY | ATTN: PRESIDENT OR GENERAL COUNSEL | 211 NW RIVERSIDE DR | EVANSVILLE | IN | 47708 |
| VERIZON | PO BOX 489 | | NEWARK | NJ | 07101-0489 |
| WAYNE-WHITE COUNTIES ELEC COOP | PO DRAWER E | | FAIRFIELD | IL | 62837-0090 |
| WINDSTREAM | ATTN: CUSTOMER CARE | PO BOX 3177 | CEDAR RAPIDS | IA | 52406-3177 |

**<u>Exhibit F</u>**

# Exhibit F

Taxing Authorities Service List

Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| BELMONT COUNTY TREASURER | 101 WEST MAIN STREET | | ST CLAIRSVILLE | OH | 43950-1260 |
| BENTON HIGH SCHOOL | 511 EAST MAIN STREET | | BENTON | IL | 62812 |
| BENTON LIBRARY DISTRICT | P.O. BOX 548 | | BENTON | IL | 62812 |
| BOND COUNTY | 203 W COLLEGE | | GREENVILLE | IL | 62246 |
| COLT | 3801 PGA BOULEVARD SUITE 903 | | PALM BEACH GARDENS | FL | 33410 |
| FRANKLIN COUNTY TREASURER | P.O. BOX 967 | | BENTON | IL | 62812 |
| GALLATIN COUNTY TREASURER | P.O. BOX 310 | | SHAWNEETOWN | IL | 62984 |
| GREGORY FX DALY COLLECTOR (ST LOUIS CITY) | P.O. BOX 66877 | | ST. LOUIS | MO | 63166 |
| HAMILTON COUNTY TAX ASSESSOR | 100 S JACKSON ST | ROOM 4 | MC LEANSBORO | IL | 62859 |
| HENDERSON COUNTY SHERIFF | 20 NORTH MAIN STREET | SUITE 112 | HENDERSON | KY | 42420 |
| ILLINOIS DEPARTMENT OF REVENUE | P.O. BOX 19030 | | SPRINGFIELD | IL | 62794-9447 |
| ILLINOIS DEPARTMENT OF REVENUE | P.O. BOX 19447 | | SPRINGFIELD | IL | 62794-9447 |
| ILLINOIS DEPT OF NATURAL RESOURCES | ONE NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702-1271 |
| INDEPENDENCE LAND | LOCKBOX 2495 | | COLUMBUS | OH | 43260 |
| INDIANA DEPARTMENT OF REVENUE | P.O. BOX 1028 | | INDIANAPOLIS | IN | 46206-1028 |
| INDIANA DEPARTMENT OF REVENUE | P.O. BOX 7218 | | INDIANAPOLIS | IN | 46206-1028 |
| KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH STREET | | FRANKFORT | KY | 40601 |
| KENTUCKY STATE TREASURER | 501 HIGH STREET | | FRANKFORT | KY | 40602-0491 |
| LOUISIANA DEPT OF REVENUE | P.O. BOX 61030 | | NEW ORLEANS | LA | 70161 |
| MACOUPIN COUNTY SHERIFF | 215 S E STREET | | CARLINVILLE | IL | 62626 |
| MISSOURI DEPARTMENT OF REVENUE | P.O. BOX 999 | | JEFFERSON CITY | MO | 65105 |
| MONTGOMERY COUNTY TREASURER | 1 COURTHOUSE SQUARE ROOM 101 | | HILLSBORO | IL | 62049 |
| NEW RIVER ROYALTY | 3801 PGA BOULEVARD SUITE 903 | | PALM BEACH GARDENS | FL | 33410 |
| OFFICE OF SURFACE MINING | P.O. BOX 979068 | | ST. LOUIS | MO | 63197-9000 |
| POSEY COUNTY TREASURER | 126 E THIRD ST | | MOUNT VERNON | IN | 47620 |
| REND LAKE COLLEGE | 468 KEN GRAY PARKWAY | | INA | IL | 62846 |
| REND LAKE CONSERVANCY DISTRICT | P.O. Box 907 | | BENTON | IL | 62812 |

Exhibit F

Taxing Authorities Service List

Served via overnight mail

| | | | | | |
|---|---|---|---|---|---|
| RGGS | 100 WAUGH DR STE 400 | | HOUSTON | TX | 77007 |
| RUGER | 3801 PGA BOULEVARD SUITE 903 | | PALM BEACH GARDENS | FL | 33410 |
| SALINE COUNTY TREASURER | 10 E POPLAR STREET | | HARRISBURG | IL | 62946 |
| WILLIAMSON COUNTY TREASURER | 407 N MONROE STE 104 | | MARION | IL | 62959 |
| WPP | LOCKBOX 2495 | | COLUMBUS | OH | 43260 |

**<u>Exhibit G</u>**

# Exhibit G

Obligee Notice Parties Service List

Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| CITY OF HILLSBORO IL | 447 S MAIN ST | | HILLSBORO | IL | 62049 |
| COUNTY OF WILLIAMSON STATE OF IL | 1817 N COURT STREET | | MARION | IL | 62950 |
| DEPT OF ARMY ST LOUIS DIS CORPS ENG | 1222 SPRUCE STREET | | ST. LOUIS | MO | 63103 |
| EASTERN TOWNSHIP | 22165 MAIN STREET | | THOMPSONVILLE | IL | 62890 |
| EJ WATER COOPERATIVE | 108 S MAIN STREET | | DIETERICH | IL | 62424 |
| HAMILTON COUNTY HIGHWAY DEPARTMENT | 100 S JACKSON | | MCLEANSBORO | IL | 62959 |
| IL DEPT NAT RES DIV MINERAL MINES | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |
| IL DEPT NAT RES DIV OIL GAS | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |
| IL DEPT OF TRANSPORTATION | 2300 S DIRKSEN PKWY | | SPRINGFIELD | IL | 62764 |
| IL ENVIRONMENTAL PROTECTION AGENCY | 77 WEST JACKSON BLVD | | CHICAGO | IL | 60604 |
| ILLINOIS DEPT OF NATURAL RESOURCES | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |
| JEFFREY WATKINS KATELYNN WATKINS | 22190 BLACK STREET | | THOMPSONVILLE | IL | 62890 |
| PEOPLE OF THE STATE OF ILLINOIS | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |
| EAST FORK TOWNSHIP, IL | 500 SOUTH PROSPECT | PO BOX 181 | COFFEEN | IL | 62017 |
| MONTGOMERY COUNTY WATER COMPANY | P.O. BOX 335 | | DIETERICH | IL | 62424 |

## Exhibit H

Exhibit H

Insurance Parties Service List

Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | 2465 KUSER ROAD SUITE 202 | | HAMILTON | NJ | 08690 | |
| AGCS | 1817 N COURT STREET | | MARION | IL | 62950 | |
| AIG | 150 NORTH FIELD DRIVE SUITE 190 | | LAKE FOREST | IL | 60045 | |
| AIG NATIONAL UNION FIRE INS | 175 WATER STREET | | NEW YORK | NY | 10038 | |
| APOLLO CONSORTIUM | 150 NORTH FIELD DRIVE SUITE 190 | | LAKE FOREST | IL | 60045 | |
| ARGO BERMUDA | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| ARGONAUT INSURANCE COMPANY | 654 MAIN STREET | | ROCKWOOD | PA | 15557 | |
| ASPEN | 590 MADISON AVENUE, 7TH FLOOR | | NEW YORK | NY | 10022 | |
| AWAC BERMUDA | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| AXIS USA | 111 SOUTH WACKER DRIVE, SUITE 3500 | | CHICAGO | IL | 60606 | |
| BRIT US | RT SPECIALTY LLC 500 W MONROE ST, 30TH FL | | CHICAGO | IL | 60661 | |
| CNA | 1000 WILSHIRE AVE, SUITE 1800 | | LOS ANGELES | CA | 90017 | |
| CONTINENTAL CASUALTY INSURANCE COMPANY | 151 NORTH FRANKLIN STREET | | CHICAGO | IL | 60606 | |
| CONTINENTAL INSURANCE CO | 500 COLLEGE ROAD EAST | | PRINCETON | NJ | 08540 | |
| ENDURANCE AMERICAN INSURANCE CO. | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| EVANSTON INSURANCE CO | 10 PARKWAY NORTH | | DEERFIELD | IL | 60015 | |
| HARTFORD FINANCIAL SERVICES GROUP | 277 PARK AVENUE, 15TH FLOOR | | NEW YORK | NY | 10172 | |
| HIIG | 6430 SOUTH FIDDLERS GREEN CIRCLE, SUITE 400 | | GREENWOOD VILLAGE | CO | 80111 | |
| ILLINOIS NATIONAL INSURANCE CO | 175 WATER STREET | | NEW YORK | NY | 10038 | |
| INTERNATIONAL MARINE UNDERWRITERS (IMU) | ONE STATE STREET PLAZA FLOOR 31 | | NEW YORK | NY | 10004 | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | 175 BERKELEY STREET | | BOSTON | MA | 02116 | |
| LEXINGTON INSURANCE COMPANY | 1300 E 9TH STREET SUITE 1400 | | CLEVELAND | OH | 44114 | |
| LIBERTY BERMUDA | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LIBERTY MUTUAL | LIG MARINE MANAGERS 111 2ND AVE NE STE 1101 | | ST. PETERSBURG | FL | 33701 | |
| LLOYD'S (AMTRUST) | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LLOYD'S (BEAZLEY LED) | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LLOYD'S (MARKEL LED) | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LLOYDS OF LONDON | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| MARKEL BERMUDA | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| MS AMLIN | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| NATIONAL UNION FIRE INSURANCE | 175 WATER STREET | | NEW YORK | NY | 10038 | |
| NAVIGATORS | 1 PENN PLAZA | | NEW YORK | NY | 10119 | |
| OCIL BERMUDA | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| ROCKWOOD CASUALTY INSURANCE COMPANY | 654 MAIN STREET | | ROCKWOOD | PA | 15557 | |
| RSUI INDEMNITY | 945 EAST PACES FERRY RD. SUITE 1800 | | ATLANTA | GA | 30326 | |
| SOMPO (LONDON) | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| SOMPO INTERNATIONAL | ED BROKING LLP 52 LEADENHALL ST | | LONDON | | EC3A 2EB | UNITED KINGDOM |
| STARR SURPLUS LINES INSURANCE COMPANY | 399 PARK AVE 8TH FL | | NEW YORK | NY | 10022 | |
| STARSTONE SPECIALTY INSURANCE CO. | 90 SOUTH LASALLE ST, SUITE 1400 | | CHICAGO | IL | 60603 | |

Exhibit H

Insurance Parties Service List

Served via overnight mail

| | | | | | |
|---|---|---|---|---|---|
| THE INS CO OF THE STATE OF PA | AIG PO BOX 30174 | | NEW YORK | NY | 10087-0174 | |
| THE INS CO OF THE STATE OF PA | AIG PO BOX 30174 | | NEW YORK | NY | 10087-0174 | |
| THE TRAVELERS INDEMNITY CO. | ONE TOWER SQUARE | | HARTFORD | CT | 06183 | |
| TWIN CITY FIRE INSURANCE COMPANY | THE HARTFORD 4401 MIDDLE SETTLEMENT | | NEW HARTFORD | NY | 13413 | |
| UNDERWRITERS AT LLOYDS, LONDON | 150 NORTH FIELD DRIVE SUITE 190 | | LAKE FOREST | IL | 60045 | |
| UNITED STATES FIRE INS CO | MARKET FINDERS 9117 LEESGATE RD | | LOUISVILLE | KY | 40206 | |
| USAIG | 125 BROAD ST. 6TH FLOOR | | NEW YORK | NY | 10004 | |
| WATER QUALITY INSURANCE SYNDICATE | 60 BROAD ST. 33RD FLOOR | | NEW YORK | NY | 10004 | |
| XL SPECIALTY INSURANCE COMPANY | 100 CONSTITUTION PLAZA, 17TH FLOOR | | HARTFORD | CT | 06103 | |
| ZURICH | ZURICH TOWERS 1400 AMERICAN LN | | SCHAUMBURG | IL | 60196 | |

**<u>Exhibit I</u>**

# Exhibit I

Ordinary Course Professionals Service List
Served via overnight mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN AND ARONOFF LLP | 200 PUBLIC SQUARE #2300 | CLEVELAND | OH | 44114-2378 |
| BINGHAM GREENEBAUM DOLL LLP | 3913 SOLUTIONS CENTER | CHICAGO | IL | 60677-3009 |
| BLACK BALLARD MCDONALD PC | 108 S NINTH STREET | MT VERNON | IL | 62864 |
| CIUNI & PANICHI INC | 25201 CHAGRIN BOULEVARD 200 | BEACHWOOD | OH | 44122 |
| DINSMORE AND SHOHL LLP | P.O. BOX 639038 | CINCINNATI | OH | 45263-9038 |
| ERNST & YOUNG LLP | PO BOX 640382 | PITTSBURGH | PA | 15264-0382 |
| GREENSFELDER, HEMKER & GALE, P.C. | 10 S BROADWAY, SUITE 2000 | ST LOUIS | MO | 63102 |
| HARDY PENCE PLLC | P.O. BOX 2548 | CHARLESTON | WV | 25329 |
| HEYL, ROYSTER, VOELKER & ALLEN, P.C. | 300 HAMILTON BLVD | PEORIA | IL | 61601-6199 |
| KUPIEC & MARTINE, LLC | 600 WEST VAN BUREN STREET, STE 202 | CHICAGO | IL | 60607 |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | P.O. Box 89 | COLUMBIA | SC | 29202 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | P.O. Box 30769 | NEW YORK | NY | 10087-0769 |
| POLSINELLI PC | P.O. BOX 878681 | KANSAS CITY | MO | 64187-8681 |
| PRICEWATERHOUSECOOPERS LLP | PO BOX 75647 | CHICAGO | IL | 60675-5647 |
| PROTIVITI INC | 12269 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693 |
| SANDBERG PHOENIX & VON GONTARD PC | P.O. BOX 14369 | ST LOUIS | MO | 63178 |
| SANDBERG PHOENIX & VON GONTARD PC | P.O. Box 14369 | ST LOUIS | MO | 63178 |
| SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP | 1 N BRENWOOD BLVD, SUITE 800 | ST LOUIS | MO | 63105-3925 |
| SWANSON MARTIN & BELL LLP | 330 NORTH WABASH SUITE 3300 | CHICAGO | IL | 60611 |
| THE BRENNAN GROUP LLC | 12221 BIG BEND RD | ST LOUIS | MO | 63122 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | 150 EAST 42ND STREET | NEW YORK | NY | 10017-5639 |

**<u>Exhibit J</u>**

Exhibit J

Contract Counterparties Service List

Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|------|-----------|------|-------|-------------|
| INGRAM UNITED BARGE LLC (F/K/A UNITED BULK TERMINALS DAVANT, LLC) | 4400 HARDING PIKE | NASHVILLE | TN | 37205 |
| RAVEN ENERGY LLC OF LOUISIANA | 3801 PGA BOULEVARD, SUITE 903 | PALM BEACH GARDENS | FL | 33410 |
| THE MT. OLIVE AND STAUNTON COAL COMPANY TRUST | 911 WASHINGTON AVE. 3RD FLOOR | ST. LOUIS | MO | 63101 |
| UNITED BULK TERMINALS DAVANT, LLC | 4400 HARDING PIKE | NASHVILLE | TN | 37205 |