SO ORDERED

Mar 10, 2020

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: )
)
FORESIGHT ENERGY, LP, et al ) Case No. 20-41308
) Chapter 11
)
)
Debtors. )
)
)

## VERIFIED MOTION OF CHRISTOPHER P. SCHUELLER FOR ADMISSION PRO HAC VICE

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the Local Rules of the United States District Court for the Eastern District of Missouri, CHRISTOPHER P. SCHUELLER of the firm Buchanan Ingersoll & Rooney PC, together with Marshall C. Turner of the firm Husch Blackwell LLP, and move for admission of CHRISTOPHER P. SCHUELLER *pro hac vice* in the above-captioned chapter 11 case, and in support thereof state as follows:

1.Christopher P. Schueller is an attorney in the law firm of Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, Pennsylvania, 15219. His phone number is 412-562-8800. His email is christopher.schueller@bipc.com.

2.Mr. Schueller is a graduate of the Boston College Law School. Mr. Schueller was admitted to the Bar of the Commonwealth of Pennsylvania in 2004; State of New York in 1994; and State of Ohio in 2010. He is also admitted to practice before the following Courts:

Sixth Circuit Court, 7/10/15
Third Circuit Court,10/17/05
Second Circuit Court, 10/18/05
District Court Northern District New York, 2007
District Court Central District New York, 2008

DocID: 4849-0538-8215.1

District Court ED New York, 2008
District Court Western District New York, 2007
District Court Western District Pennsylvania, 5/18/12
District Court Western District Michigan, 11/24/15
District Court Central District West Virginia, 10/2012
District Court Central District Illinois, 5/20/11
U.S. Bankruptcy Court Northern District New York, 8/3/98

U.S. Bankruptcy Court Central District New York, 12/19/00
U.S. Bankruptcy Court Eastern District New York, 10/29/02
U.S. Bankruptcy Court Western District New York, 8/1/94
U.S. Bankruptcy Court Northern District Ohio, 1/2012
U.S. Bankruptcy Court Central District Ohio, 11/9/2015
U.S. Bankruptcy Court Western District Michigan, 11/24/15

3.     Mr. Schueller is a member in good standing of all bars of which he is a member and he is not under suspension or disbarment from any bar.

4.     Mr. Schueller does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

5.     Mr. Schueller will represent Huntington National Bank in this matter and co-counsel in this matter is Marshall C. Turner, a member in good standing of the Bar for the U.S. District Court for the Eastern District of Missouri.

WHEREFORE, CHRISTOPHER P. SCHUELLER attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* in connection with the above-captioned case, and for such other and further relief as is just.

DocID: 4849-0538-8215.1

Dated: March 10, 2020
      Pittsburgh, Pennsylvania

Respectfully submitted,

*/s/ Christopher P. Schueller*
Christopher P. Schueller
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania, 15219
Phone: (412) 562-8800
Email: christopher.schueller@bipc.com

Dated: March 10, 2020
      St. Louis, Missouri

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Marshall C. Turner*
Marshall C. Turner, Esq. (#58053MO)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone:   (314) 480-1768
Facsimile:   (314) 480-1505
marshall.turner@huschblackwell.com

*Attorneys* for Huntington National Bank

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was filed on March 10, 2020 and that a true and correct copy of the Motion was served through this Court's CM/ECF system to all parties receiving notice thereby.

*/s/ Marshall C. Turner*
Marshall C. Turner

DocID: 4849-0538-8215.1