UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-41308-659<br><br>(Joint Administration Requested) |

# **CERTIFICATE OF SERVICE**

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 11, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Agenda Master Service List attached hereto as **Exhibit A**:

- Proposed First Day Agenda for Hearing on March 11, 2020 at 10:00 a.m. (prevailing Central Time) [Docket No. 65]

[*Remainder of page left intentionally blank*]

---

[1] The four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

Dated: March 11, 2020

*[signature]*
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 11, 2020, by Kelsey L. Gordon proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | Facsimile | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn<br>1 Bryant Park<br>New York NY 10036 | 212-872-1002 | idizengoff@akingump.com<br>bkahn@akingump.com | Email and Facsimile |
| Proposed Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale, LLP | Attn: Richard W. Engel, Jr., John G. Willard, Kathyrn Redmond<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis MO 63105 | 314-621-5065 | rengel@atllp.com<br>jwillard@atllp.com<br>kredmond@atllp.com | Email and Facsimile |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | Attn: Luther J. Grafe<br>11191 Illinois Route 185<br>Hillsboro IL 62049 | | lgrafe@bankdirectcapital.com | Email |
| Counsel to the Facilities Agent (Huntington) | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller and Timothy Palmer<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh PA 15219-4413 | | christopher.schueller@bipc.com<br>timothy.palmer@bipc.com | Email |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | Attn: Thomas H. Riske, Esq.<br>120 South Central Avenue<br>Ste. 1800<br>St. Louis MO 63105 | 314-8545-8660 | thr@carmodymacdonald.com | Email and Facsimile |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | Attn: Ronald Hewitt<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | | rhewitt@cov.com | Email |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | Attn: Steve McCullick<br>9150 96the Avenue<br>Zeeland MI 49464 | | steve@dewindonepass.com | Email |
| Top 20 Unsecured Creditor | Fabick Mining Inc | Attn: Nick Johnson<br>P.O Box 403943<br>Atlanta GA 30384-3943 | | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service | Attn: Shawn Collins<br>654 Main Street<br>Rockwood PA 15557 | | scollins@flandersinc.com | Email |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Attn: Steve Williams<br>P.O Box 952121<br>St Louis MO 63195-2121 | | Steve.Williams@fuchs.com | Email |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | Attn: John Richards<br>P.O Box 71735<br>Chicago IL 60694-1735 | | jrichards@heritagecooperative.com | Email |
| Top 20 Unsecured Creditor | International Belt Sales LLC | Attn: Jeff Hurt<br>29425 Chagrin Blvd., Suite 300<br>Pepper Pike OH 44122 | | JEFFREYCHURT@aol.com | Email |
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | Attn: William Baker<br>P.O Box 4835<br>Evansville IN 47724 | | wbaker@irwincar.com | Email |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | Attn: Jay Bazemore<br>P.O Box 465<br>West Frankfort IL 62896 | | jbazemore@jabosupply.com | Email |
| Top 20 Unsecured Creditor | Jennchem Mid-West | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | | tcalandra@jennmar.com | Email |

In re: Foresight Energy LP, et al.
Case No. 20-41308-659

Page 1 of 4

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | Facsimile | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | Jennmar Services | Attn: Tony Calandra<br>P.O Box 405655<br>Atlanta GA 30384-5655 | | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>PO Box 369<br>Canfield OH 44406-0369 | | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>364 Libson Street<br>Canfield OH 44406-0369 | | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | Attn: Dan Spears<br>P.O Box 504794<br>St Louis MO 63150-4794 | | dan.spears@mining.komatsu | Email |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | Attn: Dan Spears<br>P.O Box 504794<br>St. Louis MO 63150-4794 | | dan.spears@mining.komatsu | Email |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | Attn: Dave Mayo<br>P.O Box 28330<br>St. Louis MO 63146 | | david.mayo@mayowv.com | Email |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | Attn: Dennis F. Dunne and Parker Milender<br>55 Hudson Yards<br>New York NY 10001 | 212-822-5770; 212-822-5290 | ddunne@milbank.com<br>pmilender@milbank.com | Email and Facsimile |
| Top 20 Unsecured Creditor | Mine Supply Company | Attn: Bob Purvis<br>2853 Ken Gray Blvd.<br>Suite 4<br>West Frankfort IL 62896 | | bob.purvis@purvisindustries.com | Email |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | Attn: Patrick D. Cloud<br>P.O Box 742784<br>Atlanta GA 30374-2784 | | pcloud@heylroyster.com | Email |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | | gwooten@wpplp.com | Email |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Attn:<br>111 S. 10th Street<br>Suite 6.353<br>St. Louis MO 63102 | 314-539-2990 | | Facsimile |
| Counsel to Javelin and Uniper | Paul Hastings LLP | Attn: Pedro Jimenez, Irena Goldstein<br>200 Park Ave<br>New York NY 10166 | 212-230-7790; 212-303-7093 | pedrojimenez@paulhastings.com<br>irenagoldstein@paulhastings.com | Email and Facsimile |
| Proposed Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Alice Belisle Eaton, Samuel E. Lovett<br>1285 Avenue of the Americas<br>New York NY 10019 | 212-757-3990 | pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>slovett@paulweiss.com | Email and Facsimile |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | Attn: Peter Freissle<br>P.O Box 827<br>Pound VA 24279 | | p.freissle@polydeck.com | Email |

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | Facsimile | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | R M Wilson Co Inc | Attn: Pat Popicg<br>46226 National Road<br>St Clairsville OH 43950 | | ppopicg@rmwilson.com | Email |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | Attn: Bill Lawrence<br>610 Sneed Road<br>Carbondale IL 62902 | | blawrence@sginterests.com | Email |
| Counsel to the DIP Agent | Ropes & Gray | Attn: Patricia I. Chen<br>Prudential Tower, 800 Boylston Street<br>Boston MA 02199-3600 | | patricia.chen@ropesgray.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | Attn: Bankruptcy Department<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago IL 60604 | | secbankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov | Email |
| Top 20 Unsecured Creditor | Snf Mining Inc | Attn: Paul Slater<br>P.O Box 890889<br>Charlotte NC 28289-0889 | | pslater@snfhc.com | Email |
| Top 20 Unsecured Creditor | State Electric Supply Co | Attn: John Spoor<br>P.O Box 603800<br>Charlotte NC 28260-3800 | | john.spoor@stateelectric.com | Email |
| Attorney General for the State of Illinois | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | | webmaster@atg.state.il.us | Email |
| Attorney General for the State of Missouri | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building, 207 W. High St.<br>Jefferson City MO 65102 | 573-751-0774 | attorney.general@ago.mo.gov | Email and Facsimile |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | Attn: Mark V. Bossi<br>One US Bank Plaza<br>St. Louis MO 63101 | | mbossi@thompsoncoburncom | Email |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Attn: Henry Looney<br>P.O Box 71206<br>Chicago IL 60694-1206 | | Henry.Looney@unitedcentral.net | Email |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th Street, 20th Floor<br>St. Louis MO 63102 | 314-539-2309 | | Facsimile |
| Top 20 Unsecured Creditor | Us United Bulk Terminal | Attn: Brian Miles<br>P. O. Box 301749<br>Dallas TX 75303-1749 | | UBT-AR@unitedbulkterminals.com | Email |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | | Dwallace@wallaceelectricalsystems.com | Email |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | | Dwallace@wallaceelectricalsystems.com | Email |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | Attn: Brandon Bonfig<br>50 S 6th Street, Suite 1290<br>Minneapolis MN 55402 | | bbonfig@wilmingtontrust.com | Email |

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | Facsimile | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Wpp LLC | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | | gwooten@wpplp.com | Email |