SO ORDERED

Mar 11, 2020

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District

of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the

Eastern District of Missouri, I, Richard W. Engel, move that Aidan Synnott be admitted *pro hac*

*vice* to the bar of this Court for the purpose of representing Foresight Energy LP, *et al*., the

above-captioned debtors, in the instant matter. In support of this motion, I submit the following

information as required by Rule 12.01(F):

      a.  *Full name of the movant-attorney:*
          **Aidan Synnott**

      b.  *Address and telephone number of the movant-attorney:*
          **Paul, Weiss, Rifkind, Wharton & Garrison LLP**
          **1285 Avenue of the Americas**
          **New York, New York 10019-6064**
          **(212) 373-3000**

---

[1]  The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (7023); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

c. *Name of the firm or letterhead under which the movant practices:*
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
**University College Cork (BCL), Class of 1985**
**The Honorable Society of King's Inns (BL), Class of 1987**
**University of Michigan Law School (LLM), Class of 1989**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*

| | |
|---|---|
| **Ireland** | **(1987)** |
| **New York,** | **#2281509 (1989)** |
| **U.S. Court of Appeals, 11th Circuit** | **(2011)** |
| **U.S. Court of Appeals, 1st Circuit** | **(2009)** |
| **U.S. Court of Appeals, 2nd Circuit** | **(1992)** |
| **U.S. Court of Appeals, 3rd Circuit** | **(2005)** |
| **U.S. Court of Appeals, 6th Circuit** | **(2006)** |
| **U.S. Court of Appeals, 7th Circuit** | **(2003)** |
| **U.S. Court of Appeals, 9th Circuit** | **(2000)** |
| **U.S. District Court, Eastern District of New York** | **(1989)** |
| **U.S. District Court, Northern District of California** | **(1993)** |
| **U.S. District Court, Northern District of New York** | **(2001)** |
| **U.S. District Court, Southern District of New York** | **(1989)** |
| **U.S. Supreme Court** | **(1993)** |

f. *Statement that attorney seeking admission is a member in good standing of all bars of which attorney is a member and that attorney is not under suspension or disbarment from any bar:*
**Mr. Synnott affirms that he is a member in good standing of the bar set forth above and is not currently under suspension or disbarment from any bar.**

g. *Statement that attorney seeking admission does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District:*
**Mr. Synnott affirms that he does not reside in the Eastern District of Missouri, is not regularly employed by this District and is not regularly engaged in the practice of law in this District.**

Mr. Synnott attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

[*Signature Page to Follow*]

Dated:  March 10, 2020

*/s/     Aidan Synnott*
Aidan Synnott

Respectfully submitted,

*/s/     Richard W. Engel, Jr.*
Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
Email:  rengel@atllp.com
        jwillard@atllp.com
        kredmond@atllp.com

*Proposed Counsel for the Debtors and Debtors in Possession*