**SO ORDERED**

**Mar 11, 2020**

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Richard W. Engel, move that Paul M. Basta be admitted *pro hac vice* to the bar of this Court for the purpose of representing Foresight Energy LP, *et al.*, the above-captioned debtors, in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

    a. *Full name of the movant-attorney:*
       **Paul M. Basta**

    b. *Address and telephone number of the movant-attorney:*
       **Paul, Weiss, Rifkind, Wharton & Garrison LLP
       1285 Avenue of the Americas
       New York, New York 10019-6064
       (212) 373-3000**

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

c. *Name of the firm or letterhead under which the movant practices:*
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
**The George Washington University Law School, Class of 1992**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*
**New York,                                                                   #2568046 (1993)**
**U.S. District Court, Southern District of New York,     #PB4434 (1994)**

f. *Statement that attorney seeking admission is a member in good standing of all bars of which attorney is a member and that attorney is not under suspension or disbarment from any bar*:
**Mr. Basta affirms that he is a member in good standing of the bar set forth above and is not currently under suspension or disbarment from any bar.**

g. *Statement that attorney seeking admission does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District*:
**Mr. Basta affirms that he does not reside in the Eastern District of Missouri, is not regularly employed by this District and is not regularly engaged in the practice of law in this District.**

Mr. Basta attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

[*Signature Page to Follow*]

Dated: March 10, 2020

/s/    *Paul M. Basta*
Paul M. Basta

Respectfully submitted,

/s/    *Richard W. Engel, Jr.*
Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
Email: rengel@atllp.com
           jwillard@atllp.com
           kredmond@atllp.com

*Proposed Counsel for the Debtors and Debtors in Possession*