**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND ORDERS**

COMES NOW John G. Willard and the firm Armstrong Teasdale LLP and enters his appearance in this matter on behalf of Foresight Energy LP, et al., ("Debtors") and respectfully requests that all notices, pleadings and orders in these proceedings, pursuant to the Federal Rules of Bankruptcy Procedure, be served upon the Practice and its counsel as follows:

John G. Willard
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-2239
jwillard@atllp.com

PLEASE TAKE NOTICE THAT the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes without limitation, notices and copies of any original, amended or supplemental plan, application, complaint, demand, hearing motion pleading or request, formal or informal whether transmitted or conveyed by mail, telephone, facsimile, electronic transmission, the CM/ECF system or otherwise.

Dated: March 11, 2020                    ARMSTRONG TEASDALE LLP


                                         BY:*/s/ John G. Willard*
                                             John G. Willard (MO 67049)
                                             7700 Forsyth Blvd., Suite 1800
                                             St. Louis, Missouri 63105-1847
                                             (314) 621-5070
                                             (314) 621- 2239 (facsimile)
                                             jwillard@atllp.com

                                         *PROPOSED COUNSEL TO THE DEBTORS AND*
                                         *DEBTORS IN POSSESSION*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 11th day of March, 2020, he caused a true and correct copy of the foregoing document to be served by way of the Court's CM/ECF system.

*/s/ John G. Willard*