**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al. | ) | Case No. 20-41308-659 |
| | ) | |
| DEBTORS. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of creditor and party-in-interest, Indemnity National Insurance Company ("INIC"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> Daniel I. Waxman
> KEWA FINANCIAL INC.
> 340 S. Broadway, Suite 100
> Lexington, Kentucky 40508
> Telephone:  (859) 233-0352
> E-mail:  diw@kewafinancial.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive INIC's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which INIC is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

        Respectfully submitted,

        /s/ Daniel I. Waxman
        Daniel I. Waxman
        KEWA FINANCIAL INC.
        340 S. Broadway, Suite 100
        Lexington, Kentucky 40508
        Telephone: (859) 233-0352
        E-mail: diw@kewafinancial.com

        *Counsel for Indemnity National Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically via the Court's CM/ECF system upon all parties designated to receive electronic service on March 11, 2020.

                                               */s/ Daniel I. Waxman*
                                               Daniel I. Waxman

61779816.1