UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors.1 | ) | (Joint Administration Requested) |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the firms listed below hereby appear as counsel for Natural Resource Partners L.P.; WPP LLC; HOD LLC; Independence Land Company, LLC and Williamson Transport LLC (collectively the "NRP" parties) and, pursuant to Fed. R. Bankr. P. 2002 and 9007, request that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that NRP requests that all notices authorized, permitted, or required by any provision of the Bankruptcy Code, 11 U.S.C. §§ 101 *et. seq.*, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States

---

1  The Debtors in these cases are each incorporated or organized in the State of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services, LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales, LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, MO 63102.

32401789v.1

Bankruptcy Court for the Eastern District of Missouri, and by any request, instruction, or directive of the Office of the United States Trustee, and all other notices, applications, motions, complaints, petitions, pleadings, disclosure statements, plans of reorganizations, plans of liquidation, reports, orders, and papers lodged or filed in the above-captioned bankruptcy proceeding, as well as all notices of any of the foregoing, be given to and served upon its attorneys, as well as NRP at the addresses below:

> Wendi Alper-Pressman, Esq.
> LATHROP GPM LLP
> Pierre Laclede Center
> 7701 Forsyth Boulevard, Suite 500
> Clayton, Missouri 63105
> Telephone: (314) 613-2800
> Email: wpressman@lathropgpm.com
>
> Jennifer McLain McLemore
> WILLIAMS MULLEN
> 200 South 10th Street, Suite 1600
> Richmond, VA 23219
> Telephone: (804) 420-6000
> Email: jmclemore@williamsmullen.com
>
> Michael D. Mueller, Esq.
> WILLIAMS MULLEN
> 200 South 10th Street, Suite 1600
> Richmond, VA 23219
> Telephone: (804) 420-6000
> Email: mmueller@williamsmullen.com
>
> Natural Resource Partners L.P.
> 5260 Irwin Road
> Huntington, WV 25705

PLEASE TAKE FURTHER NOTICE that NRP intends that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related to this case; (iii) the right to request a withdrawal of the reference by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies, or (v) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[Signature Page to Follow]

32401789v.1

Dated: March 11, 2020

Respectfully submitted,

LATHROP GPM LLP

/s/ *Wendi Alper-Pressman*
Wendi Alper-Pressman
Pierre Laclede Center
7701 Forsyth Boulevard, Suite 500
Clayton, Missouri 63105
Telephone: (314) 613-2800
Telecopier: (314) 613-2801
Email: wpressman@lathropgpm.com
*Local Counsel to Natural Resource Partners L.P. and its affiliates*

And

Jennifer McLain McLemore
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6000
Email: jmclemore@williamsmullen.com
*Counsel to Natural Resource Partners L.P. and its affiliates (Pro hac motion pending)*

Michael D. Mueller
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: 804) 420-6000
Email: mmueller@williamsmullen.com
*Counsel to Natural Resource Partners L.P. and its affiliates (Pro hac motion pending)*

## CERTIFICATE OF SERVICE

The notice of electronic filing indicates that all necessary parties were served with this document via the Court's CM/ECF System on the 11th day of March, 2020.

/s/Wendi Alper-Pressman

4

32401789v.1