**SO ORDERED**

Mar 10, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY, L.P., et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Brad M. Kahn move to be admitted pro hac vice to the bar of this Court for the purpose of representing the Ad Hoc First Lien Group in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney*:
   **Brad M. Kahn**

b. *Address and telephone number of the movant-attorney*:
   **Akin Gump Strauss Hauer & Feld LLP**
   **One Bryant Park**
   **Bank of America Tower**
   **New York, New York 10036**
   **Tel.: (212)-872-8121**

c. *Name of the firm or letterhead under which the movant practices*:
   **Akin Gump Strauss Hauer & Feld LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom*:
   **New York University School of Law 2007**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any*:

   (1)   **New York (No. 4619235) admitted 2008**

f. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District*:
   **Movant is a member in good standing of all bars of which Movant is a member and is not currently under suspension or disbarment from any bar.**

 g. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District:*
**Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.**

Movant has associated with Thompson Coburn LLP as local counsel in this matter.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that Movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 10, 2020    Respectfully submitted

           AKIN GUMP STRAUSS HAUER & FELD LLP

           By: /s/ *Brad M. Kahn*
             Brad M. Kahn, Bar #4619235
             One Bryant Park
             Bank of America Tower
             New York, New York 10036
             Tel.: (212)-872-1000
             Fax: (212) 872-1002
             email: bkahn@akingump.com

           *Counsel to the Ad Hoc First Lien Group*

United States Bankruptcy Court
Eastern District of Missouri

In re:
Foresight Energy LP
    Debtor

Case No. 20-41308-kss
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0865-4  User: admin  Page 1 of 2  Date Rcvd: Mar 10, 2020
Form ID: pdfo1  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.
aty            +Brad M. Kahn,    Akin Gump Strauss Hauer & Feld LLP,    One Bryant Park,   Bank of America Tower,
                 New York, NY 10036-6743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
          Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
           brian.walsh@bclplaw.com
          Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
           jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    American Century Transport LLC
           jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    American Century Mineral LLC
           jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
           bvogt@armstrongteasdale.com
          Kathryn Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
           bvogt@atllp.com
          Kathryn Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
           bvogt@atllp.com
          Kathryn Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,   bvogt@atllp.com

```
District/off: 0865-4          User: admin              Page 2 of 2             Date Rcvd: Mar 10, 2020
                              Form ID: pdfo1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kathryn Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com, bvogt@atllp.com
        Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com

                                                                                                            TOTAL: 34