**SO ORDERED**

Mar 10, 2020

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**FORESIGHT ENERGY L.P.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 4:20-bk-41308<br><br>**(Joint Administration Requested)** |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, I, Dennis F. Dunne, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Davidson Kempner Capital Management LP and certain of its affiliated funds in the instant matter. In support of this motion, I submit the following information as required by Local Rule 12.01(F):

a. *Full name of the movant-attorney:*
**Dennis F. Dunne**

b. *Address and telephone number of the movant-attorney:*
**Milbank LLP
55 Hudson Yards
New York, NY  10001
Telephone:  (212) 530-5000**

c. *Name of the firm or letterhead under which the movant practices:*
**Milbank LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
**New York University School of Law, 1990**

  e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*
**New York (1991) – Bar No. 2414373**
**U.S. Supreme Court (2009)**
**U.S. Court of Appeals, First Circuit (2017)**
**U.S. Court of Appeals, Second Circuit (1995)**
**U.S. Court of Appeals, Third Circuit (1999)**
**U.S. Court of Appeals, Fifth Circuit (2018)**
**U.S. Court of Appeals, Ninth Circuit (2019)**
**U.S. District Court, Southern District of New York (1991)**

  f. *Movant is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.*

  g. *Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 10, 2020
New York, New York

Respectfully submitted,

MILBANK LLP

/s/ Dennis F. Dunne
Dennis F. Dunne

55 Hudson Yards
New York, NY  10001
(212) 530-5000
Fax:   (212) 530-5219
pmilender@milbank.com

*Counsel to Davidson Kempner Capital Management LP and certain of its affiliated funds*

Prepared and submitted by:

Brian C. Walsh
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
(314) 259-2000
Fax:  (314) 259-2020
brian.walsh@bclplaw.com

*Counsel to Davidson Kempner Capital Management LP and certain of its affiliated funds*

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                          Case No. 20-41308-kss
Foresight Energy LP                                                             Chapter 11
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4           User: admin              Page 1 of 2              Date Rcvd: Mar 10, 2020
                               Form ID: pdfo1           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
aty             +Dennis F. Dunne,    Milbank, Tweed et al.,    1 Chase Manhattan Plaza,    New York, NY 10005-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              Kathryn Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,    bvogt@atllp.com

```
District/off: 0865-4           User: admin              Page 2 of 2              Date Rcvd: Mar 10, 2020
                               Form ID: pdfo1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Kathryn Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com, bvogt@atllp.com
        Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com

        TOTAL: 35