UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) ) ) CHAPTER 11 ) |
| FORESIGHT ENERGY, LP, *et al* | ) CASE NO. 20-41308-659 ) |
| DEBTORS.[1] | ) (Joint Administration Requested) ) ) |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

The law firm of Wyatt, Tarrant & Combs, LLP, pursuant to Federal Rule of Bankruptcy Procedure 9010, hereby enters its appearance as counsel for Evansville Western Railway, Inc. ("Creditor"), with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office mail address, electronic mail address and telephone number as follows:

> John P. Brice
> Wyatt, Tarrant & Combs, LLP
> 250 West Main Street, Suite 1600
> Lexington, Kentucky  40507-1746
> Telephone:  (859) 288-7462
> Facsimile:   (859) 259-0649
> Email:  jbrice@wyattfirm.com

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor' federal tax identification number (or SEC filing number if available), are  Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7684); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788)' Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5692); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251).  The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

Creditor, pursuant to Federal Rule of Bankruptcy Procedure 2002, hereby requests that all notices required to be given under Rules 2002, 4001, 6004, 6006, 6007 and 9019 be given to Creditor by due service upon its undersigned attorneys, Wyatt, Tarrant & Combs, LLP, at the address stated above.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive Creditor's right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

 /s/ John P. Brice
John P. Brice (KY 07535)
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Telephone:  (859) 233-2012
Facsimile:   (859) 259-0649
E-mail:  jbrice@wyattfirm.com

COUNSEL FOR EVANSVILLE WESTERN RAILWAY, INC.

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served electronically to all parties designated to receive electronic service via the Court's CM/ECF system on this 13th day of March, 2020.

                                                            */s/ John P. Brice*
                                                          John P. Brice

100253262.v1