**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date**: April 3, 2020 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Objection Deadline**: March 30, 2020 at |
| | ) | 11:59 p.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

## NOTICE OF SECOND DAY HEARING

**PLEASE TAKE NOTICE**: The below listed motions (collectively, the "Motions") are scheduled for final hearing on **April 3, 2020 at 10:00 a.m**. **(Central Time)** at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 7th Floor – North Courtroom, St. Louis, Missouri 63102:

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING, (B) GRANT SENIOR SECURED PRIMING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, AND (C) UTILIZE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) SCHEDULING FINAL HEARING; AND (VI) GRANTING RELATED RELIEF* [Docket No. 29]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING CONTINUED USE OF THE DEBTORS' EXISTING CASH MANAGEMENT SYSTEM; (B) AUTHORIZING USE OF EXISTING BANK ACCOUNTS AND BUSINESS FORMS; (C) GRANTING A LIMITED WAIVER OF REQUIREMENTS OF SECTION 345(b) OF THE BANKRUPTCY CODE; (D) AUTHORIZING CONTINUATION OF ORDINARY COURSE INTERCOMPANY TRANSACTIONS; (E) GRANTING ADMINISTRATIVE EXPENSE PRIORITY STATUS TO POSTPETITION INTERCOMPANY CLAIMS; AND (F) GRANTING RELATED RELIEF* [Docket No. 4]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING DEBTORS TO PAY PREPETITION CLAIMS OF TRADE AND LIEN CLAIMANTS AND AUTHORIZING PAYMENT PROCEDURES RELATED THERETO, (B) AUTHORIZING DEBTORS TO PAY ROYALTY AND LEASEHOLD CLAIMS, (C) GRANTING ADMINISTRATIVE EXPENSE PRIORITY STATUS TO OUTSTANDING ORDERS, AND (D) GRANTING RELATED RELIEF* [Docket No. 5]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING DEBTORS TO PAY PREPETITION WAGES AND WORKFORCE OBLIGATIONS, (B) AUTHORIZING DEBTORS TO MAINTAIN WORKFORCE PROGRAMS AND PAY RELATED OBLIGATIONS, AND (C) GRANTING RELATED RELIEF* [Docket No. 6]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO (I) PERFORM UNDER EXISTING COAL SALE CONTRACTS IN THE ORDINARY COURSE OF BUSINESS AND (II) ENTER INTO AND PERFORM UNDER NEW COAL SALE CONTRACTS IN THE ORDINARY COURSE OF BUSINESS AND (B) GRANTING RELATED RELIEF* [Docket No. 8]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO MAINTAIN EXISTING CUSTOMER PROGRAMS AND HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO AND (B) GRANTING RELATED RELIEF* [Docket No. 7]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING DEBTORS TO CONTINUE AND RENEW SURETY BOND PROGRAM AND (B) GRANTING RELATED RELIEF* [Docket No. 9]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO (I) MAINTAIN, CONTINUE, AND RENEW THEIR EXISTING INSURANCE PROGRAM AND (II) HONOR CERTAIN PREPETITION OBLIGATIONS IN RESPECT THEREOF AND (B) GRANTING RELATED RELIEF* [Docket No. 11]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS (A) AUTHORIZING PAYMENT OF PREPETITION TAXES AND FEES AND (B) GRANTING RELATED RELIEF* [Docket No. 12]

- *DEBTORS' MOTION FOR ENTRY OF FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES* [Docket No. 13]

- *DEBTORS' MOTION FOR AN ENTRY OF AN ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF* [Docket No. 30]

- *DEBTORS' MOTION FOR AN ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004 AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS NUNC PRO TUNC TO THE PETITION DATE* [Docket No. 63]

**WARNING: THESE MOTIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS.**

**YOU MUST FILE AND SERVE YOUR RESPONSE BY MARCH 30, 2020 AT 11:59 P.M. CENTRAL TIME.**

**YOUR RESPONSE MUST STATE WHY A MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE A MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Dated: March 13, 2020
       St. Louis, Missouri

                                           Respectfully submitted,

                                           ARMSTRONG TEASDALE LLP

                                           */s/ Richard W. Engel, Jr.*
                                           Richard W. Engel, Jr. (MO 34641)
                                           John G. Willard (MO 67049)
                                           Kathryn R. Redmond (MO 72087)
                                           7700 Forsyth Boulevard, Suite 1800
                                           St. Louis, Missouri  63105
                                           Tel:    (314) 621-5070
                                           Fax:   (314) 621-5065
                                           Email: rengel@atllp.com
                                                      jwillard@atllp.com
                                                      kredmond@atllp.com

                                                         - and -

                                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                           Paul M. Basta (admitted *pro hac vice*)
                                            Alice Belisle Eaton (admitted *pro hac vice*)
                                           Alexander Woolverton ((admitted *pro hac vice*)
                                           1285 Avenue of the Americas
                                           New York, New York  10019
                                           Tel:    (212) 373-3000
                                           Fax:   (212) 757-3990
                                           Email: pbasta@paulweiss.com
                                                     aeaton@paulweiss.com
                                                     awoolverton@paulweiss.com

                                           *Proposed Counsel to the Debtors and*
                                           *Debtors in Possession*