**SO ORDERED**

Mar 10, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| FORESIGHT ENERGY, LP, et al ) | Case No. 20-41308 |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

**VERIFIED MOTION OF CHRISTOPHER P. SCHUELLER FOR**
**ADMISSION PRO HAC VICE**

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the Local Rules of the United States District Court for the Eastern District of Missouri, CHRISTOPHER P. SCHUELLER of the firm Buchanan Ingersoll & Rooney PC, together with Marshall C. Turner of the firm Husch Blackwell LLP, and move for admission of CHRISTOPHER P. SCHUELLER *pro hac vice* in the above-captioned chapter 11 case, and in support thereof state as follows:

  1.  Christopher P. Schueller is an attorney in the law firm of Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, Pennsylvania, 15219. His phone number is 412-562-8800. His email is christopher.schueller@bipc.com.

  2.  Mr. Schueller is a graduate of the Boston College Law School. Mr. Schueller was admitted to the Bar of the Commonwealth of Pennsylvania in 2004; State of New York in 1994; and State of Ohio in 2010. He is also admitted to practice before the following Courts:

  Sixth Circuit Court, 7/10/15
  Third Circuit Court,  10/17/05
  Second Circuit Court, 10/18/05
  District Court Northern District New York, 2007
  District Court Central District New York, 2008

DocID: 4849-0538-8215.1

  District Court ED New York, 2008
  District Court Western District New York, 2007
  District Court Western District Pennsylvania, 5/18/12
  District Court Western District Michigan, 11/24/15
  District Court Central District West Virginia, 10/2012
  District Court Central District Illinois, 5/20/11
  U.S. Bankruptcy Court Northern District New York, 8/3/98

  U.S. Bankruptcy Court Central District New York, 12/19/00
  U.S. Bankruptcy Court Eastern District New York, 10/29/02
  U.S. Bankruptcy Court Western District New York, 8/1/94
  U.S. Bankruptcy Court Northern District Ohio, 1/2012
  U.S. Bankruptcy Court Central District Ohio, 11/9/2015
  U.S. Bankruptcy Court Western District Michigan, 11/24/15

  3. Mr. Schueller is a member in good standing of all bars of which he is a member and he is not under suspension or disbarment from any bar.

  4. Mr. Schueller does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

  5. Mr. Schueller will represent Huntington National Bank in this matter and co-counsel in this matter is Marshall C. Turner, a member in good standing of the Bar for the U.S. District Court for the Eastern District of Missouri.

  WHEREFORE, CHRISTOPHER P. SCHUELLER attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* in connection with the above-captioned case, and for such other and further relief as is just.

Dated: March 10, 2020
      Pittsburgh, Pennsylvania

Respectfully submitted,

*/s/ Christopher P. Schueller*
Christopher P. Schueller
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania, 15219
Phone: (412) 562-8800
Email: christopher.schueller@bipc.com

Dated: March 10, 2020
      St. Louis, Missouri

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Marshall C. Turner*
Marshall C. Turner, Esq. (#58053MO)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone:   (314) 480-1768
Facsimile:   (314) 480-1505
marshall.turner@huschblackwell.com

*Attorneys* for Huntington National Bank

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Motion was filed on March 10, 2020 and that a true and correct copy of the Motion was served through this Court's CM/ECF system to all parties receiving notice thereby.

*/s/ Marshall C. Turner*
Marshall C. Turner

3

DocID: 4849-0538-8215.1

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Foresight Energy LP  
    Debtor

Case No. 20-41308-kss  
Chapter 11

## CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: admin              Page 1 of 2                  Date Rcvd: Mar 11, 2020
                              Form ID: pdfo1           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
aty           Christopher P. Schueller,    Buchanan Ingersoll & Rooney PC,
                One Oxford Centre, 301 Grant Street,    20th Floor,    Pittsburgh, PA   15219.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
```
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities (UK) Ltd
               cjl@carmodymacdonald.com,   ajk@carmodymacdonald.com;aep@carmodymacdonald.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
              Kathryn Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,   bvogt@atllp.com
```

```
District/off: 0865-4          User: admin                  Page 2 of 2                   Date Rcvd: Mar 11, 2020
                              Form ID: pdfo1               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Kathryn Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com, bvogt@atllp.com
           Mark V. Bossi    on behalf of Creditor   Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
           Marshall C. Turner    on behalf of Creditor    Huntington National Bank marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
           Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
           Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
           Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd thr@carmodymacdonald.com, syd@carmodymacdonald.com;ala@carmodymacdonald.com

                                                                                                                              TOTAL: 38