**SO ORDERED**

Mar 11, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Richard W. Engel, move that Michael J. Colarossi be admitted *pro hac vice* to the bar of this Court for the purpose of representing Foresight Energy LP, *et al.*, the above-captioned debtors, in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

    a. *Full name of the movant-attorney:*
       **Michael J. Colarossi**

    b. *Address and telephone number of the movant-attorney:*
       **Paul, Weiss, Rifkind, Wharton & Garrison LLP**
       **1285 Avenue of the Americas**
       **New York, New York 10019-6064**
       **(212) 373-3000**

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

c. *Name of the firm or letterhead under which the movant practices:*
   **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
   **Columbia Law School, Class of 2017**
   **London School of Economics and Political Science (LLM), Class of 2016**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*
   | | |
   |---|---|
   | **New York, First Department** | **#5559729 (2017)** |
   | **U.S. District Court, Southern District of New York** | **(2018)** |
   | **U.S. District Court, Eastern District of New York** | **(2018)** |

f. *Statement that attorney seeking admission is a member in good standing of all bars of which attorney is a member and that attorney is not under suspension or disbarment from any bar*:
   **Mr. Colarossi affirms that he is a member in good standing of the bar set forth above and is not currently under suspension or disbarment from any bar.**

g. *Statement that attorney seeking admission does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District*:
   **Mr. Colarossi affirms that he does not reside in the Eastern District of Missouri, is not regularly employed by this District and is not regularly engaged in the practice of law in this District.**

Mr. Colarossi attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

[*Signature Page to Follow*]

Dated: March 10, 2020    */s/   Michael J. Colarossi*
Michael J. Colarossi

Respectfully submitted,

/s/   *Richard W. Engel, Jr.*
Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
Email: rengel@atllp.com
jwillard@atllp.com
kredmond@atllp.com

*Proposed Counsel for the Debtors and Debtors in Possession*

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                             Case No. 20-41308-kss
Foresight Energy LP                                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4        User: admin              Page 1 of 2            Date Rcvd: Mar 11, 2020
                            Form ID: pdfo1           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db          +Foresight Energy LP,   Metropolitan Square Building,   211 North Broadway,   Suite 2600,
              St. Louis, MO 63102-2742
aty         +Michael J. Colarossi,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Avenue of the Americas,
              New York, NY 10019-6031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities (UK) Ltd
               cjl@carmodymacdonald.com, ajk@carmodymacdonald.com;aep@carmodymacdonald.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com

```
District/off: 0865-4           User: admin              Page 2 of 2                Date Rcvd: Mar 11, 2020
                               Form ID: pdfo1           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kathryn   Redmond     on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com,  bvogt@atllp.com
        Kathryn   Redmond     on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
         bvogt@atllp.com
        Kathryn   Redmond     on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
         bvogt@atllp.com
        Kathryn   Redmond     on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,  bvogt@atllp.com
        Mark V. Bossi     on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com,
         lmckinnon@thompsoncoburn.com
        Marshall C. Turner     on behalf of Creditor    Huntington National Bank
         marshall.turner@huschblackwell.com,
         gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Richard W. Engel, Jr.     on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Foresight Energy GP LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Foresight Energy Services LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.     on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com,
         bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Thomas H Riske     on behalf of Creditor    Javelin Global Commodities (UK) Ltd
         thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Timothy P. Palmer     on behalf of Creditor    Huntington National Bank timothy.palmer@bipc.com

        TOTAL: 39