**SO ORDERED**

Mar 11, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | Case No.: 20-41308-659 |
|---|---|---|
|  | ) | Honorable Kathy A. Surratt-States |
| FORESIGHT ENERGY, LP, et al. | ) | Chapter 11 |
|  | ) | (Joint Administration Requested) |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, **Holly Snow**, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Javelin Global Commodities (UK) Ltd in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

    *a.*    ***Full name of the movant-attorney;***
            Holly Snow

    *b.*    ***Address and telephone number of the movant-attorney;***
            Paul Hastings LLP
            71 South Wacker Drive, Suite 4500
            Chicago, IL 60606
            Telephone: (312) 499-6024
            Facsimile: (312) 499-6124
            Email: hollysnow@paulhastings.com

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

{20039/00000/2797070.DOC.}

    c.    *Name of the firm or letterhead under which the movant practices;*
Paul Hastings LLP

    d.    *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*
University of Chicago - 2009

    e.    *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*

State of Illinois: 2009

    f.    *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

Movant is a member in good standing of all bars of which Movant is a member and he is not under suspension or disbarment from any bar.

    g.    *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District and is not regularly engaged in the practice of law in this District. Movant has associated with:

**Thomas H. Riske**
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105
314-854-8600
Fax: 314-854-8660
Email: thr@carmodymacdonald.com

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 10, 2020

{20039/00000/2797070.DOC.}

CARMODY MACDONALD P.C.

By: */s/ Thomas H. Riske*
    CHRISTOPHER J. LAWHORN, #45713MO
    THOMAS H. RISKE, #61838MO
    120 S. Central Avenue, Suite 1800
    St. Louis, Missouri 63105
    (314) 854-8600
    (314) 854-8660 – FAX
    cjl@carmodymacdonald.com
    thr@carmodymacdonald.com

-and-

PAUL HASTINGS LLP

By: */s/ Holly Snow*
HOLLY SNOW
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6024
Facsimile: (312) 499-6124
Email: hollysnow@paulhastings.com

Attorneys for Javelin Global Commodities (UK) Ltd

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 10, 2020, a true and correct copy of the above and foregoing pleading was filed with the Clerk of the Court using the CM/ECF system and the Notice of Electronic Filing indicates that all necessary parties were served with the document via the Court's CM/ECF.

    */s/ Thomas H. Riske*

{20039/00000/2797070.DOC.}

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                Case No. 20-41308-kss
Foresight Energy LP                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4         User: admin              Page 1 of 2           Date Rcvd: Mar 11, 2020
                             Form ID: pdfo1           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
aty             +Holly Snow,   Paul Hastings LLP,   71 South Wacker Drive, Suite 4500,   Chicago, IL 60606-4608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP aeaton@paulweiss.com
              Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities (UK) Ltd
               cjl@carmodymacdonald.com,   txs@carmodymacdonald.com;aep@carmodymacdonald.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com

```
District/off: 0865-4              User: admin              Page 2 of 2              Date Rcvd: Mar 11, 2020
                                  Form ID: pdfo1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kathryn Redmond   on behalf of Debtor   Coal Field Repair Services LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn Redmond   on behalf of Debtor   Coal Field Construction Company LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn Redmond   on behalf of Debtor   Logan Mining LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn Redmond   on behalf of Debtor   LD Labor Company LLC kredmond@atllp.com, bvogt@atllp.com
        Mark V. Bossi   on behalf of Creditor   Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
        Marshall C. Turner   on behalf of Creditor   Huntington National Bank marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Richard W. Engel, Jr.   on behalf of Debtor   Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy GP LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy Services LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Foresight Receivables LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Richard W. Engel, Jr.   on behalf of Debtor   Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@armstrongteasdale.com
        Thomas H Riske   on behalf of Creditor   Javelin Global Commodities (UK) Ltd thr@carmodymacdonald.com, syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Timothy P. Palmer   on behalf of Creditor   Huntington National Bank timothy.palmer@bipc.com
        Zachary Dain Lanier   on behalf of Creditor   Ad Hoc First Lien Group zlanier@akingump.com

                                                                                                                                           TOTAL: 42