**SO ORDERED**

Mar 12, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors.¹ | ) | (Joint Administration Requested) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Wendi Alper-Pressman, move that Jennifer McLain McLemore be admitted *pro hac vice* to the bar of this Court for the purpose of representing Natural Resource Partners L.P.; WPP LLC; HOD LLC; Independence Land Company, LLC and Williamson Transport LLC (collectively the "NRP" parties) in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

    a.    *Full name of the movant-attorney;*

        **Jennifer McLain McLemore, Esquire**

---

[1] The Debtors in these cases are each incorporated or organized in the State of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services, LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales, LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, MO 63102.

b. *Address and telephone number of the movant-attorney;*

**Williams Mullen**
**200 South 10th Street, Suite 1600**
**Richmond, VA 23219**
**(804) 420-6000**

c. *Name of the firm or letterhead under which the movant practices;*

**Williams Mullen**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*

**The T. C. Williams School of Law, Richmond, Virginia; May 12, 2001**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*

**Virginia State Bar; 2001, Bar No. 47164**
**U.S. District Court for the Eastern District of Virginia; July 1, 2015**
**U.S. Bankruptcy Court for the Eastern District of Virginia; October 17, 2003**
**U.S. Bankruptcy Court for the Western District of Virginia; May 2, 2005**
**U.S. Court of Appeals for the Fourth Circuit; June 4, 2003**

f. *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

**I am a member in good standing of the State Bar of Virginia State and no disciplinary actions have ever been filed against me or are currently pending against me.**

g. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

**I do not reside in the Eastern District of Missouri and am not employed in the Eastern District of Missouri. I currently reside in the State of Virginia, Eastern District of Virginia.**

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 11, 2020  Signature of Applicant

/s/ *Jennifer McLain McLemore*

Respectfully submitted,

LATHROP GPM LLP

/s/ *Wendi Alper-Pressman*
Wendi Alper-Pressman
Pierre Laclede Center
7701 Forsyth Boulevard, Suite 500
Clayton, Missouri 63105
Telephone: (314) 613-2800
Telecopier: (314) 613-2801
Email: wpressman@lathropgpm.com

**Local Counsel to Natural Resource Partners L.P. and its affiliates**

### CERTIFICATE OF SERVICE

The notice of electronic filing indicates that all necessary parties were served with this document via the Court's CM/ECF System on the 11th day of March, 2020.

/s/ *Wendi Alper-Pressman*
Wendie Alper-Pressman

42132089_1

3

United States Bankruptcy Court
Eastern District of Missouri

In re:
Foresight Energy LP
    Debtor

Case No. 20-41308-kss
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 2      Date Rcvd: Mar 12, 2020
                       Form ID: pdfo1      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.
aty             +Jennifer M McLemore,    200 South 10th Street, Suite 1600,    Richmond, VA 23219-4061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:
           Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP
            aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolverton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@paulweiss.com
           Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
           Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
            brian.walsh@bclplaw.com
           Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd
            cjl@carmodymacdonald.com,
            txs@carmodymacdonald.com;aep@carmodymacdonald.com;ala@carmodymacdonald.com
           Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
           Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
           Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
           Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
           Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
           Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
           James Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com
           John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
            jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
           John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com

```
District/off: 0865-4          User: admin               Page 2 of 2             Date Rcvd: Mar 12, 2020
                              Form ID: pdfo1            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
              Kathryn  Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com,  bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,  bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor     Foresight Energy LP kredmond@atllp.com,  bvogt@atllp.com
              Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com,
               lmckinnon@thompsoncoburn.com
              Marshall C. Turner    on behalf of Creditor    Huntington National Bank
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al.
               mmueller@williamsmullen.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC
               rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC
               rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation
               rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC
               rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com;tritter@armstrongteasdale.com;jrenaud@arm
               strongteasdale.com
              Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd
               thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
              Timothy P. Palmer    on behalf of Creditor    Huntington National Bank timothv.palmer@bipc.com
              Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al.
               wpressman@lathropgage.com,   jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
              Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com
                                                                                             TOTAL: 47
```