**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. 19 |

**INTERIM ORDER**
**(I) AUTHORIZING THE DEBTORS**
**AND DEBTORS IN POSSESSION TO RETAIN AND EMPLOY**
**ARMSTRONG TEASDALE LLP AS CO-COUNSEL EFFECTIVE AS OF**
**THE PETITION DATE AND (II) SCHEDULING A FINAL HEARING**

This matter coming before the Court on the Application of the Debtors and Debtors in

Possession, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules

2014(a) and 2016(b) and Local Bankruptcy Rules 2014(A) and 2016-1, for an Interim Order

Authorizing the Debtors and Debtors in Possession to Retain and Employ Armstrong Teasdale

LLP as Co- Counsel, Effective Nunc Pro Tunc to the Petition Date (the "Application");[1] the Court

having reviewed the Application, the Debtors' First Day Declaration, the Engel Declaration, the

Moore Declaration, and the Disclosure of Compensation and having considered the statements of

counsel with respect to the Application at an interim hearing before the Court held on March 11,

2020 to consider the relief requested in the Application (the "Hearing"); and the Court having

found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and Rule

81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of

Missouri; (ii) venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this

is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) the relief requested in the Application

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

being in the best interests of the Debtors, their estates and all other parties in interest in these cases; and the Court having determined that there exists the required basis for the relief granted herein; and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.        The Application is **GRANTED** on an interim basis as set forth herein.

2.        The Debtors are authorized to employ Armstrong Teasdale as attorneys to the Debtors, pursuant to sections 327(a) and 329(a) of the Bankruptcy Code, effective as of the Petition Date, on the terms and conditions set forth in the Application and the Engagement Letter.

3.        Armstrong Teasdale shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of the Court.

4.        The final hearing (the "Final Hearing") on the Application shall be held on **April 3, 2020 at 10:00 a.m. (prevailing Central Time) in Courtroom 7-North**.  Any objections or responses to entry of a final order on the Application (the "Final Order") shall be filed on or before **11:59 p.m. (prevailing Central Time), on March 30, 2020**, and shall be served on: (a) proposed counsel to the Debtors, Paul, Weiss, Rifkind, Wharton & Garrison LLP, (Attention: Alice Belisle Eaton and Patrick Steel); (b) proposed co-counsel to the Debtors, Armstrong Teasdale LLP (Attention: Richard W. Engel, Jr. and John G. Willard); (c) the U.S Trustee; (d) counsel to the Ad Hoc First Lien Group; (e) counsel to the Ad Hoc Crossover Group; (f) counsel to the Facilities Agent; (g) counsel to the Term Agent; (h) counsel to the Indenture Trustee; (i) counsel to the collateral trustee under the Debtors' secured debt facilities; (j) counsel to the DIP Agent; (*l*) counsel to DIP Lenders; (m) counsel to Murray Energy Corporation; (n) counsel to Reserves; (o) the Internal Revenue Service; (p) the Securities and Exchange Commission; (q) the United States Attorney's Office for the Eastern District of Missouri; (r) the state attorneys general for all states in

2

which the Debtors conduct business; (n) counsel to the Committee; and (o) the holders of the 30 largest unsecured claims against the Debtors, on a consolidated basis (collectively, the "Notice Parties"). In the event no objections to entry of a final order on the Application are timely received, this Court may enter such final order without need for the Final Hearing.

5.      No later than two (2) days after the date of this Order, the Debtors are directed to serve a copy of the Order on the Notice Parties and are directed to file a certificate of service with the Court no later than 24 hours after service.

_Kathy A. Surratt – States_
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED:   March 16, 2020
St. Louis, Missouri
jjh

**Order Prepared By:**

Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile:  (314) 621-2239
Email: rengel@atllp.com
        jwillard@atllp.com
        kredmond@atllp.com