**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Interim Order (A) Authorizing Debtors to Pay Prepetition Claims of Trade and Lien Claimants and Authorizing Payment Procedures Related Thereto, (B) Authorizing Debtors to Pay Royalty and Leasehold Claims, (C) Granting Administrative Expense Priority Status to Outstanding Orders, and (D) Granting Related Relief [Docket No. 115] (the "***Interim Vendors Order***")

- Interim Order (A) Authorizing the Debtors to Maintain Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief [Docket No. 116] (the "***Interim Customer Programs Order***")

- Interim Order (A) Authorizing the Debtors to (I) Perform under Existing Coal Sale Contracts in the Ordinary Course of Business and (II) Enter into and Perform under New Coal Sale Contracts in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 117] (the "***Interim Coal Contract Order***")

- Interim Order (A) Authorizing Debtors to Continue and Renew Surety Bond Program and (B) Granting Related Relief [Docket No. 118] (the "***Interim Surety Bond Order***")

- Interim Order (A) Authorizing the Debtors to (I) Maintain, Continue, and Renew Their Existing Insurance Program and (II) Honor Certain Prepetition Obligations in Respect Thereof and (B) Granting Related Relief [Docket No. 119] (the "***Interim Insurance Order***")

- Interim Order (A) Authorizing Payment of Prepetition Taxes and Fees and (B) Granting Related Relief [Docket No. 120] (the "***Interim Tax Order***")

- Interim Order Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 121] (the "***Interim Utilities Order***")

- Order (A) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Granting Related Relief [Docket No. 122]

- Order Granting Leave to Exceed the Page Limitations in Their First Day Motions [Docket No. 125]

- Order (A) Scheduling Expedited Hearings on Certain First Day Motions and Applications, (B) Approving the Form and Manner of Notice Thereof , and (C) Granting Related Relief  [Docket No. 126] (the "***Expedited Hearing Order***")

- Notice of Second Day Hearing [Docket No. 128] (the "***Second Day Hearing Notice***")

At my at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) on March 13, 2020 via first class mail on the Hard Copy Master Service List attached hereto as **Exhibit B**; and (2) on March 16, 2020 via email on the Email Master Service List attached hereto as **Exhibit C**:

- Order Authorizing the Employment of Certain Ordinary Course Professionals [Docket No. 123] (the "***Ordinary Course Professionals Order***")

On March 13, 2020, at my direction under my supervision, employees of Prime Clerk caused:

- the Interim Vendors Order, the Interim Customers Programs Order, the Interim Insurance Order, the Interim Tax Order, the Interim Utilities Order, the Ordinary Course Professionals Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on the Banks Service List attached hereto as **Exhibit D**.

- the Interim Coal Contracts Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on the Coal Contracts Notice Parties Service List attached hereto as **Exhibit E**.

- the Interim Surety Bond Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on the Obligee Notice Parties Service List attached hereto as **Exhibit F**.

- the Interim Surety Bond Order, the Interim Insurance Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on the Reschini Agency Inc, 922 Philadelphia Street, PO Box 449, Indiana, PA 15701.

2

- the Interim Insurance Order, Expedited Hearing Order, and Second Day Hearing Notice to be served via first class mail (1) AON Risk Services Central Inc., PO Box 955816, St. Louis, MO 63195-5816; (2) AON Consulting Inc. (NJ), PO Box 95135, Chicago, IL 60694-5135; and (3) BankDirect Capital Finance, P.O. Box 660448, Dallas, TX 75266-0448.

- the Interim Tax Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on the Taxing Authorities Service List attached hereto as **Exhibit G**.

- the Interim Utilities Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on the Utilities Service List attached hereto as **Exhibit H**.

- the Ordinary Course Professionals Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on the Ordinary Course Professionals Service List attached hereto as **Exhibit I**.

At my direction and under my supervision, employees of Prime Clerk caused the Interim Surety Bond Order, the Expedited Hearing Order, and the Second Day Hearing Notice to be served via first class mail on March 13, 2020; and the Interim Insurance Order to be served via first class on March 16, 2020 on the Insurance Parties Service List attached hereto as **Exhibit J**.

Dated: March 16, 2020

*/s/ Kelsey L. Gordon*
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 16, 2020, by Kelsey L. Gordon proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 40618-40666

## Exhibit A

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn<br>1 Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>bkahn@akingump.com | Email |
| Proposed Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale, LLP | Attn: Richard W. Engel, Jr., John G. Willard, Kathyrn Redmond<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis MO 63105 | rengel@atllp.com<br>jwillard@atllp.com<br>kredmond@atllp.com | Email |
| Counsel to Reserves | Bailey & Glasser LLP | Attn: Brian A. Glasser<br>209 Capitol Street<br>Charleston WV 25301 | | First Class Mail |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | Attn: Luther J. Grafe<br>11191 Illinois Route 185<br>Hillsboro IL 62049 | lgrafe@bankdirectcapital.com | Email |
| Counsel to the Facilities Agent (Huntington) | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller and Timothy Palmer<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh PA 15219-4413 | christopher.schueller@bipc.com<br>timothy.palmer@bipc.com | Email |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | Attn: Thomas H. Riske, Esq., Christopher J. Lawhorn, Esq.<br>120 South Central Avenue<br>Ste. 1800<br>St. Louis MO 63105 | thr@carmodymacdonald.com | Email |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | Attn: Ronald Hewitt<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | rhewitt@cov.com | Email |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | Attn: Steve McCullick<br>9150 96th Avenue<br>Zeeland MI 49464 | steve@dewindonepass.com | Email |
| Top 20 Unsecured Creditor | Fabick Mining Inc | Attn: Nick Johnson<br>P.O Box 403943<br>Atlanta GA 30384-3943 | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service | Attn: Shawn Collins<br>PO Box 1106<br>Marion IL 62959 | scollins@flanderselec.com | Email |
| Debtors | Foresight Energy LP | Attn: President or General Counsel<br>One Metropolitan Square , 211 North Broadway<br>Suite 2600<br>St. Louis MO 63102 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Attn: Steve Williams<br>P.O Box 952121<br>St Louis MO 63195-2121 | Steve.Williams@fuchs.com | Email |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | Attn: John Richards<br>P.O Box 71735<br>Chicago IL 60694-1735 | jrichards@heritagecooperative.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>Insolvency 5334 STL<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Top 20 Unsecured Creditor | International Belt Sales LLC | Attn: Jeff Hurt<br>29425 Chagrin Blvd., Suite 300<br>Pepper Pike OH 44122 | JEFFREYCHURT@aol.com | Email |
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | Attn: William Baker<br>P.O Box 4835<br>Evansville IN 47724 | wbaker@irwincar.com | Email |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | Attn: Jay Bazemore<br>P.O Box 465<br>West Frankfort IL 62896 | jbazemore@jabosupply.com | Email |
| Top 20 Unsecured Creditor | Jennchem Mid-West | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | Jennmar Services | Attn: Tony Calandra<br>P.O Box 405655<br>Atlanta GA 30384-5655 | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>364 Libson Street<br>Canfield OH 44406-0369 | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>PO Box 369<br>Canfield OH 44406-0369 | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | Attn: Dan Spears<br>P.O Box 504794<br>St Louis MO 63150-4794 | dan.spears@mining.komatsu | Email |

Case 20-41308    Doc 152    Filed 03/16/20    Entered 03/16/20 18:10:33    Main Docu    Pg 6 of 32

# Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | Attn: Dan Spears<br>P.O Box 504794<br>St. Louis MO 63150-4794 | dan.spears@mining.komatsu | Email |
| Counsel to Indemnity National Insurance Company | Kewa Financial Inc. | Attn: Daniel I. Waxman<br>340 S. Broadway, Suite 100<br>Lexington KY 40508 | diw@kewafinancial.com | Email |
| Counsel to Murray Energy Corporation | Kirkland & Ellis LLP | Attn: Nicole L. Greenblatt<br>601 Lexington Avenue<br>New York NY 10022 | | First Class Mail |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Lathrop GPM LLP | Attn: Wendi Alper-Pressman<br>Pierre Laclede Center<br>7701 Forsyth Boulevard<br>Clayton MO 63105 | wpressman@lathropgpm.com<br>wendi.alper-pressman@lathropgpm.com | Email |
| Counsel to the Term Agent (Lord Securities) | Lord Securities Corporation | Attn: General Counsel<br>48 Wall Street, 27th Floor<br>New York NY 10043 | | First Class Mail |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | Attn: Dave Mayo, Todd Thompson<br>P.O Box 28330<br>St. Louis MO 63146 | david.mayo@mayowv.com<br>todd.thompson@mayowv.com | Email |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | Attn: Dennis F. Dunne and Parker Milender<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>pmilender@milbank.com | Email |
| Top 20 Unsecured Creditor | Mine Supply Company | Attn: Bob Purvis<br>2853 Ken Gray Blvd.<br>Suite 4<br>West Frankfort IL 62896 | bob.purvis@pgvindustries.com | Email |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | Attn: Patrick D. Cloud<br>P.O Box 742784<br>Atlanta GA 30374-2784 | pcloud@heylroyster.com | Email |
| Natural Resource Partners L.P. | Natural Resource Partners L.P. | Attn: President or General Counsel<br>5260 Irwin Road<br>Huntington WV 25705 | | First Class Mail |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | gwooten@wpplp.com | Email |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Attn: US Trustee<br>111 S. 10th Street<br>Suite 6.353<br>St. Louis MO 63102 | Carole.Ryczek@usdoj.gov | Email |

Case 20-41308 Doc 192 Filed 03/16/20 Entered 03/16/20 18:14:33 Main Docu

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Javelin and Uniper | Paul Hastings LLP | Attn: Pedro Jimenez, Irena Goldstein<br>200 Park Ave<br>New York NY 10166 | pedrojimenez@paulhastings.com<br>irenagoldstein@paulhastings.com | Email |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Alice Belisle Eaton, Samuel E. Lovett<br>1285 Avenue of the Americas<br>New York NY 10019 | pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>slovett@paulweiss.com | Email |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | Attn: Peter Freissle<br>P.O Box 827<br>Pound VA 24279 | p.freissle@polydeck.com | Email |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | Attn: Pat Popicg<br>46226 National Road<br>St Clairsville OH 43950 | ppopicg@rmwilson.com | Email |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | Attn: Bill Lawrence<br>610 Sneed Road<br>Carbondale IL 62902 | blawrence@sginterests.com | Email |
| Counsel to the DIP Agent | Ropes & Gray | Attn: Patricia I. Chen<br>Prudential Tower, 800 Boylston Street<br>Boston MA 02199-3600 | patricia.chen@ropesgray.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | Attn: Bankruptcy Department<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago IL 60604 | secbankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov | Email |
| Top 20 Unsecured Creditor | Snf Mining Inc | Attn: Christopher J. Gannon<br>P.O Box 890889<br>Charlotte NC 28289-0889 | cgannon@snf.com | Email |
| Top 20 Unsecured Creditor | State Electric Supply Co | Attn: John Spoor<br>P.O Box 603800<br>Charlotte NC 28260-3800 | john.spoor@stateelectric.com | Email |
| Attorney General for the State of Illinois | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| Attorney General for the State of Missouri | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building, 207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| Attorney General for the State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Kenneth S. Grossman Pension Plan | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon, Constantine D. Pourakis, Andreas D. Milliaressis<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | nfk@stevenslee.com<br>cp@stevenslee.com<br>adm@stevenslee.com | Email |
| Top 20 Unsecured Creditor | T. Parker Host | Attn: Fredrik Knutsen<br>150 West Main Street, Suite 1600<br>Norfolk VA 23510 | Fredrik.Knutsen@tparkerhost.com | Email |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | Attn: Mark V. Bossi<br>One US Bank Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburn.com | Email |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Attn: Henry Looney<br>P.O Box 71206<br>Chicago IL 60694-1206 | Henry.Looney@unitedcentral.net | Email |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th Street, 20th Floor<br>St. Louis MO 63102 | | First Class Mail |
| Top 20 Unsecured Creditor | Us United Bulk Terminal | Attn: Brian Miles, Fredrik Knutsen<br>P. O. Box 301749<br>Dallas TX 75303-1749 | UBT-AR@unitedbulkterminals.com<br>Fredrik.Knutsen@tparkerhost.com | Email |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | Dwallace@wallaceelectricalsystems.com | Email |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | Dwallace@wallaceelectricalsystems.com | Email |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Williams Mullen | Attn: Jennifer McLain McLemore, Michael D. Mueller<br>200 South 10th Street<br>Suite 1600<br>Richmond VA 23219 | jmclemore@williamsmullen.com<br>mmueller@williamsmullen.com | Email |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | Attn: Brandon Bonfig<br>50 S 6th Street, Suite 1290<br>Minneapolis MN 55402 | bbonfig@wilmingtontrust.com | Email |
| Top 20 Unsecured Creditor | Wpp LLC | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | gwooten@wpplp.com | Email |
| Counsel to Evansville Western Railway, Inc. | Wyatt, Tarrant & Combs, LLP | Attn: John P. Brice<br>250 West Main Street, Suite 1600<br>Lexington KY 40507-1746 | jbrice@wyattfirm.com | Email |

**<u>Exhibit B</u>**

Exhibit B

Hard Copy Master Service List

Served via first class mail

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Reserves | Bailey & Glasser LLP | Attn: Brian A. Glasser<br>209 Capitol Street<br>Charleston WV 25301 | First Class Mail |
| Debtors | Foresight Energy LP | Attn: President or General Counsel<br>One Metropolitan Square , 211 North Broadway<br>Suite 2600<br>St. Louis MO 63102 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>Insolvency 5334 STL<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | First Class Mail |
| Counsel to Murray Energy Corporation | Kirkland & Ellis LLP | Attn: Nicole L. Greenblatt<br>601 Lexington Avenue<br>New York NY 10022 | First Class Mail |
| Counsel to the Term Agent (Lord Securities) | Lord Securities Corporation | Attn: General Counsel<br>48 Wall Street, 27th Floor<br>New York NY 10043 | First Class Mail |
| Natural Resource Partners L.P. | Natural Resource Partners L.P. | Attn: President or General Counsel<br>5260 Irwin Road<br>Huntington WV 25705 | First Class Mail |
| Attorney General for the State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | First Class Mail |

Exhibit B

Hard Copy Master Service List

Served via first class mail

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th Street, 20th Floor<br>St. Louis MO 63102 | First Class Mail |

**Exhibit C**

# Exhibit C

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>bkahn@akingump.com |
| Proposed Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale, LLP | rengel@atllp.com<br>jwillard@atllp.com<br>kredmond@atllp.com |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | lgrafe@bankdirectcapital.com |
| Counsel to the Facilities Agent (Huntington) | Buchanan Ingersoll & Rooney PC | christopher.schueller@bipc.com<br>timothy.palmer@bipc.com |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | thr@carmodymacdonald.com |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | rhewitt@cov.com |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | steve@dewindonepass.com |
| Top 20 Unsecured Creditor | Fabick Mining Inc | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service | scollins@flandersinc.com |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Steve.Williams@fuchs.com;<br>Jason.Murphy@fuchs.com |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | jrichards@heritagecooperative.com |
| Top 20 Unsecured Creditor | International Belt Sales LLC | JEFFREYCHLIST@aol.com |
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | wbaker@irvincar.com |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | jbazemore@jabosupply.com |
| Top 20 Unsecured Creditor | Jennchem Mid-West | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar Services | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | dan.spears@mining.komatsu |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | dan.spears@mining.komatsu |
| Counsel to Indemnity National Insurance Company | Kewa Financial Inc. | diw@kewafinancial.com |

# Exhibit C

Email Master Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Lathrop GPM LLP | wpressman@lathropgpm.com<br>wendi.alper-pressman@lathropgpm.com |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | david.mayo@mayowv.com<br>todd.thompson@mayowv.com |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | ddunne@milbank.com<br>pmilender@milbank.com |
| Top 20 Unsecured Creditor | Mine Supply Company | bob.purvis@purvisindustries.com |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | pcloud@heylroyster.com |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | gwooten@wpplp.com |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Carole.Ryczek@usdoj.gov |
| Counsel to Javelin and Uniper | Paul Hastings LLP | pedrojimenez@paulhastings.com<br>irenagoldstein@paulhastings.com |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>slovett@paulweiss.com |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | p.freissle@polydeck.com |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | ppopicg@rmwilson.com |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | blawrence@sginterests.com |
| Counsel to the DIP Agent | Ropes & Gray | patricia.chen@ropesgray.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | secbankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov |
| Top 20 Unsecured Creditor | Snf Mining Inc | cgannon@snfhc.com |
| Top 20 Unsecured Creditor | State Electric Supply Co | john.spoor@stateelectric.com |
| Attorney General for the State of Illinois | State of Illinois Attorney General | webmaster@atg.state.il.us |
| Attorney General for the State of Missouri | State of Missouri Attorney General | attorney.general@ago.mo.gov |

# Exhibit C
## Email Master Service List
### Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Kenneth S. Grossman Pension Plan | Stevens & Lee, P.C. | nfk@stevenslee.com<br>cp@stevenslee.com<br>adm@stevenslee.com |
| Top 20 Unsecured Creditor | T. Parker Host | Fredrik.Knutsen@tparkerhost.com |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | mbossi@thompsoncoburn.com |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Henry.Looney@unitedcentral.net |
| Top 20 Unsecured Creditor | Us United Bulk Terminal | UBT-AR@unitedbulkterminals.com<br>Fredrik.Knutsen@tparkerhost.com |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Dwallace@wallaceelectricalsystems.com |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Dwallace@wallaceelectricalsystems.com |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Williams Mullen | jmclemore@williamsmullen.com<br>mmueller@williamsmullen.com |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | bbonfig@wilmingtontrust.com |
| Top 20 Unsecured Creditor | Wpp LLC | gwooten@wpplp.com |
| Counsel to Evansville Western Railway, Inc. | Wyatt, Tarrant & Combs, LLP | jbrice@wyattfirm.com |

Case 20-41308 Doc 559 Filed 03/16/20 Entered 03/16/20 18:14:33 Main Document Pg 16 of 32

**<u>Exhibit D</u>**

# Exhibit D

Banks Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|------|-------|-------------|
| CNB BANK & TRUST | 450 WEST SIDE SQUARE | | CARLINVILLE | IL | 62626 |
| F.N.B. WEALTH MANAGEMENT | ATTN: VICKI L. HARRIGER, CTFA | 224 ALLEGHENY STREET, MAIL CODE: HOL | HOLLIDAYSBURG | PA | 62959 |
| FIRST SOUTHERN BANK | 300 TOWER SQUARE | | MARION | IL | 43219 |
| THE HUNTINGTON NATIONAL BANK | 7 EASTON OVAL | | COLUMBUS | OH | 16648 |

**Exhibit E**

# Exhibit E

Coal Contracts Notice Parties Service List

Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|------|-------|-------------|---------|
| AMERICAN ENERGY CORPORATION | 43521 MAYHUGH HILL RD | BEALLSVILLE | OH | 43716 | |
| ARCHER DANIELS MIDLAND COMPANY | 4666 FARIS PARKWAY | DECATUR | IL | 62526 | |
| BIG RIVERS ELECTRIC CORPORATION | 201 THIRD STREET | HENDERSON | KY | 42420 | |
| CEMEX SOUTHEAST  LLC | 1617 ARCOLA ROAD | DEMOPOLIS | AL | 36732 | |
| CITY OF LAKELAND | 501 E LEMON STREET | LAKELAND | FL | 33801 | |
| DUKE ENERGY INDIANA INC | 526 SOUTH CHURCH STREET | CHARLOTTE | NC | 28202 | |
| DUKE ENERGY KENTUCKY, INC. | 526 SOUTH CHURCH STREET  EC02F | CHARLOTTE | NC | 26201 | |
| DUKE ENERGY PROGRESS | 526 SOUTH CHURCH STREET  EC02F | CHARLOTTE | NC | 26201 | |
| DYNEGY COMMERCIAL ASSET MANAGEMENT | 601 TRAVIS STREET  SUITE 1400 | HOUSTON | TX | 77002 | |
| EAST KENTUCKY POWER COOPERATIVE, INC. | 4775 LEXINGTON ROAD, P.O. Box 707 | WINCHESTER | KY | 40392 | |
| FIRST ENERGY GENERATION | 341 WHITE POND DRIVE | AKRON | OH | 44320 | |
| GAVIN POWER LLC | 7397 NORTH STATE ROUTE 7 | CHESHIRE | OH | 45620 | |
| GEORGIA POWER COMPANY | 241 RALPH MCGILL BOULEVARD  N  E | ATLANTA | GA | 30308 | |
| GULF POWER COMPANY | P.O. BOX 2641 | BIRMINGHAM | AL | 35291 | |
| JAVELIN GLOBAL COMMODITIES LTD | THIRD FLOOR, 7 HOWICK PLACE | LONDON | | SW1P 1BB | UNITED KINGDOM |
| LOUISVILLE GAS & ELECTRIC COMPANY | 820 WEST BROADWAY | LOUISVILLE | KY | 40202 | |
| ORLANDO UTILITIES COMMISSION | P.O. BOX 3193 | ORLANDO | FL | 32802 | |
| SANTEE COOPER | ONE RIVERWOOD DRIVE | MONCKS CORNER | SC | 29461 | |
| SOUTHERN ILLINOIS POWER COOPERATIVE | 11543 LAKE OF EGYPT ROAD | MARION | IL | 62959 | |
| TAMPA ELECTRIC COMPANY | 702 FRANKLIN STREET  PLAZA 7 | TAMPA | FL | 33602 | |
| TENNESSEE VALLEY AUTHORITY | DEPARTMENT 888-018 | KNOXVILLE | TN | 37995-8018 | |
| THE AMERICAN COAL COMPANY | 46226 NATIONAL ROAD | ST CLAIRSVILLE | OH | 43950 | |

Case 20-41308-659    Doc 152    Filed 03/16/20    Entered 03/16/20 18:14:33    Main Document    Pg 20 of 32

**<u>Exhibit F</u>**

Obligee Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|------|-------|-------------|
| CITY OF HILLSBORO IL | 447 S MAIN ST | | HILLSBORO | IL | 62049 |
| COUNTY OF WILLIAMSON STATE OF IL | 1817 N COURT STREET | | MARION | IL | 62950 |
| DEPT OF ARMY ST LOUIS DIS CORPS ENG | 1222 SPRUCE STREET | | ST. LOUIS | MO | 63103 |
| EAST FORK TOWNSHIP, IL | 500 SOUTH PROSPECT | PO BOX 181 | COFFEEN | IL | 62017 |
| EASTERN TOWNSHIP | 22165 MAIN STREET | | THOMPSONVILLE | IL | 62890 |
| EJ WATER COOPERATIVE | 108 S MAIN STREET | | DIETERICH | IL | 62424 |
| HAMILTON COUNTY HIGHWAY DEPARTMENT | 100 S JACKSON | | MCLEANSBORO | IL | 62959 |
| IL DEPT NAT RES DIV MINERAL MINES | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |
| IL DEPT NAT RES DIV OIL GAS | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |
| IL DEPT OF TRANSPORTATION | 2300 S  DIRKSEN PKWY | | SPRINGFIELD | IL | 62764 |
| IL ENVIRONMENTAL PROTECTION AGENCY | 77 WEST JACKSON BLVD | | CHICAGO | IL | 60604 |
| ILLINOIS DEPT OF NATURAL RESOURCES | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |
| JEFFREY WATKINS KATELYNN WATKINS | 22190 BLACK STREET | | THOMPSONVILLE | IL | 62890 |
| MONTGOMERY COUNTY WATER COMPANY | P.O. BOX 335 | | DIETERICH | IL | 62424 |
| PEOPLE OF THE STATE OF ILLINOIS | 1 NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702 |

Case 20-41308   Doc 165   Filed 03/16/20   Entered 03/16/20 18:14:33   Main Document   Pg 22 of 32

**<u>Exhibit G</u>**

# Exhibit G

## Taxing Authorities Service List
### Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| BELMONT COUNTY TREASURER | 101 WEST MAIN STREET | | ST CLAIRSVILLE | OH | 43950-1260 |
| BENTON HIGH SCHOOL | 511 EAST MAIN STREET | | BENTON | IL | 62812 |
| BENTON LIBRARY DISTRICT | P.O. BOX 548 | | BENTON | IL | 62812 |
| BOND COUNTY | 203 W COLLEGE | | GREENVILLE | IL | 62246 |
| COLT | 3801 PGA BOULEVARD SUITE 903 | | PALM BEACH GARDENS | FL | 33410 |
| FRANKLIN COUNTY TREASURER | P.O. BOX 967 | | BENTON | IL | 62812 |
| GALLATIN COUNTY TREASURER | P.O. BOX 310 | | SHAWNEETOWN | IL | 62984 |
| GREGORY FX DALY COLLECTOR (ST LOUIS CITY) | P.O. BOX 66877 | | ST. LOUIS | MO | 63166 |
| HAMILTON COUNTY TAX ASSESSOR | 100 S JACKSON ST | ROOM 4 | MC LEANSBORO | IL | 62859 |
| HENDERSON COUNTY SHERIFF | 20 NORTH MAIN STREET | SUITE 112 | HENDERSON | KY | 42420 |
| ILLINOIS DEPARTMENT OF REVENUE | P.O. BOX 19030 | | SPRINGFIELD | IL | 62794-9447 |
| ILLINOIS DEPARTMENT OF REVENUE | P.O. BOX 19447 | | SPRINGFIELD | IL | 62794-9447 |
| ILLINOIS DEPT OF NATURAL RESOURCES | ONE NATURAL RESOURCES WAY | | SPRINGFIELD | IL | 62702-1271 |
| INDEPENDENCE LAND | LOCKBOX 2495 | | COLUMBUS | OH | 43260 |
| INDIANA DEPARTMENT OF REVENUE | P.O. BOX 1028 | | INDIANAPOLIS | IN | 46206-1028 |
| INDIANA DEPARTMENT OF REVENUE | P.O. BOX 7218 | | INDIANAPOLIS | IN | 46206-1028 |
| KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH STREET | | FRANKFORT | KY | 40601 |
| KENTUCKY STATE TREASURER | 501 HIGH STREET | | FRANKFORT | KY | 40602-0491 |
| LOUISIANA DEPT OF REVENUE | P.O. BOX 61030 | | NEW ORLEANS | LA | 70161 |
| MACOUPIN COUNTY SHERIFF | 215 S E STREET | | CARLINVILLE | IL | 62626 |
| MISSOURI DEPARTMENT OF REVENUE | P.O. BOX 999 | | JEFFERSON CITY | MO | 65105 |
| MONTGOMERY COUNTY TREASURER | 1 COURTHOUSE SQUARE ROOM 101 | | HILLSBORO | IL | 62049 |
| NEW RIVER ROYALTY | 3801 PGA BOULEVARD SUITE 903 | | PALM BEACH GARDENS | FL | 33410 |
| OFFICE OF SURFACE MINING | P.O. BOX 979068 | | ST. LOUIS | MO | 63197-9000 |
| POSEY COUNTY TREASURER | 126 E THIRD ST | | MOUNT VERNON | IN | 47620 |
| REND LAKE COLLEGE | 468 KEN GRAY PARKWAY | | INA | IL | 62846 |
| REND LAKE CONSERVANCY DISTRICT | P.O. Box 907 | | BENTON | IL | 62812 |
| RGGS | 100 WAUGH DR STE 400 | | HOUSTON | TX | 77007 |

## Exhibit G

Taxing Authorities Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| RUGER | 3801 PGA BOULEVARD  SUITE 903 | | PALM BEACH GARDENS | FL | 33410 |
| SALINE COUNTY TREASURER | 10 E POPLAR STREET | | HARRISBURG | IL | 62946 |
| WILLIAMSON COUNTY TREASURER | 407 N MONROE STE 104 | | MARION | IL | 62959 |
| WPP | LOCKBOX 2495 | | COLUMBUS | OH | 43260 |

**Exhibit H**

Utilities Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|------|-------|-------------|
| AKIN WATER DISTRICT | ATTN: PRESIDENT OR GENERAL COUNSEL | 8339 BOLEN STORE RD | THOMPSONVILLE | IL | 62890 |
| AMEREN ILLINOIS | ATTN: PRESIDENT OR GENERAL COUNSEL | 300 LIBERTY ST | PEORIA | IL | 61602 |
| AT&T | PO BOX 105262 | | ATLANTA | GA | 30348 |
| AT&T | PO BOX 5080 | | CAROL STREAM | IL | 60197-5080 |
| AT&T | PO BOX 6463 | | CAROL STREAM | IL | 60197-6463 |
| AT&T TELECONFERENCE SERVICES | PO BOX 5002 | | CAROL STREAM | IL | 60197-5002 |
| BULLDOG SYSTEMS, LLC | PO BOX 788 | | HARRISBURG | IL | 62946 |
| CENTURYLINK | BUSINESS SERVICES | PO BOX 52187 | PHOENIX | AZ | 85072-2187 |
| CITY OF HILLSBORO | PO BOX 556 | | HILLSBORO | IL | 62049-0556 |
| CMC RURAL WATER DISTRICT | PO BOX 468 | | CARLINVILLE | IL | 62626-0468 |
| CONFERTEL | ATTN: PRESIDENT OR GENERAL COUNSEL | 2385 CAMINO VIDA ROBLE | CARLSBAD | CA | 92011 |
| CONSOLIDATED COMMUNICATIONS | PO Box 7001 | | MATTOON | IL | 61938-7001 |
| CORINTH WATER DISTRICT | ATTN: PRESIDENT OR GENERAL COUNSEL | 20219 CORINTH ROAD | PITTSBURG | IL | 62974 |
| CWI OF ILLINOIS 732  REPUBLIC SERVICES | ATTN: PRESIDENT OR GENERAL COUNSEL | 1540 LANDFILL RD | DE SOTO | IL | 62924 |
| DC WASTE & RECYCLING, INC | PO BOX 20 | | HILLSBORO | IL | 62049 |
| FLOWERS SANITATION SERVICE | ATTN: PRESIDENT OR GENERAL COUNSEL | 900 W FORTUNE ST | VIRDEN | IL | 62690 |
| FRONTIER COMMUNICATIONS | PO Box 20567 | | ROCHESTER | NY | 14602-0567 |
| FUTIVA LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 201 ROUTE 142 E | DAHLGREN | IL | 62828 |
| HAMILTON COUNTY WATER DISTRICT | PO BOX 220 | 108 EAST BROADWAY | MCLEANSBORO | IL | 62859 |
| HOSTWAY | PO Box 3480 | | CHICAGO | IL | 60654 |
| LEVEL 3  CENTURY LINK | ATTN: PRESIDENT OR GENERAL COUNSEL | 1025 ELDORADO BLVD | BLOOMFIELD | CO | 80021 |
| MJM ELECTRIC | PO BOX 80 | 264 NORTH EAST ST. | CARLINVILLE | IL | 62626-0080 |
| REND LAKE CONSERVANCY DISTRICT | PO BOX 907 | | BENTON | IL | 62812 |
| REPUBLIC SERVICES | ATTN: PRESIDENT OR GENERAL COUNSEL | 716 SKYLINE DR | MARION | IL | 62959 |
| SIT CO LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 4631 O'HARA DR | EVANSVILLE | IN | 47711-2864 |
| SOUTHEASTERN ILLINOIS ELECTRIC | ATTN: PRESIDENT OR GENERAL COUNSEL | 100 COOPERATIVE WAY | CARRIER MILLS | IL | 62917 |
| SPECTRUM BUSINESS CHARTER COMMUNICATIONS | ATTN: PRESIDENT OR GENERAL COUNSEL | 4145 S FALKENBURG RD | RIVERVIEW | FL | 33578-8652 |
| VECTREN ENERGY DELIVERY | ATTN: PRESIDENT OR GENERAL COUNSEL | 211 NW RIVERSIDE DR | EVANSVILLE | IN | 47708 |
| VERIZON | PO BOX 489 | | NEWARK | NJ | 07101-0489 |
| WAYNE-WHITE COUNTIES ELEC COOP | PO DRAWER E | | FAIRFIELD | IL | 62837-0090 |
| WINDSTREAM | ATTN: CUSTOMER CARE | PO BOX 3177 | CEDAR RAPIDS | IA | 52406-3177 |

**<u>Exhibit I</u>**

# Exhibit I
## Ordinary Course Professionals Service List
### Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN AND ARONOFF LLP | 200 PUBLIC SQUARE #2300 | CLEVELAND | OH | 44114-2378 |
| BINGHAM GREENEBAUM DOLL LLP | 3913 SOLUTIONS CENTER | CHICAGO | IL | 60677-3009 |
| BLACK BALLARD MCDONALD PC | 108 S NINTH STREET | MT VERNON | IL | 62864 |
| CIUNI & PANICHI INC | 25201 CHAGRIN BOULEVARD  200 | BEACHWOOD | OH | 44122 |
| DINSMORE AND SHOHL LLP | P.O. BOX 639038 | CINCINNATI | OH | 45263-9038 |
| ERNST & YOUNG LLP | PO BOX 640382 | PITTSBURGH | PA | 15264-0382 |
| GREENSFELDER, HEMKER & GALE, P.C. | 10 S BROADWAY, SUITE 2000 | ST LOUIS | MO | 63102 |
| HARDY PENCE PLLC | P.O. BOX 2548 | CHARLESTON | WV | 25329 |
| HEYL, ROYSTER, VOELKER & ALLEN, P.C. | 300 HAMILTON BLVD | PEORIA | IL | 61601-6199 |
| KUPIEC & MARTINE, LLC | 600 WEST VAN BUREN STREET, STE 202 | CHICAGO | IL | 60607 |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | P.O. Box 89 | COLUMBIA | SC | 29202 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | P.O. Box 30769 | NEW YORK | NY | 10087-0769 |
| POLSINELLI PC | P.O. BOX 878681 | KANSAS CITY | MO | 64187-8681 |
| PRICEWATERHOUSECOOPERS LLP | PO BOX 75647 | CHICAGO | IL | 60675-5647 |
| PROTIVITI INC | 12269 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693 |
| SANDBERG PHOENIX & VON GONTARD PC | P.O. BOX 14369 | ST LOUIS | MO | 63178 |
| SANDBERG PHOENIX & VON GONTARD PC | P.O. BOX 14369 | ST LOUIS | MO | 63178 |
| SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP | 1 N BRENWOOD BLVD, SUITE 800 | ST LOUIS | MO | 63105-3925 |
| SWANSON MARTIN & BELL LLP | 330 NORTH WABASH SUITE 3300 | CHICAGO | IL | 60611 |
| THE BRENNAN GROUP LLC | 12221 BIG BEND RD | ST LOUIS | MO | 63122 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | 150 EAST 42ND STREET | NEW YORK | NY | 10017-5639 |

**Exhibit J**

Insurance Parties Service List

Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|------|-------|-------------|---------|
| ACE AMERICAN INSURANCE COMPANY | 2465 KUSER ROAD SUITE 202 | HAMILTON | NJ | 08690 | |
| AGCS | 1817 N COURT STREET | MARION | IL | 62950 | |
| AIG | 150 NORTH FIELD DRIVE SUITE 190 | LAKE FOREST | IL | 60045 | |
| AIG NATIONAL UNION FIRE INS | 175 WATER STREET | NEW YORK | NY | 10038 | |
| APOLLO CONSORTIUM | 150 NORTH FIELD DRIVE SUITE 190 | LAKE FOREST | IL | 60045 | |
| ARGO BERMUDA | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| ARGONAUT INSURANCE COMPANY | 654 MAIN STREET | ROCKWOOD | PA | 15557 | |
| ASPEN | 590 MADISON AVENUE, 7TH FLOOR | NEW YORK | NY | 10022 | |
| AWAC BERMUDA | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| AXIS USA | 111 SOUTH WACKER DRIVE, SUITE 3500 | CHICAGO | IL | 60606 | |
| BRIT US | RT SPECIALTY LLC 500 W MONROE ST, 30TH FL | CHICAGO | IL | 60661 | |
| CNA | 1000 WILSHIRE AVE, SUITE 1800 | LOS ANGELES | CA | 90017 | |
| CONTINENTAL CASUALTY INSURANCE COMPANY | 151 NORTH FRANKLIN STREET | CHICAGO | IL | 60606 | |
| CONTINENTAL INSURANCE CO | 500 COLLEGE ROAD EAST | PRINCETON | NJ | 08540 | |
| ENDURANCE AMERICAN INSURANCE CO. | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| EVANSTON INSURANCE CO | 10 PARKWAY NORTH | DEERFIELD | IL | 60015 | |
| HARTFORD FINANCIAL SERVICES GROUP | 277 PARK AVENUE, 15TH FLOOR | NEW YORK | NY | 10172 | |
| HIIG | 6430 SOUTH FIDDLERS GREEN CIRCLE, SUITE 400 | GREENWOOD VILLAGE | CO | 80111 | |
| ILLINOIS NATIONAL INSURANCE CO | 175 WATER STREET | NEW YORK | NY | 10038 | |
| INTERNATIONAL MARINE UNDERWRITERS (IMU) | ONE STATE STREET PLAZA FLOOR 31 | NEW YORK | NY | 10004 | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | 175 BERKELEY STREET | BOSTON | MA | 02116 | |
| LEXINGTON INSURANCE COMPANY | 1300 E 9TH STREET SUITE 1400 | CLEVELAND | OH | 44114 | |
| LIBERTY BERMUDA | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LIBERTY MUTUAL | LIG MARINE MANAGERS 111 2ND AVE NE STE 1101 | ST. PETERSBURG | FL | 33701 | |
| LLOYD'S (AMTRUST) | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LLOYD'S (BEAZLEY LED) | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LLOYD'S (MARKEL LED) | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| LLOYDS OF LONDON | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| MARKEL BERMUDA | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| MS AMLIN | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| NATIONAL UNION FIRE INSURANCE | 175 WATER STREET | NEW YORK | NY | 10038 | |
| NAVIGATORS | 1 PENN PLAZA | NEW YORK | NY | 10119 | |
| OCIL BERMUDA | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |
| ROCKWOOD CASUALTY INSURANCE COMPANY | 654 MAIN STREET | ROCKWOOD | PA | 15557 | |
| RSUI INDEMNITY | 945 EAST PACES FERRY RD. SUITE 1800 | ATLANTA | GA | 30326 | |
| SOMPO (LONDON) | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | |
| SOMPO INTERNATIONAL | ED BROKING LLP 52 LEADENHALL ST | LONDON | | EC3A 2EB | UNITED KINGDOM |

Exhibit J

Insurance Parties Service List

Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|------|-------|-------------|---------|
| STARR SURPLUS LINES INSURANCE COMPANY | 399 PARK AVE 8TH FL | NEW YORK | NY | 10022 | |
| STARSTONE SPECIALTY INSURANCE CO. | 90 SOUTH LASALLE ST, SUITE 1400 | CHICAGO | IL | 60603 | |
| THE INS CO OF THE STATE OF PA | AIG PO BOX 30174 | NEW YORK | NY | 10087-0174 | |
| THE INS CO OF THE STATE OF PA | AIG PO BOX 30174 | NEW YORK | NY | 10087-0174 | |
| THE TRAVELERS INDEMNITY CO. | ONE TOWER SQUARE | HARTFORD | CT | 06183 | |
| TWIN CITY FIRE INSURANCE COMPANY | THE HARTFORD 4401 MIDDLE SETTLEMENT | NEW HARTFORD | NY | 13413 | |
| UNDERWRITERS AT LLOYDS, LONDON | 150 NORTH FIELD DRIVE SUITE 190 | LAKE FOREST | IL | 60045 | |
| UNITED STATES FIRE INS CO | MARKET FINDERS 9117 LEESGATE RD | LOUISVILLE | KY | 40206 | |
| USAIG | 125 BROAD ST. 6TH FLOOR | NEW YORK | NY | 10004 | |
| WATER QUALITY INSURANCE SYNDICATE | 60 BROAD ST. 33RD FLOOR | NEW YORK | NY | 10004 | |
| XL SPECIALTY INSURANCE COMPANY | 100 CONSTITUTION PLAZA, 17TH FLOOR | HARTFORD | CT | 06103 | |
| ZURICH | ZURICH TOWERS 1400 AMERICAN LN | SCHAUMBURG | IL | 60196 | |

Doc 152   Filed 03/16/20   Entered 03/16/20 18:14:33   Main Docu