**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date**: April 3, 2020 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Objection Deadline**: March 30, 2020 at |
| | ) | 11:59 p.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE**: The below listed applications (collectively, the "Applications") are scheduled for final hearing on **April 3, 2020 at 10:00 a.m**. **(Central Time)** at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 7th Floor – North Courtroom, St. Louis, Missouri 63102:

- *DEBTORS' APPLICATION FOR ENTRY OF A FINAL ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY ARMSTRONG TEASDALE LLP AS CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE* [Docket No. 19]

- *DEBTORS' APPLICATION FOR ENTRY OF A FINAL ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE* [Docket No. 33]

- *DEBTORS' APPLICATION FOR ENTRY OF A FINAL ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN FTI CONSULTING, INC. AS RESTRUCTRUING FINANCIAL ADVISOR TO THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE* [Docket No. 31]

- *DEBTORS' APPLICATION FOR ENTRY OF A FINAL ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN JEFFERIES LLC AS INVESTMENT BANKER TO THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE* [Docket No. 32]

-2-

**WARNING: THESE APPLICATIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN AN APPLICATION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATIONS.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY <u>MARCH 30, 2020 AT 11:59 P.M. CENTRAL TIME.</u>**

**YOUR OBJECTION MUST STATE WHY AN APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE AN APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Dated: March 17, 2020    Respectfully submitted,
      St. Louis, Missouri

ARMSTRONG TEASDALE LLP

*/s/  Richard W. Engel, Jr.*
Richard W. Engel, Jr. (MO 34641)
John G. Willard (MO 67049)
Kathryn R. Redmond (MO 72087)
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:    (314) 621-5070
Fax:    (314) 621-5065
Email: rengel@atllp.com
       jwillard@atllp.com
       kredmond@atllp.com

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander Woolverton (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
       aeaton@paulweiss.com
       awoolverton@paulweiss.com

*Proposed Counsel to the Debtors and
Debtors in Possession*