UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-41308-659 |
| FORESIGHT ENERGY LP, et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

NOTICE OF APPOINTMENT
OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following creditors of the debtors in these jointly administered cases to the Official Committee of Unsecured Creditors:

Flanders Electric Motor Service of Illinois, Inc.
Attn.:  Joe Baker, General Manager
P.O. Box 1106
Marion, IL 62959
Phone: (618) 993-2681

Polydeck Screen Corporation
Attn:  Ronald Kuehl, II, Executive Vice-President
1790 Dewberry Road
Spartanburg, SC 29307
Phone: (864) 579-4594

John Fabick Tractor Company/Fabick Mining, Inc.
Attn:  Barry Klinckhardt, General Counsel and Corporate Secretary
One Fabick Drive
Fenton, MO 63026
Phone: (636) 680-1522

United Central Industrial Supply Company, LLC
Attn:  Henry E. Looney, President
1241 Volunteer Parkway
Suite 1000
Bristol, TN 37620
Phone: (423) 573-7301

Wilmington Trust, National Association, as Trustee for the 11.5% Notes
Attn:   Steven Cimalore, Administrative Vice-President
1100 North Market Street
Wilmington, DE 19890
Phone: (302) 636-6058

                                        DANIEL J. CASAMATTA
                                        Acting United States Trustee

                                        PAUL A. RANDOLPH
                                        Assistant United States Trustee


                        By:    /s/ *Carole J. Ryczek*
                                   CAROLE J. RYCZEK
                                   Trial Attorney
                                   Bar No: 6195873IL
                                   111 S. 10th Street, Suite 6.353
                                   St. Louis, MO 63102
                                   (314) 539-2982 (phone)
                                   (314) 539-2990 (fax)
                                   email: carole.ryczek@usdoj.gov


**CERTIFICATION OF SERVICE**

       I certify that a true and correct copy of the foregoing document was filed electronically on March 17, 2020, with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri, and was served on the parties in interest via email by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.


                                        /s/ *Carole J. Ryczek*
                                        Carole J. Ryczek
                                        Trial Attorney
                                        Office of the United States Trustee