March 11/2020

To the Honorable Judge Kathy A. Surratt-States:

I am a shareholder of Foresight Energy based in Missouri which has filed for chapter 11 on March 10, 2020. I had invested in the company in January 2020 knowing they had some $500 million in shareholder's equity after liabilities were taken into account. It seemed likely that the company would dig themselves out given the liabilities and market conditions. It seems like the company may be attempting this route so as to cancel the pensions. Indeed, analysts predicted a $1.00 per share target in the future. I am sending this message for you to hear shareholders plights that they not be wiped out and granted a fair deal which I believe can be a good deal.  I believe I am speaking in the interests of all shareholders. We have families and our due diligence led us to plausibly foresee a good outcome for the company in the state they were in. Please do not let loyal shareholders be wiped out given the impressive amount of assets and shareholder equity the company has.

Thank you,

Eli Lavaddin

ELavaddin@yahoo.com

RECEIVED AND FILED
MAR 1 6 2020
USBC-EDMO