# Memorandum

**Office of the United States Trustee**

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2976; FAX (314) 539-2990

---

SUBJECT:  |  DATE: March 17, 2020
Chapter 11 Creditors' Meeting

---

TO:   Debtors' Counsel            FROM:   Paul A. Randolph
                                          Assistant U.S. Trustee

Office of General Counsel
Missouri Department of Revenue

The following Chapter 11 cases are set for a meeting pursuant to 11 U.S.C. § 341(a) on the date, and at the time and location indicated below.

Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

Pursuant to Fed. R. Bankr. P. 2002(j), every debtor must include on its creditor matrix the Internal Revenue Service at the following address:

> Internal Revenue Service
> Insolvency 5334 STL
> P. O. Box 7346
> Philadelphia, PA  19101

| Date | Time | Case No. | Debtors | U. S. Trustee Attorney |
|---|---|---|---|---|
| **April 20, 2020** | **11:00 am** | 20-41308-659 | Foresight Energy LP, *et al.* (jointly administered) | Carole J. Ryczek |

**Location:**

[✓]   Thomas F. Eagleton U. S. Courthouse, 111 South 10th Street, Room 6.365A, St. Louis, Missouri 63102