# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308 |
| | ) | |
| | ) | Honorable Kathy A. Surratt-States |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned hereby enters his appearance on behalf of the Illinois Department of Natural Resources, in the above-captioned proceeding, and respectfully requests that copies of all documents and notices relating to this proceeding be served upon the undersigned through the court's CM/ECF system.

Respectfully Submitted,

PEOPLE OF THE STATE OF ILLINOIS *ex rel.*
the Illinois Department of Natural Resources,

By: KWAME RAOUL, Attorney General of Illinois

By: /s/ *Christopher M. Foy*
    Christopher M. Foy (IL #6309024 / MO #71416)
    Assistant Attorney General
    Office of the Illinois Attorney General
    500 South Second Street
    Springfield, IL 62701
    (217) 782-9095 (voice)
    (217) 782-1396 (fax)
    CFoy@atg.state.il.us (Primary)
    RLS@atg.state.il.us (Secondary)

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 18, 2020, he electronically filed the foregoing *Notice of Appearance and Request for Notice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of interest via the Court's CM/ECF system.

By: /s/ *Christopher M. Foy*
Christopher M. Foy
Assistant Attorney General