**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 20-41308-659** |
| | ) | **Honorable Kathy A. Surratt-States** |
| **FORESIGHT ENERGY, LP, et al.** | ) | **Chapter 11** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS,**
**NOTICES AND ORDERS**

COMES NOW Irena M. Goldstein, pursuant to Bankruptcy Rule 9010(b) and hereby enters

her appearance as counsel for Javelin Global Commodities (UK) Ltd.  Listed below is the additional

information required by Bankruptcy Rule 9010(b):

Irena M. Goldstein
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6093
Facsimile: (212) 303-7093
Email: irenagoldstein@paulhastings.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all

documents, including but not limited to, notices, pleadings, proposed orders and orders which are

filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties

in interest, or to the Debtor be mailed to Counsel at the above address.

Respectfully submitted,

PAUL HASTINGS LLP

By: */s/ Irena M. Goldstein*
Irena M. Goldstein
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6093
Facsimile: (212) 303-7093

{20039/00000/2803267.DOC.}                    1

ATTORNEY FOR JAVELIN GLOBAL COMMODITIES (UK) LTD.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 18th day of March, 2020, upon all counsel of record.


    */s/ Irena M. Goldstein*