**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | **Case No.: 20-41308-659** |
| ) | **Honorable Kathy A. Surratt-States** |
| **FORESIGHT ENERGY, LP, et al.** ) | **Chapter 11** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |
| ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS,
NOTICES AND ORDERS**

COMES NOW Pedro Jimenez, pursuant to Bankruptcy Rule 9010(b) and hereby enters his appearance as counsel for Javelin Global Commodities (UK) Ltd.  Listed below is the additional information required by Bankruptcy Rule 9010(b):

Pedro Jimenez
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6790
Facsimile: (212) 757-3990
Email: pedrojimenez@paulhastings.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including but not limited to, notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

Respectfully submitted,

PAUL HASTINGS LLP

By: _/s/ Pedro Jimenez_____
Pedro Jimenez
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6790

Facsimile: (212) 757-3990
ATTORNEY FOR JAVELIN GLOBAL COMMODITIES (UK) LTD.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 19th day of March, 2020, upon all counsel of record.

_/s/ Pedro Jimenez_