**SO ORDERED**

Mar 17, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| FORESIGHT ENERGY, LP, et al ) | Case No. 20-41308 |
| ) | Chapter 11 |
| ) | |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

## VERIFIED MOTION OF NATHANIEL R.B. KOSLOF FOR ADMISSION PRO HAC VICE

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the Local Rules of the United States District Court for the Eastern District of Missouri, NATHANIEL R.B. KOSLOF of the firm Sullivan & Worcester, together with Marshall C. Turner of the firm Husch Blackwell LLP, and move for admission of NATHANIEL R.B. KOSLOF *pro hac vice* in the above-captioned chapter 11 case, and in support thereof state as follows:

1. NATHANIEL R.B. KOSLOF is an attorney in the law firm of Sullivan & Worcester, One Post Office Square, Boston, MA 02109. His phone number is 617-338-2439. His facsimile number is 617-338-2880 and email is nkoslof@sullivanlaw.com.

2. Mr. Koslof is a graduate of the Boston College Law School, 2014. Mr. Koslof was admitted to the Bar of the Commonwealth of Massachusetts in 2014. He is also admitted to practice before the U.S. District Court, Massachusetts; U.S. Court of Appeals, 1st Circuit; and U.S. Court of Appeals, 2nd Circuit.

3. Mr. Koslof is a member in good standing of all bars of which he is a member and he is not under suspension or disbarment from any bar.

{S2562197; 1}

4.  Mr. Koslof does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

5.  Mr. Koslof will represent creditor Lord Securities Corporation, in its capacity as First Lien Term Loan Agent and Collateral Trustee, in this matter and co-counsel in this matter is Marshall C. Turner, a member in good standing of the Bar for the U.S. District Court for the Eastern District of Missouri.

WHEREFORE, NATHANIEL R.B. KOSLOF attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* in connection with the above-captioned case, and for such other and further relief as is just.

Dated: March 16, 2020
Boston, MA

/s/ Nathaniel R.B. Koslof
Nathaniel R.B. Koslof
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109
Phone: (617) 338-2439
Email: nkoslof@sullivanlaw.com

{S2562197; 1}                                       2
DocID: 4839-2949-1383.1

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Marshall C. Turner*
Marshall C. Turner, Esq. (#58053MO)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri  63105
Telephone:    (314) 480-1768
Facsimile:    (314) 480-1505
marshall.turner@huschblackwell.com

*Attorneys for Lord Securities Corporation*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Motion was filed on March 16, 2020 and that a true and correct copy of the Motion was served through this Court's CM/ECF system to all parties receiving notice thereby.


/s/ *Marshall C. Turner*
Marshall C. Turner

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Foresight Energy LP  
    Debtor

Case No. 20-41308-kss  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0865-4    User: admin    Page 1 of 2    Date Rcvd: Mar 17, 2020  
                      Form ID: pdfo1    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
aty        +Nathaniel R.B. Koslof,   Sullivan & Worcester LLP,   One Post Office Square,
          Boston, MA 02109-2129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
            Alice Belisle Eaton   on behalf of Debtor   Foresight Energy LP
            aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolverton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@paulweiss.com
            Brad M. Kahn   on behalf of Creditor   Ad Hoc First Lien Group bkahn@akingump.com
            Brian C. Walsh   on behalf of Creditor   Davidson Kempner Capital Management LP
            brian.walsh@bclplaw.com
            Christopher J. Lawhorn   on behalf of Creditor   Javelin Global Commodities UK Ltd
            cjl@carmodymacdonald.com,   txs@carmodymacdonald.com;aep@carmodymacdonald.com
            Ira S Dizengoff   on behalf of Creditor   Ad Hoc First Lien Group idizengoff@akingump.com
            Jaimie L Mansfield   on behalf of Debtor   Tanner Energy LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
            Jaimie L Mansfield   on behalf of Debtor   Sugar Camp Energy, LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
            Jaimie L Mansfield   on behalf of Debtor   Macoupin Energy LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
            Jaimie L Mansfield   on behalf of Debtor   Williamson Energy, LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
            Jaimie L Mansfield   on behalf of Debtor   Foresight Coal Sales LLC jmansfield@atllp.com,
            bvogt@armstrongteasdale.com
            James Savin   on behalf of Creditor   Ad Hoc First Lien Group jsavin@akingump.com
            Jennifer M McLemore   on behalf of Creditor   Natural Resource Partners L.P., et al.
            jmclemore@williamsmullen.com
            Joel A Kunin   on behalf of Creditor Cory Leitschuh jkunin@ghalaw.com,   megan@ghalaw.com
            John G. Willard   on behalf of Debtor   Oeneus LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
            John G. Willard   on behalf of Debtor   Mach Mining, LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
            John G. Willard   on behalf of Debtor   Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
            John G. Willard   on behalf of Debtor   Foresight Energy Finance Corporation
            jwillard@armstrongteasdale.com,   bvogt@armstrongteasdale.com
            John G. Willard   on behalf of Debtor   Sitran, LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
            John G. Willard   on behalf of Debtor   MaRyan Mining LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
            John G. Willard   on behalf of Debtor   Akin Energy LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com
            John G. Willard   on behalf of Debtor   Hillsboro Transport LLC jwillard@armstrongteasdale.com,
            bvogt@armstrongteasdale.com

```
District/off: 0865-4          User: admin               Page 2 of 2             Date Rcvd: Mar 17, 2020
                              Form ID: pdfo1            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
              Kathryn  Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com,  bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,  bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Foresight Energy LP kredmond@atllp.com,  bvogt@atllp.com
              Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com,
               lmckinnon@thompsoncoburn.com
              Marshall C. Turner    on behalf of Creditor    Huntington National Bank
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al.
               mmueller@williamsmullen.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd
               thr@carmodymacdonald.com,    syd@carmodymacdonald.com;ala@carmodymacdonald.com
              Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com
              Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al.
               wpressman@lathropgage.com,    jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
              Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com
                                                                                             TOTAL: 51
```