

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH TENTH STREET, FOURTH FLOOR
ST. LOUIS, MISSOURI 63102
www.moeb.uscourts.gov

DANA C. MCWAY
CLERK OF COURT

DIANA DURKEE AUGUST
CHIEF DEPUTY CLERK

(314) 244-4500
MCVCIS (866) 222-8029, #87
FAX (314) 244-4990
PACER (314) 244-4998

TO:　　　　Richard J. Parks
　　　　　　Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP
　　　　　　7 West State Street, Suite 100
　　　　　　Sharon, PA 16146

DATE:　　　March 23, 2020

RE:　　　　Entry of Appearance and Request for Notices

CASE NAME:　20-41333 – (Foresight Energy Finance Corporation)

The enclosed documents are being returned to you for the following reasons:

(☒)　　　Petition/**Pleading** was not signed or does not contain an **original signature** by the debtor(s)/**filer**.

(☐)　　　Proof of Claim was not signed or does not contain an original signature by the filer. All proofs of claim shall be filed either by using the Court's ePOC system, or by mailing, or bringing the claim in person to the address listed above.

(☐)　　　Petition did not include the Matrix and/or Verification of Matrix.

(☐)　　　Filing fee was not enclosed with the . Amount due: .

(☐)　　　Insufficient/incorrect filing fee was enclosed with this . Correct amount due: .

(☐)　　　Check for the filing fee was not signed.

(☐)　　　Debtor(s)' checks cannot be accepted - Debtor(s) may pay by cash, cashier's check or money order.

(☐)　　　The above listed case was closed on . If you wish to have this document acted on by the Court, please file a Motion to Reopen the case fee to reopen the case. There is a  fee to reopen a case.

(☐)　　　The file is located in the Federal Archives Center. Contact Shelley Ahlers, Work Leader, at 314-244-4829 for retrieval information.

(☐)  Debtor(s) name and/or case number cannot be located in our system. The enclosed document(s) were filed with this Court in error.

(☐)  Pursuant to Local Bankruptcy Rule 5005-1 D., Electronic Filing, you have failed to file document(s) through electronic means as required by the Court's Electronic Case Filing (ECF) Administrative Procedures. An Order was sent prior to this notification stating the Court would return to you as unfiled all subsequent documents submitted in paper format. If you do not have a computer or Internet access, you may use the public computer and scanning facilities provided by the Court at its Intake counter during normal business hours (8:30 a.m. - 4:30 p.m.).

(☐)  Other:

> Dana McWay, Clerk
> U.S. Bankruptcy Court
>
> Kevin Nelson
> Deputy Clerk
> United States Bankruptcy Court
> Eastern District of Missouri
> 111 S. Tenth Street, 4th Floor
> St. Louis, MO 63102
> 314-244-4500

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 20-41333 |
| | ) |
| FORESIGHT ENERGY FINANCE CORPORATION | ) Chapter 11 |
| | ) |
| | ) |
| Debtor | ) (Joint Administration Requested) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter our appearance on behalf of Joy Global Underground Mining LLC and Joy Global Conveyors Inc. in the above-captioned bankruptcy proceedings. I request that copies of all notices filed be sent to the undersigned and that the name and address of the undersigned be added to the mailing matrix.

Returned K.N.

RECEIVED & ~~FILED~~

MAR 2 3 2020

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

/s/ Richard J. Parks
Richard J. Parks
PA ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
Fax: (724) 981-1398
E-mail: rjp@pietragallo.com

Attorneys for Joy Global Underground Mining LLC and Joy Global Conveyors Inc.

Dated: March 13, 2020

5158890v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 20-41333 |
| | ) | |
| FORESIGHT ENERGY FINANCE CORPORATION | ) | Chapter 11 |
| | ) | |
| Debtor | ) | (Joint Administration Requested) |

### ENTRY DECLARATION IN LIEU OF AFFIDAVIT

### Regarding Request to be Added to the Mailing Matrix

I am the Attorney for Joy Global Underground Mining LLC and Joy Global Conveyors Inc., creditors in the above-captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

*Please check the appropriate box*

☒ that there are no other requests to receive notices on behalf of this creditor, or

☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

_____
Creditor's Name

_____
Creditor's Address

_____
City, State and Zip

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2020.

/s/ Richard J. Parks
Richard J. Parks
PA ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
Fax: (724) 981-1398
E-mail: rjp@pietragallo.com