SO ORDERED: Case 20-41308  Doc 181  Filed 03/24/20  Entered 03/24/20 07:40:37  Main Document
Pg 1 of 6

Mar 23, 2020

Kathy A. Surratt-States
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**RECEIVED & FILED**

**MAR 2 3 2020**

**U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI**

In re  FORESIGHT ENERGY FINANCE  )
      CORPORATION                                      )
                                         )  Case No. 20-41333
                                         )  Chapter 11
      Debtor(s).                              )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Richard J. Parks, move to be admitted pro hac vice to the bar of this Court for the purpose of representing **Joy Underground Mining LLC** and **Joy Global Conveyors Inc.** in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

    a.    *Full name of the movant-attorney;*

          Richard J. Parks

    b.    *Address and telephone number of the movant-attorney;*

          7 West State Street, Suite 100, Sharon, PA 16146
          Phone: 724-981-1397
          Fax: 724-981-1398

    c.    *Name of the firm or letterhead under which the movant practices;*

          Pietragallo Gordon Alfano Bosick & Raspanti, LLP

    d.    *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*

          J.D. Cleveland Marshall College of Law, 1983

(L.F. 7 Rev. 02/2013)

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*

| Court | Date Admitted | Bar No. |
|---|---|---|
| Supreme Court of Pennsylvania | 1984 | 40477 |
| Supreme Court of Ohio | 1985 | 3986 |
| U.S. District Court for the Western District of Pennsylvania | 1984 | |
| U.S. District Court for the Eastern District of Pennsylvania | 2010 | |
| U.S. District Court for the Northern District of Ohio | 1984 | |

f. *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

I am a practicing attorney, duly licensed to practice, and currently in good standing, in the States of Pennsylvania and Ohio. I have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory or Commonwealth of Pennsylvania.

g. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

I do not reside in the Eastern District of Missouri and am not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

_____
Richard J. Parks
Pa. Supreme Court ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA  16146
(724) 981-1397
Fax:  (724) 981-1398
E-mail:  rjp@pietragallo.com
Attorneys for Joy Global Underground Mining LLC
and Komatsu Global Conveyors Inc.

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS |
| COUNTY OF MERCER | ) |

On this _19th_ day of March, 2020, before me, the undersigned Notary Public in and for said County and State, came RICHARD J. PARKS, who acknowledged the execution of the foregoing document and after being duly sworn, stated all foregoing representations are true and correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal this _19th_ day of March, 2020.

_____
Notary

> Commonwealth of Pennsylvania – Notary Seal
> MARJII SER – Notary Public
> Mercer County
> My Commission Expires Dec 18, 2021
> Commission Number 1263235

(L.F. 7 Rev. 02/2013)

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Admission of Richard J. Parks Pro Hac Vice via the U.S. First Class Mail on March 19, 2020 on the following parties:

Richard W. Engel, Jr.
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
rengel@atllp.com

Respectfully Submitted,

_____
Richard J. Parks, Esq
Pa. Supreme Court ID No. 40477
PIETRAGALLO GORDON ALFANO
 BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA  16146
Ph. (724) 981-1397
Fax:  (724) 981-1398
E-mail:  rjp@pietragallo.com

5158903v1

(L.F. 7 Rev. 02/2013)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re   FORESIGHT ENERGY FINANCE   )
        CORPORATION                )
                                   )   Case No. 20-41333
                                   )   Chapter 11
        Debtor(s).                 )

This matter is before the Court upon the Motion of Richard J. Parks of the law firm Pietragallo Gordon Alfano Bosick & Raspanti LLP for an order allowing Richard J. Parks to appear and appear specifically *pro hac vice* in this case to represent the interests of the creditors, Joy Global Underground Mining LLC and Joy Global Conveyors Inc., and the Court, being duly advised in the premises, does hereby order that Richard J. Parks is admitted to appear *pro hac vice* in this case.

(L.F. 7 Rev. 02/2013)



**PIETRAGALLO**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

ATTORNEYS AT LAW

7 WEST STATE STREET   SUITE 100   SHARON, PA 16146
724.981.1397   FAX: 724.981.1398
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: 724.981.1398
DIRECT FAX DIAL NO.: 724.981.1398
E-MAIL: RJP@Pietragallo.com

March 19, 2020

**VIA Federal Express**

Eastern Division
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., 4th Floor
St. Louis, MO 63102
Phone: (314) 244-4500

    Re:    **Foresight Energy Finance Corporation
             Case No. 20-41333
             Pro Hac Vice of Richard J. Parks**

Dear Sir or Madam:

    Enclosed please find the original and one copy of a Verified Motion for Admission Pro Hac Vice regarding the above referenced matter. Please file the original with your office and return a date-stamped copy to me in the enclosed envelope.

    Also enclosed is a Notice of Entry of Appearance and Request for Notice. Please file the original and return a date-stamped copy as well.

    I have also enclosed your fee in the amount of $100.00 payable to the Clerk, U.S. District Court.

    If you have questions or need anything further, please call me.

                             Very truly yours,

                             PIETRAGALLO GORDON ALFANO
                             BOSICK & RASPANTI, LLP

                           By:  */s/ Richard J. Parks*
                                Richard J. Parks

Enclosures
5165160

*Received + Filed 2020 MAR 23 AM 10:57 CLERK, US BANKRUPTCY COURT, EASTERN DISTRICT, ST. LOUIS, MISSOURI*

OHIO                PENNSYLVANIA              WEST VIRGINIA