UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| FORESIGHT ENERGY LP, et al., | ) | |
| | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | |

**COMBINED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice and be advised that the undersigned hereby appears as counsel for the

Mt. Olive & Staunton Coal Company Trust.  Pursuant to Rules 2002 and 9010 of the Federal Rules

of Bankruptcy Procedure and Local Rule 2002-1, the undersigned respectfully requests that all

notices hereafter given or required to be given and all papers served or required to be served in

this case, be given and served upon:

Patrick D. Cloud
Heyl, Royster, Voelker & Allen, P.C.
105 W. Vandalia, Suite 100
P.O. Box 467
Edwardsville, IL  62025

Please be advised and take further notice that the foregoing request includes not only

notices and papers referred to in the rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand,

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail,

delivery, telephone, facsimile, electronic mail or otherwise.

HEYL, ROYSTER, VOELKER & ALLEN, P.C.


By: /s/ Patrick D. Cloud
      Of Heyl, Royster, Voelker & Allen, P.C.



Patrick D. Cloud, #57187MO
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 W. Vandalia, Suite 100
P.O. Box 467
Edwardsville, IL  62025
Telephone:      618.656.4646
Facsimile:       618.656.7940
edwecf@heylroyster.com
pcloud@heylroyster.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 24th day of March**,** 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record via the Court's CM/ECF system.


_/s/ Patrick D. Cloud_____
Of Heyl, Royster, Voelker & Allen, P.C.

Patrick D. Cloud
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 W. Vandalia, Suite 100
P.O. Box 467
Edwardsville, IL  62025
Telephone:     618.656.4646
Facsimile:     618.656.7940
edwecf@heylroyster.com
pcloud@heylroyster.com