UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 11 |
| FORESIGHT ENERGY LP, et al | ) | |
| | ) | CASE NO. 20-41308 |
| | ) | |
| Debtor(s). | ) | Jointly Administered |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned hereby appears as counsel for:

**Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne**

Pursuant to Rule 2002 of the Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, the undersigned respectfully requests that all notice hereafter given or required to be given, all notices of adversary matters, and all papers served or required to be served in this case, be given to and served upon:

**PLEASE BE ADVISED AND TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way creditors' rights or interests.

GOLDENBERG HELLER & ANTOGNOLI, P.C.

By: /s/ Joel A. Kunin
Joel A. Kunin #1548050
P.O. Box 959
2227 South State Route 157
Edwardsville, IL 62025
(618) 656-5150
Email: jkunin@ghalaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the

1

United States Bankruptcy Court, Eastern District of Missouri, and that copies were sent electronically on March 24, 2020, to all parties of record.

    /s/ Joel A. Kunin