## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 11 |
| FORESIGHT ENERGY LP, et al | ) | |
| | ) | CASE NO. 20-41308 |
| | ) | |
| Debtor(s). | ) | Jointly Administered |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE BE ADVISED that the undersigned attorney and firm hereby enter their appearance as counsel of record for Bradford Supply Company ("Bradford") pursuant to Federal Rule of Bankruptcy Procedure Rule 9010 with regard to all matters and proceedings in the above-captioned cause.

PLEASE BE FURTHER ADVISED that pursuant to Federal Rule of Bankruptcy Procedure 2002 and 9007, hereby request that all notices given or required to be given in this case, and all documents and papers served or required to be served in this case be given and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that Bradford hereby requests that all notices authorized, permitted or required by any provision of the Bankruptcy Code, United States Code, Federal Rules of Bankruptcy Procedure, Order of this Court, and by request, instruction or directive of the Office of the United States Trustee, along with any and all other notices, applications, motions, complaints, petitions, pleadings, disclosure statements, plans of reorganization, plans of liquidation, reports, orders, documents and/or papers lodged or filed in the above-captioned proceeding, as well as all notices of the foregoing, be given to and served upon the undersigned attorneys, as well as Bradford at the addresses listed below:

    Rusty K. Reinoehl
    REINOEHL KEHLENBRINK, LLC

    P.O. Box 698
    Robinson, IL 62454
    P: (618) 469-1000
    F: (618) 469-1015
    rusty@rklegalgroup.com

    Marleen Benson
    BRADFORD SUPPLY COMPANY
    801 E. Main Street
    Robinson, IL 62454

  PLEASE TAKE FURTHER NOTICE that Bradford intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) Bradford's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) Bradford's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) Bradford's right to have the District Court withdraw the refence in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Bradford is or may be entitled under agreement, in law or in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Bradford expressly reserves.

            Respectfully Submitted,
            REINOEHL KEHLENBRINK, LLC

            /s/ Rusty K. Reinoehl
            Rusty K. Reinoehl, #59588MO
            P.O. Box 698, 208 S. Franklin Street
            Robinson, IL 62454
            P: (618) 469-1000
            F: (618) 469-1015
            rusty@rklegalgroup.com
            Counsel for Creditor
            Bradford Supply Company

## **CERTIFICATE OF SERVICE**

　　　　The undersigned hereby certifies that a true and correct copy of the foregoing has been served electronically to all parties designed to receive electronic service via this Court's CM/ECF filing system on this 24th day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Rusty K. Reinoehl　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Rusty K. Reinoehl