**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | Case No. 20-41308-659 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
BY THE UNITED STATES**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 515, 516, 517 and 518, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, the undersigned attorney is appearing on behalf of the United States of America. All notices and papers that are required to be served upon the United States must be given to and served upon me at the addresses (including electronic mail address), telephone and facsimile number and email address indicated below:

> Dominique V. Sinesi
> Trial Attorney
> U.S. Department of Justice
> Civil Division
> 1100 L Street, NW
> Room 7020
> Washington DC, 20005
> (202) 514-3368 (direct)
> (202) 598-0034 (cell)
> (202) 514-9163 (fax)
> dominique.sinesi@usdoj.gov

Dated:  March 26, 2020　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　JEFFREY B. JENSEN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　<u>/s/  Dominique V. Sinesi</u>
　　　　　　　　　　　　　　　　　　RUTH A. HARVEY
　　　　　　　　　　　　　　　　　　MARGARET M. NEWELL
　　　　　　　　　　　　　　　　　　DOMINIQUE V. SINESI
　　　　　　　　　　　　　　　　　　U.S. Department of Justice – Civil Division
　　　　　　　　　　　　　　　　　　Commercial Litigation Branch,
　　　　　　　　　　　　　　　　　　P.O. Box 875, Ben Franklin Station
　　　　　　　　　　　　　　　　　　Washington, DC 20044-0875
　　　　　　　　　　　　　　　　　　TEL: (202) 514-3368
　　　　　　　　　　　　　　　　　　CELL: (202) 598-0034
　　　　　　　　　　　　　　　　　　FAX: (202) 514-9163
　　　　　　　　　　　　　　　　　　Email: dominique.sinesi@usdoj.gov

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR THE UNITED STATES
　　　　　　　　　　　　　　　　　　OF AMERICA

## CERTIFICATE OF SERVICE

On March 26, 2020, I caused a copy of the foregoing to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding.

Dated: March 26, 2020        <u>/s/  Dominique V. Sinesi</u>
                             Dominique V. Sinesi