**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Affinity Law Group, LLC and Whiteford Taylor & Preston, LLP hereby appear, pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, in the above-captioned case as local counsel and lead counsel on behalf of the Official Committee of Unsecured Creditors (the "Creditors' Committee"). The Creditors' Committee hereby requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned case be given to and served upon the following attorneys:

AFFINITY LAW GROUP, LLC
1610 Des Peres Road, Suite 100
St. Louis, Missouri 63131
Attention:   J. Talbot Sant, Jr.
Email:        tsant@affinitylawgrp.com

WHITEFORD TAYLOR & PRESTON, LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222-1512
Attention:   Michael J. Roeschenthaler
Email:        mroeschenthaler@wtplaw.com

3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4558
Attention:   Christopher A. Jones
                  David W. Gaffey
Email:        cajones@wtplaw.com
                  dgaffey@wtplaw.com

PLEASE TAKE FURTHER NOTICE that the aforementioned attorneys consent to e-mail service.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules specified above but includes, without limitation, all orders and notices of any application, motion, order, petition, pleading request, complaint or demand, whether formal or information, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects any of the debtors or the property of any of the debtors.

PLEASE TAKE FURTHER NOTICE that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

Dated:  March 26, 2020

AFFINITY LAW GROUP, LLC

By:___/s/ J. Talbot Sant, Jr._____
    J. Talbot Sant, Jr., #35324MO
    1610 Des Peres Road, Suite 100
    St. Louis, Missouri 63131
    (314) 872-3333 Telephone
    (314) 872-3365 Facsimile
    tsant@affinitylawgrp.com

*Proposed Local Counsel to the Official Committee of Unsecured Creditors of Foresight Energy LP, et al.*

WHITEFORD TAYLOR & PRESTON, LLP
Michael J. Roeschenthaler (pro hac vice pending)
200 First Avenue, Third Floor
Pittsburgh, PA 15222-1512
(412) 618-5600 Telephone

And

Christopher A. Jones (pro hac vice pending)
David W. Gaffey (pro hac vice pending)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4558
(703) 280-9260 Telephone

*Proposed Lead Counsel to the Official Committee of Unsecured Creditors of Foresight Energy LP, et al.*

## CERTIFICATE OF SERVICE

The undersigned counsel states that the foregoing was served through the Court's CM/ECF system on all parties entering appearances in the case on the 26th day of March, 2020.

*/s/ J. Talbot Sant, Jr.*