SO ORDERED
Case 20-41308   Doc 193   Filed 03/26/20   Entered 03/26/20 23:39:19   Imaged
              Certificate of Notice   Pg 1 of 8

Mar 23, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**RECEIVED & FILED**

**MAR 2 3 2020**

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

In re   FORESIGHT ENERGY FINANCE   )
         CORPORATION                )
                                     )   Case No. 20-41333
                                     )   Chapter 11
                                     )
         Debtor(s).                  )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Richard J. Parks, move to be admitted pro hac vice to the bar of this Court for the purpose of representing **Joy Underground Mining LLC** and **Joy Global Conveyors Inc.** in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

    a.    *Full name of the movant-attorney;*

        Richard J. Parks

    b.    *Address and telephone number of the movant-attorney;*

        7 West State Street, Suite 100, Sharon, PA 16146
        Phone: 724-981-1397
        Fax: 724-981-1398

    c.    *Name of the firm or letterhead under which the movant practices;*

        Pietragallo Gordon Alfano Bosick & Raspanti, LLP

    d.    *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*

        J.D. Cleveland Marshall College of Law, 1983

 e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*

| Court | Date Admitted | Bar No. |
|---|---|---|
| Supreme Court of Pennsylvania | 1984 | 40477 |
| Supreme Court of Ohio | 1985 | 3986 |
| U.S. District Court for the Western District of Pennsylvania | 1984 | |
| U.S. District Court for the Eastern District of Pennsylvania | 2010 | |
| U.S. District Court for the Northern District of Ohio | 1984 | |

 f. *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

I am a practicing attorney, duly licensed to practice, and currently in good standing, in the States of Pennsylvania and Ohio. I have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory or Commonwealth of Pennsylvania.

 g. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

I do not reside in the Eastern District of Missouri and am not regularly engaged in the practice of law in this District.

(L.F. 7 Rev. 02/2013)

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

_____
Richard J. Parks
Pa. Supreme Court ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
Fax: (724) 981-1398
E-mail: rjp@pietragallo.com
Attorneys for Joy Global Underground Mining LLC
and Komatsu Global Conveyors Inc.

| COMMONWEALTH OF PENNSYLVANIA | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF MERCER | ) | |

On this 19th day of March, 2020, before me, the undersigned Notary Public in and for said County and State, came RICHARD J. PARKS, who acknowledged the execution of the foregoing document and after being duly sworn, stated all foregoing representations are true and correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal this 19th day of March, 2020.

_____
Notary

Commonwealth of Pennsylvania -- Notary Seal
MARJII SER – Notary Public
Mercer County
My Commission Expires Dec 18, 2021
Commission Number 1263235

(L.F. 7 Rev. 02/2013)

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Admission of Richard J. Parks Pro Hac Vice via the U.S. First Class Mail on March 19, 2020 on the following parties:

Richard W. Engel, Jr.
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
rengel@atllp.com

Respectfully Submitted,

_____
Richard J. Parks, Esq
Pa. Supreme Court ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA  16146
Ph. (724) 981-1397
Fax:  (724) 981-1398
E-mail:  rjp@pietragallo.com

5158903v1

(L.F. 7 Rev. 02/2013)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re   FORESIGHT ENERGY FINANCE   )
         CORPORATION                )
                                    )   Case No. 20-41333
                                    )   Chapter 11
         Debtor(s).                 )

This matter is before the Court upon the Motion of Richard J. Parks of the law firm Pietragallo Gordon Alfano Bosick & Raspanti LLP for an order allowing Richard J. Parks to appear and appear specifically *pro hac vice* in this case to represent the interests of the creditors, Joy Global Underground Mining LLC and Joy Global Conveyors Inc., and the Court, being duly advised in the premises, does hereby order that Richard J. Parks is admitted to appear *pro hac vice* in this case.

(L.F. 7 Rev. 02/2013)



**PIETRAGALLO**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

ATTORNEYS AT LAW

7 WEST STATE STREET  SUITE 100  SHARON, PA 16146
724.981.1397   FAX: 724.981.1398
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: 724.981.1398
DIRECT FAX DIAL NO.: 724.981.1398
E-MAIL: RJP@Pietragallo.com

March 19, 2020

**VIA Federal Express**

Eastern Division
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., 4th Floor
St. Louis, MO 63102
Phone: (314) 244-4500

      Re:    **Foresight Energy Finance Corporation**
               **Case No. 20-41333**
               **Pro Hac Vice of Richard J. Parks**

Dear Sir or Madam:

    Enclosed please find the original and one copy of a Verified Motion for Admission Pro Hac Vice regarding the above referenced matter. Please file the original with your office and return a date-stamped copy to me in the enclosed envelope.

    Also enclosed is a Notice of Entry of Appearance and Request for Notice. Please file the original and return a date-stamped copy as well.

    I have also enclosed your fee in the amount of $100.00 payable to the Clerk, U.S. District Court.

    If you have questions or need anything further, please call me.

                                    Very truly yours,

                                    PIETRAGALLO GORDON ALFANO
                                    BOSICK & RASPANTI, LLP

                                    By:  */s/ Richard J. Parks*
                                           Richard J. Parks

Enclosures
5165160

        OHIO                          PENNSYLVANIA                    WEST VIRGINIA

*RECEIVED + FILED 2020 MAR 23 AM 10:57 CLERK, U.S. BANKRUPTCY COURT, EASTERN DISTRICT, ST. LOUIS, MISSOURI*

```
                              United States Bankruptcy Court
                                Eastern District of Missouri
In re:                                                              Case No. 20-41308-kss
Foresight Energy LP                                                 Chapter 11
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0865-4         User: admin                 Page 1 of 2         Date Rcvd: Mar 24, 2020
                             Form ID: pdfo1              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
aty            +Richard J. Parks,    Pietragallo Gordon Alfano Bosick & Raspa,    7 West State Street,
                 Suite 100,    Sharon, PA 16146-1377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
              Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP
               aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolve
               rton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@pau
               lweiss.com
              Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher Foy    on behalf of Creditor    Illinois Department of Natural Resources
               cfoy@atg.state.il.us
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd
               cjl@carmodymacdonald.com,    txs@carmodymacdonald.com;aep@carmodymacdonald.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              James Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com
              Jennifer M McLemore    on behalf of Creditor    Natural Resource Partners L.P., et al.
               jmclemore@williamsmullen.com
              Joel A Kunin    on behalf of Creditor Cory  Leitschuh jkunin@ghalaw.com,    megan@ghalaw.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
```

```
District/off: 0865-4              User: admin                Page 2 of 2                  Date Rcvd: Mar 24, 2020
                                  Form ID: pdfo1             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John T.M. Whiteman     on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
              Kathryn  Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com,   bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,   bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Foresight Energy LP kredmond@atllp.com,   bvogt@atllp.com
              Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com,
               lmckinnon@thompsoncoburn.com
              Marshall C. Turner    on behalf of Creditor    Huntington National Bank
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al.
               mmueller@williamsmullen.com
              Office of US Trustee     USTPRegion13.SL.ECF@USDOJ.gov
              Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC
               rengel@armstrongteasdale.com,   bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC
               rengel@armstrongteasdale.com,   bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation
               rengel@armstrongteasdale.com,   bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC
               rengel@armstrongteasdale.com,   bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd
               thr@carmodymacdonald.com,    syd@carmodymacdonald.com;ala@carmodymacdonald.com
              Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd
               thr@carmodymacdonald.com,    syd@carmodymacdonald.com;ala@carmodymacdonald.com
              Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com
              Wendi S. Alper-Pressman     on behalf of Creditor    Natural Resource Partners L.P., et al.
               wpressman@lathropgage.com,    jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
              Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com
                                                                                             TOTAL: 53
```