UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**FORESIGHT ENERGY, LP, et al.**<br><br>    **Debtors.** | Case No.: 20-41308-659<br><br>Honorable Kathy A. Surratt-States<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICES

**PLEASE TAKE NOTICE THAT** pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel hereby enters her appearance on behalf of Fabick Mining, Inc. and John Fabick Tractor Company (the "Fabick Entities") and requests that all notices given or required to be given and papers served or required to be served in the above-captioned case in accordance with Bankruptcy Rules 2002, 3017, 4001 and 9007 and the applicable Local Rules be served upon:

Cullen D. Speckhart
Cooley LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2052
Fax: (202) 842-7899
Email: cspeckhart@cooley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers specified above, but also includes, without limitation, any orders and notices of any application, order, notice, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, facsimile or otherwise, which affect the Debtors,

property of the Debtors, or any rights or interest of creditors and parties in interest in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Electronic Notices shall not be deemed or constructed to be a waiver of the Fabick Entity's rights (1) to have final orders entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding arising in or related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Fabick Entities are or may be entitled, in law or equity, including without limitation, any rights under any arbitration provisions, all of which rights, claims, actions, defenses, setoffs, and recoupments the Fabick Entities expressly reserve.

Dated: March 27, 2020

Respectfully submitted,

*/s/ Cullen D. Speckhart*

Cullen D. Speckhart (MSB 68681)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Direct: (202) 776-2052
Email: cspeckhart@cooley.com

ATTORNEY FOR FABICK MINING, INC. AND JOHN FABICK TRACTOR COMPANY

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I caused a copy of the foregoing document to be served by this Bankruptcy Court's Electronic Case Filing System (CM/ECF) to all users registered to receive notices in this case.

*/s/ Cullen D. Speckhart*
Cullen D. Speckhart

222556066 v1