# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 20-41308 |
| | ) |
| FORESIGHT ENERGY LP, ET AL. | ) Chapter 11 |
| | ) |
| | ) |
| Debtor | ) (Joint Administration Requested) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter our appearance on behalf of Joy Global Underground Mining LLC and Joy Global Conveyors Inc. in the above-captioned bankruptcy proceedings. I request that copies of all notices filed be sent to the undersigned and that the name and address of the undersigned be added to the mailing matrix.

*/s/ Richard J. Parks*
Richard J. Parks
PA ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
Fax: (724) 981-1398
E-mail: rjp@pietragallo.com

Attorneys for Joy Global Underground Mining LLC and Joy Global Conveyors Inc.

Dated: March 28, 2020

5158890v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 20-41308 |
| | ) |
| FORESIGHT ENERGY LP, ET AL. | ) Chapter 11 |
| | ) |
| | ) |
| Debtor | ) (Joint Administration Requested) |

**ENTRY DECLARATION IN LIEU OF AFFIDAVIT**

**Regarding Request to be Added to the Mailing Matrix**

I am the Attorney for Joy Global Underground Mining LLC and Joy Global Conveyors Inc., creditors in the above-captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

*Please check the appropriate box*

☒ that there are no other requests to receive notices on behalf of this creditor, or

☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

Creditor's Name

Creditor's Address

City, State and Zip

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2020.

*/s/ Richard J. Parks*
Richard J. Parks
PA ID No. 40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
Fax: (724) 981-1398
E-mail: rjp@pietragallo.com