UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 11 |
| FORESIGHT ENERGY, L.P., et al. | ) | |
| | ) | |
| Debtors. | ) | Bk. No. 20-41308 |
| | ) | Jointly Administered |
| | ) | |

**COMBINED NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned hereby appears as counsel for: **Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman, Independent Executor of the Estate of Russell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased.**

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notice hereafter given or required to be given, all notices of adversary matters, and all papers served or required to be served in this case, be given to and served upon:

| | |
|---|---|
| Steven M. Wallace | Thomas DeVore |
| Silver Lake Group, Ltd. | Silver Lake Group, Ltd. |
| 6 Ginger Creek Village Drive | 118 N. Second Street |
| Glen Carbon, IL 62034 | Greenville, IL 62246 |
| Telephone: (618) 692-5275 | Telephone: (618) 664-9439 |
| E-Mail: steve@silverlakelaw.com | Email: tom@silverlakelaw.com |

**PLEASE BE ADVISED AND TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rule specified above, but also includes, without limitation, Orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone,

facsimile, electronic mail, telex or otherwise which affect or seek to affect in any way creditors' rights or interests.

                SILVER LAKE GROUP, LTD.

By: /s/ Steven M. Wallace
_____
Steven M. Wallace #35738
6 Ginger Creek Village Drive
Glen Carbon, IL 62034
Phone: (618) 692-5275
Fax: (888) 519-6101
Email: steve@silverlakelaw.com

Thomas DeVore
118 N. Second Street
Greenville, IL 62246
Phone: (618) 664-9439
Fax (618) 664-9486
Email: tom@silverlakelaw.com

## Certificate of Service

    The undersigned certifies that a true and correct copy of the foregoing was served electronically this 30th day of March, 2020, via CM/ECF to all persons receiving notice through that system.

/s/ Steven M. Wallace
_____