# Memorandum
## Office of the United States Trustee

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2976; FAX (314) 539-2990

---

| | |
|---|---|
| SUBJECT: | DATE: March 30, 2020 |
| Chapter 11 Creditors' Meeting | |

---

TO:   Debtors' Counsel            FROM:   Paul A. Randolph
                                          Assistant U.S. Trustee

Office of General Counsel
Missouri Department of Revenue

The meeting pursuant to 11 U.S.C. § 341(a) in the following Chapter 11 cases has been rescheduled to the date and time indicated below.

Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

Pursuant to Fed. R. Bankr. P. 2002(j), every debtor must include on its creditor matrix the Internal Revenue Service at the following address:

Internal Revenue Service
Insolvency 5334 STL
P. O. Box 7346
Philadelphia, PA  19101

| Date | Time | Case No. | Debtors | U. S. Trustee Attorney |
|---|---|---|---|---|
| **May 20, 2020** | **1:00 p.m.** | 20-41308-659 | Foresight Energy LP, *et al.* (jointly administered) | Carole J. Ryczek |

**The Section 341 meeting will be conducted via telephone.  Anyone wishing to attend the meeting telephonically should consult the Bankruptcy Court's website for dial-in information.**