## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date**: April 17, 2020 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Objection Deadline**: April 10, 2020 |
| | ) | **Hearing Location**: Courtroom 7 North |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**: The below listed application (the "Application") is scheduled for hearing on **April 17, 2020 at 10:00 a.m**. **(Central Time)** at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 7th Floor – North Courtroom, St. Louis, Missouri 63102:

- *DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAILEY & GLASSER LLP AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE* [Docket No. 206]

**WARNING: THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN AN APPLICATION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY APRIL 10, 2020. YOUR OBJECTION MUST STATE WHY AN APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE AN APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

| | | |
|---|---|---|
| Dated: | March 31, 2020<br>St. Louis, Missouri | Respectfully submitted,<br><br>ARMSTRONG TEASDALE LLP<br><br>*/s/ Richard W. Engel, Jr.*<br>Richard W. Engel, Jr. (MO 34641)<br>John G. Willard (MO 67049)<br>Kathryn R. Redmond (MO 72087)<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, Missouri 63105<br>Tel: (314) 621-5070<br>Fax: (314) 621-5065<br>Email: rengel@atllp.com<br> jwillard@atllp.com<br> kredmond@atllp.com<br><br>- and -<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Paul M. Basta (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Alexander Woolverton (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br>Email: pbasta@paulweiss.com<br> aeaton@paulweiss.com<br> awoolverton@paulweiss.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |