**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-41308-659 |
| | ) | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Docket Nos. 63 |

**NOTICE OF WITHDRAWAL OF DEBTORS'
MOTION TO REJECT EXECUTORY CONTRACT BETWEEN
DEBTOR MACOUPIN ENERGY LLC AND THE MT. OLIVE AND
STAUNTON COAL COMPANY TRUST**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On March 10, 2020, Foresight Energy LP and certain of its direct and indirect subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for an Order Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Rejection of Certain Executory Contracts Nunc Pro Tunc to the Petition Date* [Docket No 63] (the "Motion").

2. The Debtors hereby withdraw their Motion solely with respect to the Purchase and Sale Agreement, dated May 5, 2017, by and between Debtor Macoupin Energy LLC and The Mt. Olive and Staunton Coal Company Trust.

3. Nothing herein shall be deemed a withdrawal of the Motion as it relates to any other contract listed on Exhibit A of the Motion. The Motion is modified only as expressly stated in this notice.

[*Remainder of page intentionally left blank*]

Dated: April 1, 2020
St. Louis, Missouri

ARMSTRONG TEASDALE LLP

 /s/  Richard W. Engel, Jr.
Richard W. Engel, Jr. (MO 34641)
John G. Willard (MO 67049)
Kathryn R. Redmond (MO 72087)
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:    (314) 621-5070
Fax:    (314) 621-5065
Email: rengel@atllp.com
            jwillard@atllp.com
            kredmond@atllp.com

 - and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander N. Woolverton (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
            aeaton@paulweiss.com
            awoolverton@paulweiss.com

*Proposed Counsel to the Debtors and Debtors in Possession*