

**SO ORDERED**

Mar 31, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FORESIGHT ENERGY, LP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br>(Jointly Administered) |

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, I, Jason D. Angelo, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Wilmington Trust, National Association, indenture trustee for the 11.50% Senior Secured Notes due 2023, in the instant matter. In support of this motion, I submit the following information as required by Local Rule 12.01(F):

a. *Full name of movant-attorney*:
   **Jason D. Angelo**

b. *Address and telephone number of movant-attorney:*
   **Reed Smith LLP**
   **1201 N. Market Street, Suite 1500**
   **Wilmington, DE 19801**
   **Telephone: (302) 778-7500**

RECEIVED + FILED 2020 MAR 30 AM 10: 59

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC 0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

 c. *Name of the firm or letterhead under which the movant practices*
**Reed Smith LLP**

 d. *Name of the law schools(s) movant attended and the date(s) of graduation therefrom:*
**Seton Hall University School of Law - 2013**

 e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*
**Delaware (No. 6009) – 2014**
**New Jersey (No. 076922013) – 2013**
**Pennsylvania (No. 323161) - 2016**

 f. *Statement that attorney seeking admission is a member in good standing of all bars of which attorney is a member and that attorney is not under suspension or disbarment from any bar*:
**Movant affirms that he is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.**

 g. *Statement that attorney seeking admission does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District*:
**Movant affirms that he does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.**

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 27, 2020   REED SMITH LLP

          By: /s/ Jason D. Angelo
          Jason D. Angelo, Esquire

         *Attorneys for Wilmington Trust, National Association,*
         *as indenture trustee for the*
         *11.50% Senior Secured Notes due 2023*



**Driving progress through partnership**

**John B. Lord, Bankruptcy Paralegal**
Direct Phone: 302.778.7577
Email: jlord@reedsmith.com

1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

March 27 2020

**VIA OVERNIGHT MAIL**
Clerk of the Court
United States Bankruptcy Court for the
  Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, 4th Floor
St. Louis, MO 63102

Re:   *In re: Foresight Energy LP*, **Case No. 20-41308-659**
      **U.S. Bankruptcy Court for the Eastern Dist. of Missouri**

Clerk of the Court:

This firm is counsel to Wilmington Trust, National Association, as indenture trustee for the 11.50% Senior Secured Notes due 2023 in the above-referenced matter. Enclosed please find two (2) verified motions for admission *pro hac vice* for Kurt F. Gwynne, Esq. and Jason D. Angelo, Esq. (both of Reed Smith LLP in Wilmington, DE), as well as two (2) checks payable to "Clerk, U.S. District Court" for $100.00/each. Due to the COVID-19 virus outbreak and Delaware's mandatory work restrictions, we have only provided electronically-signed versions of the motions for admission *pro hac vice* in lieu of original, physically signed versions.

We appreciate your attention to this matter. Also note, once the Court receives the motions for admission *pro hac vice* and payments thereto, Messrs. Gwynne and Angelo will be registering for CM/ECF filing privileges as *pro hac vice* counsel in the above-referenced matter.

Please contact Jason D. Angelo, Esq. at jangelo@reedsmith.com or me at jlord@reedsmith.com at the Court's convenience if the Court has further questions or requires additional information. Thank you.

Respectfully submitted,

REED SMITH LLP

John B. Lord
Bankruptcy Paralegal

/jbl
Enclosures

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                  Case No. 20-41308-kss
Foresight Energy LP                                                     Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4          User: admin              Page 1 of 3           Date Rcvd: Mar 31, 2020
                              Form ID: pdf01           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
aty            +Jason D. Angelo,   Reed Smith LLP,   1201 N. Market Street, Suite 1500,
                Wilmington, DE 19801-1163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP
               aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolve
               rton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@pau
               lweiss.com
              Amy A. Zuccarello    on behalf of Creditor    Lord Securities Corporation azuccarello@sandw.com,
               azuccarello@sullivanlaw.com
              Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
              Brian C. Walsh     on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher  Foy    on behalf of Creditor    Illinois Department of Natural Resources
               cfoy@atg.state.il.us
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd
               cjl@carmodymacdonald.com,    txs@carmodymacdonald.com;aep@carmodymacdonald.com
              Cullen Drescher Speckhart     on behalf of Creditor Committee    John Fabick Tractor Company/Fabick
                Mining, Inc. cspeckhart@cooley.com,    efiling-notice@ecf.pacerpro.com
              Dominique  Sinesi    on behalf of Interested Party    United States of America
               dominique.sinesi@usdoj.gov
              Erika L. Todd    on behalf of Creditor    Lord Securities Corporation etodd@sandw.com,
               etodd@sullivanlaw.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              James  Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com
              Jennifer M McLemore    on behalf of Creditor    Natural Resource Partners L.P., et al.
               jmclemore@williamsmullen.com
              Joel A Kunin    on behalf of Creditor Cory  Leitschuh jkunin@ghalaw.com,    megan@ghalaw.com
              Joel A Kunin    on behalf of Creditor    Terra Payne, as Special Administrator of the Estate of
               William Daniel Hans Payne jkunin@ghalaw.com,    megan@ghalaw.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com

```
District/off: 0865-4              User: admin                Page 2 of 3                Date Rcvd: Mar 31, 2020
                                  Form ID: pdfo1             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    American Century Transport LLC jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
John G. Willard    on behalf of Debtor    American Century Mineral LLC jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
John Talbot Sant, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured Creditors tsant@affinitylawgrp.com,  kschimweg@affinitylawgrp.com
Kathryn   Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com, bvogt@atllp.com
Kathryn   Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,  bvogt@atllp.com
Kathryn   Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com,  bvogt@atllp.com
Kathryn   Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com, bvogt@atllp.com
Kathryn   Redmond    on behalf of Debtor    Foresight Energy LP kredmond@atllp.com,  bvogt@atllp.com
Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
Marshall C. Turner    on behalf of Creditor    Huntington National Bank marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al. mmueller@williamsmullen.com
Nathaniel R.B. Koslof    on behalf of Creditor    Lord Securities Corporation nkoslof@sullivanlaw.com
Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
Patrick   Cloud    on behalf of Creditor    Mt. Olive and Staunton Coal Company Trust pcloud@heylroyster.com
Richard J. Parks    on behalf of Creditor    Joy Global Conveyors Inc. rjp@pietragallo.com
Richard J. Parks    on behalf of Creditor    Joy Underground Mining LLC rjp@pietragallo.com
Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
Robert E. Eggmann    on behalf of Creditor    Mangrove Partners ree@carmodymacdonald.com, thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
Rusty Keith Reinoehl    on behalf of Creditor    Bradford Supply Company rusty@rklegalgroup.com, rusty@rklegalgroup.com;riley@rklegalgroup.com
Spencer P. Desai    on behalf of Creditor    Mangrove Partners spd@carmodymacdonald.com, ala@carmodymacdonald.com;txs@carmodymacdonald.com
Steven M. Wallace    on behalf of Creditor John Milo Kee steve@silverlakelaw.com, denise@silverlakelaw.com
Steven M. Wallace    on behalf of Creditor Robin Lynne Kee Williams steve@silverlakelaw.com, denise@silverlakelaw.com

```
District/off: 0865-4          User: admin              Page 3 of 3              Date Rcvd: Mar 31, 2020
                              Form ID: pdfo1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Steven M. Wallace    on behalf of Creditor    Mitchell/Roberts Partnership, an Illinois Partnership steve@silverlakelaw.com,   denise@silverlakelaw.com
          Steven M. Wallace    on behalf of Creditor Carol Dean Crabtree steve@silverlakelaw.com, denise@silverlakelaw.com
          Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
          Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
          Steven M. Wallace    on behalf of Creditor    Carl Inman, Executor of the Estate of Russell J. Inman, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
          Steven M. Wallace    on behalf of Creditor    Reba Mitchell, Individually and as Trustee and Beneficiary of the Robert H.Mitchell Residual Trust steve@silverlakelaw.com, denise@silverlakelaw.com
          Steven M. Wallace    on behalf of Creditor    David Senseney, Executor of the Estate of Marguerite Boos, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
          Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
          Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
          Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com
          Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al. wpressman@lathropgage.com,   jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
          Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com

                                                              TOTAL: 75