SO ORDERED

Apr 01, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

     Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, J. Talbot Sant, Jr. move that David W. Gaffey be admitted pro hac vice to the bar of this Court for the purpose of representing the Official Committee of Unsecured Creditors of Foresight Energy LP, et al. in the instant matter.  In support of this Motion, I submit the following information as required by Rule 12.01(F):

a.    Full name of the movant-attorney:
**David William Gaffey**

b.    Address and telephone number of the movant-attorney:
**3190 Fairview Park Drive, Suite 800**
**Falls Church, VA 22042-4558**
**(703) 280-3374**

c.    Name of the firm or letterhead under which the movant practices:
**Whiteford Taylor & Preston, LLP**

d.    Name of the law school(s) movant attended and the date(s) of graduation therefrom:
**The George Washington University Law School (2010)**

e.    State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:
**Massachusetts (2010), Bar No. 679386**
**Virginia (2013), Bar No. 85088**
**Federal Bar (year) and Bar No.:**
**Fourth Circuit Court of Appeals (2012);**
**U.S. District Court for the Eastern District of Virginia (2014);**
**U.S. District Court for the District of Columbia (2017), Bar No. VA031;**
**U.S. Bankruptcy Court the Eastern District of Virginia (2013); and**
**U.S. Bankruptcy Court for the District of Columbia (2017), Bar No. VA031.**

    f.    Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar:
**I am a member in good standing of all bars of which I am a member and I am not currently under suspension or disbarment from any bar.**

    g.    Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.
**I do not reside in the Eastern District of Missouri, and I am not regularly employed in this District, and not regularly engaged in the practice of law in this District.**

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted, and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Date:  March 31, 2020                    Signature of Movant

*/s/ David W. Gaffey*

Respectfully submitted,

AFFINITY LAW GROUP, LLC

*/s/ J. Talbot Sant, Jr.*
J. Talbot Sant, Jr., #35324MO
1610 Des Peres Road, Suite 100
St. Louis, MO 63131
(314) 872-3333 Telephone
(314) 872-3365 Facsimile
tsant@affinitylawgrp.com

*Proposed Local Counsel to the Official Committee of Unsecured Creditors of Foresight Energy LP, et al.*

**CERTIFICATE OF SERVICE**

The undersigned counsel states that the foregoing was served on the 31st day of March, 2020, through the Court's CM/ECF system on all parties requesting service.

*/s/ J. Talbot Sant, Jr.*

2

```
                              United States Bankruptcy Court
                                Eastern District of Missouri
In re:                                                               Case No. 20-41308-kss
Foresight Energy LP                                                  Chapter 11
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0865-4          User: admin              Page 1 of 3               Date Rcvd: Apr 01, 2020
                              Form ID: pdfo1           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
aty            David William Gaffey,    Whiteford Taylor & Preston, LLP,    3190 Fairview Park Drive, Suite 800,
                Falls Church, VA  22042-4558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP
               aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolve
               rton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@pau
               lweiss.com
              Amy A. Zuccarello    on behalf of Creditor    Lord Securities Corporation
               azuccarello@sullivanlaw.com,    tkethro@sullivanlaw.com
              Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher Foy    on behalf of Creditor    Illinois Department of Natural Resources
               cfoy@atg.state.il.us
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd
               cjl@carmodymacdonald.com,    txs@carmodymacdonald.com;aep@carmodymacdonald.com
              Cullen Drescher Speckhart    on behalf of Creditor Committee    John Fabick Tractor Company/Fabick
               Mining, Inc. cspeckhart@cooley.com,    efiling-notice@ecf.pacerpro.com
              Dominique Sinesi    on behalf of Interested Party    United States of America
               dominique.sinesi@usdoj.gov
              Erika L. Todd    on behalf of Creditor    Lord Securities Corporation etodd@sullivanlaw.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              James Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com
              Jason D. Angelo    on behalf of Creditor Committee    Wilmington Trust, NA jangelo@reedsmith.com
              Jennifer M McLemore    on behalf of Creditor    Natural Resource Partners L.P., et al.
               jmclemore@williamsmullen.com
              Joel A Kunin    on behalf of Creditor Cory  Leitschuh jkunin@ghalaw.com,    megan@ghalaw.com
              Joel A Kunin    on behalf of Creditor    Terra Payne, as Special Administrator of the Estate of
               William Daniel Hans Payne jkunin@ghalaw.com,    megan@ghalaw.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com

```
District/off: 0865-4          User: admin              Page 2 of 3            Date Rcvd: Apr 01, 2020
                              Form ID: pdfo1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    American Century Transport LLC jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    American Century Mineral LLC jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
        John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
        John Talbot Sant, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured Creditors tsant@affinitylawgrp.com,  kschimweg@affinitylawgrp.com
        Kathryn  Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn  Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,  bvogt@atllp.com
        Kathryn  Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com,  bvogt@atllp.com
        Kathryn  Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn  Redmond    on behalf of Debtor    Foresight Energy LP kredmond@atllp.com,  bvogt@atllp.com
        Kurt F. Gwynne    on behalf of Creditor Committee    Wilmington Trust, NA kgwynne@reedsmith.com
        Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
        Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
        Marshall C. Turner    on behalf of Creditor    Huntington National Bank marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
        Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al. mmueller@williamsmullen.com
        Michael J. Roeschenthaler    on behalf of Creditor Committee    Official Committee of Unsecured Creditors mroeschenthaler@wtplaw.com
        Nathaniel R.B. Koslof    on behalf of Creditor    Lord Securities Corporation nkoslof@sullivanlaw.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Patrick  Cloud    on behalf of Creditor    Mt. Olive and Staunton Coal Company Trust pcloud@heylroyster.com
        Richard J. Parks    on behalf of Creditor    Joy Global Conveyors Inc. rjp@pietragallo.com
        Richard J. Parks    on behalf of Creditor    Joy Underground Mining LLC rjp@pietragallo.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Robert E. Eggmann    on behalf of Creditor    Mangrove Partners ree@carmodymacdonald.com, thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
        Rusty Keith Reinoehl    on behalf of Creditor    Bradford Supply Company rusty@rklegalgroup.com, rusty@rklegalgroup.com;riley@rklegalgroup.com
        Spencer P. Desai    on behalf of Creditor    Mangrove Partners spd@carmodymacdonald.com, ala@carmodymacdonald.com;txs@carmodymacdonald.com
        Steven M. Wallace    on behalf of Creditor John Milo Kee steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor Robin Lynne Kee Williams steve@silverlakelaw.com, denise@silverlakelaw.com

```
District/off: 0865-4              User: admin                Page 3 of 3                  Date Rcvd: Apr 01, 2020
                                  Form ID: pdfo1             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Steven M. Wallace    on behalf of Creditor    Mitchell/Roberts Partnership, an Illinois Partnership steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor Carol Dean Crabtree steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Carl Inman, Executor of the Estate of Russell J. Inman, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Reba Mitchell, Individually and as Trustee and Beneficiary of the Robert H.Mitchell Residual Trust steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    David Senseney, Executor of the Estate of Marguerite Boos, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
        Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd thr@carmodymacdonald.com, syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd thr@carmodymacdonald.com, syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com
        Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al. wpressman@lathropgage.com, jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
        Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com

        TOTAL: 78