UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MEMORANDUM TO THE COURT**

1. On March 10, 2020, Foresight Energy LP and certain of its affiliates and direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Missouri.

2. At the time of filing the Debtors' voluntary petitions, American Century Mineral LLC (Case No. 20-41330) had not been issued, and therefore could not provide, its own federal employer identification number ("EIN").

3. Pursuant to 26 C.F.R § 301.7701-2, for U.S. federal tax purposes, American Century Mineral LLC is disregarded as separate from its ultimate non-disregarded owner, Foresight Energy LP (Case No. 20-41308), and is otherwise not required to have an EIN.

4. Rule 2002(a)(1) of the Federal Rules of Bankruptcy Procedure requires that, unless the Court orders otherwise, notice of "the meeting of creditors under § 341 or § 1104(b) of the [Bankruptcy] Code…shall include the debtor's employer identification number, social security number, and (sic) **any other federal taxpayer identification number**." (emphasis added).

5. As submitted in American Century Mineral LLC's amended voluntary petition filed contemporaneously herewith, American Century Mineral LLC's federal taxpayer

identification number is the EIN of its ultimate non-disregarded owner, Foresight Energy LP (Case No. 20-41308): 80-0778894.

Dated: April 6, 2020  
St. Louis, Missouri

Respectfully submitted,

ARMSTRONG TEASDALE LLP

 */s/  Richard W. Engel, Jr.*  
Richard W. Engel, Jr. (MO 34641)  
John G. Willard (MO 67049)  
Kathryn R. Redmond (MO 72087)  
7700 Forsyth Boulevard, Suite 1800  
St. Louis, Missouri  63105  
Tel:     (314) 621-5070  
Fax:    (314) 621-5065  
Email: rengel@atllp.com  
           jwillard@atllp.com  
           kredmond@atllp.com

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
Paul M. Basta (admitted *pro hac vice*)  
Alice Belisle Eaton (admitted *pro hac vice*)  
Alexander Woolverton (admitted *pro hac vice*)  
1285 Avenue of the Americas  
New York, New York  10019  
Tel:     (212) 373-3000  
Fax:    (212) 757-3990  
Email: pbasta@paulweiss.com  
           aeaton@paulweiss.com  
           awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*