UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. 19 |

**FINAL ORDER
AUTHORIZING THE DEBTORS
AND DEBTORS IN POSSESSION TO RETAIN
AND EMPLOY ARMSTRONG TEASDALE LLP AS
CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE**

This matter coming before the Court on the Application of the Debtors and Debtors in Possession, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014(A) and 2016-1, for an Interim and Final Order Authorizing the Debtors and Debtors in Possession to Retain and Employ Armstrong Teasdale LLP as Co-Counsel, Nunc Pro Tunc to the Petition Date (the "<u>Application</u>");[1] the Court having reviewed the Application, the Debtors' First Day Declaration, the Engel Declaration, the Moore Declaration, and the Disclosure of Compensation and having considered the statements of counsel with respect to the Application at interim and final hearings before the Court; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri; (ii) venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) the relief requested in the Application being in the best interests of the Debtors, their estates and all other parties in interest

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

in these cases; and the Court having determined that there exists the required basis for the relief granted herein; and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** on a final basis as set forth herein.

2. The Debtors are authorized to employ Armstrong Teasdale as attorneys to the Debtors, pursuant to sections 327(a) and 329(a) of the Bankruptcy Code, effective as of the Petition Date, on the terms and conditions set forth in the Application and the Engagement Letter.

3. Armstrong Teasdale shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of the Court.

4. No later than two (2) days after the date of this Order, the Debtors are directed to serve a copy of the Order on the Notice Parties and are directed to file a certificate of service with the Court no later than 24 hours after service.

_/s/ Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: April 7, 2020
St. Louis, Missouri
jjh

**Order Prepared By:**

Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-2239
Email: rengel@atllp.com
       jwillard@atllp.com
       kredmond@atllp.com