**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date**: April 8, 2020 |
| | ) | **Hearing Time**: 11:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 8, 2020**

Time of Hearing:     11:00 a.m. (Central Time)

Location of Hearing:  United States Bankruptcy Court for the Eastern District of Missouri,
Thomas F. Eagleton Federal Building, 7th floor, North Courtroom,
111 S. 10th Street, St. Louis, Missouri 63102

**PLEASE BE ADVISED THAT** this hearing will be conducted telephonically through Court Solutions, which may be accessed at https://www.court-solutions.com/. If you are unable to access the conference call via the link above, please promptly contact Mr. John Howley at John_Howley@moeb.uscourts.gov prior to the hearing.

**I.     Matters Going Forward**

1. "**Cash Collateral & DIP Financing Motion**" – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; and (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 29]

   **Status**: The hearing on this matter is going forward on an uncontested basis.

   **Response Deadline**: March 30, 2020

   **Related Documents**:

   Interim Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; and (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V)

Granting Related Relief [Docket No. 74]

Notice of Adjournment [Docket No 225]

**Responses Received**:

Limited Objection to Entry of Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 199]

2. "**Coal Sale Contracts Motion**" – Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business and (II) Enter Into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 8]

    **Status**: The hearing on this matter is going forward on an uncontested basis.

    **Response Deadline**: March 30, 2020

    **Related Documents**:

    Interim Order (A) Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business and (II) Enter Into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 117]

    Notice of Adjournment [Docket No 225]

    **Responses Received**: None to date.

3. "**Motion to Expedite**" – Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing; (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 254]

    **Status**: The hearing on this matter is going forward on an uncontested basis.

    **Response Deadline**: April 8, 2020

    **Related Documents**: N/A

    **Responses Received**: None to date.

4. "**Debtors' Motion to Approve Javelin Agreement**" – Debtors' Motion for an Order (A) Approving Agreement Between Debtors and Javelin Global Commodities (UK) LTD. and (B) Granting Related Relief [Docket No. 251]

2

**Status**: The hearing on this matter is going forward on an uncontested basis.

**Response Deadline**: April 8, 2020

**Related Documents**: N/A

**Responses Received**: None to date.

5. "**Rejection of Leases Motion**" – Debtors Motion for Entry of an Order Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Petition Date [Docket No. 63]

    **Status**: The hearing on this matter is going forward on an uncontested basis.

    **Response Deadline**: March 30, 2020

    **Related Documents**:

    Notice of Withdrawal of Debtors' Motion to Reject Executory Contract between Debtor Macoupin Energy LLC and The Mt. Olive and Staunton Coal Company Trust [Docket No. 217]

    Notice of Adjournment [Docket No 225]

    **Responses Received**:

    Response to Debtors' Motion for an Order Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Rejection of Certain Executory Contracts Nunc Pro Tunc to the Petition Date [Docket No. 190]

6. "**Bar Date Motion**" – Debtors' Motion for Entry of an Order Establishing Bar Dates for filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Docket No. 30]

    **Status**: The hearing on this matter is going forward on an uncontested basis.

    **Response Deadline**: March 30, 2020

    **Related Documents**: N/A

    **Responses Received**: None to date.

Dated: April 7, 2020
       St. Louis, Missouri

ARMSTRONG TEASDALE LLP

 /s/ Richard W. Engel, Jr.
Richard W. Engel, Jr. (MO 34641)
John G. Willard (MO 67049)
Kathryn R. Redmond (MO 72087)
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Tel: (314) 621-5070
Fax: (314) 621-5065
Email: rengel@atllp.com
       jwillard@atllp.com
       kredmond@atllp.com

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander N. Woolverton (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: pbasta@paulweiss.com
       aeaton@paulweiss.com
       awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*