# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 11 |
| FORESIGHT ENERGY, L.P., et al. | ) | |
| | ) | |
| Debtors. | ) | Bk. No. 20-41308-659 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: May 7, 2020 |
| | ) | Hearing Date: May 14, 2020 |
| | ) | Hearing Time: 10:00 a.m. (Central Time) |
| | ) | Hearing Location: Courtroom 7 North |

## NOTICE OF HEARING ON MOTION AND DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE**: The motion listed below (the "Motion") is scheduled for hearing on **May 14, 2020 at 10:00 a.m**. **(Central Time)** at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 7th Floor – North Courtroom, St. Louis, Missouri 63102:

- *Motion for Relief from the Automatic Stay* filed by MITCHELL/ROBERTS PARTNERSHIP, an Illinois Partnership; REBA L. MITCHELL, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; CARL INMAN, Independent Executor of the Estate of Russell J. Inman, Deceased; CAROL DEAN CRABTREE; ROBIN LYNNE KEE WILLIAMS; JOHN MILO KEE; J. EARL BALDWIN, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. EARL BALDWIN, Personal Representative of the Estate of Katherine Baldwin, Deceased; and DAVID SENSENEY, Executor of the Estate of Marguerite Boos, Deceased. [Docket Number 257]

**WARNING: THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY May 7, 2020.**

**YOUR OBJECTION MUST STATE WHY A MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE A MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

SILVER LAKE GROUP, LTD.

By: /s/ Steven M. Wallace
_____

Steven M. Wallace #35738
6 Ginger Creek Village Drive
Glen Carbon, IL 62034
Phone: (618) 692-5275
Fax: (888) 519-6101
Email: steve@silverlakelaw.com

Thomas DeVore
118 N. Second Street
Greenville, IL 62246
Phone: (618) 664-9439
Fax (618) 664-9486
Email: tom@silverlakelaw.com

Counsel to the Subsidence Rights Claimants

### Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was served electronically this 7th day of April, 2020, via CM/ECF to all persons receiving notice through that system. The undersigned further certifies that a true and correct copy of the foregoing was served this 30th day of March, 2020, on all parties on the Debtors' most recent Master Notice list dated March 27, 2020 (a) by email, where email addresses are provided and (b) by the United States Postal Service, postage fully prepaid, in the event the most recent Master Notice List does not include an email address.

/s/ Steven M. Wallace
_____