# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 11 |
| FORESIGHT ENERGY, L.P., et al. | ) | |
| | ) | |
| Debtors. | ) | Bk. No. 20-41308-659 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. 199 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Doc. 257 and Doc. 258 were served electronically this 7th day of April, 2020, via CM/ECF to all persons receiving notice through that system. The undersigned further certifies that a true and correct copy of the foregoing was served this 30th day of March, 2020, on all parties on the Debtors' most recent Master Notice list dated March 27, 2020 (a copy of which is attached hereto as Exhibit A) (a) by email, where email addresses are provided and (b) by the United States Postal Service, postage fully prepaid, in the event the most recent Master Notice List does not include an email address.

SILVER LAKE GROUP, LTD.

By: /s/ Steven M. Wallace
_____
Steven M. Wallace #35738
6 Ginger Creek Village Drive
Glen Carbon, IL 62034
Phone: (618) 692-5275
Fax: (888) 519-6101
Email: steve@silverlakelaw.com

Counsel to the Subsidence Rights Claimants

Case 20-41308    Doc 259    Filed 04/07/20    Entered 04/07/20 13:28:33    Main Document    Pg 2 of 4

EXHIBIT A

In re: Foresight Energy LP, et al.
Master Service List
Case No. 20-41308

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Affinity Law Group, LLC | Attn: J. Talbot Sant, Jr. | 1610 Des Peres Road, Suite 100 | | St. Louis | MO | 63131 | | | | tsant@affinitylawgrp.com |
| Counsel to the Ad Hoc First Lien Group | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn | 1 Bryant Park | | New York | NY | 10036 | | 212-872-1096; 212-872-8121 | 212-872-1002 | idizengoff@akingump.com bkahn@akingump.com |
| Counsel to the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn | 1 Bryant Park | | New York | NY | 10036 | | 212-872-1096; 212-872-8121 | 212-872-1002 | idizengoff@akingump.com bkahn@akingump.com |
| Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale LLP | Attn: Richard W. Engel, Jr., John G. Willard, Kathyrn Redmond | 7700 Forsyth Boulevard, Suite 1800 | | St. Louis | MO | 63105 | | 314-621-5070 | 314-621-2239 | rengel@atllp.com jwillard@atllp.com kredmond@atllp.com |
| Counsel to Reserves | Bailey & Glasser LLP | Attn: Brian A. Glasser | 209 Capitol Street | | Charleston | WV | 25301 | | | | |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | Attn: Richard Twardowski | 11191 Illinois Route 185 | | Hillsboro | IL | 62049 | | 877-226-5456 | | rtwardowski@bankdirectcapital.com |
| Bradford Supply Company | Bradford Supply Company | Attn: Marleen Benson | 801 E. Main Street | | Robinson | IL | 62454 | | | | |
| Counsel to the Facilities Agent (Huntington) | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller and Timothy Palmer | Union Trust Building | 501 Grant Street, Suite 200 | Pittsburgh | PA | 15219-4413 | | 212-440-4400; 716 853 2330 | | christopher.schueller@bipc.com timothy.palmer@bipc.com |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | Attn: Thomas H. Riske, Esq., Christopher J. Lawhorn, Esq. | 120 South Central Avenue | Ste. 1800 | St. Louis | MO | 63105 | | 314-854-8600 | 314-854-8660 | thr@carmodymacdonald.com cjl@carmodymacdonald.com |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | Attn: Ronald Hewitt | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018-1405 | | | | rhewitt@cov.com |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | Attn: Steve McCullick | 9150 96th Avenue | | Zeeland | MI | 49464 | | 616-875-7580 | | steve@dewindonepass.com |
| Top 20 Unsecured Creditor | Fabick Mining Inc | Attn: Nick Johnson | P.O Box 403943 | | Atlanta | GA | 30384-3943 | | 618-982-9004 | | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service | Attn: Shawn Collins, Joe Baker | PO Box 1106 | | Marion | IL | 62959 | | 618-993-2681 | | scollins@flandersinc.com |
| Debtors | Foresight Energy LP | Attn: President or General Counsel | One Metropolitan Square , 211 North Broadway | Suite 2600 | St. Louis | MO | 63102 | | | | |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Attn: Steve Williams, Jason Murphy | P.O Box 952121 | | St Louis | MO | 63195-2121 | | 724-216-6143 | | Steve.Williams@fuchs.com Jason.Murphy@fuchs.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | Attn: Joel A. Kunin | 2227 South State Route 157 | | Edwardsville | IL | 62025 | | 618-656-5150 | | jkunin@ghalaw.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | Attn: Joel A. Kunin | P.O. Box 959 | | Edwardsville | IL | 62025 | | 618-656-5150 | | jkunin@ghalaw.com |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | Attn: John Richards | P.O Box 71735 | | Chicago | IL | 60694-1735 | | 330-308-5020 | | jrichards@heritagecooperative.com |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | Attn: Patrick D. Cloud | 105 W. Vandalia, Suite 100 | | Edwardsville | IL | 62025 | | 618-656-4646 | 618-656-7940 | edwecf@heylroyster.com pcloud@heylroyster.com |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | Attn: Patrick D. Cloud | P.O. Box 467 | | Edwardsville | IL | 62025 | | 618-656-4646 | 618-656-7940 | edwecf@heylroyster.com pcloud@heylroyster.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Insolvency 5334 STL | P.O. Box 7346 | Philadelphia | PA | 19101-7346 | | 800-973-0424 | | |
| Top 20 Unsecured Creditor | International Belt Sales LLC | Attn: Jeff Hurt | 29425 Chagrin Blvd., Suite 300 | | Pepper Pike | OH | 44122 | | 440-724-1616 | | JEFFREYCHURT@aol.com |
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | Attn: William Baker | P.O Box 4835 | | Evansville | IN | 47724 | | 724-852-1480 | | wbaker@irwincar.com |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | Attn: Jay Bazemore | P.O Box 465 | | West Frankfort | IL | 62896 | | 304-736-8333 | | jbazemore@jabosupply.com |
| Top 20 Unsecured Creditor | Jennchem Mid-West | Attn: Tony Calandra | P.O Box 603800 | | Charlotte | NC | 28260-3800 | | 412-559-6085 | | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | Attn: Tony Calandra | P.O Box 603800 | | Charlotte | NC | 28260-3800 | | 412-559-6085 | | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar Services | Attn: Tony Calandra | P.O Box 405655 | | Atlanta | GA | 30384-5655 | | 412-559-6085 | | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson | 364 Libson Street | | Canfield | OH | 44406-0369 | | 618-982-9004 | | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson | PO Box 369 | | Canfield | OH | 44406-0369 | | 618-982-9004 | | nicholas.johnson@fabickmining.com |
| Member of Official Unsecured Creditors' Committee | John Fabick Tractor Company/Fabick Mining, Inc. | Attn: Barry Klinckhardt, General Counsel and Corporate Secretary | One Fabick Drive | | Fenton | MO | 63026 | | 636-680-1522 | | |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | Attn: Dan Spears | P.O Box 504794 | | St Louis | MO | 63150-4794 | | 724-779-4536 | | dan.spears@mining.komatsu |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | Attn: Dan Spears | P.O Box 504794 | | St. Louis | MO | 63150-4794 | | 724-779-4536 | | dan.spears@mining.komatsu |
| Counsel to Indemnity National Insurance Company | Kewa Financial Inc. | Attn: Daniel I. Waxman | 340 S. Broadway, Suite 100 | | Lexington | KY | 40508 | | 859-233-0352 | | diw@kewafinancial.com |
| Counsel to Murray Energy Corporation | Kirkland & Ellis LLP | Attn: Nicole L. Greenblatt | 601 Lexington Avenue | | New York | NY | 10022 | | | | |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Lathrop GPM LLP | Attn: Wendi Alper-Pressman | Pierre Laclede Center | 7701 Forsyth Boulevard, Suite 500 | Clayton | MO | 63105 | | 314-613-2800 | 314-613-2801 | wpressman@lathropgpm.com wendi.alper-pressman@lathropgpm.com |
| Counsel to the Term Agent (Lord Securities) | Lord Securities Corporation | Attn: General Counsel | 48 Wall Street, 27th Floor | | New York | NY | 10043 | | | | |
| Counsel to the Collateral Trustee under the Debtors' secured debt facilities (lord Securities) | Lord Securities Corporation | Attn: General Counsel | 48 Wall Street, 27th Floor | | New York | NY | 10043 | | | | |

# EXHIBIT A

In re: Foresight Energy LP, et al.
Master Service List
Case No. 20-41308

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | Attn: Dave Mayo, Todd Thompson | P.O Box 28330 | | St. Louis | MO | 63146 | | 304-855-5947 | | david.mayo@mayowv.com; todd.thompson@mayowv.com |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | Attn: Dennis F. Dunne and Parker Milender | 55 Hudson Yards | | New York | NY | 10001 | | 212-530-5770; 212-530-5290 | 212-822-5770; 212-822-5290 | ddunne@milbank.com; pmilender@milbank.com |
| Top 20 Unsecured Creditor | Mine Supply Company | Attn: Bob Purvis | 2853 Ken Gray Blvd. | Suite 4 | West Frankfort | IL | 62896 | | 214-358-5500 | | bob.purvis@purvisindustries.com |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: John Whiteman | P.O. Box 475 | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | edmoecf@dor.mo.gov |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | Attn: Patrick D. Cloud | P.O Box 742784 | | Atlanta | GA | 30374-2784 | | 618-656-4646 | | pcloud@heylroyster.com |
| Natural Resource Partners L.P. | Natural Resource Partners L.P. | Attn: President or General Counsel | 5260 Irwin Road | | Huntington | WV | 25705 | | | | |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | Attn: Greg Wooten | 372 Park Lane | | Herrin | IL | 62948 | | 304-302-2357 | | gwooten@wpplp.com |
| Counsel to Illinois Department of Natural Resources | Office of the Illinois Attorney General | Attn: Christopher M. Foy | 500 South Second Street | | Springfield | IL | 62701 | | 217-782-9095 | 217-782-1396 | CFoy@atg.state.il.us; RLS@atg.state.il.us |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Attn: US Trustee | 111 S. 10th Street | Suite 6.353 | St. Louis | MO | 63102 | | 314-539-2984; 314-539-2982 | 314-539-2990 | Carole.Ryczek@usdoj.gov |
| Counsel to Javelin Global Commodities (UK) Ltd. and Uniper | Paul Hastings LLP | Attn: Pedro Jimenez, Irena Goldstein | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6790; 212-318-6093 | 212-230-7790; 212-303-7093; 212-757-3990 | pedrojimenez@paulhastings.com; irenagoldstein@paulhastings.com |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Alice Belisle Eaton, Samuel E. Lovett | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-373-3000 | 212-757-3990 | pbasta@paulweiss.com; aeaton@paulweiss.com; slovett@paulweiss.com |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | Attn: Peter Freissle | P.O Box 827 | | Pound | VA | 24279 | | 864-579-4594 | | p.freissle@polydeck.com; c.shuford@polydeck.com; r.kuehl@polydeck.com |
| Member of Official Unsecured Creditors' Committee | Polydeck Screen Corporation | Attn: Ronald Kuehl, II, Executive Vice-President | 1790 Dewberry Road | | Spartanburg | SC | 29307 | | 864-579-4594 | | p.freissle@polydeck.com; c.shuford@polydeck.com; r.kuehl@polydeck.com |
| Claims Agent and Noticing Agent | Prime Clerk, LLC | Attn: Michael Hill | One Grand Central Place | 60 East 42nd St., Suite 1440 | New York | NY | 10165 | | 212-257-5450 | 646-328-2851 | serviceqa@primeclerk.com; foresightenergyteam@primeclerk.com |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | Attn: Pat Popicg | 46226 National Road | | St Clairsville | OH | 43950 | | 304-232-5860 | | ppopicg@rmwilson.com |
| Counsel to Bradford Supply Company | Reinoehl Kehlenbrink, LLC | Attn: Rusty K. Reinoehl | P.O. Box 698 | | Robinson | IL | 62454 | | 618-469-1000 | 618-469-1015 | rusty@rklegalgroup.com |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | Attn: Bill Lawrence | 610 Sneed Road | | Carbondale | IL | 62902 | | 205-685-5329 | | blawrence@sginterests.com |
| Counsel to the DIP Agent | Ropes & Gray | Attn: Patricia I. Chen | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7553 | | patricia.chen@ropesgray.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | Attn: Bankruptcy Department | 175 W. Jackson Boulevard | Suite 900 | Chicago | IL | 60604 | | 312-353-7390 | | secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| Top 20 Unsecured Creditor | Snf Mining Inc | Attn: Christopher J. Gannon | P.O Box 890889 | | Charlotte | NC | 28289-0889 | | 606-432-1535 | | cgannon@snfhc.com |
| Top 20 Unsecured Creditor | State Electric Supply Co | Attn: John Spoor | P.O Box 603800 | | Charlotte | NC | 28260-3800 | | 304-523-7491 | | john.spoor@stateelectric.com |
| Attorney General for the State of Illinois | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | | 312-814-3000 | | webmaster@atg.state.il.us |
| Attorney General for the State of Missouri | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building, 207 W. High St. | | Jefferson City | MO | 65102 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| Attorney General for the State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | 800-282-0515 | | |
| Counsel to Kenneth S. Grossman Pension Plan | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon, Constantine D. Pourakis, Andreas D. Milliaressis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | nfk@stevenslee.com; cp@stevenslee.com; adm@stevenslee.com |
| Counsel to Lord Securities Corporation | Sullivan & Worcester LLP | Attn: Amy A. Zuccarello, Nathaniel R.B. Koslof, Erika L. Todd | One Post Office Square | | Boston | MA | 02109 | | 617-338-2988; 617-338-2439; 617-338-2825 | | azuccarello@sullivanlaw.com; nkoslof@sullivanlaw.com; etodd@sullivanlaw.com |
| Top 20 Unsecured Creditor | T. Parker Host | Attn: Fredrik Knutsen | 150 West Main Street, Suite 1600 | | Norfolk | VA | 23510 | | 281-928-0070 | | Fredrik.Knutsen@tparkerhost.com |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | Attn: Mark V. Bossi | One US Bank Plaza | | St. Louis | MO | 63101 | | 314-552-6000 | | mbossi@thompsoncoburn.com |
| Counsel to the the United States of America | U.S. Department of Justice, Civil Division | Attn: Dominique V. Sinesi, Trial Attorney | 1100 L Street, NW | Room 7020 | Washington | DC | 20005 | | 202-514-3368; 202-598-0034 | 202-514-9163 | dominique.sinesi@usdoj.gov |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Attn: Henry Looney | P.O Box 71206 | | Chicago | IL | 60694-1206 | | 276-623-5872 | | Henry.Looney@unitedcentral.net |
| Member of Official Unsecured Creditors' Committee | United Central Industrial Supply Company, LLC | Attn: Henry E. Looney, President | 1241 Volunteer Parkway | Suite 1000 | Bristol | TN | 37620 | | 423-573-7301 | | Henry.Looney@unitedcentral.net |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney | Thomas Eagleton U.S. Courthouse | 111 S. 10th Street, 20th Floor | St. Louis | MO | 63102 | | 314-539-2200 | 314-539-2309 | |
| Top 20 Unsecured Creditor | Us United Bulk Terminal | Attn: Brian Miles, Fredrik Knutsen | P. O. Box 301749 | | Dallas | TX | 75303-1749 | | 281-457-7900 | | UBT-AR@unitedbulkterminals.com; Fredrik.Knutsen@tparkerhost.com |

**EXHIBIT A**

In re: Foresight Energy LP, et al.
Master Service List
Case No. 20-41308

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to The CIT Group/Equipment Financing, Inc., CIT Bank, N.A. and CIT Railcar Funding Company, LLC | Vedder Price P.C. | Attn: Michael L. Schein, Esq. | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | mschein@vedderprice.com |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Attn: David Wallace | P.O Box 74008932 | | Chicago | IL | 60674-8932 | | 618-937-3440 | | Dwallace@wallaceelectricalsystems.com |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Attn: David Wallace | P.O Box 74008932 | | Chicago | IL | 60674-8932 | | 618-937-3440 | | Dwallace@wallaceelectricalsystems.com |
| Counsel to Wells Fargo Vendor Financial Services, LLC | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Attn: Christine R. Etheridge | c/o A Ricoh USA Program f/d/b/a/ IKON Financial Services | P.O. Box 13708 | Macon | GA | 31208-3708 | | 800-480-6513 | | |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | Attn: Christopher A. Jones, David W. Gaffey | 3190 Fairview Park Drive, Suite 800 | | Falls Church | VA | 22042-4558 | | | | cajones@wtplaw.com dgaffey@wtplaw.com |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | Attn: Michael J. Roeschenthaler | 200 First Avenue, Third Floor | | Pittsburgh | PA | 15222-1512 | | | | mroeschenthaler@wtplaw.com |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Williams Mullen | Attn: Jennifer McLain McLemore, Michael D. Mueller | 200 South 10th Street | Suite 1600 | Richmond | VA | 23219 | | 804-420-6000 | | jmclemore@williamsmullen.com mmueller@williamsmullen.com |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | Attn: Brandon Bonfig | 50 S 6th Street, Suite 1290 | | Minneapolis | MN | 55402 | | 612-217-5693 | | bbonfig@wilmingtontrust.com |
| Member of Official Unsecured Creditors' Committee | Wilmington Trust, National Association, as Trustee for the 11.5% Notes | Attn: Steven Cimalore, Administrative Vice-President | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6058 | | |
| Top 20 Unsecured Creditor | Wpp LLC | Attn: Greg Wooten | 372 Park Lane | | Herrin | IL | 62948 | | 304.302.2357 | | gwooten@wpplp.com |
| Counsel to Evansville Western Railway, Inc. | Wyatt, Tarrant & Combs, LLP | Attn: John P. Brice | 250 West Main Street, Suite 1600 | | Lexington | KY | 40507-1746 | | 859-288-7462; 859-233-2012 | 859-259-0649 | jbrice@wyattfirm.com |