Case Number 20–41308

| Information to identify the case: | | NOTE: The case referenced on this page is the lead case of jointly administered cases. A list of associated cases and case numbers is attached. |
|---|---|---|
| Debtor | **Foresight Energy LP** <br> Name  EIN  **80–0778894** | |
| United States Bankruptcy Court | **Eastern District of Missouri** | Date chapter 11 filed **March 10, 2020** |
| Case number: | **20–41308** | |

Official Form 309F1 (For Corporations or Partnerships)
## Order and Notice of Chapter 11 Bankruptcy Case      02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities (see Bankruptcy Code §362 for prohibited collection actions). This means that creditors generally may not take action to collect debts from the debtor, from the debtor's property, or from certain codebtors. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, telephone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the Court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadline specified in this notice. (See section number 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the Bankruptcy Clerk's Office cannot give legal advice.**

**Do not file this notice with any Proof of Claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Foresight Energy LP | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | Metropolitan Square Building <br> 211 North Broadway <br> Suite 2600 <br> St. Louis, MO 63102 | |
| **4. Debtor's attorney** Name and address | Richard W. Engel Jr. <br> Armstrong Teasdale LLP <br> 7700 Forsyth Blvd. <br> Suite 1800 <br> St. Louis, MO 63105 | Contact phone: (314) 621–5070 <br><br> Email: rengel@armstrongteasdale.com |
| **5. Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 South Tenth Street <br> Fourth Floor <br> St. Louis, MO 63102 <br> Telephone number: (314) 244–4500 <br> McVCIS: 1–866–222–8029, #87 <br> Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov <br><br> Office Hours: Monday – Friday 8:30 a.m. – 4:30 p.m. | |
| **6. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 20, 2020 at 1:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket. | Location: <br> Call 1-866-705-0185. Once prompted, enter 7914594. For more details see, www.moeb.uscourts.gov/341meetings |

**For more information, see page 2 >**

Debtor **Foresight Energy LP**                                                                                                                                 Case number **20–41308**

| | | |
|---|---|---|
| **7. Proof of Claim deadline**<br><br>**Attention:**<br>All Proofs of Claims should be filed with the Claims Agent for this case or with the Court. | **Deadline for filing Proof of Claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | **For a governmental unit: September 8, 2020**<br>A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form is not included with this notice. You can obtain one at any Bankruptcy Clerk's Office, or by visiting www.uscourts.gov. | |
| | Your Claim will be allowed in the amount scheduled unless: | |
| | • your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a Proof of Claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a Proof of Claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a Proof of Claim even if your claim is scheduled. | |
| | You may review the schedules at the Bankruptcy Clerk's Office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a Proof of Claim. Filing a Proof of Claim submits a creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For Example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Proofs of Claims can be filed via the Court's Electronic Proof of Claim system (ePOC) found on the Court's web site at www.moeb.uscourts.gov/epoc-electronic-proof-claim-filing.** Do not include this notice with any filing you make with the Court. | |
| Claims Agent Information: | Foresight Energy LP, Claims Processing Center, c/o Prime Clerk, LLC<br>850 3rd Avenue, Suite 412 Brooklyn, NY 11232    Hotline: 844-339-4268 | |
| **8. Exception to discharge deadline**<br>The Bankruptcy Clerk's Office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:**<br>If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | **July 20, 2020**<br>The deadline to file such complaints for any creditor added to this case after the date of the initial Notice and Order of Commencement shall be the later of the original deadline or 60 days after the date on the certificate of service of the notice given pursuant to L.R. 1009. |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the Court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). However, unless the Court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must file a complaint and pay the filing fee by the deadline. | |

**So Ordered:**

*Kathy A Surratt-States*

United States Bankruptcy Court Judge
**Date:** April 7, 2020

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this Order and Notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi–Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: http://www.moeb.uscourts.gov.

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Foresight Energy LP** | ) | Case No. 20-41308-659 |
| Foresight Energy GP LLC | ) | |
| Sitran, LLC | ) | |
| Seneca Rebuild LLC | ) | Chapter 11 |
| Foresight Energy LLC | ) | Jointly Administered |
| Oeneus LLC | ) | |
| Adena Resources, LLC | ) | |
| Logan Mining LLC | ) | |
| Foresight Energy Employee Services Corporation | ) | |
| Tanner Energy LLC | ) | |
| Hillsboro Transport LLC | ) | |
| Foresight Energy Services LLC | ) | |
| MaRyan Mining LLC | ) | |
| Foresight Receivables LLC | ) | |
| American Century Transport LLC | ) | |
| Foresight Coal Sales LLC | ) | |
| LD Labor Company LLC | ) | |
| Viking Mining LLC | ) | |
| Akin Energy LLC | ) | |
| Williamson Energy, LLC | ) | |
| Hillsboro Energy LLC | ) | |
| Coal Field Repair Services LLC | ) | |
| American Century Mineral LLC | ) | |
| Macoupin Energy LLC | ) | |
| Patton Mining LLC | ) | |
| Foresight Energy Finance Corporation | ) | |
| Coal Field Construction Company LLC | ) | |
| M-Class Mining, LLC | ) | |
| Sugar Camp Energy, LLC | ) | |
| Foresight Energy Labor, LLC | ) | |
| Mach Mining, LLC | ) | |
| Debtors. | ) | |

**Notice:** When filing a Proof of Claim you must identify the debtor against whom your claim is asserted.

| Case Name | Case Number | Tax ID/EIN |
|---|---|---|
| **Foresight Energy LP** | 20-41308 | 80-0778894 |
| Foresight Energy GP LLC | 20-41309 | 90-0788332 |
| Sitran, LLC | 20-41310 | 26-1369962 |
| Seneca Rebuild LLC | 20-41311 | 46-3150958 |
| Foresight Energy LLC | 20-41312 | 20-5917685 |
| Oeneus LLC | 20-41313 | 30-0306007 |
| Adena Resources, LLC | 20-41314 | 20-5004649 |
| Logan Mining LLC | 20-41315 | 47-1762361 |
| Foresight Energy Employee Services Corporation | 20-41316 | 38-3957023 |
| Tanner Energy LLC | 20-41317 | 38-3940409 |
| Hillsboro Transport LLC | 20-41318 | 38-3916881 |
| Foresight Energy Services LLC | 20-41319 | 90-0776204 |
| MaRyan Mining LLC | 20-41320 | 26-4027085 |
| Foresight Receivables LLC | 20-41321 | 38-3952250 |
| American Century Transport LLC | 20-41322 | 32-0504059 |
| Foresight Coal Sales LLC | 20-41323 | 26-3318620 |
| LD Labor Company LLC | 20-41324 | 45-3848454 |
| Viking Mining LLC | 20-41325 | 46-1264981 |
| Akin Energy LLC | 20-41326 | 20-5231648 |
| Williamson Energy, LLC | 20-41327 | 81-0669143 |
| Hillsboro Energy LLC | 20-41328 | 20-5231639 |
| Coal Field Repair Services LLC | 20-41329 | 46-2249179 |
| * American Century Mineral LLC | 20-41330 | 80-0778894 |
| Macoupin Energy LLC | 20-41331 | 26-2809005 |
| Patton Mining LLC | 20-41332 | 26-4027251 |
| Foresight Energy Finance Corporation | 20-41333 | 27-3135321 |
| Coal Field Construction Company LLC | 20-41334 | 26-3795694 |
| M-Class Mining, LLC | 20-41335 | 26-0645272 |
| Sugar Camp Energy, LLC | 20-41336 | 41-2178049 |
| Foresight Energy Labor LLC | 20-41337 | 32-0504176 |
| Mach Mining, LLC | 20-41338 | 73-1734826 |

* Pursuant to 26 C.F.R. § 301.7701-2, for U.S. federal tax purposes, American Century Mineral LLC is disregarded as separate from its ultimate owner, Foresight Energy LP (Case No. 20-41308). American Century Mineral LLC's tax identification number is the employer identification number of such owner: 80-0778894.