# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FORESIGHT ENERGY, LP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE AND PAPERS

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance for Wilmington Trust, National Association, as indenture trustee for the holders of 11.50% Senior Secured Notes due 2023 ("Wilmington Trust"), a party-of-interest and creditor in the above-styled bankruptcy cases, and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in these proceedings, be served upon the below-listed counsel for Wilmington Trust at the following street addresses, e-mail addresses, or facsimile numbers:

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are: Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC 0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 5786); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251). The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

Kurt F. Gwynne (*pro hac vice*)
Jason D. Angelo (*pro hac vice*)
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: jangelo@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, and answers, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wilmington Trust's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Trust is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 9, 2020                                    Respectfully submitted,

**REED SMITH LLP**

By: /s/ Jason D. Angelo
   Kurt F. Gwynne (*pro hac vice*)
   Jason D. Angelo (*pro hac vice*)
   1201 North Market Street, Suite 1500
   Wilmington, DE 19801
   Telephone: (302) 778-7500
   Facsimile: (302) 778-7575
   E-mail: kgwynne@reedsmith.com
   E-mail: jangelo@reedsmith.com

   *Attorneys for Wilmington Trust, National*
   *Association, as indenture trustee for the 11.50%*
   *Senior Secured Notes due 2023*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 9, 2020, a true and correct copy of the foregoing document was served by ECF electronic noticing for the United States Bankruptcy Court for the Eastern District of Missouri upon all counsel of record registered to receive electronic notices.

                                                                     */s/ Jason D. Angelo*
                                                                     Jason D. Angelo (*pro hac vice*)