**Exhibit C**

**Corporate Structure Chart**

# Foresight Organization Chart

