# Exhibit D

## Valuation Analysis

**[The Valuation Analysis remains subject to finalization by the Debtors.]**