# **Exhibit E**

## **Liquidation Analysis**

**[The Liquidation Analysis remains subject to finalization by the Debtors.]**