## Exhibit F

**Financial Projections**

**[The Financial Projections remain subject to finalization by the Debtors.]**