UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. 19 |

FINAL ORDER
AUTHORIZING THE DEBTORS
AND DEBTORS IN POSSESSION TO RETAIN
AND EMPLOY ARMSTRONG TEASDALE LLP AS
CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE

This matter coming before the Court on the Application of the Debtors and Debtors in Possession, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014(A) and 2016-1, for an Interim and Final Order Authorizing the Debtors and Debtors in Possession to Retain and Employ Armstrong Teasdale LLP as Co-Counsel, Nunc Pro Tunc to the Petition Date (the "Application");[1] the Court having reviewed the Application, the Debtors' First Day Declaration, the Engel Declaration, the Moore Declaration, and the Disclosure of Compensation and having considered the statements of counsel with respect to the Application at interim and final hearings before the Court; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri; (ii) venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) the relief requested in the Application being in the best interests of the Debtors, their estates and all other parties in interest

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

in these cases; and the Court having determined that there exists the required basis for the relief granted herein; and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** on a final basis as set forth herein.

2. The Debtors are authorized to employ Armstrong Teasdale as attorneys to the Debtors, pursuant to sections 327(a) and 329(a) of the Bankruptcy Code, effective as of the Petition Date, on the terms and conditions set forth in the Application and the Engagement Letter.

3. Armstrong Teasdale shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of the Court.

4. No later than two (2) days after the date of this Order, the Debtors are directed to serve a copy of the Order on the Notice Parties and are directed to file a certificate of service with the Court no later than 24 hours after service.

KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: April 7, 2020
St. Louis, Missouri
jjh

**Order Prepared By:**

Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile:  (314) 621-2239
Email:  rengel@atllp.com
           jwillard@atllp.com
           kredmond@atllp.com

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Foresight Energy LP  
       Debtor

Case No. 20-41308-kss  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 3      Date Rcvd: Apr 07, 2020  
                              Form ID: pdfo1      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
```
aty         +Aidan Synnott,    Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
              New York, NY 10019-6031
aty         +Alexander Woolverton,    Paul Weiss Rifkind Wharton & Garrison LL,    1285 Avenue of the Americas,
              New York, NY 10019-6031
aty         +Michael J. Colarossi,    Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
              New York, NY 10019-6031
aty         +Paul M. Basta,    Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
              New York, NY 10019-6031
aty         +Stephanie P. Lascano,    Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
              New York, NY 10019-6031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
```
              Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP
               aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolve
               rton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@pau
               lweiss.com
              Amy A. Zuccarello    on behalf of Creditor    Lord Securities Corporation
               azuccarello@sullivanlaw.com,    tkethro@sullivanlaw.com
              Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher Foy    on behalf of Creditor    Illinois Department of Natural Resources
               cfoy@atg.state.il.us
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd
               cjl@carmodymacdonald.com,    txs@carmodymacdonald.com;aep@carmodymacdonald.com
              Cullen Drescher Speckhart    on behalf of Creditor Committee    John Fabick Tractor Company/Fabick
               Mining, Inc. cspeckhart@cooley.com,    efiling-notice@ecf.pacerpro.com
              Dominique Sinesi    on behalf of Interested Party    United States of America
               dominique.sinesi@usdoj.gov
              Erika L. Todd    on behalf of Creditor    Lord Securities Corporation etodd@sullivanlaw.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              James Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com
              Jason D. Angelo    on behalf of Creditor Committee    Wilmington Trust, NA jangelo@reedsmith.com
              Jennifer M McLemore    on behalf of Creditor    Natural Resource Partners L.P., et al.
               jmclemore@williamsmullen.com
```

```
District/off: 0865-4            User: admin              Page 2 of 3              Date Rcvd: Apr 07, 2020
                                Form ID: pdfo1           Total Noticed: 5


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joel A Kunin    on behalf of Creditor Cory   Leitschuh jkunin@ghalaw.com,  megan@ghalaw.com
              Joel A Kunin    on behalf of Creditor    Terra Payne, as Special Administrator of the Estate of
               William Daniel Hans Payne jkunin@ghalaw.com,  megan@ghalaw.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
                bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,  bvogt@armstrongteasdale.com
              John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
              John Talbot Sant, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors tsant@affinitylawgrp.com,  kschimweg@affinitylawgrp.com
              Kathryn   Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
                bvogt@atllp.com
              Kathryn   Redmond    on behalf of Debtor     Logan Mining LLC kredmond@atllp.com,  bvogt@atllp.com
              Kathryn   Redmond    on behalf of Debtor     LD Labor Company LLC kredmond@atllp.com,   bvogt@atllp.com
              Kathryn   Redmond    on behalf of Debtor     Coal Field Construction Company LLC kredmond@atllp.com,
                bvogt@atllp.com
              Kathryn   Redmond    on behalf of Debtor     Foresight Energy LP kredmond@atllp.com,   bvogt@atllp.com
              Kurt F. Gwynne    on behalf of Creditor Committee    Wilmington Trust, NA kgwynne@reedsmith.com
              Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com,
               lmckinnon@thompsoncoburn.com
              Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Marshall C. Turner    on behalf of Creditor    Huntington National Bank
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al.
               mmueller@williamsmullen.com
              Michael J. Roeschenthaler    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors mroeschenthaler@wtplaw.com
              Nathaniel R.B. Koslof    on behalf of Creditor    Lord Securities Corporation
               nkoslof@sullivanlaw.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Patrick  Cloud    on behalf of Creditor    Mt. Olive and Staunton Coal Company Trust
               pcloud@heylroyster.com
              Richard J. Parks    on behalf of Creditor    Joy Underground Mining LLC rjp@pietragallo.com
              Richard J. Parks    on behalf of Creditor    Joy Global Conveyors Inc. rjp@pietragallo.com
              Richard W. Engel, Jr.    on behalf of Debtor    American Century Mineral LLC
               rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com,
                bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com,
                bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com,
                bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    American Century Transport LLC
               rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com,
                bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC
               rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC
               rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation
               rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
```

```
District/off: 0865-4          User: admin                 Page 3 of 3                  Date Rcvd: Apr 07, 2020
                              Form ID: pdfo1              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Robert E. Eggmann    on behalf of Creditor    Mangrove Partners ree@carmodymacdonald.com, thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
        Rusty Keith Reinoehl    on behalf of Creditor    Bradford Supply Company rusty@rklegalgroup.com, rusty@rklegalgroup.com;riley@rklegalgroup.com
        Spencer P. Desai    on behalf of Creditor    Mangrove Partners spd@carmodymacdonald.com, ala@carmodymacdonald.com;txs@carmodymacdonald.com
        Steven M. Wallace    on behalf of Creditor    David Senseney, Executor of the Estate of Marguerite Boos, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor John Milo Kee steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor Robin Lynne Kee Williams steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Mitchell/Roberts Partnership, an Illinois Partnership steve@silverlakelaw.com,  denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor Carol Dean Crabtree steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Carl Inman, Executor of the Estate of Russell J. Inman, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Reba Mitchell, Individually and as Trustee and Beneficiary of the Robert H.Mitchell Residual Trust steve@silverlakelaw.com, denise@silverlakelaw.com
        Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd thr@carmodymacdonald.com,  syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd thr@carmodymacdonald.com,  syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com
        Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al. wpressman@lathropgage.com,  jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
        Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com

                                                                                                              TOTAL: 80