**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No.:  11 |

**FINAL ORDER (A) AUTHORIZING THE**
**DEBTORS TO (I) MAINTAIN, CONTINUE, AND RENEW THEIR**
**EXISTING INSURANCE PROGRAM AND (II) HONOR CERTAIN PREPETITION**
**OBLIGATIONS IN RESPECT THEREOF AND (B) GRANTING RELATED RELIEF**

Upon the Motion[1] of Foresight Energy LP and its affiliated debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors") requesting entry of a final

order (this "Final Order"), pursuant to sections 105(a) and 363 of title 11 of the United States Code

(the "Bankruptcy Code"), Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and Rule 2015-3(B) of the Local Rules of Bankruptcy Procedure for the

Eastern District of Missouri (the "Local Bankruptcy Rules"), (a) authorizing, but not directing, the

Debtors to (i) continue their insurance coverage on an uninterrupted basis during the pendency of

these chapter 11 cases, including the ability to revise, renew, replace, extend, supplement, or

otherwise change their customary insurance policies and (ii) pay all premiums and other related

amounts thereunder in the ordinary course of business, and (b) granting related relief, all as more

fully described in the Motion; and it appearing that this Court has jurisdiction to consider the

Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the

United States District Court for the Eastern District of Missouri; and it appearing that venue of the

---

[1]   All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

DM3\6672410.1

Debtors' chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b);

and it appearing that proper and adequate notice of the Motion has been given and that no other or

further notice is necessary; and a hearing having been held to consider the relief requested in the

Motion; and upon consideration of the First Day Declarations; and upon the record of the hearing

and all of the proceedings had before the Court; and the Court having found and determined that

the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors

and all other parties in interest; and that the legal and factual bases set forth in the Motion establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor,

### IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** to the extent set forth herein.

2. The Debtors are authorized, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 6003 and 6004, and Local Bankruptcy Rule 2015-3(B), to pay prepetition Insurance Obligations.

3. The Debtors are also authorized, in their discretion, to continue the Insurance Program[2] on an uninterrupted basis and to revise, renew, replace, extend, supplement, or otherwise change their Insurance Program and/or purchase new Insurance Policies.

4. The Debtors are further authorized, pursuant to section 363 of the Bankruptcy Code, to pay all postpetition Insurance Obligations in the ordinary course of business.

---

[2] For the avoidance of doubt, the terms Insurance Program and Insurance Policies shall include all insurance policies issued or providing coverage at any time to the Debtors or their predecessors, whether expired, current or prospective, and any agreements related thereto, whether or not identified on Exhibit A to the Motion.

DM3\6672410.1

5.      All applicable banks and other financial institutions are hereby authorized to receive, process, honor and pay any and all checks, drafts, wires, check transfer requests, automated clearing house transfers and other payment orders drawn or issued by the Debtors under this Final Order, whether presented or issued before or after the Petition Date to the extent the Debtors have good funds standing to their credit with such bank or other financial institution.  Such banks and financial institutions are authorized to rely on representations of the Debtors as to which checks, electronic funds transfer requests, and payment orders are authorized to be paid pursuant to this Final Order without any duty of further inquiry and without liability for following the Debtors' instructions.

6.      Nothing herein (a) alters or amends the terms and conditions of the Insurance Program or relieves the Debtors of any of their obligations under the Insurance Program, or (b) creates a direct right of action against any Insurance Carriers where such right of action does not already exist under non-bankruptcy law.

7.      The Debtors are authorized to issue postpetition checks, or to affect postpetition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with any Insurance Obligations.

8.      Notwithstanding anything in the Motion or this Final Order to the contrary, any payment made or action taken by any of the Debtors pursuant to the authority granted herein, as well as the exercise of any and all rights and authorizations granted or approved hereunder, shall be subject in all respects to, as applicable: (a) the orders approving the Debtors' use of cash collateral and/or postpetition debtor-in-possession financing facilities (collectively, the "DIP Orders"); (b) other documentation governing the Debtors' use of cash collateral and postpetition

DM3\6672410.1

financing facilities; (c) the Budget (as defined in the DIP Orders); and (d) the terms and conditions set forth in the Restructuring Support Agreement (as defined in the DIP Orders). To the extent there is any inconsistency between the terms of any of the DIP Orders and this Final Order, the terms of the DIP Order (or DIP Orders, as applicable) shall control.

9.      Notwithstanding the relief granted in this Final Order and any actions taken pursuant to such relief, nothing contained in the Motion or this Final Order or any payment made pursuant to this Final Order shall constitute, nor is it intended to constitute: (a) an admission as to the validity or priority of any claim or lien (or the priority thereof) against the Debtors, (b) a waiver of the Debtors' or any party in interest's rights to subsequently dispute or contest such claim or lien on any grounds, (c) a promise or requirement to pay any claim, (d) an implication or admission that any particular claim is of a type specified or defined in this Final Order or the Motion, (e) a request or authorization to assume or adopt any agreement, contract, or lease under section 365 of the Bankruptcy Code or (f) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or applicable law.

10.     Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Bankruptcy Rules are satisfied by such notice.

11.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Order shall be immediately effective upon its entry.

DM3\6672410.1

        12.     No later than two (2) business days after the date of this Final Order, the

Debtors shall serve on the Notice Parties a copy of this Final Order and shall file a certificate of

service no later than twenty-four (24) hours after service.


                                              KATHY A. SURRATT-STATES
                                              Chief U.S. Bankruptcy Judge

DATED:  April 10, 2020
St. Louis, Missouri
jjh

DM3\6672410.1

**Order Prepared By:**

Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile:  (314) 621-2239
Email:  rengel@atllp.com
        jwillard@atllp.com
        kredmond@atllp.com

Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander Woolverton (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
        aeaton@paulweiss.com
        awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Schedule of Insurance Policies**

| Carrier | Insurance Broker | Policy Type | Policy No. | Term | Annual Premium |
|---|---|---|---|---|---|
| **Aon Policies** | | | | | |
| National Union Fire Insurance Company | Aon | Directors & Officers | 01-585-02-57 | 6/30/2019-6/30/2020 | $165,000 |
| XL Specialty Insurance Company | Aon | Excess D&O | ELU162615-19 | 6/30/2019-6/30/2020 | $88,000 |
| Continental Casualty Insurance Company | Aon | Excess D&O | 652125455 | 6/30/2019-6/30/2020 | $86,000 |
| StarStone Specialty Insurance Company | Aon | Excess D&O | Q81449190ASP | 6/30/2019-6/30/2020 | $80,000 |
| Endurance American Insurance Company | Aon | Excess D&O | DOX10005085705 | 6/30/2019-6/30/2020 | $68,000 |
| Twin City Fire Insurance Company | Aon | Excess D&O | 72 DA 0285185 19 | 6/30/2019-6/30/2020 | $62,000 |
| Argonaut Insurance Company | Aon | Excess D&O | MLX7600958-5 | 6/30/2019-6/30/2020 | $53,300 |
| XL Specialty Insurance Company | Aon | Excess D&O | ELU162617-19 | 6/30/2019-6/30/2020 | $45,305 |
| ACE American Insurance Company | Aon | Excess D&O | DOX G23684573 006 | 6/30/2019-6/30/2020 | $40,000 |
| National Union Fire Insurance Company | Aon | Excess D&O | 01-585-02-59 | 6/30/2019-6/30/2020 | $39,900 |
| National Union Fire Insurance Company | Aon | Crime | 01-771-84-71 | 8/31/19 to 8/31/20 | $11,132 |
| Continental Casualty Insurance Company | Aon | Fiduciary | 596498795 | 8/31/19 to 8/31/20 | $7,500 |
| Continental Casualty Insurance Company | Aon | Employment Practice Liability | 596721126 | 8/31/19 to 8/31/20 | $42,000 |
| National Union Fire Insurance Company | Aon | KRE | 82867315 | 8/31/19 to 8/31/22 | $9,018 |
| **Reschini Policies** | | | | | |

DM3\6672410.1

| Carrier | Insurance Broker | Policy Type | Policy No. | Term | Annual Premium |
|---|---|---|---|---|---|
| IRONSHORE SPECIALTY INSURANCE CO | The Reschini Group | Package | 002043405 | 6/1/2019-6/1/2020 | $347,477 |
| APOLLO CONSORTIUM | The Reschini Group | General Liability | PC304000N | 6/1/2019-6/1/2020 | $89,493 |
| UNDERWRITERS LLOYDS LONDON (IL) | The Reschini Group | General Liability | PC304004N | 6/1/2019-6/1/2020 | $18,367 |
| APOLLO CONSORTIUM | The Reschini Group | Umbrella | PC304001N | 6/1/2019-6/1/2020 | $363,715 |
| LEXINGTON INSURANCE COMPANY | The Reschini Group | Excess Liability | 023627440 | 6/1/2019-6/1/2020 | $117,153 |
| APOLLO CONSORTIUM | The Reschini Group | Excess Liability | PC304002N | 6/1/2019-6/1/2020 | $80,158 |
| STARR SURPLUS LINES INSURANCE COMPANY | The Reschini Group | Excess Liability | 10000030750191 | 6/1/2019-6/1/2020 | $51,010 |
| TRAVELERS INDEMNITY COMPANY | The Reschini Group | BAP | P8108K952696-IND-19 | 6/1/2019-6/1/2020 | $42,005 |
| Lloyd's (Beazley Led) | The Reschini Group | Property Insurance | PN301440N | 12/15/2019-12/15/2020 | $4,363,809 |
| Markel Bermuda | The Reschini Group | Property Insurance | BMBP110912N | 12/15/2019-12/15/2020 | Premium included above |
| RSUI Indemnity | The Reschini Group | Property Insurance | NHT910901 | 12/15/2019-12/15/2020 | Premium included above |
| Liberty Bermuda | The Reschini Group | Property Insurance | BMBP110916N | 12/15/2019-12/15/2020 | Premium included above |
| OCIL Bermuda | The Reschini Group | Property Insurance | BMP110914N | 12/15/2019-12/15/2020 | Premium included above |
| AWAC Bermuda | The Reschini Group | Property Insurance | BMBP110915N | 12/15/2019-12/15/2020 | Premium included above |
| Argo Bermuda | The Reschini Group | Property Insurance | BMB110913N | 12/15/2019-12/15/2020 | Premium included above |

DM3\6672410.1

| Carrier | Insurance Broker | Policy Type | Policy No. | Term | Annual Premium |
|---|---|---|---|---|---|
| Lloyd's (Amtrust) | The Reschini Group | Property Insurance | PN301500N | 12/15/2019-12/15/2020 | Premium included above |
| Axis USA | The Reschini Group | Property Insurance | ECF727237-19 | 12/15/2019-12/15/2020 | Premium included above |
| HIIG | The Reschini Group | Property Insurance | PRO440293 | 12/15/2019-12/15/2020 | Premium included above |
| Liberty Bermuda | The Reschini Group | Property Insurance | BMPP11091N | 12/15/2019-12/15/2020 | Premium included above |
| MS Amlin | The Reschini Group | Property Insurance | PN306460M | 12/15/2019-12/15/2020 | Premium included above |
| RSUI Indemnity | The Reschini Group | Property Insurance | NHT910903 | 12/15/2019-12/15/2020 | Premium included above |
| Lloyd's (Markel Led) | The Reschini Group | Property Insurance | KA304650N | 12/15/2019-12/15/2020 | Premium included above |
| Ironshore Specialty Insurance Company | The Reschini Group | Excess Liability $25mil xs $25mil | 001682306 | 6/1/2019-6/1/2020 | $92,909 |
| US AIG | The Reschini Group | Aircraft | S1HL1-D103 | 5/23/2019-5/23/2020 | Covered |
| Rockwood Casualty Insurance Company | The Reschini Group | Coal Field Construction, LLC WC | WC455866 | 7/01/2019-7/01/2020 | $2,772,523 |
| The Ins Co of the State of PA | The Reschini Group | International Exporters | WS11013333 | 6/01/2019-6/01/2020 | Covered |
| Continental Insurance Co | The Reschini Group | Crime | 596684319 | 5/05/2019-5/05/2020 | Covered |
| Liberty Mutual | The Reschini Group | Marine Excess $90mil xs $10mil | ATABWTLE001 | 12/05/2019-12/05/2020 | premium included above |
| National Union Fire Ins Co | The Reschini Group | Marine Cargo | 0 15912958 | 8/12/2019-8/12/2020 | $11,600 |
| US AIG | The Reschini Group | Helicopter | SIHL 1-E671 | 12/02/2019-12/02/2020 | Covered |
| AIG National Union Fire Ins | The Reschini Group | Kidnap and Ransom | 86-342-978 | 8/11/2019-8/11/2020 | Covered |
| Underwriters at Lloyds, London | The Reschini Group | Breach Response | W20307180301 | 9/21/2019-9/21/2020 | Covered |