**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | ) ) ) | Case No. 20-41308-659 |
| | ) ) ) | |
| Debtors. | ) ) | (Jointly Administered) |

**DECLARATION AND DISCLOSURE STATEMENT OF**
**SANDBERG PHOENIX & VON GONTARD P.C.**

John Sandberg, declares and says under penalty of perjury:

1. I am a Counsel of Sandberg Phoenix & von Gontard P.C., located at 600 Washington Avenue - 15th Floor, St. Louis, MO 63101-1313 (the "<u>Firm</u>").

2. Foresight Energy LP and its affiliated debtors and debtors in possession in the above-captioned cases (the "Debtors") have requested that the Firm provide services to the Debtors, and the Firm has consented to provide those services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may be represented or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

13180835

4. Neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5. Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than partners and associates of the Firm.

6. Debtors do not owe the Firm any amounts for prepetition Services and costs.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this Declaration.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on April 10, 2020.

_____
John S. Sandberg

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FORESIGHT ENERGY LP, *et al.*, | ) Case No. 20-41308-659 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

RETENTION QUESTIONNAIRE

**1. Name and address of firm:**

Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
**Date of retention:** May 2015

**2. Brief description of services to be provided:**

Legal services and defense of litigation against Foresight Energy LP and its affiliated debtors and debtors in possession (the "Debtors") in the following cases:

    *CORY LEITSCHUH v. HILLSBORO ENERGY, LLC, FORESIGHT ENERGY, LLC, FORESIGHT ENERGY SERVICES, LLC, FORESIGHT ENERGY, LP, COAL FIELD TRANSPORTS, INC. and J.H. FLETCHER & CO., Circuit Court of MONTGOMERY COUNTY, ILLINOIS, Cause No. 15-L-8*

    *TERRA PAYNE, as Special Administrator of the Estate of William Daniel Hans Payne, Deceased v. J.H. FLETCHER & CO., SUGAR CAMP ENERGY, LLC, NATURAL RESOURCES PARTNERS, LP, VIKING MINING, LLC, COAL FIELD CONSTRUCTION COMPANY, LLC, MC#1 MINE, Circuit Court of FRANKLIN COUNTY, ILLINOIS, Cause No. 16-L-11*

**3. Arrangements for compensation (hourly, contingent, etc.):** Hourly
    **(a) Range of hourly rates (if applicable):** $140 to $360 per hour
    **(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):** Varies, $5,000 to $30,000 per month depending on litigation events

**4. Prepetition claims against any of the Debtors held by the firm:**
    **Amount of claim:** None.

13157829

**Date claim arose:** Not applicable.
**Source of claim:** Not applicable.

**5. Prepetition claims against any of the Debtors held individually by any of the firm's professionals:**
  **Name:** Not aware.
  **Status:** Not applicable.
  **Amount of claim:** Not applicable.
  **Date claim arose:** Not applicable.
  **Source of claim:** Not applicable.

**6. Stock of any of the Debtors currently held by the firm:**
  **Kind of shares:** None.
  **No. of shares:** Not applicable.

**7. Stock of any of the Debtors currently held individually by any of the firm's professionals:**
  **Name:** None aware.
  **Status:** Not applicable.
  **Kind of shares:** Not applicable.
  **No. of shares:** Not applicable.

**8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the firm is to be employed.**

  Plaintiffs in the two civil lawsuits listed above have asserted damage claims against Debtors.

**Name of individual completing this form:** John S. Sandberg

2

13157829