## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No.: 254 |

### ORDER (A) SCHEDULING EXPEDITED HEARINGS ON CERTAIN FIRST DAY MOTIONS AND APPLICATIONS, (B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (C) GRANTING RELATED RELIEF

Upon the Motion[1] of Foresight Energy LP and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") requesting entry of an order (this "Order"), pursuant to section 105 of the Bankruptcy Code and Local Bankruptcy Rule 9013-2(A), (a) scheduling an expedited hearing for consideration of the Debtors' Settlement Motion, (b) approving the form and manner of notice thereof, and (c) granting related relief, all as more fully described in the Motion; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri; and it appearing that venue of the Debtors' chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests

---

[1] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT:

1.      The Motion is **GRANTED** to the extent set forth herein.

2.      The Court will hold a hearing on **April 8, 2020 at 11:00 a.m. (prevailing Central Time**) in Courtroom 7-North to hear and consider the Settlement Motion at Courtroom 7 North of the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, 111 S. 10th Street, St. Louis, Missouri 63102.

3.      The notice requirements of Rule 9006(d) of the Bankruptcy Rules and any applicable Local Bankruptcy Rules are waived for the Motion and the Settlement Motion.

4.      Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Bankruptcy Rules are satisfied by such notice.

5.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective upon its entry.

6.      The requirements set forth in Bankruptcy Rule 6003(b) are satisfied because the relief sought by the Motion is necessary to avoid immediate and irreparable harm.

7.    No later than 2 business days after the date of this Order, the Debtors shall

serve on the Notice Parties a copy of this Order and shall file a certificate of service no later than

24 hours after service.

KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED:  April 10, 2020
St. Louis, Missouri
jjh

**Order Prepared By:**

Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-2239
Email: rengel@atllp.com
        jwillard@atllp.com
        kredmond@atllp.com

Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander Woolverton (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
        aeaton@paulweiss.com
        awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                          Case No. 20-41308-kss
Foresight Energy LP                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4          User: admin          Page 1 of 3          Date Rcvd: Apr 10, 2020
                             Form ID: pdfo1        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2020.
aty            +Aidan Synnott,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Avenue of the Americas,
                New York, NY 10019-6031
aty            +Alexander Woolverton,   Paul Weiss Rifkind Wharton & Garrison LL,   1285 Avenue of the Americas,
                New York, NY 10019-6031
aty            +Michael J. Colarossi,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Avenue of the Americas,
                New York, NY 10019-6031
aty            +Paul M. Basta,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Avenue of the Americas,
                New York, NY 10019-6031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2020 at the address(es) listed below:
        Alice Belisle Eaton   on behalf of Debtor   Foresight Energy LP
         aeaton@paulweiss.com,mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolve
         rton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@pau
         lweiss.com
        Amy A. Zuccarello   on behalf of Creditor   Lord Securities Corporation
         azuccarello@sullivanlaw.com,  tkethro@sullivanlaw.com
        Brad M. Kahn   on behalf of Creditor   Ad Hoc First Lien Group bkahn@akingump.com
        Brian C. Walsh   on behalf of Creditor   Davidson Kempner Capital Management LP
         brian.walsh@bclplaw.com
        Christopher  Foy   on behalf of Creditor   Illinois Department of Natural Resources
         cfoy@atg.state.il.us
        Christopher J. Lawhorn   on behalf of Creditor   Javelin Global Commodities UK Ltd
         cjl@carmodymacdonald.com,  txs@carmodymacdonald.com;aep@carmodymacdonald.com
        Cullen Drescher Speckhart   on behalf of Creditor Committee   John Fabick Tractor Company/Fabick
         Mining, Inc. cspeckhart@cooley.com,  efiling-notice@ecf.pacerpro.com
        Dominique Sinesi   on behalf of Interested Party   United States of America
         dominique.sinesi@usdoj.gov
        Erika L. Todd   on behalf of Creditor   Lord Securities Corporation etodd@sullivanlaw.com
        Ira S Dizengoff   on behalf of Creditor   Ad Hoc First Lien Group idizengoff@akingump.com
        Jaimie L Mansfield   on behalf of Debtor   Sugar Camp Energy, LLC jmansfield@atllp.com,
         bvogt@armstrongteasdale.com
        Jaimie L Mansfield   on behalf of Debtor   Macoupin Energy LLC jmansfield@atllp.com,
         bvogt@armstrongteasdale.com
        Jaimie L Mansfield   on behalf of Debtor   Tanner Energy LLC jmansfield@atllp.com,
         bvogt@armstrongteasdale.com
        Jaimie L Mansfield   on behalf of Debtor   Williamson Energy, LLC jmansfield@atllp.com,
         bvogt@armstrongteasdale.com
        Jaimie L Mansfield   on behalf of Debtor   Foresight Coal Sales LLC jmansfield@atllp.com,
         bvogt@armstrongteasdale.com
        James  Savin   on behalf of Creditor   Ad Hoc First Lien Group jsavin@akingump.com
        Jason D. Angelo   on behalf of Creditor   Wilmington Trust NA jangelo@reedsmith.com
        Jason D. Angelo   on behalf of Creditor Committee   Wilmington Trust, NA jangelo@reedsmith.com
        Jennifer M McLemore   on behalf of Creditor   Natural Resource Partners L.P., et al.
         jmclemore@williamsmullen.com
        Joel A Kunin   on behalf of Creditor Cory   Leitschuh jkunin@ghalaw.com,  megan@ghalaw.com

District/off: 0865-4          User: admin              Page 2 of 3            Date Rcvd: Apr 10, 2020
                             Form ID: pdfol            Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joel A Kunin    on behalf of Creditor    Terra Payne, as Special Administrator of the Estate of
               William Daniel Hans Payne jkunin@ghalaw.com, megan@ghalaw.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
              John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
              John Talbot Sant, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors tsant@affinitylawgrp.com, kschimwee@affinitylawgrp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com, bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com, bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Foresight Energy LP kredmond@atllp.com, bvogt@atllp.com
              Kurt F. Gwynne    on behalf of Creditor Committee    Wilmington Trust, NA kgwynne@reedsmith.com
              Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com,
               lmckinnon@thompsoncoburn.com
              Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Marshall C. Turner    on behalf of Creditor    Huntington National Bank
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al.
               mmueller@williamsmullen.com
              Michael J. Roeschenthaler    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors mroeschenthaler@wtplaw.com
              Nathaniel R.B. Koslof    on behalf of Creditor    Lord Securities Corporation
               nkoslof@sullivanlaw.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Patrick  Cloud    on behalf of Creditor    Mt. Olive and Staunton Coal Company Trust
               pcloud@heylroyster.com
              Richard J. Parks    on behalf of Creditor    Joy Global Conveyors Inc. rjp@pietragallo.com
              Richard J. Parks    on behalf of Creditor    Joy Underground Mining LLC rjp@pietragallo.com
              Richard W. Engel, Jr.    on behalf of Debtor    American Century Mineral LLC
               rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    American Century Transport LLC
               rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC
               rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC
               rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation
               rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com

District/off: 0865-4         User: admin              Page 3 of 3          Date Rcvd: Apr 10, 2020
                            Form ID: pdfo1            Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard W. Engel, Jr.   on behalf of Debtor   Foresight Receivables LLC
           rengel@armstrongteasdale.com,  bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   Viking Mining LLC rengel@armstrongteasdale.com,
           bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Robert E. Eggmann   on behalf of Creditor   Mangrove Partners ree@carmodymacdonald.com,
           thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
          Rusty Keith Reinoehl   on behalf of Creditor   Bradford Supply Company rusty@rklegalgroup.com,
           rusty@rklegalgroup.com;riley@rklegalgroup.com
          Spencer P. Desai   on behalf of Creditor   Mangrove Partners spd@carmodymacdonald.com,
           ala@carmodymacdonald.com;txs@carmodymacdonald.com
          Steven M. Wallace   on behalf of Creditor   David Senseney, Executor of the Estate of Marguerite
           Boos, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor John Milo Kee steve@silverlakelaw.com,
           denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor Robin Lynne Kee Williams steve@silverlakelaw.com,
           denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor   Mitchell/Roberts Partnership, an Illinois Partnership
           steve@silverlakelaw.com,  denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor Carol Dean Crabtree steve@silverlakelaw.com,
           denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor   J. Earl Baldwin, Personal Representative of the
           Estate of Katherine Baldwin, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor   J. Earl Baldwin, Personal Representative of the
           Estate of Beverly B. Adams, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor   Carl Inman, Executor of the Estate of Russell J.
           Inman, Deceased steve@silverlakelaw.com,  denise@silverlakelaw.com
          Steven M. Wallace   on behalf of Creditor   Reba Mitchell, Individually and as Trustee and
           Beneficiary of the Robert H.Mitchell Residual Trust steve@silverlakelaw.com,
           denise@silverlakelaw.com
          Thomas H Riske   on behalf of Creditor   Javelin Global Commodities UK Ltd
           thr@carmodymacdonald.com,  syd@carmodymacdonald.com;ala@carmodymacdonald.com
          Thomas H Riske   on behalf of Creditor   Javelin Global Commodities (UK) Ltd
           thr@carmodymacdonald.com,  syd@carmodymacdonald.com;ala@carmodymacdonald.com
          Timothy P. Palmer   on behalf of Creditor   Huntington National Bank Timothy.Palmer@BIPC.com
          Wendi S. Alper-Pressman   on behalf of Creditor   Natural Resource Partners L.P., et al.
           wpressman@lathropgage.com,  jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
          Zachary Dain Lanier   on behalf of Creditor   Ad Hoc First Lien Group zlanier@akingump.com
                                                                                        TOTAL: 81