**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No.: 63 |

**ORDER PURSUANT TO SECTIONS 105(a) AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004 AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE PETITION DATE**

Upon the motion (the "Motion")[1] of Foresight Energy LP and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") requesting entry of an order (this "Order"), pursuant to sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rule 6004, authorizing the Debtors to reject the executory contracts identified on **Exhibit A** attached hereto; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri; and it appearing that venue of the Debtors' chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and a hearing having been held to consider the relief requested in the Motion; and upon consideration of the First Day Declarations; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors

---

[1] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Agreements identified on **Exhibit A** attached hereto are hereby rejected, effective as of the Petition Date.

3. Counterparties to Agreements that are rejected pursuant to this Order must file a proof of claim relating to the rejection of such Agreements, if any, by the later of (a) any applicable claims bar date established in these chapter 11 cases, or (b) 30 days after entry of this Order.

4. The Debtors reserve their rights to assume, assign, or reject other executory contracts or unexpired leases, and nothing herein shall be deemed to affect such rights.

5. If the Debtors have deposited monies with a counterparty to an Agreement as a security deposit or other arrangement, such counterparty may not set off or recoup or otherwise use such deposit without the prior approval of the Court.

6. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Bankruptcy Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective upon its entry.

8. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied because the relief sought by the Motion is necessary to avoid immediate and irreparable harm.

9. No later than two (2) business days after entry of this Order, the Debtors shall serve a copy of this Order on the Notice Parties and shall file a certificate of service no later than twenty-four (24) hours after service.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: April 10, 2020
St. Louis, Missouri
jjh

**Order Prepared By:**

Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile:  (314) 621-2239
Email:  rengel@atllp.com
        jwillard@atllp.com
        kredmond@atllp.com

Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander Woolverton (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email:  pbasta@paulweiss.com
        aeaton@paulweiss.com
        awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## **Exhibit A**

The Agreements

## The Agreements

| Counterparty | Counterparty Address | Debtor Counterparty | Contract Description | Notes / Additional Related Agreements |
|---|---|---|---|---|
| Raven Energy LLC of Louisiana | 3801 PGA Boulevard, Suite 903, Palm Beach Gardens, Florida 33410 | Foresight Energy LLC<br><br>Oeneus LLC d/b/a Savatran LLC | Materials Handling and Storage Agreement – Dated January 1, 2012 | First Amended and Restated Materials Handling and Storage Agreement – Dated May 1, 2015<br><br>Amendment to First Amended and Restated Materials Handling and Storage Agreement – Dated September 26, 2016<br><br>Second Amendment to First Amended and Restated Materials Handling and Storage Agreement – Dated August 31, 2017 |
| United Bulk Terminals Davant, LLC | 4400 Harding Pike Nashville, TN 37205 | Savatran, LLC | Bulk Cargo Transfer and Storage Agreement – Dated November 15, 2013 | |
| Ingram United Barge LLC (f/k/a United Bulk Terminals Davant, LLC) | 4400 Harding Pike Nashville, TN 37205 | Savatran, LLC | Transportation Agreement – Dated November 15, 2013 | |

```
                          United States Bankruptcy Court
                           Eastern District of Missouri
In re:                                                         Case No. 20-41308-kss
Foresight Energy LP                                            Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: admin                 Page 1 of 3          Date Rcvd: Apr 10, 2020
                              Form ID: pdfo2              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2020.
```
aty          +Aidan Synnott,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Avenue of the Americas,
               New York, NY 10019-6031
aty          +Alexander Woolverton,   Paul Weiss Rifkind Wharton & Garrison LL,   1285 Avenue of the Americas,
               New York, NY 10019-6031
aty          +Michael J. Colarossi,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Avenue of the Americas,
               New York, NY 10019-6031
aty          +Paul M. Basta,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Avenue of the Americas,
               New York, NY 10019-6031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2020 at the address(es) listed below:
```
          Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP
           aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolve
           rton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@pau
           lweiss.com
          Amy A. Zuccarello    on behalf of Creditor    Lord Securities Corporation
           azuccarello@sullivanlaw.com,   tkethro@sullivanlaw.com
          Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
          Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
           brian.walsh@bclplaw.com
          Christopher Foy    on behalf of Creditor    Illinois Department of Natural Resources
           cfoy@atg.state.il.us
          Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd
           cjl@carmodymacdonald.com,   txs@carmodymacdonald.com;aep@carmodymacdonald.com
          Cullen Drescher Speckhart    on behalf of Creditor Committee    John Fabick Tractor Company/Fabick
           Mining, Inc. cspeckhart@cooley.com,   efiling-notice@ecf.pacerpro.com
          Dominique Sinesi    on behalf of Interested Party    United States of America
           dominique.sinesi@usdoj.gov
          Erika L. Todd    on behalf of Creditor    Lord Securities Corporation etodd@sullivanlaw.com
          Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
          Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
           bvogt@armstrongteasdale.com
          James Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com
          Jason D. Angelo    on behalf of Creditor    Wilmington Trust NA jangelo@reedsmith.com
          Jason D. Angelo    on behalf of Creditor Committee    Wilmington Trust, NA jangelo@reedsmith.com
          Jennifer M McLemore    on behalf of Creditor    Natural Resource Partners L.P., et al.
           jmclemore@williamsmullen.com
          Joel A Kunin    on behalf of Creditor Cory  Leitschuh jkunin@ghalaw.com,   megan@ghalaw.com
```

```
District/off: 0865-4                  User: admin                       Page 2 of 3                   Date Rcvd: Apr 10, 2020
                                      Form ID: pdfo2                    Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Joel A Kunin    on behalf of Creditor    Terra Payne, as Special Administrator of the Estate of
               William Daniel Hans Payne jkunin@ghalaw.com,    megan@ghalaw.com
              John G. Willard    on behalf of Debtor    American Century Mineral LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com,
               bvogt@armstrongteasdale.com
              John G. Willard    on behalf of Debtor    American Century Transport LLC
               jwillard@armstrongteasdale.com,    bvogt@armstrongteasdale.com
              John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
              John Talbot Sant, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors tsant@affinitylawgrp.com,    kschimwey@affinitylawgrp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com,    bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com,    bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com,
               bvogt@atllp.com
              Kathryn  Redmond    on behalf of Debtor    Foresight Energy LP kredmond@atllp.com,    bvogt@atllp.com
              Kurt F. Gwynne    on behalf of Creditor Committee    Wilmington Trust, NA kgwynne@reedsmith.com
              Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com,
               lmckinnon@thompsoncoburn.com
              Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Marshall C. Turner    on behalf of Creditor    Huntington National Bank
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al.
               mmueller@williamsmullen.com
              Michael J. Roeschenthaler    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors mroeschenthaler@wtplaw.com
              Nathaniel R.B. Koslof    on behalf of Creditor    Lord Securities Corporation
               nkoslof@sullivanlaw.com
              Office of US Trustee     USTPRegion13.SL.ECF@USDOJ.gov
              Patrick  Cloud    on behalf of Creditor    Mt. Olive and Staunton Coal Company Trust
               pcloud@heylroyster.com
              Richard J. Parks    on behalf of Creditor    Joy Global Conveyors Inc. rjp@pietragallo.com
              Richard J. Parks    on behalf of Creditor    Joy Underground Mining LLC rjp@pietragallo.com
              Richard W. Engel, Jr.    on behalf of Debtor    American Century Mineral LLC
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    American Century Transport LLC
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation
               rengel@armstrongteasdale.com,    bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com,
               bvogt@armstrongteasdale.com;srice@armstrongteasdale.com

```
District/off: 0865-4          User: admin              Page 3 of 3              Date Rcvd: Apr 10, 2020
                              Form ID: pdfo2           Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC
                rengel@armstrongteasdale.com,   bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com,
                bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
              Robert E. Eggmann    on behalf of Creditor    Mangrove Partners ree@carmodymacdonald.com,
                thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
              Rusty Keith Reinoehl    on behalf of Creditor    Bradford Supply Company rusty@rklegalgroup.com,
                rusty@rklegalgroup.com;riley@rklegalgroup.com
              Spencer P. Desai    on behalf of Creditor    Mangrove Partners spd@carmodymacdonald.com,
                ala@carmodymacdonald.com;txs@carmodymacdonald.com
              Steven M. Wallace    on behalf of Creditor    David Senseney, Executor of the Estate of Marguerite
                Boos, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor John Milo Kee steve@silverlakelaw.com,
                denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor Robin Lynne Kee Williams steve@silverlakelaw.com,
                denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor    Mitchell/Roberts Partnership, an Illinois Partnership
                steve@silverlakelaw.com,   denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor Carol Dean Crabtree steve@silverlakelaw.com,
                denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the
                Estate of Katherine Baldwin, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the
                Estate of Beverly B. Adams, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor    Carl Inman, Executor of the Estate of Russell J.
                Inman, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
              Steven M. Wallace    on behalf of Creditor    Reba Mitchell, Individually and as Trustee and
                Beneficiary of the Robert H.Mitchell Residual Trust steve@silverlakelaw.com,
                denise@silverlakelaw.com
              Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd
                thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
              Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd
                thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
              Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com
              Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al.
                wpressman@lathropgage.com,   jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
              Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com
                                                                                             TOTAL: 81