## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br><br>Jointly Administered |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alex Orchowski, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail or next day business service on the banks, brokers, dealers agents, nominees or their agents (collectively, the "***Nominees***") identified on the service list attached hereto as **Exhibit A**. The Nominees were provided with instructions and sufficient quantities to distribute the following document to the beneficial holders of the Debtors' public securities:

- the Amended Order and Notice of Chapter 11 Bankruptcy Case, a copy of which is attached hereto as **Exhibit B** (the "***Notice of Commencement***")

In addition to the hard copy service detailed above, on April 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement to be served via Email on the service list attached hereto as **Exhibit C**.

On April 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement as well as the following document to be served via overnight mail or next day business service on the banks, brokers, dealers agents, nominees or their agents (collectively, the "***Nominees***") identified on the service list attached hereto as **Exhibit D**. The Nominees were provided with instructions and sufficient quantities to distribute the following document to the beneficial holders of the Debtors' public securities:

- the Notice of Hearing to Consider Approval of Disclosure Statement for Plan of Reorganization, a copy of which is attached hereto as **Exhibit E** (the "***Disclosure Statement Hearing Notice***")

In addition to the hard copy service detailed above, on April 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement and Disclosure Statement Hearing Notice to be served via Email on the service list attached hereto as **Exhibit F**.

On April 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement and Disclosure Statement Hearing Notice to be served via first class mail on the parties identified on the service list attached hereto as **Exhibit G**.

Dated: April 14, 2020

_____
Alex Orchowski

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 14, 2020, by Alex Orchowski proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ MARK M BROWN
Notary Public, State of New York No.
02BR6305738
Qualified in New York County
My Commission Expires June 09, 2022

SRF 41302,41305,41370

## Exhibit A

Exhibit A

Nominees Service List

Served via Overnight Mail or Next Day Business Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| BROADRIDGE | JOBS N45162 N45163 N45164 | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | US |
| MEDIANT COMMUNICATIONS | ATTN STEPHANIE FITZHENRYPROXY CTR | 100 DEMAREST DRIVE | | WAYNE | NJ | 07470-0000 | US |
| DEPOSITORY TRUST CO | ATTN ED HAIDUK | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | US |
| DEPOSITORY TRUST CO | ATTN HORACE DALEY | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | US |
| American Stock Transfer Trust Co | 6201 15th Avenue | | | Brooklyn | NY | 11219 | US |
| BNY MELLON NEW ENGLAND 0954 | ATTN BETH STIFFLER OR PROXY MGR | 525 WILLIAM PENN PLACE | SUITE 300 | PITTSBURGH | PA | 15259 | US |
| JPMORGAN CHASE BANK NA 0902 | ATTN JACOB BACK OR PROXY MGR | 14201 DALLAS PARKWAY | 12TH FLOOR | DALLAS | TX | 75254 | US |
| NORTHERN TRUST COMPANY THE 2669 | ATTN ROBERT VALENTIN OR PROXY MGR | 801 S CANAL STREET | REORG DEPT FLOOR C1N | CHICAGO | IL | 60607 | US |
| STATE STREET 0997 | ATTN MIKE FEELEY OR PROXY MGR | CORP ACTIONS  JAB5E | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171-0000 | US |
| THE BANK OF NEW YORK MELLON 0901 | ATTN BRIAN MARNELL OR PROXY MGR | 525 WILLIAM PENN PLACE | ROOM 0300 | PITTSBURGH | PA | 15259 | US |

**<u>Exhibit B</u>**

Case Number **20–41308**

| **Information to identify the case:** | |
|---|---|
| Debtor | **Foresight Energy LP** |
| | Name |
| | EIN  **80–0778894** |
| United States Bankruptcy Court  **Eastern District of Missouri** | |
| Case number:  **20–41308** | |

**NOTE:** The case referenced on this page is the lead case of jointly administered cases. A list of associated cases and case numbers is attached.

Date chapter  11 filed **March 10, 2020**

## Official Form 309F1 (For Corporations or Partnerships)
## Amended Order and Notice of Chapter 11 Bankruptcy Case                02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities (see Bankruptcy Code §362 for prohibited collection activities). This means that creditors generally may not take action to collect debts from the debtor, from the debtor's property, or from certain codebtors. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, telephone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the Court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadline specified in this notice. (See section number 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the Bankruptcy Clerk's Office cannot give legal advice.**

**Do not file this notice with any Proof of Claim or other filing in the case.**

| 1.**Debtor's full name** | Foresight Energy LP | |
|---|---|---|
| 2.**All other names used in the last 8 years** | | |
| 3.**Address** | Metropolitan Square Building<br>211 North Broadway<br>Suite 2600<br>St. Louis, MO 63102 | |
| 4. **Debtor's attorney** Name and address | Richard W. Engel Jr.<br>Armstrong Teasdale LLP<br>7700 Forsyth Blvd.<br>Suite 1800<br>St. Louis, MO 63105 | Contact phone: (314) 621–5070<br><br>Email: rengel@armstrongteasdale.com |
| 5.**Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102<br>Telephone number: (314) 244–4500<br>McVCIS: 1–866–222–8029, #87<br>Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov<br><br>Office Hours:  Monday – Friday 8:30 a.m. – 4:30 p.m. | |
| 6. **Meeting of creditors**<br>  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 20, 2020 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket. | Location:<br>Call 1-866-705-0185. Once prompted, enter 7914594. For more details, see, www.moeb.uscourts.gov/341meetings |

**For more information, see page 2 >**

Debtor  **Foresight Energy LP**                                                                                           Case number **20–41308**

| | | |
|---|---|---|
| **7.Proof of Claim deadline** | **Deadline for filing Proof of Claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | **For a governmental unit:  September 8, 2020**<br>A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form is not included with this notice. You can obtain one at any Bankruptcy Clerk's Office, or by visiting www.uscourts.gov. | |
| | Your Claim will be allowed in the amount scheduled unless: | |
| **Attention:**<br>All Proofs of Claims should be filed with the Claims Agent for this case or with the Court. | • your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a Proof of Claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a Proof of Claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a Proof of Claim even if your claim is scheduled. | |
| | You may review the schedules at the Bankruptcy Clerk's Office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a Proof of Claim. Filing a Proof of Claim submits a creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For Example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Proofs of Claims can be filed via the Court's Electronic Proof of Claim system (ePOC) found on the Court's web site at www.moeb.uscourts.gov/epoc-electronic-proof-claim-filing.** Do not include this notice with any filing you make with the Court. | |
| Claims Agent Information: | Foresight Energy LP, Claims Processing Center, c/o Prime Clerk, LLC<br>850 3rd Avenue, Suite 412 Brooklyn, NY 11232   Hotline: 877-720-6580 | |
| **8.Exception to discharge deadline**<br>The Bankruptcy Clerk's Office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:**<br>If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | **July 20, 2020**<br>The deadline to file such complaints for any creditor added to this case after the date of the initial Notice and Order of Commencement shall be the later of the original deadline or 60 days after the date on the certificate of service of the notice given pursuant to L.R. 1009. |
| **9.Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case. | |
| **10.Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the Court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11.Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). However, unless the Court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must file a complaint and pay the filing fee by the deadline. | |

**So Ordered:**

*Kathy A Surratt -States*

United States Bankruptcy Court Judge
**Date:**  April 8, 2020

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this Order and Notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi–Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: http://www.moeb.uscourts.gov.

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Foresight Energy LP** | ) | Case No. 20-41308-659 |
| Foresight Energy GP LLC | ) | |
| Sitran, LLC | ) | |
| Seneca Rebuild LLC | ) | Chapter 11 |
| Foresight Energy LLC | ) | Jointly Administered |
| Oeneus LLC | ) | |
| Adena Resources, LLC | ) | |
| Logan Mining LLC | ) | |
| Foresight Energy Employee Services Corporation | ) | |
| Tanner Energy LLC | ) | |
| Hillsboro Transport LLC | ) | |
| Foresight Energy Services LLC | ) | |
| MaRyan Mining LLC | ) | |
| Foresight Receivables LLC | ) | |
| American Century Transport LLC | ) | |
| Foresight Coal Sales LLC | ) | |
| LD Labor Company LLC | ) | |
| Viking Mining LLC | ) | |
| Akin Energy LLC | ) | |
| Williamson Energy, LLC | ) | |
| Hillsboro Energy LLC | ) | |
| Coal Field Repair Services LLC | ) | |
| American Century Mineral LLC | ) | |
| Macoupin Energy LLC | ) | |
| Patton Mining LLC | ) | |
| Foresight Energy Finance Corporation | ) | |
| Coal Field Construction Company LLC | ) | |
| M-Class Mining, LLC | ) | |
| Sugar Camp Energy, LLC | ) | |
| Foresight Energy Labor, LLC | ) | |
| Mach Mining, LLC | ) | |
| Debtors. | ) | |

**Notice:    When filing a Proof of Claim you must identify the debtor against whom your claim is asserted.**

| Case Name | Case Number | Tax ID/EIN |
|---|---|---|
| **Foresight Energy LP** | 20-41308 | 80-0778894 |
| Foresight Energy GP LLC | 20-41309 | 90-0788332 |
| Sitran, LLC | 20-41310 | 26-1369962 |
| Seneca Rebuild LLC | 20-41311 | 46-3150958 |
| Foresight Energy LLC | 20-41312 | 20-5917685 |
| Oeneus LLC | 20-41313 | 30-0306007 |
| Adena Resources, LLC | 20-41314 | 20-5004649 |
| Logan Mining LLC | 20-41315 | 47-1762361 |
| Foresight Energy Employee Services Corporation | 20-41316 | 38-3957023 |
| Tanner Energy LLC | 20-41317 | 38-3940409 |
| Hillsboro Transport LLC | 20-41318 | 38-3916881 |
| Foresight Energy Services LLC | 20-41319 | 90-0776204 |
| MaRyan Mining LLC | 20-41320 | 26-4027085 |
| Foresight Receivables LLC | 20-41321 | 38-3952250 |
| American Century Transport LLC | 20-41322 | 32-0504059 |
| Foresight Coal Sales LLC | 20-41323 | 26-3318620 |
| LD Labor Company LLC | 20-41324 | 45-3848454 |
| Viking Mining LLC | 20-41325 | 46-1264981 |
| Akin Energy LLC | 20-41326 | 20-5231648 |
| Williamson Energy, LLC | 20-41327 | 81-0669143 |
| Hillsboro Energy LLC | 20-41328 | 20-5231639 |
| Coal Field Repair Services LLC | 20-41329 | 46-2249179 |
| * American Century Mineral LLC | 20-41330 | 80-0778894 |
| Macoupin Energy LLC | 20-41331 | 26-2809005 |
| Patton Mining LLC | 20-41332 | 26-4027251 |
| Foresight Energy Finance Corporation | 20-41333 | 27-3135321 |
| Coal Field Construction Company LLC | 20-41334 | 26-3795694 |
| M-Class Mining, LLC | 20-41335 | 26-0645272 |
| Sugar Camp Energy, LLC | 20-41336 | 41-2178049 |
| Foresight Energy Labor LLC | 20-41337 | 32-0504176 |
| Mach Mining, LLC | 20-41338 | 73-1734826 |

* Pursuant to 26 C.F.R. § 301.7701-2, for U.S. federal tax purposes, American Century Mineral LLC is disregarded as separate from its ultimate owner, Foresight Energy LP (Case No. 20-41308). American Century Mineral LLC's tax identification number is the employer identification number of such owner: 80-0778894.

**<u>Exhibit C</u>**

Exhibit 1

Depository Service List

Served via Email

| Name | Email |
|------|-------|
| Broadridge | BBTRProxyOps@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; cherifa.maameri@clearstream.com; CA_Luxembourg@clearstream.com; david.mccauley@clearstream.com; ca_mandatory.events@clearstream.com; hulya.din@clearstream.com |
| DTC | MandatoryReorgAnnouncements@dtcc.com; voluntaryreorgannouncements@dtcc.com; LegalAndTaxNotices@dtcc.com; rgiordano@dtcc.com; |
| Euro Clear | JPMorganInformation.Services@jpmorgan.com'; eb.ca@euroclear.com |
| Mediant | corporateactions@mediantonline.com; mhamdan@mediantonline.com; mgiffin@mediantonline.com |
| SIS | ca.notices@six-securities-services.com |

**<u>Exhibit D</u>**

Exhibit D

Nominees Service List

Served via Overnight Mail or Next Day Business Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| BROADRIDGE | JOBS: N45162 N45163 N45164 | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | US |
| MEDIANT COMMUNICATIONS | ATTN STEPHANIE FITZHENRY PROXY CNTR | 100 DEMAREST DRIVE | | WAYNE | NJ | 07470-0000 | US |
| DEPOSITORY TRUST CO. | ATTN: ED HAIDUK | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | US |
| DEPOSITORY TRUST CO. | ATTN: HORACE DALEY | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | US |
| AMERICAN ENTERPRISE 0216 0756 2146 | ATTN ERIN M  STIELER PROXY MANAGER | 682 AMP FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | US |
| AMERICAN ENTERPRISE 0216 0756 2146 | ATTN PROXY Manager | 2178 AMERIPRISE FINANCIAL CENTER | ROUTING S6 2178 | MINNEAPOLIS | MN | 55474 | US |
| AMERICAN ENTERPRISE 0216 0756 2146 | ATTN GREG  WRAALSTAD PROXY MANAGER | 901 3RD AVE SOUTH | | MINNEAPOLIS | MN | 55474 | US |
| American Stock Transfer Trust Co | 6201 15th Avenue | | | Brooklyn | NY | 11219 | US |
| APEX CLEARING CORPORATION 0158 | ATTN BRIAN DARBY OR PROXY MANAGER | 350 M ST PAUL SUITE 1300 | | DALLAS | TX | 75201 | US |
| APEX CLEARING CORPORATION 0158 | ATTN SHERRY MUSMAR OR PROXY MANAGER | 350 N ST PAUL STREET | SUITE 1300 | DALLAS | TX | 75201 | US |
| BAIRD CO INCORPORATED 0547 | ATTN JAN  SUDFELD OR PROXY MANAGER | 777 E WISCONSIN AVENUE | 19TH FLOOR | MILWAUKEE | WI | 53202 | US |
| BAIRD CO INCORPORATED 0547 | ATTN JANE ERBE OR PROXY Manager | 777 E WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | US |
| BANC OF AMERICA SECURITIES LLC 0773 | ATTN EARL WEEKS OR PROXY MGR | 4804 DEAR LAKE DR E | | JACKSONVILLE | FL | 32246 | US |
| BANC OF AMERICA SECURITIES LLC 0773 | ATTN JOHN DOLAN OR PROXY MGR | 100 W  33RD STREET 3RD FLOOR | | NEW YORK | NY | 10001 | US |
| BANK OF AMERICA NA GWI M 0955 | ATTN SHARON BROWN OR PROXY Manager | 1201 MAIN STREET | 9TH FLOOR | DALLAS | TX | 75202 | US |
| BB T SECURITIES 0702 | ATTN Proxy Dept | 8006 Discovery Drive | Suite 200 | Richmond | VA | 23229 | US |
| BBS SECURITIES INC CDS 5085 | ATTN DEBAH CARLYLE PROXY MANAGER | 4100 YONGE ST | SUITE 506 | TORONTO | ON | M2P 2B5 | CA |
| BMO NESBITT BURNS INC CDS 5043 | ATTN PHUTHN PENIKETT DINA FRNANDS | BMO FINANCIAL GROUP | 250 YONGE ST 8TH FLOOR | TORONTO | ON | M5B 2M8 | CA |
| BNP PARIBAS NY BRANCH 1569 2787 | ATTN DEAN GALLI OR PROXY Manager | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310-0000 | US |
| BNY MELLON NEW ENGLAND 0954 | ATTN EVENT CREATION DEPARTMENT | 500 GRANT STREET | ROOM 151 2700 | PITTSBURGH | PA | 15258 | US |
| BNY WEALTH 8275 | ATTN BETH COYLE OR PROXY Manager | TWO BNY MELLON CENTER | 525 WILLIAM PENN PL STE 1215 | PITTSBURGH | PA | 15259 | US |
| BRCLAY CAP 229 7256 7254 8455 7263 | ATTN Anthony Sciaraffo or Proxy MGR | 745 SEVENTH AVENUE | 16TH FLOOR | NEW YORK | NY | 10019 | US |
| BROWN BROTHERS HARRIMAN CO 0010 | ATTN ANTHONY BONACETO PROXY MANAGER | 50 POST OFFICE SQUARE | | BOSTON | MA | 02110-0000 | US |
| BROWN BROTHERS HARRIMAN CO 0010 | ATTN PAUL NONNON OR PROXY MANAGER | HARBORSIDE FINANCIAL CENTER | 185 HUDSON STREET | JERSEY CITY | NJ | 07311-0000 | US |
| CHARLES SCHWAB CO INC 0164 | ATTN CHRISTINA  YOUNG PROXY MANAGER | 2423 E LINCOLN DRIVE | | PHOENIX | AZ | 85016-1215 | US |
| CHARLES SCHWAB CO INC 0164 | ATTN JANA TONGSON OR PROXY Manager | 2423 EAST LINCOLN DRIVE | PHXPEAK 01 1B571A | PHOENIX | AZ | 85016 | US |
| CIBC WORLD MARKETS INC CDS 5030 | ATTN NICASTRO JERRY PROXY Manager | 161 BAY ST 10TH FL | | TORONTO | ON | M5J 258 | CA |
| CIBC WORLD MARKETS INC CDS 5030 | ATTN HENRY H LIANG OR PROXY MANAGER | 22 FRONT ST W | 7TH FLOOR | TORONTO | ON | M5J  2W5 | CA |
| CITIBANK NA 0908 | ATTN PAUL WATTERS OR PROXY MANAGER | 3801 CITIBANK CENTER | B 3RD FLOOR ZONE 12 | TAMPA | FL | 33610 | US |
| CITIBANK NA 0908 | ATTN CAROLYN TREBUS PROXY Manager | 3800 CITIBANK CENTER B3 12 | | TAMPA | FL | 33610 | US |
| CITIGRUP GLBAL MARKET INC 0418 0505 | ATTN SHERRYL NASH COOK | 388 GREENWICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | US |

Exhibit D
Nominees Service List
Served via Overnight Mail or Next Day Business Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| CITIGRUP GLBAL MARKET INC 0418 0505 | ATTN ROSE MARIE YODICE OR PROXY MGR | 388 GREENWHICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | US |
| COR LLC 0052 | ATTN CORPORATE ACTION | 1299 FARNAM STREET | SUITE 800 | OMAHA | NE | 68102 | US |
| COR LLC 0052 | ATTN LUKE HOLLAND | 1299 FARNAM STREET | SUITE 800 | OMAHA | NE | 68102 | US |
| COR LLC 0052 | ATTN ANH MECHALS | 1299 FARNAM STREET | SUITE 800 | OMAHA | NE | 68102 | US |
| COR LLC 0052 | ISSUER SERVICES | 1299 FARNAM STREET | SUITE 800 | OMAHA | NC | 68102 | US |
| COR LLC 0052 | ATTN AMBRA MOORE OR PROXY MGR | 1299 FARNAM STREET | SUITE 800 | OMAHA | NE | 68102 | US |
| CREDENTIAL SECURITIES INC CDS 5083 | ATTN PROXY DEPARTMENT | 700 1111 WEST GEORGIA ST | | VANCOUVER | BC | V6E 4T6 | CA |
| CREDIT SUISSE SECURITIES 0355 | ATTN ANTHONY MILO OR PROXY MANAGER | 7033 LOUIS STEVENS DRIVE | GLOBAL PROXY SERVICES | RESEARCH TRIANGLE PARK | NC | 27560 | US |
| CREST INTL NOMINEES LIMITED 2012 | ATTN JASON MURKIN OR PROXY Manager | 33 CANNON STREET | | LONDON | UK | EC4M 5SB | UK |
| CREST INTL NOMINEES LIMITED 2012 | ATTN NATHAN ASHWTH PROXY Manager | 33 CANNON STREET | | LONDON | UK | EC4M 5SB | UK |
| Desjardins Securities inc 5028 | ATTN PROXY MANAGER | 1 COMPLEXE Desjardins | CP 1200 | MONTREAL | QC | H5B 1C3 | CA |
| DESJARDINS SECURITIES INC 5028 | ATTN KARLA DIAZ OR PROXY MANAGER | VALEURS MOBILIARES DESJARDINS | 2 COMPLEXE DESJARDINS TOUR EST | NIVEAU 62, E1-22 | QC | H5B 1J2 | CA |
| DESJARDINS SECURITIES INC 5028 | ATTN PROXY MANAGER | 1253 MCGILL COLLEGE AVEENUE | 10TH FLOOR | MONTREAL | QC | H3B 2Y5 | CA |
| DEUTSCHE BANK SECURITIES INC 0573 | ATTN MICHAEL GARDINER | 199 BAY STREET  SUITE 4700 | PO BOX 263  COMMERCE COURT | TORONTO | ON | M5L 1E9 | CA |
| DEUTSCHE BANK SECURITIES INC 0573 | ATTN ERIC HERBST | 5021 GATE PARKWAY SUITE | | JACKSONVILLE | FL | 32256 | US |
| DEUTSCHE BANK SECURITIES INC 0573 | ATTN SARA BATTEN | 5022 GATE PARKWAY SUITE 100 | | JACKSONVILLE | FL | 32256 | US |
| DEUTSCHE BANK SECURITIES INC 0573 | ATTN ASHLEY RICHEY OR PROXY MGR | 5022 GATE PARKWAY SUITE 100 | | JACKSONVILLE | FL | 32256 | US |
| E TRANSACTION CLEARING 0873 | ATTN KEVIN  MURPHY OR PROXY MANAGER | 660 S FIGUEROA STREET | SUITE 1450 | LOS ANGELES | CA | 90017 | US |
| E TRANSACTION CLEARING 0873 | ATTN JANE BUHAIN OR PROXY Manager | 660 S FIGUEROA STREET SUITE 1450 | | LOS ANGELES | CA | 90017 | US |
| EDWARD D JONES CO 0057 | ATTN AJ MAYTAS OR PROXY Manager | 12555 MANCHESTER ROAD | | ST. LOUIS | MO | 63141 | US |
| EDWARD D JONES CO 0057 | ATTN ELIZABETH ROLWES PROXY MANAGER | 201 PROGRESS PARKWAY | | MARYLAND HEIGHTS | MO | 63043-3042 | US |
| ETRADE CLEARING LLC 0385 | ATTN JOHN ROSENBACH | 1271 AVENUE OF THE AMERICAS | 14TH FLOOR | NEW YORK | NY | 10020 | US |
| ETRADE CLEARING LLC 0385 0158 | ATTN VICTOR LAU OR PROXY Manager | 34 EXCHANGE PLACE | PLAZA II | JERSEY CITY | NJ | 07311-0000 | US |
| FIRST CLEARING LLC 0141 | ATTN MATT BUETTNER PROXY DEPARTMENT | 2801 MARKET STREET | H0006 08N | ST. LOUIS | MO | 63103 | US |
| FIRST CLEARING LLC 0141 | ATTN FINESSA ROSSON PROXY Manager | ONE NORTH JEFFERSON STREET 9 F | | ST. LOUIS | MO | 63103 | US |
| FIRST CLEARING LLC 0141 | ATTN CHRISTY HALLORAN | 1 N JEFFERSON AVE | | ST.LOUIS | MO | 63103 | US |
| FOLIO FN INVESTMENTS INC 0728 | ATTN ASHLEY THEOBALD PROXY Manager | 8180 GREENSBORO DRIVE 8TH FLOOR | | MCLEAN | VA | 22102 | US |
| GOLDMAN SACHS CO 0005 | ATTN DEVIN GEIMAN OR PROXY Manager | 30 HUDSON STREET PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302-0000 | US |
| HSBC BANK N A IPB 2122 | ATTN NURI KAZAKCI | 452 5TH AVENUE | | NEW YORK | NY | 10018 | US |

Exhibit D

Nominees Service List

Served via Overnight Mail or Next Day Business Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| HSBC BANK N A IPB 2122 | ATTN ED FREITAS OR PROXY MGR | 452 5TH AVENUE 2ND FLOOR | | NEW YORK | NY | 10018 | US |
| HSBC CLEAR 8396 | ATTN BARBARA SKELLY PROXY MANAGER | 545 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | US |
| INTERACTIVE BROKERS 0017 0534 | ATTN KARIN MCCARTHY PROXY MANAGER | 2 Pickwick Plaza 2nd Floor | | GREENWICH | CT | 06830-0000 | US |
| JPMC EURO 1970 | ATTN Proxy Dept | 4 METROTECH CENTER 3RD FLOOR | | BROOKLYN | NY | 11245 | US |
| JPMORGAN CHASE BANK N A 0902 | ATTN PROXY MGR | PARADIGM  B WING  FLOOR | 6 MINDSPACE  MALAD  W | MUMBAI | INDIA | 400 064 I00000 | IN |
| JPMORGAN CHASE BANK NA 0902 | ATTN SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD  OPS 4 | FLOOR 02 | NEWARK | DE | 19713 2107 | US |
| JPMORGAN CHASE BANK NA 0902 | ATTN JACOB BACK OR PROXY MGR | 14201 DALLAS PARKWAY 12TH FLOOR | | DALLAS | TX | 75254 | US |
| JPMORGAN CHASE BANK NA 0902 | ATTN ARMANDO MORALES OR PROXY MGR | 14201 DALLAS PARKWAY 12TH FLOOR | | DALLAS | TX | 75254 | US |
| JPMORGAN CHASE BANK NA 0902 | ATTN MARVIN KINES OR PROXY MGR | 14201 DALLAS PARKWAY 12TH FLOOR | | DALLAS | TX | 75254 | US |
| JPMS JPMC 0352 | ATTN JOHN FAY OR PROXY MANAGER | 500 STANTON CHRISTIANA ROAD OPS 4 | FLOOR 03 | NEWARK | DE | 19713-2107 | US |
| LEK SECURITIES CORPORATION 0512 | ATTN DANIEL HANUKA OR PROXY Manager | 1 LIBERTY PLAZA 52ND FLOOR | | NEW YORK | NY | 10006 | US |
| LPL FINANCIAL CORPORATION 0075 | ATTN KRISTIN KENNEDY | 1055 LPL Way | | FORT MILL | SC | 29715 | US |
| LPL FINANCIAL CORPORATION 0075 | ATTN JACQUI TEAGUE | 1055 LPL Way | | FORT MILL | SC | 29715 | US |
| MERRILL LYNCH PIERCE FNNR 161 8862 | ATTN EARL WEEKS OR PROXY Manager | 4804 DEER LAKE DR E | | JACKSONVILLE | FL | 32246 | US |
| MORGAN STANLEY 0050 | ATTN MS PROXY DEPT | 1300 THAMES STREET WHARF | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY CO LLC 0050 | ATTN KENNETH EWING OR PROXY Manager | 1300 THAMES STREET WHARF 7TH FLOOR | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY CO LLC 0050 | ATTN MICHELLE FORD OR PROXY MANAGER | 901 SOUTH BOND ST 6TH FL | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY SMITH BARNEY 0015 | ATTN JOHN BARRY | 1300 Thames St | 6th Floor | BALTIMORE | NY | 21231 | US |
| MORGAN STANLEY SMITH BARNEY 0015 | ATTN PROXY MANAGER | 1 NEW YORK PLAZA | 41st Floor | NEW YORK | NY | 10004 | US |
| NATIONAL FINANCIAL SERVICES 0226 | ATTN PETER CLOSS | 499 WASHINGTON BLVD 5TH FL | | JERSEY CITY | NJ | 07310-0000 | US |
| NATIONAL FINANCIAL SERVICES 0226 | ATTN JOANNE PADARATHSINGH | 499 WASHINGTON BLVD 5TH FL | | JERSEY CITY | NJ | 07310-0000 | US |
| NBCN INC CDS 5008 | ATTN GESTION DE l'INFMATION TR | 1010 RUE DE LA GAUCHETIERE | OUEST 17e étage | MONTREAL | QC | H3B 5J2 | CA |
| OPPENHEIMER CO INC 0571 0303 | ATTN OSCAR MAZARIO OR PROXY Manager | 85 BROAD STREET 4TH FL | | NEW YORK | NY | 10004 | US |
| OPPENHEIMER CO INC 0571 0303 | ATTN OSCAR NAZARIO OR PROXY Manager | 85 BROAD STREET 4TH FL | | NEW YORK | NY | 10004 | US |
| PERSHING LLC 0443 | ATTN JOSEPH LAVARA OR PROXY MANAGER | ONE PERSHING PLAZA | | JERSEY CITY | NJ | 07399-0000 | US |
| PHILLIP CAPITAL INC 8460 | ATTN PROXY MANAGER | 141 W Jackson Blvd Suite 1531A | | CHICAGO | IL | 60604 | US |
| QTRADE SECURITIES INC 5084 | ATTN MARY KORAC OR PROXY Manager | 505 BURRARD STREET SUITE 1920 | | VANCOUVER | BC | V7X 1M6 | CA |

Exhibit D

Nominees Service List

Served via Overnight Mail or Next Day Business Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| QUESTRADE INC 5084 | ATTN MAURIZIO ARANI PROXY Manager | 5650 YONGE STREET SUITE 1700 | | TORONTO | ON | M2M 4G3 | CA |
| RAYMOND JAMES ASSOCIATES INC 0725 | ATTN ROBERTA GREEN OR PROXY Manager | 880 CARILION PARKWAY TOWER 2 | 4TH FLOOR | ST. PETERSBURG | FL | 33716 | US |
| RBC CAPITAL MARKETS CORP 0235 | ATTN STEVE SCHAFER OR PROXY Manager | 510 MARQUETTE AVE SOUTH | | MINNEAPOLIS | MN | 55402 | US |
| RBC CAPITAL MARKETS CORP 0235 | ATTN STEVE SCHAFER OR PROXY MANAGER | 60 S 6TH ST P09 | | MINNEAPOLIS | MN | 55402-4400 | US |
| RBC DOMINION CDS 5002 | ATTN PROXY MANAGER | 180 WELLINGTON ST W 9TH FLOOR | | TORONTO | ON | M5J 0C2 | CA |
| RBC DOMINION CDS 5002 | ATTN KAREN  OLIVERES PROXY MANAGER | 200 BAY STREET 6TH FLOOR | ROYAL BANK PLAZA NORTH TOWER | TORONTO | ON | M5J 2W7 | CA |
| RBC INVESTOR SERVICES 0901 | ATTN EMMA SATTAR OR PROXY Manager | 155 WELLINGTON ST W 3RD FLOOR | | TORONTO | ON | M5V 3L3 | CA |
| SCOTIA CAPITAL INC CDS 5011 | ATTN CAROL ANDERSON PROXY MANAGER | 40 KING STREET WEST | | TORONTO | ON | M5H 1H1 | CA |
| SCOTIA CAPITAL INC CDS 5011 | ATTN NMITA RAMIREZ PROXY MANAGER | 40 KING STREET WEST | | TORONTO | ON | M5H 1H1 | CA |
| SOUTHWEST SECURITIES INC 0279 | ATTN CHRISTINA FINZEN PROXY Manager | 1201 ELM STREET SUITE 3700 | | DALLAS | TX | 75270 | US |
| SOUTHWEST SECURITIES INC 0279 | ATTN RHONDA JACKSON PROXY MANAGER | 1201 ELM STREET SUITE 3500 | | DALLAS | TX | 75270 | US |
| SSB BLACKROCK TRUST 2767 | ATTN TRINA ESTREMERA OR PROXY MGR | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171-0000 | US |
| SSB IBT BGI 2767 | ATTN TOM BRODERICK OR PROXY MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171-0000 | US |
| STATE ST BNK TR STAT ST TOT 2950 | ATTN MIKE FEELEY ROB RAY PRXY MGR | CORP ACTIONS  JAB5E | 1776 HERITAGE DRIVE NORTH | QUINCY | MA | 02171-0000 | US |
| STATE ST BNK TR STAT ST TOT 2950 | ATTN JOSEPH J CALLAHAN | GLOBAL CORP ACTION DEPT JAB5W | P O BOX 1631 | BOSTON | MA | 02105 1631 | US |
| STATE STREET 0997 | ATTN CHRISTINE SULLIVAN PROXY MNGR | 1776 HERITAGE DR | | NORTH QUINCY | MA | 02171-0000 | US |
| STATE STREET 0997 | ATTN MIKE FEELEY ROB RAY PROXY MNGR | 1776 HERITAGE DRIVE NORTH | JAB5E | QUINCY | MA | 02171-0000 | US |
| STATE STREET 0997 | ATTN JERRY PARRILLA | 1776 HERITAGE DR | | NORTH QUINCY | MA | 02171-0000 | US |
| STATE STREET 2399 | ATTN KAREN T JOHNDROW PROXY MANAGER | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171-0000 | US |
| STIFEL NICOLAUS CO 0793 | ATTN CHRIS WIEGAND OR PROXY MANAGER | 501 N BROADWAY | ONE FINANCIAL PLAZA | ST LOUIS | MO | 63102 | US |
| STOCKCROSS FINANCIAL 0445 | ATTN DIANE  TOBEY OR PROXY MANAGER | 77 SUMMER STREET | | BOSTON | MA | 02110-0000 | US |
| STOCKCROSS FINANCIAL 0445 | ATTN ELEAN PIMENTEL PROXY Manager | 77 SUMMER STREET 2ND FLOOR | | BOSTON | MA | 02210-0000 | US |
| TD AMERITRADE CLEARING INC 0188 | ATTN ANH MECHALS | 200 S  108TH AVE | | OMAHA | NE | 68154 | US |
| TD AMERITRADE CLEARING INC 0188 | ATTN SUZANNE BRODD | 200 S  108TH AVE | | OMAHA | NE | 68154P-2631 | US |
| TD AMERITRADE CLEARING INC 0188 | ATTN MANDI FOSTER OR PROXY MANAGER | 1005 N AMERITRADE PLACE | | BELLEVUE | NE | 68005 | US |
| TD AMERITRADE CLEARING INC 0188 | ATTN GARY SWAIN OR PROXY Manager | 1005 AMERITRADE PLACE | | BELLEVUE | NE | 68005 | US |
| TD WATERHOUSE CANADA INC CDS 5036 | ATTN YOUSEF AHMED OR PROXY MANAGER | 77 BLOOR STREET WEST | 3RD FLOOR | TORONTO | ON | M5S 1M2 | CA |

Exhibit D

Nominees Service List

Served via Overnight Mail or Next Day Business Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| TD WATERHOUSE CANADA INC CDS 5036 | ATTN PROXY MANAGER | 77 BLOOR STREET WEST 3RD FLOOR | | TORONTO | ON | M5S 1M2 | CA |
| THE BANK NY MELLON 0901 2510 2209 | ATTN PROXY MANAGER | 500 GRANT STREET ROOM 151 2700 | | PITTSBURGH | PA | 15258 | US |
| THE BANK NY MELLON 0901 2510 2209 | ATTN JENNIFER MAY OR PROXY MANAGER | 525 WILLIAM PENN PLACE | SUITE 153 0400 | PITTSBURGH | PA | 15259 | US |
| THE NORTHERN TRUST COMPANY 2669 | ATTN ANDREW LUSSEN CAP STRUCT C1N | 801 S CANAL STREET | | CHICAGO | IL | 60607 | US |
| THE NORTHERN TRUST COMPANY 2669 | ATTN JOSEPH RAMPP | 2099 GAITHER ROAD | | ROCKVILLE | MD | 20850 | US |
| THE NORTHERN TRUST COMPANY 2669 | ATTN ROBERT VALENTIN OR PROXY MGR | 801 S  CANAL STREET REORG DEPT | FLOOR C1N | CHICAGO | IL | 60607 | US |
| TRADESTATION 0271 | ATTN PROXY MGR | 8050 SW 10th Street | | PLANTATION | FL | 33324 | US |
| U S BANK N A 2803 | ATTN STEPHANIE KAPTA | 1555 N  RIVERCENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | US |
| U S BANK N A 2803 | ATTN PAUL KUXHAUS OR PROXY MGR | 1555 N RIVER CENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | US |
| UBS FINANCIAL SERVICES LLC 0221 | ATTN JANE FLOOD OR PROXY Manager | 1000 HARBOR BLVD | | WEEHAWKEN | NJ | 07086-0000 | US |
| US BANCORP INVESTMENTS INC 0280 | ATTN KATHY DABRUZZI PROXY Manager | 60 LIVINGSTON AVE EP MN WN2H | | ST. PAUL | MN | 55107-1419 | US |
| US BANCORP INVESTMENTS INC 0280 | ATTN KEVIN BROWN OR PROXY MANAGER | 60 LIVINGSTON AVE | | ST. PAUL | MN | 55107-1419 | US |
| US BANCORP INVESTMENTS INC 0280 | ATTN TARA TUCHSCHERER PROXY Manager | 60 LIVINGSTON AVENUE EP MN WN2H | | ST. PAUL | MN | 55107-1419 | US |
| VANGUARD 0062 | ATTN BEN BEGUIN OR PROXY MANAGER | 14321 N NORTHSIGHT BLVD | | SCOTTSDALE | AZ | 85260 | US |
| VISION FINANCIAL MARKETS LLC 0595 | ATTN ANA MARTINEZ MARVIN MONZON | 120 LONG RIDGE ROAD | 3 NORTH | STAMFORD | CT | 06902-0000 | US |
| WEDBUSH MORGAN SECURITIES INC 0103 | ATTN ALAN FERREIRA OR PROXY Manager | 1000 WILSHIRE BLVD | | LOS ANGELES | CA | 90017 | US |
| WELLS FARGO BANK N A 2027 | ATTN LORA DAHLE | 550 SOUTH 4TH STREET | MAC N9310 141 | MINNEAPOLIS | MN | 55415 | US |
| WELLS FARGO BANK N A 2027 | ATTN LAURA DAHLE OR PROXY MGR | 733 MARQUETTE AVENUE MAC | N9306 057 5TH FLOOR | MINNEAPOLIS | MN | 55479 | US |
| WELLS FARGO BANK N A 2027 | ATTN NICHOLAS DOOLEY OR PROXY MGR | 734 MARQUETTE AVENUE MAC | N9306 057 5TH FLOOR | MINNEAPOLIS | MN | 55479 | US |
| WELLS FARGO SECURITIES LLC 0250 | ATTN SCOTT NELLIS OR PROXY MGR | CORP ACTIONS   MAC D109 010 1525 | WEST W T  HARRRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |
| WELLS FARGO SECURITIES LLC 0250 | ATTN STEVE TURNER OR PROXY MGR | CORP ACTIONS   NC0675 1525 | WEST W T  HARRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |
| WELLS FARGO SECURITIES LLC 0250 | ATTN ROBERT MATERA OR PROXY MGR | CORP ACTIONS  NC0675 | 1525 WEST W T  HARRIS BLVD  1B1 | CHARLOTTE | NC | 28262 | US |

**<u>Exhibit E</u>**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF HEARING TO CONSIDER APPROVAL**
**OF DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE THAT:**

1.      On April 9, 2020, Foresight Energy LP and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Foresight Energy LP and Its Affiliated Debtors* (as amended, modified, or supplemented from time to time, the "Disclosure Statement") with the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court"). The Debtors are submitting their Disclosure Statement pursuant to section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") for use in the solicitation of votes to accept their chapter 11 plan (as amended, modified, or supplemented from time to time, the "Plan"), a copy of which is attached to the Disclosure Statement as **Exhibit A**.

2.      A hearing to consider approval of the Disclosure Statement, and any objections thereto, will be held on **May 14, 2020, at 10:00 a.m. (prevailing Central Time)** before the Honorable Kathy A. Surratt-States, United States Bankruptcy Judge, at the Thomas F. Eagleton U.S. Courthouse, 111 S. 10th Street, 7th Floor – North Courtroom, St. Louis, Missouri 63102, or as soon thereafter as counsel may be heard (the "Disclosure Statement Hearing").

3.      Any objections to the Disclosure Statement must (a) be in writing; (b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (c) state the legal and factual basis for and nature of any objection; (d) conform to the Federal Rules of Bankruptcy Procedure and the *Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Eastern District of Missouri* (the "Local Bankruptcy Rules"); and (e) be filed with the Bankruptcy Court, together with proof of service, and served on the Debtors and any entities described in Local Bankruptcy Rule 3017(C) so as to be received by **no later than May 7, 2020 (prevailing Central Time)** (the "Objection Deadline").

4.      Copies of the Plan and the Disclosure Statement may be obtained free of charge by visiting the website maintained by the Debtors' voting agent, Prime Clerk LLC (the "Voting Agent"), at https://cases.primeclerk.com/foresightenergy.  Copies of the Plan and Disclosure Statement may also be obtained by calling the Voting Agent at 646-998-7132

(international); 877-720-6580 (domestic, toll free), or sending an electronic mail message to the Voting Agent at ForesightEnergyInfo@PrimeClerk.com.

**THE DISCLOSURE STATEMENT IS SUBJECT TO CHANGE. IT HAS NOT BEEN APPROVED BY THE BANKRUPTCY COURT UNDER SECTION 1125 OF THE BANKRUPTCY CODE. THE DEBTORS ARE NOT SOLICITING VOTES TO ACCEPT OR REJECT THE PLAN AT THIS TIME.**

Dated:   April 9, 2020          Respectfully submitted,
      St. Louis, Missouri

ARMSTRONG TEASDALE LLP


*/s/ Richard W Engel, Jr.*
Richard W. Engel, Jr. (MO 34641)
John G. Willard (MO 67049)
Kathryn R. Redmond (MO 72087)
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
Tel:   (314) 621-5070
Fax:   (314) 621-5065
Email: rengel@atllp.com
      jwillard@atllp.com
      kredmond@atllp.com

    - and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander Woolverton (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email: pbasta@paulweiss.com
      aeaton@paulweiss.com
      awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit F</u>**

Exhibit 1

Depository Service List

Served via Email

| Name | Email |
|------|-------|
| Broadridge | SpecialProcessing@broadridge.com; BankruptcyJobs@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; cherifa.maameri@clearstream.com; david.mccauley@clearstream.com; hulya.din@clearstream.com |
| DTC | MandatoryReorgAnnouncements@dtcc.com; voluntaryreorgannouncements@dtcc.com; LegalAndTaxNotices@dtcc.com; rgiordano@dtcc.com; |
| Euro Clear | JPMorganInformation.Services@jpmorgan.com'; eb.ca@euroclear.com |
| Mediant | corporateactions@mediantonline.com; mhamdan@mediantonline.com; mgiffin@mediantonline.com |
| SIS | ca.notices@six-securities-services.com |

**<u>Exhibit G</u>**

Exhibit G
Registered Equity Holder Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| ADAM ASHBY | REDACTED | | | | | | |
| ADAM BURTON | REDACTED | | | | | | |
| ADAM FUCHS | REDACTED | | | | | | |
| ADAM LASSWELL | REDACTED | | | | | | |
| ALEX MANGRUM | REDACTED | | | | | | |
| ALFONSO ACOSTA | REDACTED | | | | | | |
| ALLEN COBB | REDACTED | | | | | | |
| AMBER BARRERO | REDACTED | | | | | | |
| ANDREW MASON | REDACTED | | | | | | |
| ANDREW MCCAMISH | REDACTED | | | | | | |
| ANTHONY GILSON | REDACTED | | | | | | |
| ANTHONY WILSON | REDACTED | | | | | | |
| ANTONIO CORSO | REDACTED | | | | | | |
| ASTRO CAPITAL LIMITED | REDACTED | | | | | | |
| AZAM SHER & CYNTHIA YELVINGTON | REDACTED | | | | | | |
| BANK HAPOALIM B M | REDACTED | | | | | | |
| BARRETT FOX | REDACTED | | | | | | |
| BARRY BUTLER | REDACTED | | | | | | |
| BENJAMIN COX | REDACTED | | | | | | |
| BILLY JARVIS | REDACTED | | | | | | |
| BILLY KERLEY | REDACTED | | | | | | |
| BILLY MALONE | REDACTED | | | | | | |
| BOBBY HARRISON | REDACTED | | | | | | |
| BRAD MARKS | REDACTED | | | | | | |
| BRADLEY PATTON | REDACTED | | | | | | |
| BRADLEY TURNER | REDACTED | | | | | | |
| BRANDON CLEMENTS | REDACTED | | | | | | |
| BRANDON MURPHY | REDACTED | | | | | | |
| BRENT VANFOSSAN | REDACTED | | | | | | |
| BRIAN CAGLE | REDACTED | | | | | | |
| BRIAN D SULLIVAN | REDACTED | | | | | | |
| BRIAN DUTY | REDACTED | | | | | | |
| BRIAN GALL | REDACTED | | | | | | |
| BRIAN MONK | REDACTED | | | | | | |
| BRICE SCHAFER | REDACTED | | | | | | |
| BRUCE BOYD | REDACTED | | | | | | |
| BRYCE GLASCO | REDACTED | | | | | | |
| CARL BALTZELL | REDACTED | | | | | | |
| CAROL WALLACE | REDACTED | | | | | | |
| CARVERS CREEK LLC | REDACTED | | | | | | |
| CASEY KANE | REDACTED | | | | | | |
| CASEY MOWERY | REDACTED | | | | | | |
| CATHY SKELTON | REDACTED | | | | | | |
| CHARLES BEHN | REDACTED | | | | | | |
| CHARLES BLUMENSTOCK | REDACTED | | | | | | |
| CHARLES CLINE | REDACTED | | | | | | |
| CHASE SMITH | REDACTED | | | | | | |
| CHRIS CLINE | REDACTED | | | | | | |
| CHRISTIAN RODRIGUE | REDACTED | | | | | | |
| CHRISTOPHER KAHL | REDACTED | | | | | | |
| CHRISTOPHER NORRIS | REDACTED | | | | | | |

In re: Foresight Energy LLC, *et al* .
Case No. 20-41308-659

Exhibit G
Registered Equity Holder Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| CHRISTOPHER SKELTON | REDACTED | | | | | | |
| CHRISTOPHER SMITH | REDACTED | | | | | | |
| CHRISTOPHER WILSON | REDACTED | | | | | | |
| CLINE TRUST COMPANY | REDACTED | | | | | | |
| CODY EPLEY | REDACTED | | | | | | |
| CODY MAUSEY | REDACTED | | | | | | |
| CODY MURPHY | REDACTED | | | | | | |
| CODY TAYLOR | REDACTED | | | | | | |
| COLE WIDGER | REDACTED | | | | | | |
| COLLEEN WENDT | REDACTED | | | | | | |
| CORUM TURNER | REDACTED | | | | | | |
| CURTIS WEST | REDACTED | | | | | | |
| DANIEL ANDERSON | REDACTED | | | | | | |
| DANIEL HAMMANN | REDACTED | | | | | | |
| DANIEL SUMMERS | REDACTED | | | | | | |
| DANIEL WEBB | REDACTED | | | | | | |
| DANIEL WILSON | REDACTED | | | | | | |
| DANNY LAMPLEY | REDACTED | | | | | | |
| DAVID BENNETT | REDACTED | | | | | | |
| DAVID BRANDALISE | REDACTED | | | | | | |
| DAVID C ADAMS | REDACTED | | | | | | |
| DAVID CALES | REDACTED | | | | | | |
| DAVID LAWRENCE | REDACTED | | | | | | |
| DAVID STRICKLIN | REDACTED | | | | | | |
| DAVID TEAL | REDACTED | | | | | | |
| DAVID TERRY | REDACTED | | | | | | |
| DELMAR TRAVELSTEAD | REDACTED | | | | | | |
| DEMITRIOUS MACROPOULIS | REDACTED | | | | | | |
| DEREK CHAPPELL | REDACTED | | | | | | |
| DERRICK HINES | REDACTED | | | | | | |
| DONALD COTTER | REDACTED | | | | | | |
| DUSTIN KIELHORN | REDACTED | | | | | | |
| DUSTIN MELVIN | REDACTED | | | | | | |
| DUSTIN STEELE | REDACTED | | | | | | |
| DWIGHT JACKSON | REDACTED | | | | | | |
| EDDIE POPPLEWELL | REDACTED | | | | | | |
| ERIC GUNDERSON | REDACTED | | | | | | |
| ERIC NORMAN | REDACTED | | | | | | |
| ERIC RAMSEY | REDACTED | | | | | | |
| ERIK PRITCHETT | REDACTED | | | | | | |
| ETHAN KERLEY | REDACTED | | | | | | |
| FPA HAWKEYE FUND | REDACTED | | | | | | |
| FPA HAWKEYE-7 FUND | REDACTED | | | | | | |
| FRANK QUEEN | REDACTED | | | | | | |
| GABRIEL STEPHENSON | REDACTED | | | | | | |
| GARRY CLENDENIN | REDACTED | | | | | | |
| GARY ARROWOOD | REDACTED | | | | | | |
| GARY KRAGER | REDACTED | | | | | | |
| GARY MILES | REDACTED | | | | | | |
| GARY VETETO | REDACTED | | | | | | |
| GERALD WATERS | REDACTED | | | | | | |

Exhibit G
Registered Equity Holder Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| GIROLAMO INTRAVAIA | REDACTED | | | | | | |
| GREG JENNISON | REDACTED | | | | | | |
| GREGORY BEICHLER | REDACTED | | | | | | |
| GREGORY PATTON | REDACTED | | | | | | |
| GREGORY WOODS | REDACTED | | | | | | |
| GWENDOLYN FINNEGAN | REDACTED | | | | | | |
| HANNAH MARKS | REDACTED | | | | | | |
| HEATH BEICHNER | REDACTED | | | | | | |
| HEATH NICHOLSON | REDACTED | | | | | | |
| JACOB ALEXANDER | REDACTED | | | | | | |
| JACOB TAYLOR | REDACTED | | | | | | |
| JAMES BARNES | REDACTED | | | | | | |
| JAMES KERN | REDACTED | | | | | | |
| JAMES KEY | REDACTED | | | | | | |
| JAMES MARLER | REDACTED | | | | | | |
| JAMES PLUMLEY | REDACTED | | | | | | |
| JAMES ROWLEY | REDACTED | | | | | | |
| JAMES WILLIAMS | REDACTED | | | | | | |
| JAMEY CLARIDA | REDACTED | | | | | | |
| JAMIE KRIEG | REDACTED | | | | | | |
| JASON TRAYLOR | REDACTED | | | | | | |
| JEFFERY FLEMING | REDACTED | | | | | | |
| JEFFERY TAYLOR | REDACTED | | | | | | |
| JEFFREY CLINE | REDACTED | | | | | | |
| JERALD S SHAPIRO | REDACTED | | | | | | |
| JEREMIAH PRIBBLE | REDACTED | | | | | | |
| JEREMY DAVIS | REDACTED | | | | | | |
| JEREMY PANKEY | REDACTED | | | | | | |
| JERRY ADAMS | REDACTED | | | | | | |
| JERRY FLETCHER | REDACTED | | | | | | |
| JERRY HARKINS | REDACTED | | | | | | |
| JESSE DAVIS | REDACTED | | | | | | |
| JESSE STONE | REDACTED | | | | | | |
| JIMMY REYNOLDS | REDACTED | | | | | | |
| JOEL STOREY | REDACTED | | | | | | |
| JOHN DUTY | REDACTED | | | | | | |
| JOHN ETTER | REDACTED | | | | | | |
| JOHN NEAL | REDACTED | | | | | | |
| JOHN STURGEON | REDACTED | | | | | | |
| JOHNATHAN TRAVELSTEAD | REDACTED | | | | | | |
| JOHNNIE DODD | REDACTED | | | | | | |
| JOHNNIE DOTSON | REDACTED | | | | | | |
| JONATHAN EVANS | REDACTED | | | | | | |
| JONATHAN PHILLIPS | REDACTED | | | | | | |
| JONATHAN ZIMMERLE | REDACTED | | | | | | |
| JONATHON NAIL | REDACTED | | | | | | |
| JOSEPH LOWRY | REDACTED | | | | | | |
| JOSEPH MUCK | REDACTED | | | | | | |
| JOSEPH POTWORA | REDACTED | | | | | | |
| JOSHUA ANTHONY GANT | REDACTED | | | | | | |
| JOSHUA BELL | REDACTED | | | | | | |

Exhibit G
Registered Equity Holder Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| JOSHUA CULLERS | REDACTED | | | | | | |
| JOSHUA FISHER | REDACTED | | | | | | |
| JOSHUA GOODMAN | REDACTED | | | | | | |
| JOSHUA HAZEL | REDACTED | | | | | | |
| JOSHUA LAWRENCE | REDACTED | | | | | | |
| JOSHUA MCELROY | REDACTED | | | | | | |
| JOSHUA MOTSINGER | REDACTED | | | | | | |
| JOSHUA PAGE | REDACTED | | | | | | |
| JOSHUA PRIBBLE | REDACTED | | | | | | |
| JOSHUA SKELTON | REDACTED | | | | | | |
| JOSHUA WESTFALL | REDACTED | | | | | | |
| JOYCE YAHL | REDACTED | | | | | | |
| JUSTIN ADAMS | REDACTED | | | | | | |
| JUSTIN MCELROY | REDACTED | | | | | | |
| JUSTIN WALKER | REDACTED | | | | | | |
| JUSTUS CARTER | REDACTED | | | | | | |
| KALEB JOHNSON | REDACTED | | | | | | |
| KATERINA ZYCHOVA | REDACTED | | | | | | |
| KATHERINE THERIEN | REDACTED | | | | | | |
| KEITH KUBOW | REDACTED | | | | | | |
| KENNETH DEES | REDACTED | | | | | | |
| KENNY ATCHISON | REDACTED | | | | | | |
| KEVIN CHRISTIAN | REDACTED | | | | | | |
| KEVIN ERKMANN | REDACTED | | | | | | |
| KEVIN FULLER | REDACTED | | | | | | |
| KEVIN ROVEY | REDACTED | | | | | | |
| KEVIN WILL | REDACTED | | | | | | |
| KYLE LYNCH | REDACTED | | | | | | |
| KYLE PARKS | REDACTED | | | | | | |
| KYLE WILLI | REDACTED | | | | | | |
| LAREN MCFARLAND | REDACTED | | | | | | |
| LARRY REEG | REDACTED | | | | | | |
| LEE SCHROEDER | REDACTED | | | | | | |
| LEVI CRAIG | REDACTED | | | | | | |
| LUTHER BELCHER | REDACTED | | | | | | |
| MARCUS BURTON | REDACTED | | | | | | |
| MARCUS WILSON | REDACTED | | | | | | |
| MARK BARWICK | REDACTED | | | | | | |
| MARK KRAGER | REDACTED | | | | | | |
| MARK LENEVICH | REDACTED | | | | | | |
| MARK MCCURDY | REDACTED | | | | | | |
| MARK SCHUERGER | REDACTED | | | | | | |
| MATTHEW CLEVENGER | REDACTED | | | | | | |
| MATTHEW LEE | REDACTED | | | | | | |
| MATTHEW MITCHELL | REDACTED | | | | | | |
| MATTHEW STUBBLEFIELD | REDACTED | | | | | | |
| MELISSA WATERS | REDACTED | | | | | | |
| MICAH THOMAS | REDACTED | | | | | | |
| MICHAEL BEASLEY | REDACTED | | | | | | |
| MICHAEL D MANGRUM | REDACTED | | | | | | |
| MICHAEL DUNN | REDACTED | | | | | | |

Exhibit G
Registered Equity Holder Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| MICHAEL DYLAN MANGRUM | REDACTED | | | | | | |
| MICHAEL MURPHY | REDACTED | | | | | | |
| MICHAEL TAYLOR | REDACTED | | | | | | |
| MICHAEL VICKERY | REDACTED | | | | | | |
| MIKE LILLY | REDACTED | | | | | | |
| MITCHELL SCHOEN | REDACTED | | | | | | |
| NATHAN DOWDY | REDACTED | | | | | | |
| NATHAN LEE | REDACTED | | | | | | |
| NATHAN MCCORMICK | REDACTED | | | | | | |
| NATHAN MOULTON | REDACTED | | | | | | |
| NATHANIEL LLC | REDACTED | | | | | | |
| NEKKO WINK | REDACTED | | | | | | |
| NICHOLAS CULBRETH | REDACTED | | | | | | |
| NICHOLAS HAMMANN | REDACTED | | | | | | |
| NICHOLAS JOHNSON | REDACTED | | | | | | |
| NICHOLAS KELLEY | REDACTED | | | | | | |
| NICOLE BOREN | REDACTED | | | | | | |
| NOEL RESTIVO | REDACTED | | | | | | |
| NORA KAVNER | REDACTED | | | | | | |
| NORA KAVNER | REDACTED | | | | | | |
| NORMAN DECK | REDACTED | | | | | | |
| OLEN YOUNG | REDACTED | | | | | | |
| OLIVER CLINE | REDACTED | | | | | | |
| O'MELVENY & MYERS FBO ROBERT BLASHEK | REDACTED | | | | | | |
| ORFIRER TRUST 5/30/85 | REDACTED | | | | | | |
| PAMELA BARRERO | REDACTED | | | | | | |
| PARKER PHIPPS | REDACTED | | | | | | |
| PAUL CARNAGHI | REDACTED | | | | | | |
| PAUL PERRINE | REDACTED | | | | | | |
| PAUL RASH | REDACTED | | | | | | |
| PAUL SIDWELL | REDACTED | | | | | | |
| PAULA HALE | REDACTED | | | | | | |
| PHILIP HOOVER | REDACTED | | | | | | |
| PHILLIP BROWN | REDACTED | | | | | | |
| PROMETHIUS LLC | REDACTED | | | | | | |
| RANDALL STEPHENS | REDACTED | | | | | | |
| RANDY KIRKPATRICK | REDACTED | | | | | | |
| RANDY NOWLAND | REDACTED | | | | | | |
| RANDY ROBERTSON | REDACTED | | | | | | |
| RAYMOND HOWARD | REDACTED | | | | | | |
| RICKY LABOTTE | REDACTED | | | | | | |
| ROBBIE BASHAM | REDACTED | | | | | | |
| ROBERT GARDNER | REDACTED | | | | | | |
| ROBERT MARTIN | REDACTED | | | | | | |
| ROBERT MOORE | REDACTED | | | | | | |
| ROBERT MUSGRAVE | REDACTED | | | | | | |
| ROBERT PIKE | REDACTED | | | | | | |
| ROBERT SHAW | REDACTED | | | | | | |
| ROBIN SANDERS | REDACTED | | | | | | |
| ROGER CRAVENS | REDACTED | | | | | | |
| ROGER SMITH | REDACTED | | | | | | |

Exhibit G
Registered Equity Holder Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| RONALD BRYANT | REDACTED | | | | | | |
| RONALD MADINGER | REDACTED | | | | | | |
| RONALD MCELROY | REDACTED | | | | | | |
| RONDAL DAVIS | REDACTED | | | | | | |
| RORY PAYNE | REDACTED | | | | | | |
| ROY STEPP | REDACTED | | | | | | |
| RUSTIN SHELLEY | REDACTED | | | | | | |
| RYAN FARMER | REDACTED | | | | | | |
| RYAN MARKHAM | REDACTED | | | | | | |
| RYAN WILLIAMS | REDACTED | | | | | | |
| SAMUEL BROWNING | REDACTED | | | | | | |
| SASHA JOSIPOVIC | REDACTED | | | | | | |
| SCOTT JERALDS | REDACTED | | | | | | |
| SCOTT LEFLER | REDACTED | | | | | | |
| SEAN ROBINSON | REDACTED | | | | | | |
| SETH GINGER | REDACTED | | | | | | |
| SHANE QUERTERMOUS | REDACTED | | | | | | |
| SHANE RORER | REDACTED | | | | | | |
| SHANNON SANDERS | REDACTED | | | | | | |
| SHAWN STACY | REDACTED | | | | | | |
| SHERRY RADAE | REDACTED | | | | | | |
| SPENCER CALLAHAN | REDACTED | | | | | | |
| STACI LOWRY | REDACTED | | | | | | |
| STEPHEN BRANNAN | REDACTED | | | | | | |
| STEPHEN MITCHELL | REDACTED | | | | | | |
| STEVE ROYE | REDACTED | | | | | | |
| STEVE ULRICH | REDACTED | | | | | | |
| STEVE ZEDALIS | REDACTED | | | | | | |
| STEVEN CARTER | REDACTED | | | | | | |
| STEVEN KAHL | REDACTED | | | | | | |
| STEVEN KELLEY | REDACTED | | | | | | |
| THEODORE BIEGELEISEN | REDACTED | | | | | | |
| THOMAS GRISHAM | REDACTED | | | | | | |
| THOMAS M DURBIN | REDACTED | | | | | | |
| THOMAS OLBERDING | REDACTED | | | | | | |
| THOMAS RICHARD | REDACTED | | | | | | |
| THOMAS WEBSTER | REDACTED | | | | | | |
| TIM RUSSELL | REDACTED | | | | | | |
| TIMOTHY GILLIAM | REDACTED | | | | | | |
| TIMOTHY HILL | REDACTED | | | | | | |
| TIMOTHY PARSONS | REDACTED | | | | | | |
| TODD LEVERTON | REDACTED | | | | | | |
| TONY BARTON | REDACTED | | | | | | |
| TONY HARRIS | REDACTED | | | | | | |
| TRAVIS BROWN | REDACTED | | | | | | |
| TRAVIS CURRY | REDACTED | | | | | | |
| TRAVIS SPRAGUE | REDACTED | | | | | | |
| TRAVIS WYATT | REDACTED | | | | | | |
| TROY STRICKLIN | REDACTED | | | | | | |
| TROY ZUKAS | REDACTED | | | | | | |
| TYLER CARMICKLE | REDACTED | | | | | | |

In re: Foresight Energy LLC, *et al*.
Case No. 20-41308-659

Page 6 of 7

Exhibit G
Registered Equity Holder Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| TYLER RATH | REDACTED | | | | | | |
| TYLER SLONE | REDACTED | | | | | | |
| WENDELL WEATHERFORD | REDACTED | | | | | | |
| WESLEY DUNN | REDACTED | | | | | | |
| WESLEY KANE | REDACTED | | | | | | |
| WESTON GRIMES | REDACTED | | | | | | |
| WILLIAM PEARCE | REDACTED | | | | | | |
| WILLIAM RENNER | REDACTED | | | | | | |
| WILLIAM SHOVER | REDACTED | | | | | | |
| WILLIAM STEPHENSON | REDACTED | | | | | | |
| WILMA SIMMONS | REDACTED | | | | | | |
| YELIZAVETA ILYASHOV | REDACTED | | | | | | |
| ZACHARIAH LOWE | REDACTED | | | | | | |
| ZACHARY DENNEY | REDACTED | | | | | | |
| ZACHARY HART | REDACTED | | | | | | |

In re: Foresight Energy LLC, *et al* .
Case No. 20-41308-659