UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings |
| | ) | Under Chapter 11 |
| FORESIGHT ENERGY, L.P., et al. | ) | |
| | ) | |
| Debtors. | ) | Bk. No. 20-41308-659 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket Nos.:  206 and 277 |
| | ) | |

**NOTICE OF WITHDRAWAL OF
OBJECTION TO DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF BAILEY & GLASSER LLP
AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
*NUNC PRO TUNC* TO THE PETITION DATE**

MITCHELL/ROBERTS PARTNERSHIP, an Illinois Partnership; REBA L. MITCHELL, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; CARL INMAN, Independent Executor of the Estate of Russell J. Inman, Deceased; CAROL DEAN CRABTREE; ROBIN LYNNE KEE WILLIAMS; JOHN MILO KEE; J. EARL BALDWIN, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. EARL BALDWIN, Personal Representative of the Estate of Katherine Baldwin, Deceased; and DAVID SENSENEY, Executor of the Estate of Marguerite Boos, Deceased (collectively, the "Subsidence Rights Claimants"), by and through their undersigned attorneys, hereby withdraw their objection to the Debtors' *Application for an Order Authorizing the Retention and Employment of Bailey & Glasser LLP as Special Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date*.

                    SILVER LAKE GROUP, LTD.

By:   /s/ Steven M. Wallace

Steven M. Wallace #35738
6 Ginger Creek Village Drive
Glen Carbon, IL 62034
Phone: (618) 692-5275
Fax: (888) 519-6101
Email: steve@silverlakelaw.com

Thomas DeVore
118 N. Second Street
Greenville, IL 62246
Phone: (618) 664-9439
Fax (618) 664-9486
Email: tom@silverlakelaw.com

Counsel to the Subsidence Rights Claimants

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was served electronically this 15th day of April, 2020, via CM/ECF to all persons receiving notice through that system.

/s/ Steven M. Wallace