IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.* | ) | Case No. 20-41308-659 |
| | ) | |
| Debtor(s). | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that The Huntington National Bank hereby appears by its attorneys Buchanan Ingersoll & Rooney PC in the above-captioned case, and pursuant to Bankruptcy Rules 9010(a) and (b) requests that (a) it receive copies of all notices, pleadings, motions, orders to show cause, applications, requests, proposed orders and conformed copies of orders filed in all matters arising herein and (b) all such documents to be directed to counsel at the address set forth below.

Timothy P. Palmer, Esquire
(Admitted *pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building, Ste. 200
501 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: timothy.palmer@bipc.com

Date:  April 15, 2020          BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Timothy P. Palmer
Timothy P. Palmer
(Admitted *pro hac vice*)
Union Trust Building, Ste. 200
501 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: timothy.palmer@bipc.com
*Counsel to The Huntington National Bank*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.* | ) | Case No. 20-41308-659 |
| | ) | |
| Debtor(s). | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of April 2020, I served or caused to be served a true and correct copy of the attached Notice upon all interested parties via ECF notification.

Date: April 15, 2020        BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Timothy P. Palmer
Timothy P. Palmer
(Admitted *pro hac vice*)
Union Trust Building, Ste. 200
501 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: timothy.palmer@bipc.com
*Counsel to The Huntington National Bank*