**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date**: April 17, 2020 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 17, 2020**

Time of Hearing:    10:00 a.m. (Central Time)

Location of Hearing:  United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

**PLEASE BE ADVISED THAT** this hearing will be conducted telephonically through Court Solutions, which may be accessed at https://www.court-solutions.com/. If you are unable to access the conference call via the link above, please promptly contact Mr. John Howley at John_Howley@moeb.uscourts.gov prior to the hearing.

**I.    Matters Going Forward**

1.   **Bailey & Glasser Retention Application** - Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Bailey & Glasser LLP as Special Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 206]

    **Status**: The hearing on this matter is going forward on an uncontested basis.

    **Response Deadline**: April 10, 2020

    **Related Documents**: N/A

    **Responses Received**:

    Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Bailey & Glasser LLP as Special Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 277]

Notice of Withdrawal of Objection to Debtors' Application for an Order Authorizing the Retention and Employment of Bailey & Glasser LLP as Special Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 326]

Dated: April 15, 2020
St. Louis, Missouri

ARMSTRONG TEASDALE LLP

 */s/ Richard W. Engel, Jr.*
Richard W. Engel, Jr. (MO 34641)
John G. Willard (MO 67049)
Kathryn R. Redmond (MO 72087)
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Tel:    (314) 621-5070
Fax:    (314) 621-5065
Email: rengel@atllp.com
           jwillard@atllp.com
           kredmond@atllp.com

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander N. Woolverton (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
           aeaton@paulweiss.com
           awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

2