**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING MONTHLY INVOICE**

      Pursuant to (i) the *Final Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent and Administrative Advisor Effective as of the Petition Date*, dated April 7, 2020 [Docket No. 249], (ii) the *Order (A) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Granting Related Relief*, dated March 13, 2020 [Docket No. 122], and (iii) Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Eastern District of Missouri, Prime Clerk LLC hereby files the attached invoice for services provided during the period from March 10, 2020 through March 31, 2020.[1]

Dated:  April 16, 2020
         New York, New York

/s/ *Shira D. Weiner*
Shira D. Weiner
General Counsel
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, New York 10165
Tel: (212) 257-5450
Email: sweiner@primeclerk.com

*Administrative Advisor to the Debtors*

---

[1] The amount of fees requested in the attached invoice has been discounted to $10,572.30 in accordance with the terms of Prime Clerk's retention.

Prime Clerk | A Division of DUFF & PHELPS

One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through March 2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| MHI | Hill, Mike | DI - Director | 1.10 | $195.00 | $214.50 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 2.80 | $195.00 | $546.00 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 20.70 | $195.00 | $4,036.50 |
| JPL | Plerqui, Justin | SA - Solicitation Consultant | 18.00 | $195.00 | $3,510.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 12.40 | $215.00 | $2,666.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 0.50 | $215.00 | $107.50 |
| DS | Sharp, David | DS - Director of Solicitation | 3.10 | $215.00 | $666.50 |
| | | **TOTAL:** | **58.60** | | **$11,747.00** |

## Hourly Fees by Task Code through March 2020

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| CORP | Corporate Actions | 14.80 | $3,082.00 |
| INQR | Call Center / Credit Inquiry | 40.00 | $7,916.00 |
| SOFA | Schedules & SOFA | 1.10 | $214.50 |
| SOLI | Solicitation | 2.70 | $534.50 |
| | **TOTAL:** | **58.60** | **$11,747.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 03/10/20 | SLL | SA | Coordinate with Alexander Woolverton (Paul Weiss) re obtaining registered equity and warrant lists | Solicitation | 0.70 |
| 03/15/20 | ATO | DS | Prepare for and participate in telephone conference with Alexander Woolverton at Paul, Weiss related to DIP syndication event | Corporate Actions | 0.30 |
| 03/16/20 | ATO | DS | Prepare for and participate in telephone conference with Ryan Kim at Akin Gump related to DIP syndication event | Corporate Actions | 0.40 |
| 03/16/20 | ATO | DS | Review and respond to inquiries from Alexander Woolverton at Paul, Weiss related to DIP syndication event | Corporate Actions | 0.40 |
| 03/16/20 | ATO | DS | Confer and coordinate with Anna Jadonath and Senan Lonergan at Prime Clerk regarding DIP syndication event | Corporate Actions | 0.60 |
| 03/18/20 | ATO | DS | Review DIP syndication documents in preparation for DIP syndication event | Corporate Actions | 0.20 |
| 03/18/20 | CP | DS | Coordinate with Prime Clerk case team regarding comments to DIP syndication documents | Corporate Actions | 0.20 |
| 03/18/20 | SLL | SA | Review DIP syndication documents in preparation for the upcoming DIP syndication | Corporate Actions | 1.40 |
| 03/19/20 | ATO | DS | Review DIP syndication documents in preparation for DIP syndication event | Corporate Actions | 2.20 |
| 03/19/20 | ATO | DS | Confer and coordinate with Senan Lonergan at Prime Clerk related to DIP syndication event | Corporate Actions | 0.40 |
| 03/19/20 | MHI | DI | Coordinate Schedules and Statements work flow | Schedules & SOFA | 0.40 |
| 03/20/20 | ATO | DS | Review DIP syndication documents in preparation for DIP syndication event | Corporate Actions | 1.70 |
| 03/20/20 | ATO | DS | Prepare for and participate in telephone conference with Ryan Kim at Akin Gump related to DIP syndication event | Corporate Actions | 0.60 |
| 03/20/20 | SLL | SA | Coordinate with Alexander Woolverton (Paul Weiss) and Amy Zuccarello (Sullivan) re lender register for the DIP syndication | Corporate Actions | 0.80 |
| 03/22/20 | ATO | DS | Review DIP syndication documents in preparation for DIP syndication event | Corporate Actions | 0.60 |
| 03/24/20 | ATO | DS | Review and respond to inquiries from Patrick Steel at Paul, Weiss related to solicitation | Solicitation | 0.40 |
| 03/24/20 | ATO | DS | Review and respond to inquiries from Ryan Kim at Akin Gump related to DIP syndication event | Corporate Actions | 0.60 |
| 03/24/20 | JPL | SA | Review solicitation documents in preparation for solicitation | Solicitation | 0.90 |
| 03/24/20 | SLL | SA | Respond to creditor inquiries related to DIP Syndication | Call Center / Credit Inquiry | 2.10 |
| 03/25/20 | ATO | DS | Respond to nominee inquiries related to DIP syndication | Call Center / | 0.80 |

| Date | Initials | Dept | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | event | Credit Inquiry | |
| 03/25/20 | JPL | SA | Respond to creditor inquiry related to solicitation | Call Center / Credit Inquiry | 3.50 |
| 03/25/20 | JPL | SA | Review solicitation documents in preparation for solicitation | Solicitation | 0.70 |
| 03/25/20 | SLL | SA | Respond to inquiries related to DIP Syndication | Call Center / Credit Inquiry | 2.70 |
| 03/26/20 | ATO | DS | Respond to nominee inquiries related to DIP syndication event | Call Center / Credit Inquiry | 2.80 |
| 03/26/20 | DS | DS | Participate in conference call with S Lonergan and A Orchowski (Prime Clerk) and J Lazarus (JPM) regarding DIP offer procedures | Corporate Actions | 0.40 |
| 03/26/20 | DS | DS | Review and quality control DIP syndication inquiry requests | Call Center / Credit Inquiry | 0.40 |
| 03/26/20 | DS | DS | Review DIP syndication documents and procedures | Corporate Actions | 1.20 |
| 03/26/20 | JPL | SA | Respond to creditor inquiry related to solicitation | Call Center / Credit Inquiry | 5.90 |
| 03/26/20 | SLL | SA | Respond to inquiries related to DIP Syndication | Call Center / Credit Inquiry | 10.40 |
| 03/27/20 | ATO | DS | Respond to nominee inquiries related to DIP syndication event | Call Center / Credit Inquiry | 0.40 |
| 03/27/20 | DS | DS | Review and quality control solicitation inquiry requests | Call Center / Credit Inquiry | 0.40 |
| 03/27/20 | JPL | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 3.80 |
| 03/27/20 | MHI | DI | Confer and correspond with Prime Clerk team (S Perry) re preparation of Schedules and SOFA | Schedules & SOFA | 0.40 |
| 03/27/20 | MHI | DI | Confer and coordinate with FTI Consulting team (P Hansen, J Hinman, A Boyko) regarding Schedules and SOFA | Schedules & SOFA | 0.30 |
| 03/28/20 | SLL | SA | Respond to inquiries related to DIP syndication | Call Center / Credit Inquiry | 0.50 |
| 03/29/20 | AJAD | SA | Customize proprietary database to capture the customized DIP syndication subscription forms | Corporate Actions | 2.80 |
| 03/30/20 | DS | DS | Review and quality control DIP syndication inquiry requests | Call Center / Credit Inquiry | 0.70 |
| 03/30/20 | JPL | SA | Respond to creditor inquiry related to DIP syndication form | Call Center / Credit Inquiry | 3.20 |
| 03/30/20 | SLL | SA | Respond to inquiries related to DIP syndication | Call Center / Credit Inquiry | 1.40 |
| 03/31/20 | CP | DS | Monitor and quality assurance review of DIP syndication inquiries in coordination with Prime Clerk case team | Call Center / Credit Inquiry | 0.30 |
| 03/31/20 | SLL | SA | Respond to inquiries related to DIP syndication | Call Center / Credit Inquiry | 0.70 |
| | | | | **Total Hours** | **58.60** |