**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket No.: 123 |

**DECLARATION AND DISCLOSURE**
**STATEMENT OF MICHAEL J. BARRIE**
**ON BEHALF OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

Michael J. Barrie, declares and says:

1. I am a partner of Benesch, Friedlander, Coplan & Aronoff LLP, which has its principal office located at 200 Public Square, Suite 2300, Cleveland, Ohio 44114 (the "Firm").

2. Foresight Energy LP and its affiliated debtors and debtors in possession in the above-captioned cases (the "Debtors") have requested that the Firm provide services to the Debtors, and the Firm has consented to provide those services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may be represented or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

4. Neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5. Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than partners and associates of the Firm.

6. The Debtors owe the Firm $33,008.34 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this Declaration.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on April 17, 2020.

    */s/ Michael J. Barrie*
Michael J. Barrie
Partner, Benesch, Friedlander, Coplan & Aronoff LLP

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, et al., | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket No.: 123 |

**RETENTION QUESTIONNAIRE**

To Be Completed by Professionals Employed By: Foresight Energy LP, et al. (the "<u>Debtors</u>")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS TO:</u>

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Attention: Alice Belisle Eaton and Patrick M. Steel

All questions **must** be answered. Please use "none," "not applicable," or "N/A" as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Benesch, Friedlander, Coplan & Aronoff LLP

    200 Public Square, Suite 2300

    Cleveland, OH 44114

    Date of retention: October 2, 2017

2. Brief description of services to be provided:

    General legal services, including litigation and regulatory matters

3. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

 (a) Range of hourly rates (if applicable):  $245-$730 (average $490)

 (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):  $5,000-$10,000

4. Prepetition claims against any of the Debtors held by the firm:

 Amount of claim: $  $33,008.34

 Date claim arose:  A/R as of Petition Date

 Source of claim:  Legal services

5. Prepetition claims against any of the Debtors held individually by any of the firm's professionals:

 Name:  N/A

 Status:  N/A

 Amount of claim: $  N/A

 Date claim arose:  N/A

 Source of claim:  N/A

6. Stock of any of the Debtors currently held by the firm:

 Kind of shares:  N/A

 No. of shares:  N/A

7. Stock of any of the Debtors currently held individually by any of the firm's professionals:

 Name:  N/A

 Status:  N/A

 Kind of shares:  N/A

 No. of shares:  N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the firm is to be employed.

   N/A

9.     Name of individual completing this form:

                      Michael Barrie, Esq.