# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 11 |
| FORESIGHT ENERGY, L.P., et al. | ) | |
| | ) | |
| Debtors. | ) | Bk. No. 20-41308-659 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline:  May 7, 2020 |
| | ) | Hearing Date:  May 14, 2020 |
| | ) | Hearing Time: 10:00 a.m. (Central Time) |
| | ) | Hearing Location:  Courtroom 7 North |

## NOTICE OF HEARING ON MOTION AND DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE**: The motion listed below (the "Motion") is scheduled for hearing on **May 14, 2020 at 10:00 a.m**. **(Central Time)** at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse,   111 S. 10th Street, 7th Floor – North Courtroom, St. Louis, Missouri 63102:

• *Motion for Relief from the Automatic Stay* filed by **Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne, Deceased**
 [Docket Number 341]

**WARNING: THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING.   IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY May 7, 2020.**

**YOUR OBJECTION MUST STATE WHY A MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE A MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

GOLDENBERG HELLER & ANTOGNOLI, P.C.

By:/s/ *Joel A. Kunin*, Esq.
    Joel A. Kunin
    2227 South State Route 157
    Edwardsville, IL 62025
    Telephone: 618.656.5150
    Facsimile: 618.656.6230
    Email: jkunin@ghalaw.com

*Attorneys for Movant Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne, Deceased*

**Certificate of Service**

The undersigned certifies that a true and correct copy of the foregoing was served electronically this 17th day of April, 2020, via CM/ECF to all persons receiving notice through that system. The undersigned further certifies that a true and correct copy of the foregoing was served this 17th day of April, 2020, on all parties on the Debtors' most recent Master Notice list dated April 7, 2020 (a) by email, where email addresses are provided and (b) by the United States Postal Service, postage fully prepaid, in the event the most recent Master Notice List does not include an email address.

/s/ Megan Biggs

2