# EXHIBIT A

# Declaration

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### DECLARATION OF BARRY KLINCKHARDT IN SUPPORT OF APPLICATION TO RETAIN AND EMPLOY AFFINITY LAW GROUP, LLC AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, Barry Klinckhardt, hereby declare (the "Declaration") pursuant to 28 U.S.C. § 1746, that the following statements are true and correct, to the best of my knowledge and belief, after due inquiry as described herein.

1. John Fabick Tractor Company/ Fabick Mining, Inc. ("Fabick") is a member of the Official Committee of Unsecured Creditors of Foresight Energy LP, *et al.,* (the "Committee") in the above-referenced chapter 11 cases and, as the designated representative of Fabick, I serve as Chair of the Committee. In conjunction with the other members of the Committee, I have oversight over the legal costs associated with the Committee's professionals. I am authorized to submit this Declaration in support of the Application for Entry of an Order Authorizing the Retention and Employment of Affinity Law Group, LLC ("Affinity") as Local Counsel to the Official Committee of Unsecured Creditors of Debtors Foresight Energy LP, *et al.*

2. The Committee consulted with Whiteford, Taylor & Preston, LLP, primary counsel to the Committee, and various other parties in selecting its local counsel in these cases. After due deliberation, the Committee selected Affinity because of its extensive bankruptcy and coal industry Chapter 11 Bankruptcy Case experience, including in Arch Coal, Peabody Energy and Armstrong Energy. When deciding whom to hire as local

counsel, the Committee took measures to ensure that counsel's billing rates and material terms for the engagement were comparable to the billing rates and terms for similar engagements and other non-bankruptcy engagements and comparable to other comparably skilled professionals. The Committee also discussed the delegation of work among the Committee's professionals to minimize and avoid duplication.

3. The Committee recognizes that during the course of these chapter 11 cases it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by counsel for the Committee. The Committee will review the invoices that Affinity submits and understands that counsel's fees and expenses are subject to approval by the Bankruptcy Court and review by the Office of the United States Trustee and the Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 17, 2020

Barry Klinckhardt, General Counsel
John Fabick Tractor Company/Fabick Mining, Inc.
Chair, *Official Committee of Unsecured Creditors of Foresight Energy LP, et al.*