# EXHIBIT B

# Declaration

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF J. TALBOT SANT, JR. IN SUPPORT OF
## APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
## THE RETENTION AND EMPLOYMENT OF
## AFFINITY LAW GROUP, LLC AS LOCAL COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, J. Talbot Sant, Jr., being duly sworn, state the following under penalty of perjury:

1.      I am an attorney in the law firm of Affinity Law Group, LLC ("Affinity"), with offices at 1610 Des Peres Road, Suite 100, St. Louis, Missouri 63131, and I am duly authorized to make this declaration (the "Declaration") on behalf of Affinity.  I am an attorney duly admitted and in good standing to practice before the Courts of the State of Missouri, the United States District Court for the Eastern District of Missouri, and the United States Court of Appeals for the Eighth Circuit.  There are no disciplinary proceedings pending against me.

2.      I submit this Declaration in support of the Application[1] pursuant to § 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014(A), 2016-1, and 2016-2, for entry of an order authorizing the retention and employment of Affinity as local counsel to the Committee effective as of March 19, 2020.  Except as otherwise indicated, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

---

[1] Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Application.

## SERVICES TO BE PROVIDED

3.      Affinity has substantial experience in representing parties-in-interest in reorganizations and recognized expertise in the field of creditors' rights and business reorganization under chapter 11 of the Bankruptcy Code. That expertise includes representing unsecured creditors' committees, having recently represented the unsecured creditors committee as local counsel in the Chapter 11 bankruptcy cases of Armstrong Energy, Inc et al; and representing unsecured creditors committee members, including in Peabody Energy and Arch Coal Chapter 11 Cases.

4.      In connection with these Chapter 11 cases, the Committee has requested court authorization to retain Affinity as local counsel to the Committee to assist Whiteford Taylor & Preston, LLP with provision of certain services to the Committee, including, but not limited to, the following:

     a.      advise the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules and the Local Rules;

     b.      assist and advise the Committee in its consultation with the Debtors relative to the administration of these chapter 11 cases;

     c.      attend meetings and negotiate with the representatives of the Debtors and other parties-in-interest;

     d.      assist and advise the Committee in its examination and analysis of the conduct of the Debtors' affairs;

     e.      assist and advise the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

f.      assist the Committee in the review, analysis and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assist the Committee in the review, analysis and negotiation of the disclosure statement accompanying any such plan(s);

g.      take all necessary action to protect and preserve the interests of the Committee, including (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates;

h.      generally prepare, on behalf of the Committee, all necessary motions, applications, answers, orders, reports, replies, responses and papers in support of positions taken by the Committee;

i.      appear, as appropriate, before the Court, the appellate courts, and the United States Trustee, and protect the interests of the Committee before those courts and before the United States Trustee; and

j.      perform all other necessary legal services in these chapter 11 cases.

## **PROFESSIONAL COMPENSATION**

5.      As of the date of execution of this Declaration, the ranges of Affinity's standard hourly rates[2] are as follows:

---

[2] Affinity shall provide 10-business days' notice to the Committee, the Debtors, and the United States Trustee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court. The United States Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code.

a.  the hourly rates for partners and of counsel range from $295-$400 per
    hour, based upon a variety of factors, including seniority, distinction, and
    expertise in one's field;

b.  the hourly rate for "associates" is $250 per hour;

c.  the hourly rates for paraprofessionals range from $100-$140 per hour.[3]

6.      Affinity's hourly rates are set at a level designed to fairly compensate the Firm for
the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.
These hourly rates are subject to periodic adjustment to reflect economic and other conditions
and are consistent with the rates charged elsewhere. I believe that these rates, and the terms and
conditions of Affinity's employment are reasonable.

7.      In addition to the hourly rates set forth above, Affinity customarily charges its
clients for all reimbursable expenses incurred, including photocopying charges, facsimile
transmissions, messengers, courier mail, overtime meals, overtime and late night transportation,
travel, lodging, meal charges for business meetings, postage, printing, transcripts, filing fees, and
similar items. Affinity will seek to be reimbursed, subject to the Court's approval, for all actual
out-of-pocket expenses incurred by Affinity on the Committee's behalf. All requests for
reimbursement of expenses will be consistent with guidelines established by the Bankruptcy
Court and/or the United States Trustee's office.

8.      No promises have been received by Affinity, any partner, any attorney who is "of
counsel" to Affinity, or any associate of Affinity, as to compensation in connection with these

---

[33] Although Affinity does not anticipate using contract attorneys during these Chapter 11 cases, in the unlikely event
that it becomes necessary to use contract attorneys, Affinity will not charge a markup to the Debtors with respect to
fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in
connection with work performed by Affinity will be subject to conflict checks and disclosures in accordance with the
requirements of the Bankruptcy Code. While the rate ranges provided for in the Application may change.

chapter 11 cases, other than in accordance with the standard agreement between of counsel and

the firm applicable to division of funds collected applicable to all matters, and in accordance

with the provisions of the Bankruptcy Code. Affinity has also advised the Committee that neither

Affinity, nor any partner of Affinity, any attorney who is "of counsel" to Affinity, any associate

of Affinity, or any contract attorney of Affinity, has any agreement with any other entity to share

with such entity any compensation received by Affinity in connection with these chapter 11

cases, separate and apart from the standard agreement between Affinity and of counsel regarding

division of funds collected applicable to all legal matters on which of counsel works or that are

performed on behalf of client brought in by counsel .

## DISINTERESTEDNESS AND DISCLOSURE OF CONNECTIONS

9.      In order to ascertain Affinity's "connections," as that term is used in Bankruptcy

Rule 2014, with the Debtors, the Debtors' creditors, and other parties-in-interest in these chapter

11 cases, Affinity's office management and paralegals, under my supervision, conducted an

internal search to identify any "connections" with any creditors and parties-in-interest as of the

Petition Date based on a list, Schedule 1 attached and incorporated, provided to Affinity by the

Debtors' counsel (collectively, the "Interested Parties"). This internal inquiry regarding the

Interested Parties was consistent with its normal and customary practices to determine if Affinity

currently represents or formerly represented any of the Interested Parties within the past three

years. As set forth on Schedule 1, the following is a list of the categories of Interested Parties that

Affinity has searched to date:

      a.   Current Officers and Directors

      b.   Attorneys, Professionals and Financial Advisors

      c.   Ordinary Course Professionals

d.  Debtors

e.  Five Percent and Greater Shareholders and Beneficial Owners

f.  Lenders

g.  Bondholders

h.  Creditor Advisors

i.  Former Officers and Directors

j.  Insurance Brokers

k.  Insurers

l.  Letter of Credit Beneficiaries

m.  Non-Debtor Affiliates

n.  Ordinary Course Professionals

o.  Parties to Significant Litigation

p.  Regulatory Agencies

q.  Royalty Contract Counterparties

r.  Significant Competitors

s.  Significant Customers

t.  Significant Financial Institutions

u.  Significant Suppliers, Shippers, Warehousemen, and Vendors

v.  Significant Taxing Authorities

w.  Surety Issuers

x.  Surety Obligees

y.  Top 50 Unsecured Creditors

z.  Utilities

aa. Creditor Advisors

bb. Key Court Personnel (Eastern District of Missouri).

10.     Affinity searched the names of the Interested Parties in a computer system containing the names of current and former clients of Affinity. This search revealed that certain Interested Parties are or may be current or former Affinity clients within the last three years, as identified on Schedule 2.

11.     Based on the results of this search, and through direct inquiries with Affinity attorneys as necessary, it was determined that the representation of the Interested Parties disclosed on Schedule 2 hereto concerned matters unrelated to these chapter 11 cases.

12.     The status of entities identified as Interested Parties by the Debtors may have changed or could change during the pendency of the chapter 11 cases without Affinity's knowledge. Affinity will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new or relevant facts or relationships are discovered or arise, Affinity will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

13.     Affinity does not hold or represent any interest adverse to the Debtors' estates and, except as disclosed below, does not have any "connections" to the Debtors' creditors, affiliates, other parties-in-interest and potential parties-in-interest, the Assistant United States Trustees for the Eastern District of Missouri and attorneys employed by such office, or any judge in the United States Bankruptcy Court for the Eastern District of Missouri. Accordingly, Affinity is a "disinterested person," as that term is defined in § 101(14) of the Bankruptcy Code, and

Affinity's employment is necessary and in the best interests of the Debtors and the Debtors'

estates.

14.     As specifically set forth below and in the annexed appendices, Affinity represents

or has represented certain of the Debtors' creditors or other parties-in-interest in matters

unrelated to the Debtors and these chapter 11 cases; however, none of the representations

described herein is materially adverse to the interests of the Debtors' estates.  As part of its

customary practice, Affinity is retained in cases, proceedings, and transactions involving many

different parties throughout the United States and worldwide, some of whom may represent or be

employed by the Debtors, claimants, and parties-in-interest in these chapter 11 cases. Affinity

believes that its representation of such parties has not affected and will not affect its

representation of the Committee in these chapter 11 cases.

15.     Affinity has in the past: served as local counsel to Baker & Hostetler LLP, as

primary counsel to an official unsecured creditors' committee in matters wholly unrelated to

these chapter 11 cases; and represented Knight Hawk Coal LLC, in an employment matter

wholly unrelated to these chapter 11 cases.

16.     Affinity will not represent the Committee in an adversary proceeding or other

litigation against any current client of Affinity without obtaining appropriate waivers where

necessary or appropriate. In addition, Affinity will not represent any client in any matter

involving the Debtors or these chapter 11 cases while retained as the Committee's counsel in

these chapter 11 cases. Affinity will notify the United States Trustee of any waivers it receives

during the pendency of the Debtors' bankruptcy cases. If any matters arise with respect to which

Affinity cannot obtain a necessary waiver, the Committee will use Affinity or conflicts counsel

to represent the interests of the Committee.

17.     To the extent the Committee seeks to retain additional professionals to represent
the Committee in any matters relating to these chapter 11 cases, Affinity will make all reasonable
efforts not to duplicate the services rendered by these professionals.

<u>**STATEMENT REGARDING REVISED UST GUIDELINES**</u>

18.     Affinity intends to apply for compensation for professional services rendered and
reimbursement of expenses incurred in connection with these chapter 11 cases in compliance
with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the
Revised UST Guidelines, and any other applicable procedures and orders of the Court. The
following information is provided in response to the request for additional information set forth
in the Fee Guidelines in compliance with paragraph D, section 1, as follows:

<u>**Question:**</u>    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

<u>**Response:**</u>    No.

<u>**Question:**</u>    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

<u>**Response:**</u>    No.

<u>**Question:**</u>    If you represented the client in the twelve (12) months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the twelve (12) months prepetition. If your billing rates and material financial terms have changed postpetition, explain  the difference and the reasons for the difference.

<u>**Response:**</u>    Affinity did not represent the Committee prior to these chapter 11 cases.

<u>**Question:**</u>    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

9

**Response:**  The Committee and Affinity, with Whiteford Taylor & Preston, LLP expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court for the first interim period, recognizing that in the course of these chapter 11 cases, there may be unforeseeable fees and expenses that will need to be addressed by the Committee and Affinity. The Committee will continue to review the staffing plan and budget, along with Affinity's invoices, and together with Whiteford Taylor & Preston, LLP, adjust as may be necessary or appropriate.

## AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

19.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Affinity is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, as required by § 1103 of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors, and (b) Affinity has no connection to the Debtors, their creditors or other parties-in-interest except as disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17 2020

By: */s/ J. Talbot Sant, Jr.*
J. Talbot Sant, Jr., 35324MO
Affinity Law Group, LLC
1610 Des Peres Road, Suite 100
St. Louis, Missouri 63131
(314) 872-3333 Telephone
(314) 872-3365 Facsimile
tsant@affinitylawgrp.com

*Proposed Local Counsel to the Official Committee
of Unsecured Creditors of Foresight Energy LP,
et al.*

10

## **SCHEDULE 1**

List of Interested Parties

## Schedule 1

### Interested Parties

#### Current Officers and Directors:
Brian Sullivan
Cody Nett
Daniel Hermann
Jeremy Harrison
Lesslie Ray
Nicholas Casey
Robert Moore
Robert Murray

#### Attorneys, Professionals and Financial Advisors:
FTI Consulting
Jefferies Group LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP

#### Ordinary Course Professionals:
Benesch, Friedlander, Coplan and Aronoff LLP
Bingham Greenebaum Doll LLP
Black Ballard Mcdonald PC
Ciuni & Panichi
Corporate Service Company
Dinsmore and Shohl LLP
Ernst & Young LLP
Greensfelder, Hemker & Gale, P.C.
Hardy Pence PLLC
Heyl, Royster
Kupiec & Martine, LLC
Ogletree Deakins Nash
Pillsbury Winthrop Shaw Pittman LLP
Polsinelli PC
Pricewaterhousecoopers LLP
Protiviti INC
Sandberg Phoenix & Von Gontard PC
Shands, Elbert, Gianoulakis & Giljum, LLP
Swanson Martin & Bell LLP
The Brennan Group, LLC
Wilson Elser Moskowitz Edelman & Dicker LLP

#### Debtors:
Adena Resources, LLC

Akin Energy LLC
American Century Mineral LLC
American Century Transport LLC
Coal Field Construction Company LLC
Coal Field Repair Services LLC
Foresight Coal Sales LLC
Foresight Energy Employee Services Corporation
Foresight Energy Finance Corporation
Foresight Energy GP LLC
Foresight Energy Labor LLC
Foresight Energy LLC
Foresight Energy LP
Foresight Energy Services LLC
Foresight Receivables LLC
Hillsboro Energy LLC
Hillsboro Transport LLC
LD Labor Company LLC
Logan Mining LLC
Mach Mining, LLC
Macoupin Energy LLC
Maryan Mining LLC
M-Class Mining, LLC
Oeneus LLC
Patton Mining LLC
Seneca Rebuild LLC
Sitran LLC
Sugar Camp Energy, LLC
Tanner Energy LLC
Viking Mining LLC
Williamson Energy, LLC

#### Five Percent and Greater Shareholders and Beneficial Owners:
Accipiter Capital Management, LLC
Christopher Cline
Cline Trust Company, LLC
Murray Energy Corporation

#### Lenders:
AIG SENIOR FLOAT RATE
AMERICAN HONDA MASTER RETIRE
ASSURANT CLO I LTD
ASSURANT CLO II LTD

ASSURANT CLO III LTD
ASSURANT CLO IV LTD
B&M CLO 2014-1 LTD
BANK OF AMERICA N.A
BARCLAYS BANK PLC NY
BDCA-CB FUNDING LLC
BEN ST PTR SNR SEC MST NON US
BEN ST PTR SNR SEC U MF NON US
BEN ST PTRS CAP OPP FD LP
BEN ST PTRS SEN SEC OPP FD LP
BENEFIT SRTEET PTRS CLO V-B
BENEFIT ST PARTNERS CLO VII
BENEFIT STREET PARTNERS SMA LM
BENEFIT STREET PARTNERS SMA-K
BENEFIT STREET PTNRS CLO I
BENEFIT STREET PTNRS CLO II
BENEFIT STREET PTNRS CLO III
BENEFIT STREET PTNRS CLO IV
BENEFIT STREET PTNRS CLO IX
BENEFIT STREET PTNRS CLO VI
BENEFIT STREET PTNRS CLO VIII
BENEFIT STREET PTNRS CLO X
BENEFIT STREET PTNRS CLO XI
BENEFIT STREET PTNRS CLO XII
BENEFIT STREET PTNRS CLO XIV
BENEFIT STREET PTNRS CLO XV
BENEFIT STREET PTRS CLO XVI
BLACK DIAMOND CLO 2013-1 LTD
BLACK DIAMOND CLO 2014-1 LTD
BLUEMOUNTAIN CLO 2013-1 LTD
BLUEMOUNTAIN CLO 2014-2 LTD
BLUEMOUNTAIN CLO 2015-1 LTD
BLUEMOUNTAIN CLO 2015-2 LTD
BLUEMOUNTAIN CLO 2015-3 LTD
BLUEMOUNTAIN CLO 2015-4 LTD
BLUEMOUNTAIN CLO 2016-1 LTD
BLUEMOUNTAIN CLO 2016-3 LTD
BLUEMOUNTAIN CLO 2018-1
BLUEMOUNTAIN CLO 2018-2 LTD
BLUEMOUNTAIN CLO 2018-3 LTD
BLUEMOUNTAIN FUJI US CLO II
BRITISH COAL STAFF
SUPERANNUATION SCHEME
BSP SPECIAL SITUATIONS MST A
CENT CLO 19 LIMITED
CENT CLO 21 LIMITED
CENT CLO 24 LIMITED
CHUBB BERMUDA INSURANCE LTD
CHUBB TEMPEST REINSURANCE LTD

CITI LOAN FUNDING CHELT LLC
CITY OF PHOENIX EMP RET PLAN
CLINE RESOURCE AND DEV COMPANY
COLUMBIA CENT CLO 27 LTD
COLUMBIA CENT CLO 28 LIMITED
COLUMBIA FLOATING RATE FUND
CORBIN ERISA OPPORTUNITY FUND
CORBIN OPPORTUNITY FUND LP
CORPORATE CAPITAL TRUST II
CREDIT SUISSE LOAN FUNDING LLC
CVP CASCADE CLO-2 LTD.
CVP CASCADE CLO-I LTD.
CVP CLO 2017-1 LTD
CVP CLO 2017-2 LTD
DDJ CAP MAN GP TRUST-HYF 2017
DESTINATIONS CORE FIXED INC FD
DEUTSCHE BANK AG CAYMAN ISLAND
DOUBLELINE CORE FIXED INCOME
DOUBLELINE FLEXIBLE INC FD
DOUBLELINE FLOATING RATE FUND
DOUBLELINE INCOME SOLUTIONS FD
DOUBLELINE OPP INC MASTER FUND
DOUBLELINE OPPORTUNISTIC CR FD
DOUBLELINE SHILLER ENHANCED
ELLINGTON CLO I
ELLINGTON CLO II LTD
ELLINGTON CLO III LTD
ELLINGTON CLO IV LTD
FRANKLIN LTD DURATION INC TST
FS INVESTMENT CORPORATION II
FS INVESTMENT CORPORATION III
FS MULTI ALTERNATIVE INCOME FD
GENERAL ORG FOR SOCIAL INS
GN3 SIP LIMITED
GOLDENTREE 2004 TRUST
GOLDENTREE CREDIT OPPS 2012-1
GOLDENTREE LOAN MGMT US CLO 2
GOLDENTREE LOAN MGMT US CLO 4
GOLDENTREE LOAN MGMT US CLO I
GOLDENTREE LOAN MGT US CLO 3
GOLDENTREE LOAN OPPS IX LTD
GOLDENTREE LOAN OPPS X LTD
GOLDENTREE LOAN OPPS XI LTD
GOLDENTREE LOAN OPPS XII LTD
GOLDMAN SACHS LENDING PTNRS
GT LOAN FINANCING I LTD
GT NM LP
GTAM 110 DAC
HARTFORD TOTAL RETURN BOND ETF

HARTFORD TOTAL RETURN BOND HLS
HEALTH NET OF CALIFORNIA INC
HIGH YIELD AND BANK LOAN SERIE
HYFI AQUAMARINE LOAN FUND
IVY APOLLO MULTI-ASSET INCOME
IVY APOLLO STRATEGIC INCOME FD
IVY HIGH INCOME FUND
IVY HIGH INCOME OPPORTUNITIES
IVY VIP HIGH INCOME
JNL/DOUBLELINE CORE FIXED INC
JNL/DOUBLELINESHILLER ENHANCED
JNL/FPA+DOUBLELINE FLEX ALL FD
JOHN HANCOCK VARIABLE INS TST
KKR BESPOKE GLO CR OPP IRELAND
KKR CLO 10 LTD
KKR CLO 11 LTD
KKR CLO 12 LTD
KKR CLO 13 LTD
KKR CLO 14 LTD
KKR CLO 15 LTD
KKR CLO 16 LTD
KKR CLO 17 LTD
KKR CLO 18 LTD
KKR CLO 19 LTD
KKR CLO 20 LTD
KKR CLO 21 LTD
KKR CLO 22 LTD
KKR CLO 23 LTD
KKR CLO 24 LTD
KKR CLO 25 LTD
KKR CLO 9 LTD
KKR DAF GL OPP CR FD DAC
KKR FINANCIAL CLO 2013-1 LTD
KKR GLOBAL CR OPPS MASTER FUND
KKR INCOME OPPS FUND
KKR JP LOAN FD B 2018
KKR SENIOR FLT RATE INC FUND
LANDMARK WALL SMA SPV LP
LOUISIANA STATE EMP GLDN TREE
MARATHON CLO IX LTD
MARATHON CLO V LTD
MARATHON CLO VI, LTD
MARATHON CLO VII, LTD
MARATHON CLO VIII, LTD
MARATHON CLO X LTD
MARATHON CLO XI LTD
MEADOWVEST FUNDING LLC
METROPOLITAN SERIES FUND - MET
MIDTOWN ACQUISITIONS L.P.

MINEWORKERS PENSION SCHEME
NEWSTAR EXETER FUND CLO LLC
NEWSTAR FAIRFIELD FUND CLO LTD
NTCC HIGH YIELD BOND FUND
OAKTREE CLO 2014-1 LTD.
OAKTREE CLO 2015-1 LTD
OAKTREE CLO 2018-1 LTD
OAKTREE CLO 2019-1 LTD
OAKTREE CLO 2019-2 LTD
OAKTREE EIF III SERIES I, LTD
OAKTREE EIF III SERIES II
OAKTREE SENIOR LOAN FUND
OREGON PUBLIC EMPL RETIREMENT
PARALLEL 2015-1 LTD
PARALLEL 2017-1 LTD
PARALLEL 2018-1 LTD
PARALLEL 2018-2 LTD
PARALLEL 2019-1 LTD
QUAMVIS SCA SICAV-FIS: CMAB
SAEV MASTERFONDS WELLINGTON GL
SAFETY INSURANCE COMPANY
SAN BERNARDINO COUNTY
EMPLOYEE
SEASONS SERIES TRUST-SA MULTI
SEI ENERGY DEBT FUND, LP
SEI GLOBAL MST FD-HIGH YIELD
SEI INS MAN TST - HIGH YIELD
SEI INST INVS TST - HIGH YIELD
SHRINERS HOSPITALS FOR CHILDRE
TACTICAL VALUE SPN-GLOBAL CR
THE CLINE TRUST COMPANY LLC
THE HARTFORD FLOAT RATE FUND
THE HARTFORD FLOAT RATE HIGH
THE HARTFORD STRATEGIC INC FD
THE HARTFORD TOTAL RETURN BOND
THE MANGROVE PARTNERS MST FD
TICP CLO VI 2016-2 FUNDING LTD
TREASURY OF THE STATE OF NORTH
CAROLINA
US HIGH YIELD BOND FUND
VENTURE 28A CLO LIMITED
VENTURE 35 CLO LIMITED
VENTURE 36 CLO
VENTURE XII CLO LIMITED
VENTURE XIII CLO LIMITED
VENTURE XIV CLO LIMITED
VENTURE XIX CLO LIMITED
VENTURE XV CLO LIMITED
VENTURE XVI CLO LIMITED

VENTURE XVII CLO LIMITED
VENTURE XVIII CLO LIMITED
VENTURE XX CLO LIMITED
VENTURE XXI CLO LIMITED
VENTURE XXII CLO LIMITED
VENTURE XXIII CLO LIMITED
VENTURE XXIV CLO LIMITED
VENTURE XXIX CLO LIMITED
VENTURE XXV CLO LIMITED
VENTURE XXVI CLO LIMITED
VENTURE XXVII CLO LIMITED
VENTURE XXVIII CLO
WADDELL & REED FINANCIAL
WCF MUTUAL INSURANCE COMPANY
WELLINGTON MULTI-SECTOR CR FD
WELLINGTON TS CO MULSEC CRD II
WELLINGTON TST CO NAMCIF TSTII
WELLINGTON TST CO NAMCTFT CBP
WELLINGTON TST CO NAMCTFT OFIA
WELLINGTON TST CO NAMCTFT OISB
WELLINGTON TST CO NAMCTFT UNFI
WELLINGTON WORLD BOND FUND
WMC LOAN FUND 2018
ZAIS CLO 1 LTD
ZAIS CLO 11 LTD
ZAIS CLO 13 LTD
ZAIS CLO 2 LTD
ZAIS CLO 3 LTD
ZAIS CLO 5 LTD
ZAIS CLO 6 LTD
ZAIS CLO 7 LTD
ZAIS CLO 8 LIMITED
ZAIS CLO 9 LTD

**2L Bondholders:**
Bank of America Merrill Lynch
Bank Vontobel AG (Asset Management)
Blackrock Advisors, LLC
Davidson Kempner Capital Management, L.P.
DDJ Capital Management, LLC
Doubleline Capital, L.P.
Dynagest S.A.
Euroclear Bank
Flow Traders U.S., LLC
Foxhill Capital Partners, LLC
Garland Business Corp
Goldentree Asset Management, L.P. (U.S.)
HSBC Bank USA, N.A. (Private Banking)
Hutch Capital Management LLC

KKR Credit Advisors (US), LLC
Mellon Investments Corporation
Northern Trust Investments, INC.
Robeco Institutional Asset Management Bv
Seix Investment Advisors, LLC
State Street Global Advisors (SSGA)
The Cline Group
Thunderwood Capital, LLC
Wellington Management Company, LLP
Wells Fargo Securities, LLC

**Creditor Advisors:**
Akin Gump Strauss Hauer & Feld LLP
Lazard Asset Management

**Former Officers and Directors:**
Anthony Webb
James T. Murphy
Kevin T.Burns
Paul Vining
Rashda M. Buttar

**Insurance Brokers:**
AON Risk Services Central INC
The Reschini Group

**Insurers:**
Ace American Insurance Company
Allianz Global Corporate & Specialty
Allied World Assurance Company Holdings,
Ltd
American International Group
Amtrust Financial
Apollo Insurance
Aspen Insurance Holdings Limited
Axis Capital
Beazley PLC
Brit Insurance US
CNA Financial
Continental Casualty Insurance Company
Continental Insurance Co
Endurance American Insurance Co.
Evanston Insurance Co
Houston International Insurance Group
Illinois National Insurance Co
Lexington Insurance Company
Liberty Mutual
Liberty Specialty Markets Bermuda Limited.
Lloyd's of London

Markel International Ltd
MS Amlin
National Union Fire Insurance Co of Pittsburgh PA
Navigators Insurance Co.
Oil Casualty Insurance, Ltd.
RSUI Indemnity
Starr Surplus Lines Insurance Company
Starstone Specialty Insurance Co.
The Insurance Company of the State of Pennsylvania
The Travelers Indemnity Company
Twin City Fire Insurance Company
United States Fire Insurance Co.
US Aircraft Insurance Group
Water Quality Insurance Syndicate
Xl Specialty Insurance Company
Zurich Insurance Group

### Letter of Credit Beneficiaries:
Canadian National Railway
Rockwood Casualty Insurance Co

### Non-Debtor Affiliates:
Adena Minerals, L.L.C.
AMCA Coal Leasing, Inc.
AmCoal Holdings, Inc.
American Compliance Coal, Inc.
American Energy Corporation
American Equipment & Machine, Inc.
American Mine Services, Inc.
American Natural Gas, Inc.
AmericanHocking Energy, Inc.
AmericanMountaineer Energy, Inc.
AmericanMountaineer Properties, Inc.
Anchor Longwall and Rebuild, Inc.
Andalex Resources Management, Inc.
Andalex Resources, Inc.
Avonmore Rail Loading, Inc.
Belmont Coal, Inc.
Belmont County Broadcast Studio, Inc.
Canterbury Coal Company
CCC Land Resources LLC
CCC RCPC LLC
Central Ohio Coal Company
Coal Resources Holdings Co.
Coal Resources, Inc.
Colt LLC
Consolidated Land Company

Consolidation Coal Company
Corporate Aviation Services, Inc.
Eighty-Four Mining Company
Empire Dock, Inc.
Energy Resources, Inc.
Energy Transportation, Inc.
Foresight Reserves LP
Genwal Resources, Inc.
Javelin Global Commodities (UK) LTD
Javelin Global Commodities Holdings LLP
Javelin Global Commodities Ltd.
Javelin Investment Holdings LLC
Javelin Management Services LLP
Kanawha Transportation Center, Inc.
KenAmerican Resources, Inc.
Keystone Coal Mining Corporation
LIQVIS
Maple Creek Mining, Inc.
Maple Creek Processing, Inc.
McElroy Coal Company
Mill Creek Mining Company
Mon River Towing, Inc.
MonValley Transportation Center, Inc.
Murray American Coal, INC.
Murray American Coal, Inc.
Murray American Energy, Inc.
Murray American Kentucky Towing, Inc.
Murray American Minerals, Inc.
Murray American Resources, Inc.
Murray American River Towing, Inc.
Murray American Transportation, Inc.
Murray Colombian Resources, LLC
Murray Energy Holdings Co.
Murray Equipment & Machine, Inc.
Murray Global Commodities, Inc.
Murray Kentucky Energy Services, Inc.
Murray Kentucky Energy, Inc.
Murray Keystone Processing, Inc.
Murray South America, Inc.
Murray Utah Energy Services, Inc.
Ohio Energy Transportation, Inc.
Ohio Valley Resources, Inc.
OhioAmerican Energy, Incorporated
Oneida Coal Company, Inc.
PennAmerican Coal L.P.
PennAmerican Coal, Inc.
Pennsylvania Transloading, Inc.
Pinski Corp.
Pleasant Farms, Inc.

Premium Coal, Inc.
Ruger Coal Company, LLC
Ruger, LLC
Southern Ohio Coal Company
Spring Church Coal Company
Sunburst Resources, Inc.
T D K Coal Sales, Incorporated
The American Coal Sales Company
The Franklin County Coal Company
The Harrison County Coal Company
The Marion County Coal Company
The Marshall County Coal Company
The Mclean County Coal Company
The Meigs County Coal Company
The Monongalia County Coal Company
The Muhlenberg County Coal Company, LLC
The Muskingum County Coal Company
The Ohio County Coal Company
The Ohio Valley Coal Company
The Ohio Valley Transloading Company
The Oklahoma Coal Company
The Washington County Coal Company
The Western Kentucky Coal Company, LLC
Twin Rivers Towing Company
UMCO Energy, Inc.
Uniper Commodities UK Limited
Uniper SE
UtahAmerican Energy, Inc.
West Ridge Resources, Inc.
West Virginia Resources, Inc.
Western Kentucky Coal Resources, LLC
Western Kentucky Consolidated Resources, LLC
Western Kentucky Land Holding, LLC
Western Kentucky Rail Loadout, LLC
Western Kentucky Resources Financing, LLC
Western Kentucky Resources, LLC
Western Kentucky River Loadout, LLC

### Parties to Significant Litigation:

Andrea Bruington
Arleen Meracle
Carrie Cox
Cory Leitschuh
Danielle Clark
David Lee Bishop II
Dwight Jackson
Federal Insurance Company
Fletcher Brimer

James Gass
Jamie L. Moles
Jeffrey Watkins
Jonathan Lintner
Justin Lindsay
Justin Walker
Karen Jones
Kirby Crabtree
Marjorie Harris
Mitchell/Roberts Partnership
Reba Mitchell
Ricky L. Mcdaniel
Robert Yeske
Shawn Rorer
Steven D. Sniderwin
Terra Payne
The Estate of Russel J. Inman
Tina Franklin
Tye Malone

### Regulatory Agencies:

Illinois Department of Transportation
Illinois Environmental Protection Agency
Indiana Department of Environmental Management
Montgomery County Water Authority
U.S. Department of Labor Mine Safety and Health Administration
United States Army Corps of Engineers
United States Department of the Interior
United States Environmental Protection Agency
Williamson County

### Royalty Contract Counterparties:

Amanda & Andrew Wilson
Amy Engstrom
Andrew Miller
Ann E. Moody
Betty Rueger
Beverly Jones
Billie L. Killam
Bonnie Frost
Bret D. & Michelle E. Webb
Brian S. & Connie J. Magsig
Carol Ann Roberts, Trustee Of Roberts Trust
Carolyn F. Moore
City of Johnston City
Danny R. & Colleen F. Harrelson

David C. Linn
David L. Scott
David M. & Karen Y. Mandrell
David R. Schlosser
David Wayne Hayes
Delbert & Carol L. Kern
Dennis W. Miller Trustee of Miller Trust
Donald E. Grant
Donald J. Busch
Donna S. Greener
Dora C. Munter
Dorothy L. Slater
Edward D. Kocher
Eric Johnson
First Baptist Church of McLeansboro
Gary F. Re
Gary Lee & Brenda K. Hutchcraft
Gerald E. Ellis
Gloria M. Ellis
Hawley H. Maclean
Hod, LLC
Jay Perry
Hurricane Creek Farms, INC.
James & Lu Ann Anderson
James T. Flannigan
David Flannigan
Jane W. Kuba
Janet E. Leslie
Janet Roberson
Jason A. Barrett
Joan Niehaus
John B. Maclean
John D. Mann
John R. Mcgill
John S. Leslie
Judy Grebe
June K. Behrends
Karen S. Cardey-Harris
Kenneth D. & Sheila K. Summers
Kenneth R. & Jan Wheat
Kevin Barrett
Kristin Musgrave
Larry E. Taylor
Liberty Land, LLC
Linda L. Jeter
Linda Webster
Lindner Living Trust
Loren C. & Mildred Anderson
Louise Biehl Aka Martha Biehl

M. Lynne Maclean
Marshall G. Hayes, Jr.
Mary S. Zimmerman
Matther E. Kocher
Maurice Ellis
Micah & Marietta Miller
Michael C. Barrett
Michael G. Maclean
Michael L. & Debra E. Borecky
Mike Buntin
Mildred Coats
Montgomery County
Morris & Karan Clark
Mt Olive and Staunton Coal Company
New River Royalty, LLC
Rob Boyd
Paul & Judy Maurer
Phillip E. Ellis
Phyllis Bretsch
Randy L. & Rebecca A. Wright
Randy W. Ellis
Reginal W. Barrett
Rggs Land & Minerals, Ldt., L.P.
Rhanda R. Ellis
Ricky L. Ellis
Robert Buntin
Robert M. & Patricia A. Miller
Robert S. Barrett
Rory M. Maclean
Rosenburg Farms Inc
Harry Rosenburg
Ruby Grebe
Sally J. Johnson
Sheila Breslich
Shelley Hayes-Hueber
Stephan P. & Stefani R. Miller
Stephen R. Maclean
Tennessee Valley Authority
Tonya Bledsoe Vanfossen
US Steel
Vicki D. Mcgill
Virginia T. Hills
Walter J. & Phyllis A. Jagiello
Wendy L. Mcgill
William B. Johnson
William C. Stutz

**Significant Competitors:**
Alliance Resource Partners, L.P.

Arch Coal
Cloud Peak Energy Inc.
Consol Energy Inc.
Contura Energy
Hallador Energy Company
Knight Hawk Coal LLC
Peabody Energy
Sunrise Coal LLC

**Significant Customers:**
Archer Daniels Midland Company
Big Rivers Electric Corporation
Cemex Southeast, LLC
City Of Lakeland
Duke Energy Indiana, Inc.
Duke Energy Kentucky, Inc.
Duke Energy Progress
Dynegy Commercial Asset Management, LLC
East Kentucky Power Cooperative, Inc.
Georgia Power Company
Gulf Power Company
Louisville Gas & Electric Company
Orlando Utilities Commission
South Carolina Public Service Authority
Southern Illinois Power Cooperative
Tampa Electric Company
The American Coal Company

**Significant Financial Institutions:**
Bank of New York Mellon
BB&T Equipment Finance Corporation
Caterpillar Financial Services Corp
CNB Bank & Trust
De Lage Landen Financial Services
FB Wealth Management
First Southern Bank
GE Capital
Great America Financial Services
HNB Equipment Finance
Lord Securities Corporation
Neopost USA Inc
Pitney Bowes Global Financial
PNC Bank, National Association
PNC Equipment Finance LLC
Ricoh USA Inc
The Huntington National Bank
US Bank Equipment Finance
Wells Fargo Financial Leasing Inc
Wells Fargo Vendor Financial

Wilmington Trust, National Association
Xerox Corporation

**Significant Suppliers, Shippers, Warehousemen, and Vendors:**
BNSF Railway Company
Jabo Supply Corporation
K & E Technical Inc
Maka Excavating Inc
Norfolk Southern Railway Company
Raben Tire Company
Significant Taxing Authorities:
Department of the Treasury
Franklin County Treasurer
Gallatin County Treasurer
Gregory Fx Daly Collector (St Louis City)
Hamilton County Tax Assessor
Henderson County Sheriff
Illinois Department of Revenue
Indiana Department of Revenue
Kentucky Dept of Revenue
Kentucky State Treasurer
Louisiana Dept of Revenue
Macoupin County Sheriff
Missouri Dept. of Revenue
Montgomery County Treasurer
Office of Surface Mining
Posey County Treasurer
Saline County Treasurer
United States Treasury
Williamson County Treasurer

**Surety Issuers:**
Argonaut Insurance Company

**Surety Obligees:**
City Of Hillsboro, Illinois
County Of Williamson, State Of Illinois
Dept of the Army, St. Louis District Corps of Engineers
East Fork Township, Illinois
Eastern Township
Hamilton County Highway Department
Illinois Department of Natural Resources
Illinois Department of Natural Resources, Division of Oil and Gas
Illinois Department of Natural Resources, Office of Mines and Minerals
Illinois Department of Transportation

Illinois Environmental Protection Agency
Jeffrey Watkins and Katelynn Watkins
People of the State Of Illinois

**Top 40 Unsecured Creditors:**
Bankdirect Capital Finance
Buchanan Pump Service
C & C Pumps & Supply Inc
Conn-Weld Industries Inc
Date Mining Supply LLC
Evansville Western Railway Inc
Fabick Mining INC
Flanders Electric Motor Service
Fuchs Lubricants Co
H. Drexel Short
Heritage Cooperative Inc
Ingram Barge Company
International Belt Sales LLC
Jennchem Mid-West
Jennmar of West Kentucky Inc
Jennmar Sanshell Products Inc
Jennmar Services
JM Conveyors, LLC
John Fabick Tractor Company
Joy Global Conveyors Inc
Joy Global Underground Mining LLC
Mayo Manufacturing Co Inc
MCA Administrators Inc
Miller Contracting Services
Mine Supply Company
Motion Industries
Oak Hill Contractors
Polydeck Screen Corporation
R M Wilson Co Inc
Raven Energy LLC
RGGS Land & Minerals
Seetech LLC
SNF Mining Inc
State Electric Supply Co
Swanson Industries
United Central Industrial Supply
US United Bulk Terminal
Wallace Electrical Systems LLC
Wallace Industrial LLC
WPP LLC
Xylem Dewatering Solutions Inc.

**Utilities:**
Akin Water District

Ameren Illinois
AT&T
AT&T Teleconference Services
Bulldog Systems Inc
Centurylink
Charter Communications
CMC Rural Water District
ConferTel
Consolidated Communications
Corinth Water District
CWI of Illinois #732
DC Waste & Recycling Inc
Flowers Sanitation Service
Frontier Communications
Futiva LLC
Hamilton County Water
Hostway Billing Center
Level 3 Financing Inc
MJM Electric Cooperative Inc
Rend Lake Conservancy District
Sit-Co LLC
Southeastern Illinois Electric
Vectren Energy Delivery
Verizon Wireless
Wayne-White Counties Electric
Windstream Communications

**Creditor Advisors:**
Milbank LLP

**Key Court Personnel (Eastern District of Missouri:**
McWay, Dana C.
Randolph, Paul
Rendlen, Charles, E., III
Ryczek, Carole J.
Schermer, Barry S.
Surratt-States, Kathy A.

**Additional Searched Parties**

**Creditor Advisors**
Sullivan & Worcester LLP
Thompson Coburn LLP
Buchanan Ingersoll & Rooney PC
Conway MacKenzie
Whiteford Taylor Preston LLP
Berkeley Research Group, LLC

**Attorneys, Professionals and Financial Advisors (Including Accountants and Investment Banks)**
Baker & Hostetler LLP
Blank Rome LLP

**Surety Issuers**
Indemnity National Insurance Co

**Surety Obligees**
EJ Water Company, LLC

**Significant Taxing Authorities**
Belmont County Treasurer
Benton High School
Benton Library District
Bond County
Rend Lake College

**Parties to Significant Litigation**
William Jackson
Joshua Elliott
Kenneth Grossman
Matthew Stubblefield
Vincent Moody

**Insurers**
Ascot Insurance Company
West of England
Safe Harbor Pollution
Atlantic Specialty

**Top 50 Unsecured Creditors**
Natural Resource Partners LLP
Dewind One Pass Trenching LLC
Irwin Mine And Tunneling Supply

Core & Main LP
Richwood Industries Inc
Midwestern Machine & Hydraulic Inc
Crown Products & Services Inc
K & E Technical Inc
Marmic Fire & Safety Co Inc
The Reschini Agency Inc
Strata Safety Products LLC
D & D Customized Electrical
Omni Sales and Service Inc
Date Mining Services LLC

**Significant Customers**
Gavin Power LLC
Tennessee Valley Authority
UCI, Inc.

**Ordinary Course Professionals**
Nelson Wood

## **SCHEDULE 2**

**Interested Parties that Previously Employed Affinity Law Group, LLC in Matters Unrelated to the Debtors or Their Chapter 11 Cases**

<u>Attorneys, Professionals and Financial Advisors</u>:
Baker & Hostetler LLP – Affinity was local counsel for Baker & Hostetler in the representation of the Official Committee of Unsecured Creditors of Abengoa Bioenergy Biomass of Kansas LLC – 2017

<u>Significant Competitor</u>:
Knight Hawk Coal, LLC – former client of former Affinity attorney – matter closed in 2011