**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Docket No. 322]

- A Proof of Claim Form, a copy of which is attached hereto as **Exhibit B**

- Supplemental Declaration of Alice Belisle Eaton In Support of Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors *nunc pro tunc* to the Petition Date [Docket No. 330]

- Agenda of Matters Scheduled for Hearing on April 17, 2020 [Docket No. 331]

On April 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Master Hard Copy Service List attached hereto as **Exhibit C**:

- Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Docket No. 322]

- Supplemental Declaration of Alice Belisle Eaton In Support of Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors *nunc pro tunc* to the Petition Date [Docket No. 330]

- Agenda of Matters Scheduled for Hearing on April 17, 2020 [Docket No. 331]

Dated: April 17, 2020

*/s/ Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 17, 2020, by Asir U. Ashraf proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 41431

# **Exhibit A**

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Affinity Law Group, LLC | tsant@affinitylawgrp.com |
| Counsel to the Ad Hoc First Lien Group | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>bkahn@akingump.com |
| Counsel to the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>bkahn@akingump.com |
| Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale LLP | rengel@atllp.com<br>jwillard@atllp.com<br>kredmond@atllp.com |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | rtwardowski@bankdirectcapital.com |
| Counsel to the Facilities Agent (Huntington) | Buchanan Ingersoll & Rooney PC | christopher.schueller@bipc.com<br>timothy.palmer@bipc.com |
| Counsel to Mangrove Partners | Carmody MacDonald P.C. | spd@carmodymacdonald.com<br>ree@carmodymacdonald.com |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | thr@carmodymacdonald.com<br>cjl@carmodymacdonald.com |
| Counsel to Fabick Mining, Inc. and John Fabick Tractor Company | Cooley LLP | cspeckhart@cooley.com |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | rhewitt@cov.com |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | steve@dewindonepass.com |
| Top 20 Unsecured Creditor | Fabick Mining Inc | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service | scollins@flandersinc.com |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Steve.Williams@fuchs.com<br>Jason.Murphy@fuchs.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | jkunin@ghalaw.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | jkunin@ghalaw.com |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | jrichards@heritagecooperative.com |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | edwecf@heylroyster.com<br>pcloud@heylroyster.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | edwecf@heylroyster.com<br>pcloud@heylroyster.com |
| Top 20 Unsecured Creditor | International Belt Sales LLC | JEFFREYCHURT@aol.com |
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | wbaker@irwincar.com |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | jbazemore@jabosupply.com |
| Top 20 Unsecured Creditor | Jennchem Mid-West | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar Services | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | dan.spears@mining.komatsu |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | dan.spears@mining.komatsu |
| Counsel to Indemnity National Insurance Company | Kewa Financial Inc. | diw@kewafinancial.com |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Lathrop GPM LLP | wpressman@lathropgpm.com<br>wendi.alper-pressman@lathropgpm.com |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | david.mayo@mayowv.com<br>todd.thompson@mayowv.com |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | ddunne@milbank.com<br>pmilender@milbank.com |
| Top 20 Unsecured Creditor | Mine Supply Company | bob.purvis@purvisindustries.com |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | edmoecf@dor.mo.gov |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | pcloud@heylroyster.com |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | gwooten@wpplp.com |
| Counsel to Illinois Department of Natural Resources | Office of the Illinois Attorney General | CFoy@atg.state.il.us<br>RLS@atg.state.il.us |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Carole.Ryczek@usdoj.gov |

In re: Foresight Energy LP, *et al.*
Case No. 20-41308-659

Page 2 of 5

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Javelin Global Commodities (UK) Ltd. and Uniper | Paul Hastings LLP | pedrojimenez@paulhastings.com<br>irenagoldstein@paulhastings.com |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>slovett@paulweiss.com |
| Counsel to Joy Global Underground Mining LLC and Joy Global Conveyors Inc. | Pietragallo Gordon Alfano Bosisk & Raspanti, LLP | rjp@pietragallo.com |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | p.freissle@polydeck.com<br>c.shuford@polydeck.com<br>r.kuehl@polydeck.com |
| Member of Official Unsecured Creditors' Committee | Polydeck Screen Corporation | p.freissle@polydeck.com<br>c.shuford@polydeck.com<br>r.kuehl@polydeck.com |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | ppopicg@rmwilson.com |
| Counsel to Wilmington Trust, National Association, as indenture trustee for the holders of 11.50% Senior Secured Notes due 2023 | Reed Smith LLP | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| Counsel to Bradford Supply Company | Reinoehl Kehlenbrink, LLC | rusty@rklegalgroup.com |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | blawrence@sginterests.com |
| Counsel to the DIP Agent | Ropes & Gray | patricia.chen@ropesgray.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | secbankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov |

In re: Foresight Energy LP, *et al.*
Case No. 20-41308-659

Page 3 of 5

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of R ussell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased | Silver Lake Group, Ltd. | steve@silverlakelaw.com |
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of R ussell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased | Silver Lake Group, Ltd. | tom@silverlakelaw.com |
| Top 20 Unsecured Creditor | Snf Mining Inc | cgannon@snfhc.com |
| Top 20 Unsecured Creditor | State Electric Supply Co | john.spoor@stateelectric.com |
| Attorney General for the State of Illinois | State of Illinois Attorney General | webmaster@atg.state.il.us |
| Attorney General for the State of Missouri | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| Counsel to Kenneth S. Grossman Pension Plan | Stevens & Lee, P.C. | nfk@stevenslee.com<br>cp@stevenslee.com<br>adm@stevenslee.com |
| Counsel to Lord Securities Corporation | Sullivan & Worcester LLP | azuccarello@sullivanlaw.com<br>nkoslof@sullivanlaw.com<br>etodd@sullivanlaw.com |
| Top 20 Unsecured Creditor | T. Parker Host | Fredrik.Knutsen@tparkerhost.com |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | mbossi@thompsoncoburn.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the the United States of America | U.S. Department of Justice, Civil Division | dominique.sinesi@usdoj.gov |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Henry.Looney@unitedcentral.net |
| Member of Official Unsecured Creditors' Committee | United Central Industrial Supply Company, LLC | Henry.Looney@unitedcentral.net |
| Top 20 Unsecured Creditor | Us United Bulk Terminal | UBT-AR@unitedbulkterminals.com Fredrik.Knutsen@tparkerhost.com |
| Counsel to The CIT Group/Equipment Financing, Inc., CIT Bank, N.A. and CIT Railcar Funding Company, LLC | Vedder Price P.C. | mschein@vedderprice.com |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Dwallace@wallaceelectricalsystems.com |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Dwallace@wallaceelectricalsystems.com |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | cajones@wtplaw.com dgaffey@wtplaw.com |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | mroeschenthaler@wtplaw.com |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Williams Mullen | jmclemore@williamsmullen.com mmueller@williamsmullen.com |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | bbonfig@wilmingtontrust.com |
| Top 20 Unsecured Creditor | Wpp LLC | gwooten@wpplp.com |
| Counsel to Evansville Western Railway, Inc. | Wyatt, Tarrant & Combs, LLP | jbrice@wyattfirm.com |

In re: Foresight Energy LP, *et al.*
Case No. 20-41308-659

**<u>Exhibit B</u>**

**United States Bankruptcy Court, Eastern District of Missouri, Eastern Division**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ❑ Foresight Energy LP (Case No. 20-41308) | ❑ Foresight Energy Employee Services Corporation (Case No. 20-41316) | ❑ LD Labor Company LLC (Case No. 20-41324) | ❑ Patton Mining LLC (Case No. 20-41332) |
| ❑ Foresight Energy GP LLC (Case No. 20-41309) | ❑ Tanner Energy LLC (Case No. 20-41317) | ❑ Viking Mining LLC (Case No. 20-41325) | ❑ Foresight Energy Finance Corporation (Case No. 20-41333) |
| ❑ Sitran, LLC (Case No. 20-41310) | ❑ Hillsboro Transport, LLC (Case No. 20-41318) | ❑ Akin Energy LLC (Case No. 20-41326) | ❑ Coal Field Construction Company LLC (Case No. 20-41334) |
| ❑ Seneca Rebuild LLC (Case No. 20-41311) | ❑ Foresight Energy Services LLC (Case No. 20-41319) | ❑ Williamson Energy, LLC (Case No. 20-41327) | ❑ M-Class Mining, LLC (Case No. 20-41335) |
| ❑ Foresight Energy LLC (Case No. 20-41312) | ❑ MaRyan Mining LLC (Case No. 20-41320) | ❑ Hillsboro Energy LLC (Case No. 20-41328) | ❑ Sugar Camp Energy, LLC (Case No. 20-41336) |
| ❑ Oeneus LLC (Case No. 20-41313) | ❑ Foresight Receivables LLC (Case No. 20-41321) | ❑ Coal Field Repair Services LLC (Case No. 20-41329) | ❑ Foresight Energy Labor LLC (Case No. 20-41337) |
| ❑ Adena Resources, LLC (Case No. 20-41314) | ❑ American Century Transport LLC (Case No. 20-41322) | ❑ American Century Mineral LLC (Case No. 20-41330) | ❑ Mach Mining, LLC (Case No. 20-41338) |
| ❑ Logan Mining LLC (Case No. 20-41315) | ❑ Foresight Coal Sales LLC (Case No. 20-41323) | ❑ Macoupin Energy LLC (Case No. 20-41331) | |

Modified Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:  Identify the Claim

**1. Who is the current creditor?**
_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
❑ No
❑ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| _____ Name | _____ Name |
| _____ Number    Street | _____ Number    Street |
| _____ City        State      ZIP Code | _____ City        State      ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

**4. Does this claim amend one already filed?**
❑ No
❑ Yes. Claim number on court claims registry (if known) _____    Filed on ___ / ___ / _____
                                                                                                      MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
❑ No
❑ Yes. Who made the earlier filing? _____

**Proof of Claim**                                                                                               page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. **How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. **Is all or part of the claim secured?** | ❏ No<br>❏ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**: $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>❏ Fixed<br>❏ Variable |
| 10. **Is this claim based on a lease?** | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. **Is this claim subject to a right of setoff?** | ❏ No<br>❏ Yes. Identify the property: _____ |

**Proof of Claim**  page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No <br> ❏ Yes. *Check one:* <br><br> ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> ❏ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> ❏ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. <br><br> * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority** <br><br> $_____ <br><br><br> $_____ <br><br><br><br> $_____ <br><br><br> $_____ <br><br> $_____ <br><br> $_____ |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ❏ No <br><br> ❏ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

### Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏   I am the creditor.
❏   I am the creditor's attorney or authorized agent.
❏   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

**Name of the person who is completing and signing this claim:**

Name            _____
                First name        Middle name        Last name

Title           _____

Company         _____
                Identify the corporate servicer as the company if the authorized agent is a servicer.

Address         _____
                Number        Street
                _____
                City                          State       ZIP Code

Contact phone   _____        Email   _____

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                           12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://cases.primeclerk.com/foresightenergy or the Court's website at https://www.pacer.gov and https://ecf.moeb.uscourts.gov/cgi-bin/login.pl

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.
11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Foresight Energy LP Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

**Exhibit C**

Exhibit C

Master Hard Copy Service List

Served via first class mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Reserves | Bailey & Glasser LLP | Attn: Brian A. Glasser<br>209 Capitol Street<br>Charleston WV 25301 |
| Bradford Supply Company | Bradford Supply Company | Attn: Marleen Benson<br>801 E. Main Street<br>Robinson IL 62454 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>Insolvency 5334 STL<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| Member of Official Unsecured Creditors' Committee | John Fabick Tractor Company/Fabick Mining, Inc. | Attn: Barry Klinckhardt, General Counsel and Corporate Secretary<br>One Fabick Drive<br>Fenton MO 63026 |
| Counsel to Murray Energy Corporation | Kirkland & Ellis LLP | Attn: Nicole L. Greenblatt<br>601 Lexington Avenue<br>New York NY 10022 |
| Counsel to the Term Agent (Lord Securities) | Lord Securities Corporation | Attn: General Counsel<br>48 Wall Street, 27th Floor<br>New York NY 10043 |
| Natural Resource Partners L.P. | Natural Resource Partners L.P. | Attn: President or General Counsel<br>5260 Irwin Road<br>Huntington WV 25705 |
| Attorney General for the State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 |

In re: Foresight Energy LP, *et al.*
Case No. 20-41308-659

Exhibit C

Master Hard Copy Service List

Served via first class mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th Street, 20th Floor<br>St. Louis MO 63102 |
| Counsel to Wells Fargo Vendor Financial Services, LLC | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Attn: Christine R. Etheridge<br>c/o A Ricoh USA Program f/d/b/a/ IKON Financial Services<br>P.O. Box 13708<br>Macon GA 31208-3708 |
| Member of Official Unsecured Creditors' Committee | Wilmington Trust, National Association, as Trustee for the 11.5% Notes | Attn: Steven Cimalore, Administrative Vice-President<br>1100 North Market Street<br>Wilmington DE 19890 |