**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: May 7, 2020, at |
| | ) | 11:59 p.m. (Central Time) |
| | ) | Hearing Date:  May 14, 2020 |
| | ) | Hearing Time:  10:00 a.m. (Central Time) |
| | ) | Hearing Location:  Courtroom 7 North |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE**: The below listed applications (the "Applications") are scheduled for hearing on May 14, 2020 at 10:00 a.m. (prevailing Central Time) at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 7th Fl. – North Courtroom, St. Louis, MO 63102:

1. *Application for Entry of an Order Authorizing the Retention and Employment of Whiteford, Taylor & Preston L.L.P. as Counsel for the Official Committee of Unsecured Creditors*;

2. *Application for Entry of an Order Authorizing the Retention and Employment of Affinity Law Group, LLC as Local Counsel for the Official Committee of Unsecured Creditors*; and

3. *Application for Entry of an Order the Retention and Employment of Authorizing Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors.*

**WARNING: THESE APPLICATIONS SEEK AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN THE APPLICATIONS, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATIONS.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY MAY 7, 2020.  YOUR OBJECTION MUST STATE WHY THE APPLICATIONS SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE RELIEF MAY BE**

**GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATIONS AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATIONS AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Dated: April 17, 2020

Respectfully submitted,

AFFINITY LAW GROUP, LLC

By: */s/ J. Talbot Sant, Jr.*
   J. Talbot Sant, Jr., 35324MO
   1610 Des Peres Road, Suite 100
   St. Louis, MO 63131
   (314) 872-3333 Telephone
   (314) 872-3365 Facsimile
   tsant@affinitylawgrp.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Foresight Energy LP, et al.*

and

WHITEFORD TAYLOR & PRESTON, L.L.P.
Michael J. Roeschenthaler (admitted *pro hac vice*)
200 First Avenue, Third Floor
Pittsburgh, PA 15222-1512
(412) 618-5600 Telephone
Email: mroeschenthaler@wtplaw.com

and

Christopher A. Jones (admitted *pro hac vice*)
David W. Gaffey (admitted *pro hac vice*)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4558
(703) 280-9260 Telephone
Email: cajones@wtplaw.com
Email: dgaffey@wtplaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Foresight Energy LP, et al.*