**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**ST LOUIS DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FORESIGHT ENERGY, LP, et al. | ) ) ) | Case No. 20-41308 (Jointly Administered) |
| Debtors. | ) ) ) | |

## NOTICE OF APPEARANCE AND REQUEST

PLEASE TAKE NOTICE that JOLENE M. WISE appears on behalf of the United States Securities and Exchange Commission pursuant to Section 1109(a) of the Bankruptcy Code, 11 U.S.C. §1109(a) and pursuant to Rule 12.01(A) of the Local Rules of the United States District Court for the Eastern District of Missouri. She requests to be added to the electronic service matrix for all pleadings and documents filed in this case. Her e-mail address is wisej@sec.gov., and she authorizes service by e-mail at the above e-mail address.

Dated: April 20, 2020

Respectfully submitted,

By: /s/ Jolene M. Wise
JOLENE M. WISE

Attorney for the
United States Securities and
Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Tel: (312) 886-3948
Fax: (312) 353-7398
wisej@sec.gov

## **CERTIFICATE OF SERVICE**

I, Jolene Wise, do hereby certify that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST was served on the parties that receive electronic notification in these proceedings on this day of April 20, 2020.

/s/ Jolene M. Wise
Attorney for the
Securities and Exchange Commission