UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RECEIVED+FILED
2020 APR 20  AM 11:03
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-MR

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY, L.P., et al, | ) | Case No. 20-41308 |
| | ) | |
| Debtors | ) | Joint Administration Required |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, ROCHELLE A. FUNDERBURG of Meyer Capel, A Professional Corporation, does hereby move to be admitted pro hac vice to the bar of this Honorable Court for the purpose of representing S & S Urethane, Inc., in the above-captioned case. Movant submits the following information as required by Rule 12.01(F):

a.  Full name of movant-attorney:
    **Rochelle A. Funderburg**

b.  Address and telephone:
    **Meyer Capel, A Professional Corporation**
    **P.O. Box 6750**
    **306 West Church Street**
    **Champaign, IL  61820**

c.  Name of the firm or letterhead under which the movant practices:
    **Meyer Capel, A Professional Corporation**

d.  Name of the law school movant attended and the date of graduation therefrom:
    **University of Illinois College of Law 1981**

e.  State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:
    **Illinois, admitted 1981**
    **Federal - Central District of Illinois, admitted 1981**
    **Federal - Seventh Circuit Court of Appeals, admitted 1986**
    **Federal - Southern District of Illinois, admitted 1986**
    **Illinois Attorney Registration & Disciplinary Commission #6180510**

 f. The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney. **Movant is a member in good standing of all bars of which Movant is a member and is not currently under suspension or disbarment from any bar.**

 g. Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District:
**Movant does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri.**

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Respectfully submitted,

MEYER CAPEL, A PROFESSIONAL CORPORATION

By: _____
Rochelle A. Funderburg
Attorney for S & S Urethane, Inc.

Prepared by:
Rochelle A. Funderburg
ARDC#: 6180510
Meyer Capel, a Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL 61826-6750
Phone: (217) 352-1800
rfunderburg@meyercapel.com



306 West Church Street
Champaign, IL 61820

Phone 217-352-1800
Fax 217-352-1083

www.meyercapel.com

**MEYER CAPEL**

A PROFESSIONAL
CORPORATION

ROCHELLE A. FUNDERBURG
rfunderburg@meyercapel.com

RECEIVED + FILED
2020 APR 20 AM 11:02
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-MR

April 17, 2020

Clerk of the Court

United States Bankruptcy Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., 4th Floor
St. Louis, MO 63102

**VIA OVERNIGHT COURIER**

Re:   Foresight Energy LP Bankruptcy, Chapter 11 Case #: 20-41308

Dear Clerk:

Thank you for your phone call on the morning of April 8, 2020. Following that phone call we sent a Motion for Admission Pro Hac Vice in this case, but were told via telephone on April 17, 2020 that you had not received it.

I enclose with this letter the same Motion for Admission Pro Hac Vice with an original signature. It is my understanding that once the Judge has had the chance to review and grant this motion, instructions for electronic access will follow.

If you have any questions or if further information is required, please contact me at the phone number or email address noted above. Thank you for your attention to this matter.

Very truly yours,

Rochelle A. Funderburg

RAF:wb

Enclosure

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY, L.P., et al, | ) | Case No. 20-41308 |
| | ) | |
| Debtors | ) | Joint Administration Required |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, ROCHELLE A. FUNDERBURG of Meyer Capel, A Professional Corporation, does hereby move to be admitted pro hac vice to the bar of this Honorable Court for the purpose of representing S & S Urethane, Inc., in the above-captioned case. Movant submits the following information as required by Rule 12.01(F):

a. Full name of movant-attorney:
**Rochelle A. Funderburg**

b. Address and telephone:
**Meyer Capel, A Professional Corporation**
**P.O. Box 6750**
**306 West Church Street**
**Champaign, IL  61820**

c. Name of the firm or letterhead under which the movant practices:
**Meyer Capel, A Professional Corporation**

d. Name of the law school movant attended and the date of graduation therefrom:
**University of Illinois College of Law 1981**

e. State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:
**Illinois, admitted 1981**
**Federal - Central District of Illinois, admitted 1981**
**Federal - Seventh Circuit Court of Appeals, admitted 1986**
**Federal - Southern District of Illinois, admitted 1986**
**Illinois Attorney Registration & Disciplinary Commission #6180510**

  f.  The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney. **Movant is a member in good standing of all bars of which Movant is a member and is not currently under suspension or disbarment from any bar.**

  g.  Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District: **Movant does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri.**

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

        Respectfully submitted,

        MEYER CAPEL, A PROFESSIONAL CORPORATION


      By:  s/Rochelle A. Funderburg
        Rochelle A. Funderburg
        Attorney for S & S Urethane, Inc.


Prepared by:
Rochelle A. Funderburg
ARDC#: 6180510
Meyer Capel, a Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL 61826-6750
Phone: (217) 352-1800
rfunderburg@meyercapel.com