UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re:<br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 20-41308-659<br><br>(Jointly Administered) |
|---|---|

I, Kevin Bader, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On April 17th, 2020 I caused a true and correct copy of the following document to be served upon the parties on the attached list via First Class Mail and Email:

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF AFFINITY LAW GROUP, LLC AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *[D.I. 346]***

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WHITEFORD, TAYLOR & PRESTON L.L.P. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *[D.I. 348]***

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *[D.I. 349]***

**NOTICE OF HEARING *[D.I. 350]***

Kevin Bader  _____

SWORN TO AND SUBSCRIBED before me this 20h day of April, 2020

NOTARY PUBLIC _____

*[Notary seal: Jeffrey A. Low, Commission Expires August 28, 2021, Notary Public, State of Delaware]*

In re: Foresight Energy LP, et al.
Master Service List
Case No. 20-41308

**Service by Email**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General for the State of Missouri | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building, 207 W. High St. | | Jefferson City | MO | 65102 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| Counsel to Lord Securities Corporation | Sullivan & Worcester LLP | Attn: Amy A. Zuccarello, Nathaniel R.B. Koslof, Erika L. Todd | One Post Office Square | | Boston | MA | 02109 | | 617-338-2988; 617-338-2439; 617-338-2825 | | azuccarello@sullivanlaw.com nkoslof@sullivanlaw.com etodd@sullivanlaw.com |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | Attn: Brandon Bonfig | 50 S 6th Street, Suite 1290 | | Minneapolis | MN | 55402 | | 612-217-5693 | | bbonfig@wilmingtontrust.com |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | Attn: Bill Lawrence | 610 Sneed Road | | Carbondale | IL | 62902 | | 205-685-5329 | | blawrence@sginterests.com |
| Top 20 Unsecured Creditor | Mine Supply Company | Attn: Bob Purvis | 2853 Ken Gray Blvd. | Suite 4 | West Frankfort | IL | 62896 | | 214-358-5500 | | bob.purvis@purvisindustries.com |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Attn: US Trustee | 111 S. 10th Street | Suite 6.353 | St. Louis | MO | 63102 | | 314-539-2984; 314-539-2982 | 314-539-2990 | Carole.Ryczek@usdoj.gov |
| Counsel to Illinois Department of Natural Resources | Office of the Illinois Attorney General | Attn: Christopher M. Foy | 500 South Second Street | | Springfield | IL | 62701 | | 217-782-9095 | 217-782-1396 | CFoy@atg.state.il.us RLS@atg.state.il.us |
| Top 20 Unsecured Creditor | Snf Mining Inc | Attn: Christopher J. Gannon | P.O Box 890889 | | Charlotte | NC | 28289-0889 | | 606-432-1535 | | cgannon@snfhc.com |
| Counsel to the Facilities Agent (Huntington) | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller and Timothy Palmer | Union Trust Building | 501 Grant Street, Suite 200 | Pittsburgh | PA | 15219-4413 | | 212-440-4400; 716 853 2330 | | christopher.schueller@bipc.com timothy.palmer@bipc.com |
| Counsel to Fabick Mining, Inc. and John Fabick Tractor Company | Cooley LLP | Attn: Cullen D. Speckhart | 1299 Pennsylvania Ave., NW, Suite 700 | | Washington | DC | 20004-2400 | | 202-776-2052 | 202-842-7899 | cspeckhart@cooley.com |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | Attn: Dan Spears | P.O Box 504794 | | St Louis | MO | 63150-4794 | | 724-779-4536 | | dan.spears@mining.komatsu |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | Attn: Dan Spears | P.O Box 504794 | | St. Louis | MO | 63150-4794 | | 724-779-4536 | | dan.spears@mining.komatsu |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | Attn: Dave Mayo, Todd Thompson | P.O Box 28330 | | St. Louis | MO | 63146 | | 304-855-5947 | | david.mayo@mayowv.com todd.thompson@mayowv.com |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | Attn: Dennis F. Dunne and Parker Milender | 55 Hudson Yards | | New York | NY | 10001 | | 212-530-5770; 212-530-5290 | 212-822-5770; 212-822-5290 | ddunne@milbank.com pmilender@milbank.com |
| Counsel to Indemnity National Insurance Company | Kewa Financial Inc. | Attn: Daniel I. Waxman | 340 S. Broadway, Suite 100 | | Lexington | KY | 40508 | | 859-233-0352 | | diw@kewafinancial.com |
| Counsel to the the United States of America | U.S. Department of Justice, Civil Division | Attn: Dominique V. Sinesi, Trial Attorney | 1100 L Street, NW | Room 7020 | Washington | DC | 20005 | | 202-514-3368; 202-598-0034 | 202-514-9163 | dominique.sinesi@usdoj.gov |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Attn: David Wallace | P.O Box 74008932 | | Chicago | IL | 60674-8932 | | 618-937-3440 | | Dwallace@wallaceelectricalsystems.com |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Attn: David Wallace | P.O Box 74008932 | | Chicago | IL | 60674-8932 | | 618-937-3440 | | Dwallace@wallaceelectricalsystems.com |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: John Whiteman | P.O. Box 475 | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | edmoecf@dor.mo.gov |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | Attn: Patrick D. Cloud | 105 W. Vandalia, Suite 100 | | Edwardsville | IL | 62025 | | 618-656-4646 | 618-656-7940 | edwecf@heylroyster.com pcloud@heylroyster.com |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | Attn: Patrick D. Cloud | P.O. Box 467 | | Edwardsville | IL | 62025 | | 618-656-4646 | 618-656-7940 | edwecf@heylroyster.com pcloud@heylroyster.com |
| Top 20 Unsecured Creditor | T. Parker Host | Attn: Fredrik Knutsen | 150 West Main Street, Suite 1600 | | Norfolk | VA | 23510 | | 281-928-0070 | | Fredrik.Knutsen@tparkerhost.com |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | Attn: Greg Wooten | 372 Park Lane | | Herrin | IL | 62948 | | 304-302-2357 | | gwooten@wpplp.com |
| Top 20 Unsecured Creditor | Wpp LLC | Attn: Greg Wooten | 372 Park Lane | | Herrin | IL | 62948 | | 304.302.2357 | | gwooten@wpplp.com |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Attn: Henry Looney | P.O Box 71206 | | Chicago | IL | 60694-1206 | | 276-623-5872 | | Henry.Looney@unitedcentral.net |
| Member of Official Unsecured Creditors' Committee | United Central Industrial Supply Company, LLC | Attn: Henry E. Looney, President | 1241 Volunteer Parkway | Suite 1000 | Bristol | TN | 37620 | | 423-573-7301 | | Henry.Looney@unitedcentral.net |
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn | 1 Bryant Park | | New York | NY | 10036 | | 212-872-1096; 212-872-8121 | 212-872-1002 | idizengoff@akingump.com bkahn@akingump.com |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | Attn: Jay Bazemore | P.O Box 465 | | West Frankfort | IL | 62896 | | 304-736-8333 | | jbazemore@jabosupply.com |

Case 20-41308   Doc 356   Filed 04/20/20   Entered 04/20/20 16:19:40   Main Document
Pg 3 of 5

In re: Foresight Energy LP, et al.
Master Service List
Case No. 20-41308

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Evansville Western Railway, Inc. | Wyatt, Tarrant & Combs, LLP | Attn: John P. Brice | 250 West Main Street, Suite 1600 | | Lexington | KY | 40507-1746 | | 859-288-7462; 859-233-2012 | 859-259-0649 | jbrice@wyattfirm.com |
| Top 20 Unsecured Creditor | International Belt Sales LLC | Attn: Jeff Hurt | 29425 Chagrin Blvd., Suite 300 | | Pepper Pike | OH | 44122 | | 440-724-1616 | | JEFFREYCHURT@aol.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | Attn: Joel A. Kunin | 2227 South State Route 157 | | Edwardsville | IL | 62025 | | 618-656-5150 | | jkunin@ghalaw.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | Attn: Joel A. Kunin | P.O. Box 959 | | Edwardsville | IL | 62025 | | 618-656-5150 | | jkunin@ghalaw.com |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Williams Mullen | Attn: Jennifer McLain McLemore, Michael D. Mueller | 200 South 10th Street | Suite 1600 | Richmond | VA | 23219 | | 804-420-6000 | | jmclemore@williamsmullen.com mmueller@williamsmullen.com |
| Top 20 Unsecured Creditor | State Electric Supply Co | Attn: John Spoor | P.O Box 603800 | | Charlotte | NC | 28260-3800 | | 304-523-7491 | | john.spoor@stateelectric.com |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | Attn: John Richards | P.O Box 71735 | | Chicago | IL | 60694-1735 | | 330-308-5020 | | jrichards@heritagecooperative.com |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | Attn: Mark V. Bossi | One US Bank Plaza | | St. Louis | MO | 63101 | | 314-552-6000 | | mbossi@thompsoncoburn.com |
| Counsel to The CIT Group/Equipment Financing, Inc., CIT Bank, N.A. and CIT Railcar Funding Company, LLC | Vedder Price P.C. | Attn: Michael L. Schein, Esq. | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | mschein@vedderprice.com |
| Counsel to Kenneth S. Grossman Pension Plan | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon, Constantine D. Pourakis, Andreas D. Milliaressis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | nfk@stevenslee.com cp@stevenslee.com adm@stevenslee.com |
| Top 20 Unsecured Creditor | Fabick Mining Inc | Attn: Nick Johnson | P.O Box 403943 | | Atlanta | GA | 30384-3943 | | 618-982-9004 | | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson | 364 Libson Street | | Canfield | OH | 44406-0369 | | 618-982-9004 | | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson | PO Box 369 | | Canfield | OH | 44406-0369 | | 618-982-9004 | | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | Attn: Peter Freissle | P.O Box 827 | | Pound | VA | 24279 | | 864-579-4594 | | p.freissle@polydeck.com c.shuford@polydeck.com r.kuehl@polydeck.com |
| Member of Official Unsecured Creditors' Committee | Polydeck Screen Corporation | Attn: Ronald Kuehl, II, Executive Vice-President | 1790 Dewberry Road | | Spartanburg | SC | 29307 | | 864-579-4594 | | p.freissle@polydeck.com c.shuford@polydeck.com r.kuehl@polydeck.com |
| Counsel to the DIP Agent | Ropes & Gray | Attn: Patricia I. Chen | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7553 | | patricia.chen@ropesgray.com |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Alice Belisle Eaton, Samuel E. Lovett | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-373-3000 | 212-757-3990 | pbasta@paulweiss.com aeaton@paulweiss.com slovett@paulweiss.com |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | Attn: Patrick D. Cloud | P.O Box 742784 | | Atlanta | GA | 30374-2784 | | 618-656-4646 | | pcloud@heylroyster.com |
| Counsel to Javelin Global Commodities (UK) Ltd. and Uniper | Paul Hastings LLP | Attn: Pedro Jimenez, Irena Goldstein | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6790; 212-318-6093 | 212-230-7790; 212-303-7093; 212-757-3990 | pedrojimenez@paulhastings.com irenagoldstein@paulhastings.com |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | Attn: Pat Popicg | 46226 National Road | | St Clairsville | OH | 43950 | | 304-232-5860 | | ppopicg@rmwilson.com |
| Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale LLP | Attn: Richard W. Engel, Jr., John G. Willard, Kathyrn Redmond | 7700 Forsyth Boulevard, Suite 1800 | | St. Louis | MO | 63105 | | 314-621-5070 | 314-621-2239 | rengel@atllp.com jwillard@atllp.com kredmond@atllp.com |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | Attn: Ronald Hewitt | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018-1405 | | | | rhewitt@cov.com |
| Counsel to Joy Global Underground Mining LLC and Joy Global Conveyors Inc. | Pietragallo Gordon Alfano Bosik & Raspanti, LLP | Attn: Richard J. Parks | 7 West State Street, Suite 100 | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pietragallo.com |

In re: Foresight Energy LP, *et al.*
Master Service List
Case No. 20-41308

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | Attn: Richard Twardowski | 11191 Illinois Route 185 | | Hillsboro | IL | 62049 | | 877-226-5456 | | rtwardowski@bankdirectcapital.com |
| Counsel to Bradford Supply Company | Reinoehl Kehlenbrink, LLC | Attn: Rusty K. Reinoehl | P.O. Box 698 | | Robinson | IL | 62454 | | 618-469-1000 | 618-469-1015 | rusty@rklegalgroup.com |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service | Attn: Shawn Collins, Joe Baker | PO Box 1106 | | Marion | IL | 62959 | | 618-993-2681 | | scollins@flandersinc.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | Attn: Bankruptcy Department | 175 W. Jackson Boulevard | Suite 900 | Chicago | IL | 60604 | | 312-353-7390 | | secbankruptcy@sec.gov bankruptcynoticeschr@sec.gov |
| Claims Agent and Noticing Agent | Prime Clerk, LLC | Attn: Michael Hill | One Grand Central Place | 60 East 42nd St., Suite 1440 | New York | NY | 10165 | | 212-257-5450 | 646-328-2851 | serviceqa@primeclerk.com foresightenergyteam@primeclerk.com |
| Counsel to Mangrove Partners | Carmody MacDonald P.C. | Attn: Spencer P. Desai, Esq., Robert E. Eggmann, Esq. | 120 South Central Avenue, Ste. 1800 | | St. Louis | MO | 63105 | | 314-854-8600 | 314-854-8660 | spd@carmodymacdonald.com ree@carmodymacdonald.com |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Attn: Steve Williams, Jason Murphy | P.O Box 952121 | | St Louis | MO | 63195-2121 | | 724-216-6143 | | Steve.Williams@fuchs.com Jason.Murphy@fuchs.com |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | Attn: Steve McCullick | 9150 96th Avenue | | Zeeland | MI | 49464 | | 616-875-7580 | | steve@dewindonepass.com |
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of Russell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased. | Silver Lake Group, Ltd. | Attn: Steven M. Wallace | 6 Ginger Creek Village Drive | | Glen Carbon | IL | 62034 | | 618-692-5275 | | steve@silverlakelaw.com |
| Top 20 Unsecured Creditor | Jennchem Mid-West | Attn: Tony Calandra | P.O Box 603800 | | Charlotte | NC | 28260-3800 | | 412-559-6085 | | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | Attn: Tony Calandra | P.O Box 603800 | | Charlotte | NC | 28260-3800 | | 412-559-6085 | | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar Services | Attn: Tony Calandra | P.O Box 405655 | | Atlanta | GA | 30384-5655 | | 412-559-6085 | | tcalandra@jennmar.com |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | Attn: Thomas H. Riske, Esq., Christopher J. Lawhorn, Esq. | 120 South Central Avenue | Ste. 1800 | St. Louis | MO | 63105 | | 314-854-8600 | 314-854-8660 | thr@carmodymacdonald.com cjl@carmodymacdonald.com |
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of Russell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased. | Silver Lake Group, Ltd. | Attn: Thomas DeVore | 118 N. Second Street | | Greenville | IL | 62246 | | 618-664-9439 | | tom@silverlakelaw.com |
| Top 20 Unsecured Creditor | Us United Bulk Terminal | Attn: Brian Miles, Fredrik Knutsen | P. O. Box 301749 | | Dallas | TX | 75303-1749 | | 281-457-7900 | | UBT-AR@unitedbulkterminals.com Fredrik.Knutsen@tparkerhost.com |

In re: Foresight Energy LP, et al.
Master Service List
Case No. 20-41308

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | Attn: William Baker | P.O Box 4835 | | Evansville | IN | 47724 | | 724-852-1480 | | wbaker@irwincar.com |
| Attorney General for the State of Illinois | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | | 312-814-3000 | | webmaster@atg.state.il.us |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Lathrop GPM LLP | Attn: Wendi Alper-Pressman | Pierre Laclede Center | 7701 Forsyth Boulevard, Suite 500 | Clayton | MO | 63105 | | 314-613-2800 | 314-613-2801 | wpressman@lathropgpm.com; wendi.alper-pressman@lathropgpm.com |

**Service by First Class Mail**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Reserves | Bailey & Glasser LLP | Attn: Brian A. Glasser | 209 Capitol Street | | Charleston | WV | 25301 | | | | |
| Bradford Supply Company | Bradford Supply Company | Attn: Marleen Benson | 801 E. Main Street | | Robinson | IL | 62454 | | | | |
| Debtors | Foresight Energy LP | Attn: President or General Counsel | One Metropolitan Square, 211 North Broadway | Suite 2600 | St. Louis | MO | 63102 | | | | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Insolvency 5334 STL | P.O. Box 7346 | Philadelphia | PA | 19101-7346 | | 800-973-0424 | | |
| Member of Official Unsecured Creditors' Committee | John Fabick Tractor Company/Fabick Mining, Inc. | Attn: Barry Klinckhardt, General Counsel and Corporate Secretary | One Fabick Drive | | Fenton | MO | 63026 | | 636-680-1522 | | |
| Counsel to Murray Energy Corporation | Kirkland & Ellis LLP | Attn: Nicole L. Greenblatt | 601 Lexington Avenue | | New York | NY | 10022 | | | | |
| Counsel to the Term Agent (Lord Securities) | Lord Securities Corporation | Attn: General Counsel | 48 Wall Street, 27th Floor | | New York | NY | 10043 | | | | |
| Counsel to the Collateral Trustee under the Debtors' secured debt facilities (lord Securities) | Lord Securities Corporation | Attn: General Counsel | 48 Wall Street, 27th Floor | | New York | NY | 10043 | | | | |
| Natural Resource Partners L.P. | Natural Resource Partners L.P. | Attn: President or General Counsel | 5260 Irwin Road | | Huntington | WV | 25705 | | | | |
| Attorney General for the State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | 800-282-0515 | | |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney | Thomas Eagleton U.S. Courthouse | 111 S. 10th Street, 20th Floor | St. Louis | MO | 63102 | | 314-539-2200 | 314-539-2309 | |
| Counsel to Wells Fargo Vendor Financial Services, LLC | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Attn: Christine R. Etheridge | c/o A Ricoh USA Program f/d/b/a/ IKON Financial Services | P.O. Box 13708 | Macon | GA | 31208-3708 | | 800-480-6513 | | |
| Member of Official Unsecured Creditors' Committee | Wilmington Trust, National Association, as Trustee for the 11.5% Notes | Attn: Steven Cimalore, Administrative Vice-President | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6058 | | |