IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FORESIGHT ENERGY, et al. | ) | Case No. 20-41308-659 |
| HOLDINGS, LLC. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Larry E. Parres of Lewis Rice LLC appears as counsel for Core & Main LP and files this Notice of Appearance and Request for Notices in the above-styled case, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010 respectfully requests that all notices given or required to be given in these proceedings be served upon the following:

| | |
|---|---|
| Larry E. Parres | Jodie Fowler |
| Lewis Rice LLC | Core & Main LP |
| 600 Washington Ave., Suite 2500 | PO Box 28330 |
| St. Louis, MO  63101 | St. Louis, MO 63146 |
| Telephone:  314-444-7600 | Telephone: 314-995-9179 |
| Facsimile:   314-612-7660 | Facsimile: 314-432-8481 |
| E-mail:  lparres@lewisrice.com | E-mail: jodie.fowler@coreandmain.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, the undersigned requests to be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Core & Main LP to (a)

2376474.1

have final orders in non-core matters entered only after *de novo* review by a District Court judge; (b) have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (c) trial by a jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to this case; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (f) any election of remedy; or (g) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Nothing herein shall be construed as a waiver of any right to a jury trial related to any claim of noticing party or a consent by noticing party to jurisdiction over it by the Bankruptcy Court.

Respectfully submitted,

**LEWIS RICE LLC**

/s/ Larry E. Parres
Larry E. Parres, #35597MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 612-7660(Fax)
E-Mail:  lparres@lewisrice.com

*Attorneys for Core & Main LP*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served to those parties in interest via the Court's ECF system this 22nd day of April 2020.

/s/ Larry E. Parres

2