SO ORDERED

Apr 22, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

Case 20-41308   Doc 367   Filed 04/23/20   Entered 04/23/20 08:29:41   Main Document
Pg 1 of 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST LOUIS DIVISION

RECEIVED+FILED
2020 APR 22 AM 11:32
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-MR

In re:   FORESIGHT ENERGY LP        )
                                     )   Case No. 20-41308-659
                                     )   Chapter 11
                  Debtor,            )   Judge Kathy A. Surratt-States

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to L.R. 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, James L. Van Winkle, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Illinois Minerals LLC and Illinois Methane LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a.   Full name of the movant-attorney; JAMES LEALON VAN WINKLE.

b.   Address and telephone number of the movant-attorney;

JAMES L. VAN WINKLE, Il Bar #03124239
301 S. Jackson St.
P.O. Box 337
McLeansboro IL  62859-0337
Telephone: 618-643-4396
Telefax: 618-643-4241
E-Mail: ripvan@vwvwlaw.com

c.   Name of the firm or letterhead under which the movant practices; VAN WINKLE & VAN WINKLE.

d.   Name of the law school(s) movant attended and the date(s) of graduation therefrom; The George Washington University, May 19, 1979.

e.   State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;

Illinois Supreme Court, November 5, 1979;

United States District Court, Southern District of Illinois (1980);

United States Bankruptcy Court, Southern District of Illinois (1980);

United States District Court, Central District of Illinois;

United States Bankruptcy Court, Central District of Illinois;

Seventh Circuit Court of Appeal, September 5, 1986.

f. Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar; Movant is a member in good standing of all of the above bars and courts.

g. Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

James L. Van Winkle

JAMES L. VAN WINKLE, IL Bar #03124239, VAN WINKLE & VAN WINKLE, Attorneys at Law
301 S. Jackson St., P.O. Box 337, McLeansboro IL 62859-0337
Telephone: 618-643-4396, Telefax: 618-643-4241, E-Mail: ripvan@vwvwlaw.com
VW File 2020-096.0; server//\\ F:\ILLINOIS MINERALS\WILLIAMSON ENERGY BANKUPRTCY 2020960\DRAFT PLEADINGS 20200960\20200960 JLVW MOTION TO APPEAR PRO HAC VICE US BK CT E D MO.DOCX

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST LOUIS DIVISION

| | | |
|---|---|---|
| In re: FORESIGHT ENERGY LP | ) | |
| | ) | Case No. 20-41308 |
| | ) | Chapter 11 |
| Debtor, | ) | Judge Kathy A. Surratt-States |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to L.R. 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, James L. Van Winkle, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Illinois Minerals LLC and Illinois Methane LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

    a.    Full name of the movant-attorney; JAMES LEALON VAN WINKLE.

    b.    Address and telephone number of the movant-attorney;

JAMES L. VAN WINKLE, II Bar #03124239
301 S. Jackson St.
P.O. Box 337
McLeansboro IL 62859-0337
Telephone: 618-643-4396
Telefax: 618-643-4241
E-Mail: ripvan@vwvwlaw.com

    c.    Name of the firm or letterhead under which the movant practices; VAN WINKLE & VAN WINKLE.

    d.    Name of the law school(s) movant attended and the date(s) of graduation therefrom; The George Washington University, May 19, 1979.

    e.    State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;

    Illinois Supreme Court, November 5, 1979;

    United States District Court, Southern District of Illinois (1980);

    United States Bankruptcy Court, Southern District of Illinois (1980);

    United States District Court, Central District of Illinois;

    United States Bankruptcy Court, Central District of Illinois;

    Seventh Circuit Court of Appeal, September 5, 1986.

  f.  Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar; Movant is a member in good standing of all of the above bars and courts.

  g.  Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

  Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

*/s/ James L. Van Winkle*
James L. Van Winkle

JAMES L. VAN WINKLE, IL Bar #03124239, VAN WINKLE & VAN WINKLE, Attorneys at Law
301 S. Jackson St., P.O. Box 337, McLeansboro IL 62859-0337
Telephone: 618-643-4396, Telefax: 618-643-4241, E-Mail: ripvan@vwvwlaw.com
VW File 2020-096.0; server//\\ F:\ILLINOIS MINERALS\WILLIAMSON ENERGY BANKUPRTCY 2020960\DRAFT PLEADINGS 20200960\20200960 JLVW MOTION TO APPEAR PRO HAC VICE US BK CT E D MO.DOCX

# VAN WINKLE & VAN WINKLE

Attorneys at Law
301 South Jackson St. - P.O. Box 337
McLeansboro IL 62859-0337
Telephone: 618-643-4396
Telefax: 618-643-4241
Cell Phone: 618-924-0470
E-mail ripvan@vwvwlaw.com

JAMES L. VAN WINKLE

THEODORE VAN WINKLE
July 4, 1925 – February 9, 2016

April 20, 2020

Dana C McWay  Clerk of Court
US Bankruptcy Court Missouri Eastern Division
Thomas F Eagleton US Courthouse
111 S 10th St #4
Saint Louis MO 63102-1125

| | |
|---|---|
| RE: | Pro Hac Vice Motion |
| | In Re: Foresight Energy LP |
| | 2020-41308 |
| Vw File | 2020-096.0 |

Dear Clerk McWay:

Attached is my signed verified Motion to appear pro hac vice in the Foresight case.

Also attached is a check in the amount of $100 for the admission fee.

Should you have any questions or requirements, please contact me.

Sincerely,

JAMES L. VAN WINKLE

F:\Illinois Minerals\Williamson Energy Bankuprtcy 2020960\Draft Pleadings 20200960\20200960 Ltr to Clerk of Court Pro Hac Vice Motion