# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket No.: 123 |

## DECLARATION AND DISCLOSURE STATEMENT OF ROBERT M. SELLARDS ON BEHALF OF BAILES CRAIG YON & SELLARDS, PLLC

I, Robert M. Sellards, declare and say:

1. I am an attorney and partner at Bailes Craig Yon & Sellards, PLLC, located at 401 Tenth Street, Suite 500, Huntington, WV 25701 (the "Firm").

2. Foresight Energy LP and its affiliated debtors and debtors in possession in the above-captioned cases (the "Debtors") have requested that the Firm provide certain legal services to the Debtors (the "Services"), and the Firm has consented to provide those Services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may be represented or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors

or their estates with respect to the matters on which the Firm is to be retained.

4. Neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5. Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than partners and associates of the Firm.

6. The Debtors do not owe the Firm any monies for any prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this Declaration.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on April 23, 2020.

*/s/ Robert M. Sellards*

Robert M. Sellards, Esquire

UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket No. 123 |

## RETENTION QUESTIONNAIRE

**To Be Completed by Professionals Employed By:** Foresight Energy LP, *et al.*

(the "Debtors") DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS TO:

Paul, Weiss, Rifkind, Wharton & Garrison
LLP 1285 Avenue of the Americas
New York, NY 10019
Attention: Alice Belisle Eaton and Patrick M. Steel

All questions **must** be answered. Please use "none," "not applicable," or "N/A" as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Bailes Craig Yon & Sellards, PLLC
   401 Tenth Street, Suite 500
   Huntington, WV 25701

   Date of retention: Match 17, 2020

2. Brief description of services to be provided:

   Serve as local counsel in a civil action brought by Debtors in the United States Federal Court for the Eastern District of Kentucky.

3. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

(a) Range of hourly rates (if applicable):
- Partners/Of Counsel: $300 per hour
- Associates: $200 per hour
- Paralegals: $135 per hour

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition): N/A

4. Prepetition claims against any of the Debtors held by the firm:

   N/A

5. Prepetition claims against any of the Debtors held individually by any of the firm's professionals:

   N/A

6. Stock of any of the Debtors currently held by the firm:

   N/A

7. Stock of any of the Debtors currently held individually by any of the firm's

   N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the firm is to be employed.

   N/A

9. Name of individual completing this form:
   Robert M. Sellards

6