**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br><br>Jointly Administered |

# CERTIFICATE OF SERVICE

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on (1) the Master Email Service List attached hereto as **Exhibit A**; (2) codynett@coalsource.com; and (3) alan.boyko@FTIConsulting.com:

- First Monthly Fee Statement of Bailey & Glasser, LP as Special Counsel to Debtors for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement for Expenses Incurred for the Period March 10, 2020 through March 31, 2020

On April 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit B**:

- Order Authorizing the Retention and Employment of Bailey & Glasser LLP as Special Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 364]

[*Remainder of page left intentionally blank*]

Dated: April 23, 2020

                                                                   */s/ Kelsey L. Gordon*
                                                                     Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 23, 2020, by Kelsey L. Gordon proved to me on the basis of satisfactory evidence to be the person who appeared before me.


*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 41633

# Exhibit A

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Affinity Law Group, LLC | tsant@affinitylawgrp.com |
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>bkahn@akingump.com |
| Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale LLP | rengel@atllp.com<br>jwillard@atllp.com<br>kredmond@atllp.com |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | rtwardowski@bankdirectcapital.com |
| Counsel to the Facilities Agent (Huntington) and The Huntington National Bank | Buchanan Ingersoll & Rooney PC | christopher.schueller@bipc.com<br>timothy.palmer@bipc.com |
| Counsel to Mangrove Partners | Carmody MacDonald P.C. | spd@carmodymacdonald.com<br>ree@carmodymacdonald.com |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | thr@carmodymacdonald.com<br>cjl@carmodymacdonald.com |
| Counsel to Residco | Connolly Gallagher LLP | jwisler@connollygallagher.com<br>kconlan@connollygallagher.com |
| Counsel to Fabick Mining, Inc. and John Fabick Tractor Company | Cooley LLP | cspeckhart@cooley.com |
| Core & Main LP | Core & Main LP | jodie.fowler@coreandmain.com |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | rhewitt@cov.com |
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | steve@dewindonepass.com |
| Top 20 Unsecured Creditor | Fabick Mining Inc | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service of Illinois, Inc | scollins@flandersinc.com |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Steve.Williams@fuchs.com<br>Jason.Murphy@fuchs.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | jkuhn@ghalaw.com |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | jkuhn@ghalaw.com |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | jrichards@heritagecooperative.com |

In re: Foresight Energy LP, *et al.*
Case No. 20-41308

Page 1 of 5

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | edwecf@heylroyster.com pcloud@heylroyster.com |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | edwecf@heylroyster.com pcloud@heylroyster.com |
| Top 20 Unsecured Creditor | International Belt Sales LLC | JEFGREYCHURT@aol.com |
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | wbaker@irwincar.com |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | jbazemore@jabosupply.com |
| Top 20 Unsecured Creditor | Jennchem Mid-West | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | Jennmar Services | tcalandra@jennmar.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | nicholas.johnson@fabickmining.com |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | dan.spears@mining.komatsu |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | dan.spears@mining.komatsu |
| Counsel to Indemnity National Insurance Company | Kewa Financial Inc. | diw@kewafinancial.com |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Lathrop GPM LLP | wpressman@lathropgpm.com wendi.alper-pressman@lathropgpm.com |
| Counsel to Core & Main LP | Lewis Rice LLC | lparres@lewisrice.com |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | david.mayo@mayowv.com todd.thompson@mayowv.com |
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | ddunne@milbank.com pmilender@milbank.com |
| Top 20 Unsecured Creditor | Mine Supply Company | bob.purvis@purvisindustries.com |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | edmoecf@dor.mo.gov |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | pcloud@heylroyster.com |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | gwooten@wpplp.com |
| Counsel to Illinois Department of Natural Resources | Office of the Illinois Attorney General | CFo@atg.state.il.us RLS@atg.state.il.us |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Carole.Ryczek@usdoj.gov |
| Counsel to Javelin Global Commodities (UK) Ltd. and Uniper | Paul Hastings LLP | pedrojimenez@paulhastings.com<br>irenagoldstein@paulhastings.com |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>slovett@paulweiss.com |
| Counsel to Joy Global Underground Mining LLC and Joy Global Conveyors Inc. | Pietragallo Gordon Alfano Bosisk & Raspanti, LLP | rjp@pietragallo.com |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | p.freissle@polydeck.com<br>c.shuford@polydeck.com<br>r.kuehl@polydeck.com |
| Member of Official Unsecured Creditors' Committee | Polydeck Screen Corporation | p.freissle@polydeck.com<br>c.shuford@polydeck.com<br>r.kuehl@polydeck.com |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | ppopicg@rmwilson.com |
| Counsel to Wilmington Trust, National Association, as indenture trustee for the holders of 11.50% Senior Secured Notes due 2023 | Reed Smith LLP | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| Counsel to Bradford Supply Company | Reinoehl Kehlenbrink, LLC | rusty@rklegalgroup.com |
| Residco | Residco | edwards@residco.com |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | blawrence@sginterests.com |
| Counsel to the DIP Agent | Ropes & Gray | patricia.chen@ropesgray.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | secbankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov |
| Counsel to United States Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | wisej@sec.gov |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of Russell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased | Silver Lake Group, Ltd. | steve@silverlakelaw.com |
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of Russell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased | Silver Lake Group, Ltd. | tom@silverlakelaw.com |
| Top 20 Unsecured Creditor | Snf Mining Inc | cgarmon@snfhc.com |
| Top 20 Unsecured Creditor | State Electric Supply Co | john.spoor@stateelectric.com |
| Attorney General for the State of Illinois | State of Illinois Attorney General | webmaster@atg.state.il.us |
| Attorney General for the State of Missouri | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| Counsel to Kenneth S. Grossman Pension Plan | Stevens & Lee, P.C. | nfk@stevenslee.com<br>cp@stevenslee.com<br>adm@stevenslee.com |
| Counsel to Lord Securities Corporation | Sullivan & Worcester LLP | azuccarello@sullivanlaw.com<br>nkoslof@sullivanlaw.com<br>etodd@sullivanlaw.com |
| Top 20 Unsecured Creditor | T. Parker Host | Fredrik.Knutsen@tparkerhost.com |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | mbossi@thompsoncoburn.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the the United States of America | U.S. Department of Justice, Civil Division | dominique.sinesi@usdoj.gov |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Henry.Looney@unitedcentral.net |
| Member of Official Unsecured Creditors' Committee | United Central Industrial Supply Company, LLC | Henry.Looney@unitedcentral.net |
| Top 20 Unsecured Creditor | Us United Bulk Terminal | UBTCAR@unitedbulkterminals.com Fredrik.Knutsen@tparkerhost.com |
| Counsel to The CIT Group/Equipment Financing, Inc., CIT Bank, N.A. and CIT Railcar Funding Company, LLC | Vedder Price P.C. | msklein@vedderprice.com |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Dwallace@wallaceelectricalsystems.com |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Dwallace@wallaceelectricalsystems.com |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | cajones@wtplaw.com dgaffey@wtplaw.com |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | mroeschenthaler@wtplaw.com |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Williams Mullen | jmclemore@williamsmullen.com mmueller@williamsmullen.com |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | bbonfig@wilmingtontrust.com |
| Top 20 Unsecured Creditor | Wpp LLC | gwooten@wpplp.com |
| Counsel to Evansville Western Railway, Inc. | Wyatt, Tarrant & Combs, LLP | jbrice@wyattfirm.com |

# **Exhibit B**

Exhibit B
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Affinity Law Group, LLC | Attn: J. Talbot Sant, Jr.<br>1610 Des Peres Road, Suite 100<br>St. Louis MO 63131 | tsant@affinitylawgrp.com | Email |
| Counsel to the Ad Hoc First Lien Group and the DIP Lenders | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira Dizengoff and Brad Kahn<br>1 Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>bkahn@akingump.com | Email |
| Counsel to the Debtors and Debtors in Possession | Armstrong Teasdale LLP | Attn: Richard W. Engel, Jr., John G. Willard, Kathyrn Redmond<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis MO 63105 | rengel@atllp.com<br>jwillard@atllp.com<br>kredmond@atllp.com | Email |
| Counsel to Reserves | Bailey & Glasser LLP | Attn: Brian A. Glasser<br>209 Capitol Street<br>Charleston WV 25301 | | First Class Mail |
| Top 20 Unsecured Creditor | Bankdirect Capital Finance | Attn: Richard Twardowski<br>11191 Illinois Route 185<br>Hillsboro IL 62049 | rtwardowski@bankdirectcapital.com | Email |
| Bradford Supply Company | Bradford Supply Company | Attn: Marleen Benson<br>801 E. Main Street<br>Robinson IL 62454 | | First Class Mail |
| Counsel to the Facilities Agent (Huntington) and The Huntington National Bank | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller and Timothy Palmer<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh PA 15219-4413 | christopher.schueller@bipc.com<br>timothy.palmer@bipc.com | Email |
| Counsel to Mangrove Partners | Carmody MacDonald P.C. | Attn: Spencer P. Desai, Esq., Robert E. Eggmann, Esq.<br>120 South Central Avenue, Ste. 1800<br>St. Louis MO 63105 | spd@carmodymacdonald.com<br>ree@carmodymacdonald.com | Email |
| Counsel to Javelin Global Commodities (UK) Ltd. | Carmody MacDonald P.C. | Attn: Thomas H. Riske, Esq., Christopher J. Lawhorn, Esq.<br>120 South Central Avenue<br>Ste. 1800<br>St. Louis MO 63105 | thr@carmodymacdonald.com<br>cjl@carmodymacdonald.com | Email |
| Counsel to Residco | Connolly Gallagher LLP | Attn: Jeffrey C. Wisler, Kelly M. Conlan<br>1201 North Market Street, 20th Floor<br>Wilmington DE 19801 | jwisler@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Counsel to Fabick Mining, Inc. and John Fabick Tractor Company | Cooley LLP | Attn: Cullen D. Speckhart<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington DC 20004-2400 | cspeckhart@cooley.com | Email |
| Core & Main LP | Core & Main LP | Attn: Jodie Fowler<br>PO Box 28330<br>St. Louis MO 63146 | jodie.fowler@coreandmain.com | Email |
| Counsel to the Indenture Trustee (Wilmington) | Covington & Burling LLP | Attn: Ronald Hewitt<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018-1405 | rhewitt@cov.com | Email |

Case 20-41308    Doc 369    Filed 04/23/20    Entered 04/23/20 16:08:10    Main Document    Pg 10 of 16

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Dewind One Pass Trenching LLC | Attn: Steve McCullick<br>9150 96th Avenue<br>Zeeland MI 49464 | steve@dewindonepass.com | Email |
| Top 20 Unsecured Creditor | Fabick Mining Inc | Attn: Nick Johnson<br>P.O Box 403943<br>Atlanta GA 30384-3943 | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | Flanders Electric Motor Service of Illinois, Inc | Attn: Shawn Collins, Joe Baker<br>PO Box 1106<br>Marion IL 62959 | scollins@flandersinc.com | Email |
| Top 20 Unsecured Creditor | Fuchs Lubricants Co | Attn: Steve Williams, Jason Murphy<br>P.O Box 952121<br>St Louis MO 63195-2121 | Steve.Williams@fuchs.com<br>Jason.Murphy@fuchs.com | Email |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | Attn: Joel A. Kunin<br>2227 South State Route 157<br>Edwardsville IL 62025 | jkunin@ghalaw.com | Email |
| Counsel to Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne and Cory Leitschuh | Goldenberg Heller & Antognoli, P.C. | Attn: Joel A. Kunin<br>P.O. Box 959<br>Edwardsville IL 62025 | jkunin@ghalaw.com | Email |
| Top 20 Unsecured Creditor | Heritage Cooperative Inc | Attn: John Richards<br>P.O Box 71735<br>Chicago IL 60694-1735 | jrichards@heritagecooperative.com | Email |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | Attn: Patrick D. Cloud<br>105 W. Vandalia, Suite 100<br>Edwardsville IL 62025 | edwecf@heylroyster.com<br>pcloud@heylroyster.com | Email |
| Counsel to Mt. Olive & Staunton Coal Company Trust | Heyl, Royster, Voelker & Allen, P.C. | Attn: Patrick D. Cloud<br>P.O. Box 467<br>Edwardsville IL 62025 | edwecf@heylroyster.com<br>pcloud@heylroyster.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>Insolvency 5334 STL<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Top 20 Unsecured Creditor | International Belt Sales LLC | Attn: Jeff Hurt<br>29425 Chagrin Blvd., Suite 300<br>Pepper Pike OH 44122 | JEFFREYCHURT@aol.com | Email |
| Top 20 Unsecured Creditor | Irwin Mine And Tunneling Supply | Attn: William Baker<br>P.O Box 4835<br>Evansville IN 47724 | wbaker@irwincar.com | Email |
| Top 20 Unsecured Creditor | Jabo Supply Corporation | Attn: Jay Bazemore<br>P.O Box 465<br>West Frankfort IL 62896 | jbazemore@jabosupply.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Jennchem Mid-West | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | Jennmar of West Kentucky Inc. | Attn: Tony Calandra<br>P.O Box 603800<br>Charlotte NC 28260-3800 | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | Jennmar Services | Attn: Tony Calandra<br>P.O Box 405655<br>Atlanta GA 30384-5655 | tcalandra@jennmar.com | Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>364 Libson Street<br>Canfield OH 44406-0369 | nicholas.johnson@fabickmining.com | Email |
| Top 20 Unsecured Creditor | John Fabick Tractor Company | Attn: Nick Johnson<br>PO Box 369<br>Canfield OH 44406-0369 | nicholas.johnson@fabickmining.com | Email |
| Member of Official Unsecured Creditors' Committee | John Fabick Tractor Company/Fabick Mining, Inc. | Attn: Barry Klinckhardt, General Counsel and Corporate Secretary<br>One Fabick Drive<br>Fenton MO 63026 | | First Class Mail |
| Top 20 Unsecured Creditor | Joy Global Conveyors Inc | Attn: Dan Spears<br>P.O Box 504794<br>St Louis MO 63150-4794 | dan.spears@mining.komatsu | Email |
| Top 20 Unsecured Creditor | Joy Global Undergound Mining LLC | Attn: Dan Spears<br>P.O Box 504794<br>St. Louis MO 63150-4794 | dan.spears@mining.komatsu | Email |
| Counsel to Indemnity National Insurance Company | Kewa Financial Inc. | Attn: Daniel I. Waxman<br>340 S. Broadway, Suite 100<br>Lexington KY 40508 | diw@kewafinancial.com | Email |
| Counsel to Murray Energy Corporation | Kirkland & Ellis LLP | Attn: Nicole L. Greenblatt<br>601 Lexington Avenue<br>New York NY 10022 | | First Class Mail |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Lathrop GPM LLP | Attn: Wendi Alper-Pressman<br>Pierre Laclede Center<br>7701 Forsyth Boulevard, Suite 500<br>Clayton MO 63105 | wpressman@lathropgpm.com<br>wendi.alper-pressman@lathropgpm.com | Email |
| Counsel to Core & Main LP | Lewis Rice LLC | Attn: Larry E. Parres<br>600 Washington Ave<br>Suite 2500<br>St. Louis MO 63101 | lparres@lewisrice.com | Email |
| Counsel to the Term Agent (Lord Securities) | Lord Securities Corporation | Attn: General Counsel<br>48 Wall Street, 27th Floor<br>New York NY 10043 | | First Class Mail |
| Top 20 Unsecured Creditor | Mayo Manufacturing Co Inc | Attn: Dave Mayo, Todd Thompson<br>P.O Box 28330<br>St. Louis MO 63146 | david.mayo@mayowv.com<br>todd.thompson@mayowv.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Crossover Group | Milbank LLP | Attn: Dennis F. Dunne and Parker Milender<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>pmilender@milbank.com | Email |
| Top 20 Unsecured Creditor | Mine Supply Company | Attn: Bob Purvis<br>2853 Ken Gray Blvd.<br>Suite 4<br>West Frankfort IL 62896 | bob.purvis@purvisindustries.com | Email |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: John Whiteman<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | edmoecf@dor.mo.gov | Email |
| Top 20 Unsecured Creditor | Mt Olive & Staunton Coal Co Trust | Attn: Patrick D. Cloud<br>P.O Box 742784<br>Atlanta GA 30374-2784 | pcloud@heylroyster.com | Email |
| Natural Resource Partners L.P. | Natural Resource Partners L.P. | Attn: President or General Counsel<br>5260 Irwin Road<br>Huntington WV 25705 | | First Class Mail |
| Top 20 Unsecured Creditor | Natural Resource Partners LLP | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | gwooten@wpplp.com | Email |
| Counsel to Illinois Department of Natural Resources | Office of the Illinois Attorney General | Attn: Christopher M. Foy<br>500 South Second Street<br>Springfield IL 62701 | CFoy@atg.state.il.us<br>RLS@atg.state.il.us | Email |
| Office of the United States Trustee for the Eastern District of Missouri | Office of the United States Trustee | Attn: US Trustee<br>111 S. 10th Street<br>Suite 6.353<br>St. Louis MO 63102 | Carole.Ryczek@usdoj.gov | Email |
| Counsel to Javelin Global Commodities (UK) Ltd. and Uniper | Paul Hastings LLP | Attn: Pedro Jimenez, Irena Goldstein<br>200 Park Avenue<br>New York NY 10166 | pedrojimenez@paulhastings.com<br>irenagoldstein@paulhastings.com | Email |
| Counsel to the Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Alice Belisle Eaton, Samuel E. Lovett<br>1285 Avenue of the Americas<br>New York NY 10019 | pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>slovett@paulweiss.com | Email |
| Counsel to Joy Global Underground Mining LLC and Joy Global Conveyors Inc. | Pietragallo Gordon Alfano Bosisk & Raspanti, LLP | Attn: Richard J. Parks<br>7 West State Street, Suite 100<br>Sharon PA 16146 | rjp@pietragallo.com | Email |
| Top 20 Unsecured Creditor | Polydeck Screen Corporation | Attn: Peter Freissle<br>P.O Box 827<br>Pound VA 24279 | p.freissle@polydeck.com<br>c.shuford@polydeck.com<br>r.kuehl@polydeck.com | Email |
| Member of Official Unsecured Creditors' Committee | Polydeck Screen Corporation | Attn: Ronald Kuehl, II, Executive Vice-President<br>1790 Dewberry Road<br>Spartanburg SC 29307 | p.freissle@polydeck.com<br>c.shuford@polydeck.com<br>r.kuehl@polydeck.com | Email |
| Top 20 Unsecured Creditor | R M Wilson Co Inc | Attn: Pat Popicg<br>46226 National Road<br>St Clairsville OH 43950 | ppopicg@rmwilson.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wilmington Trust, National Association, as indenture trustee for the holders of 11.50% Senior Secured Notes due 2023 | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |
| Counsel to Bradford Supply Company | Reinoehl Kehlenbrink, LLC | Attn: Rusty K. Reinoehl<br>P.O. Box 698<br>Robinson IL 62454 | rusty@rklegalgroup.com | Email |
| Residco | Residco | Attn: Deborah Edwards<br>70 W Madison<br>Suite 2200<br>Chicago IL 60602 | edwards@residco.com | Email |
| Top 20 Unsecured Creditor | Rggs Land & Minerals | Attn: Bill Lawrence<br>610 Sneed Road<br>Carbondale IL 62902 | blawrence@sginterests.com | Email |
| Counsel to the DIP Agent | Ropes & Gray | Attn: Patricia I. Chen<br>Prudential Tower, 800 Boylston Street<br>Boston MA 02199-3600 | patricia.chen@ropesgray.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | Attn: Bankruptcy Department<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago IL 60604 | secbankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov | Email |
| Counsel to United States Securities & Exchange Commission - Chicago Office | Securities & Exchange Commission - Chicago Office | Attn: Jolene M. Wise<br>175 W. Jackson Boulevard<br>Suite 1450<br>Chicago IL 60604 | wisej@sec.gov | Email |
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of Russell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased | Silver Lake Group, Ltd. | Attn: Steven M. Wallace<br>6 Ginger Creek Village Drive<br>Glen Carbon IL 62034 | steve@silverlakelaw.com | Email |
| Counsel to Mitchell/Roberts Partnership, an Illinois Partnership; Reba L. Mitchell, individually and as Trustee and Beneficiary of the Robert H. Mitchell Residual Trust; Carl Inman Independent Executor of the Estate of Russell J. Inman, Deceased; Carol Dean Crabtree; Robin Lynne Kee Williams; John Milo Kee; J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased; J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased; and David Senseney, Executor of the Estate of Marguerite Boos, Deceased | Silver Lake Group, Ltd. | Attn: Thomas DeVore<br>118 N. Second Street<br>Greenville IL 62246 | tom@silverlakelaw.com | Email |

Case 20-41308   Doc 369   Filed 04/23/20   Entered 04/23/20 16:08:10   Main Document   Pg 14 of 16

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Snf Mining Inc | Attn: Christopher J. Gannon<br>P.O Box 890889<br>Charlotte NC 28289-0889 | cgannon@snfhc.com | Email |
| Top 20 Unsecured Creditor | State Electric Supply Co | Attn: John Spoor<br>P.O Box 603800<br>Charlotte NC 28260-3800 | john.spoor@stateelectric.com | Email |
| Attorney General for the State of Illinois | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| Attorney General for the State of Missouri | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building, 207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| Attorney General for the State of Ohio | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| Counsel to Kenneth S. Grossman Pension Plan | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon, Constantine D. Pourakis, Andreas D. Milliaressis<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | nfk@stevenslee.com<br>cp@stevenslee.com<br>adm@stevenslee.com | Email |
| Counsel to Lord Securities Corporation | Sullivan & Worcester LLP | Attn: Amy A. Zuccarello, Nathaniel R.B. Koslof, Erika L. Todd<br>One Post Office Square<br>Boston MA 02109 | azuccarello@sullivanlaw.com<br>nkoslof@sullivanlaw.com<br>etodd@sullivanlaw.com | Email |
| Top 20 Unsecured Creditor | T. Parker Host | Attn: Fredrik Knutsen<br>150 West Main Street, Suite 1600<br>Norfolk VA 23510 | Fredrik.Knutsen@tparkerhost.com | Email |
| Counsel to Ad Hoc First Lien Group | Thompson Coburn LLP | Attn: Mark V. Bossi<br>One US Bank Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburn.com | Email |
| Counsel to the the United States of America | U.S. Department of Justice, Civil Division | Attn: Dominique V. Sinesi, Trial Attorney<br>1100 L Street, NW<br>Room 7020<br>Washington DC 20005 | dominique.sinesi@usdoj.gov | Email |
| Top 20 Unsecured Creditor | United Central Industrial Supply | Attn: Henry Looney<br>P.O Box 71206<br>Chicago IL 60694-1206 | Henry.Looney@unitedcentral.net | Email |
| Member of Official Unsecured Creditors' Committee | United Central Industrial Supply Company, LLC | Attn: Henry E. Looney, President<br>1241 Volunteer Parkway<br>Suite 1000<br>Bristol TN 37620 | Henry.Looney@unitedcentral.net | Email |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Jeffrey B. Jensen, U.S. Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th Street, 20th Floor<br>St. Louis MO 63102 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Us United Bulk Terminal | Attn: Brian Miles, Fredrik Knutsen<br>P. O. Box 301749<br>Dallas TX 75303-1749 | UBT-AR@unitedbulkterminals.com<br>Fredrik.Knutsen@tparkerhost.com | Email |
| Counsel to The CIT Group/Equipment Financing, Inc., CIT Bank, N.A. and CIT Railcar Funding Company, LLC | Vedder Price P.C. | Attn: Michael L. Schein, Esq.<br>1633 Broadway<br>31st Floor<br>New York NY 10019 | mschein@vedderprice.com | Email |
| Top 20 Unsecured Creditor | Wallace Electrical Systems LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | Dwallace@wallaceelectricalsystems.com | Email |
| Top 20 Unsecured Creditor | Wallace Industrial LLC | Attn: David Wallace<br>P.O Box 74008932<br>Chicago IL 60674-8932 | Dwallace@wallaceelectricalsystems.com | Email |
| Counsel to Wells Fargo Vendor Financial Services, LLC | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Attn: Christine R. Etheridge<br>c/o A Ricoh USA Program f/d/b/a/ IKON Financial Services<br>P.O. Box 13708<br>Macon GA 31208-3708 | | First Class Mail |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | Attn: Christopher A. Jones, David W. Gaffey<br>3190 Fairview Park Drive, Suite 800<br>Falls Church VA 22042-4558 | cajones@wtplaw.com<br>dgaffey@wtplaw.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Whiteford Taylor & Preston, LLP | Attn: Michael J. Roeschenthaler<br>200 First Avenue, Third Floor<br>Pittsburgh PA 15222-1512 | mroeschenthaler@wtplaw.com | Email |
| Counsel to Natural Resource Partners L.P., WPP LLC, HOD LLC, Independence Land Company, LLC, and Williamson Transport LLC | Williams Mullen | Attn: Jennifer McLain McLemore, Michael D. Mueller<br>200 South 10th Street<br>Suite 1600<br>Richmond VA 23219 | jmclemore@williamsmullen.com<br>mmueller@williamsmullen.com | Email |
| Top 20 Unsecured Creditor | Wilmington Trust National Assoc | Attn: Brandon Bonfig<br>50 S 6th Street, Suite 1290<br>Minneapolis MN 55402 | bbonfig@wilmingtontrust.com | Email |
| Member of Official Unsecured Creditors' Committee | Wilmington Trust, National Association, as Trustee for the 11.5% Notes | Attn: Steven Cimalore, Administrative Vice-President<br>1100 North Market Street<br>Wilmington DE 19890 | | First Class Mail |
| Top 20 Unsecured Creditor | Wpp LLC | Attn: Greg Wooten<br>372 Park Lane<br>Herrin IL 62948 | gwooten@wpplp.com | Email |
| Counsel to Evansville Western Railway, Inc. | Wyatt, Tarrant & Combs, LLP | Attn: John P. Brice<br>250 West Main Street, Suite 1600<br>Lexington KY 40507-1746 | jbrice@wyattfirm.com | Email |