**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No.: 206 |

**ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF BAILEY & GLASSER LLP AS**
**SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS**
**IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

Upon the Application[1] of the Debtors requesting entry of an order (this "Final Order"), pursuant to sections 327(e) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014 and 2016-1, authorizing the retention and employment of Bailey Glasser as special counsel with respect to specific matters described in the Application, effective as of the Petition Date, and upon the consideration of the Johnson Declaration and the Moore Declaration in support thereof; and the Court being satisfied based on the representations made in the Application, the Johnson Declaration, and the Moore Declaration that said attorneys represent no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that their employment is necessary and is in the best interests of the Debtors' estates; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District

---

[1] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Application.

of Missouri; and it appearing that venue of the Debtors' chapter 11 cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and a hearing having been held to consider the relief requested in the Application; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and all objections to the relief requested in the Application and to the entry of this Final Order having been withdrawn, resolved, or overruled by the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** on a final basis to the extent set forth herein.

2. The Debtors are authorized, pursuant to sections 327(e) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014 and 2016-1, to employ and retain Bailey Glasser as their special counsel on Special Counsel Matters (as defined herein) effective as of the Petition Date.

3. Bailey Glasser is authorized to render the following professional services to the Debtors (collectively, the "Special Counsel Matters"):

    a. Advising on various environmental permits and compliance orders necessary to construct pipelines and diffusers in the Big Muddy River to allow discharges of chloride water into mixing zones

        approved under Clean Water Act mixing zones and representing debtors in any ensuing litigation regarding the same;

b.     Representing Macoupin Energy regarding groundwater management zones at Macoupin Energy and related Consent Orders;

c.     To the extent any litigation occurs during the pendency of Debtors' cases, continuing to represent Williamson Energy, LLC in the claims brought by an alleged partnership (Mitchell-Roberts), by the Inmans, by Reba Mitchell, and by plaintiffs pursuing claim against Williamson Energy, LLC related to nuisance caused by fan noise;

d.     Advising on chloride and sulfate water treatment at Sugar Camp Energy including any related compliance or permitting efforts or litigation;

e.     Pursuing an injunction related to unconstitutional regulations in Kentucky involving coal price bidding;

f.     Providing analyses of rights under certain real estate deeds, coal royalty and sales agreements in connection with settled, pending, or threatened litigation;

g.     Providing compliance advice with respect to environmental permits and related laws, mine safety and health laws, and related regulations; and

h.     Responding to the requests of lead bankruptcy counsel and FELP for information relating to matters on which Bailey Glasser has been retained.

4. Notwithstanding Bailey Glasser's prepetition receipt of advance payments on account of postpetition services to be rendered on Special Counsel Matters, Bailey Glasser shall apply for compensation of professional services and reimbursement of expenses incurred in connection with the Special Counsel Matters in compliance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, the Fee Guidelines, and this Court's *Order (A) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Granting Related Relief* [Docket No. 122].

5. To the extent the Application is inconsistent with this Final Order, the terms of this Final Order shall govern.

6. Notice of the Application as provided therein is hereby deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Bankruptcy Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Order shall be immediately effective upon its entry.

8. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied because the relief sought by the Application is necessary to avoid immediate and irreparable harm.

9. No later than two (2) business days after the date of this Final Order, the Debtors' Claims and Noticing Agent shall serve a copy of this Final Order on the Notice Parties, and shall file a certificate of service no later than twenty-four (24) hours after service.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: April 22, 2020
St. Louis, Missouri
jjh

**Order Prepared By:**

Richard W. Engel, Jr., MO 34641
John G. Willard, MO 67049
Kathryn R. Redmond, MO 72087
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile:  (314) 621-2239
Email:  rengel@atllp.com
        jwillard@atllp.com
        kredmond@atllp.com

Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Alexander Woolverton (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email:  pbasta@paulweiss.com
        aeaton@paulweiss.com
        awoolverton@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

```
                              United States Bankruptcy Court
                                Eastern District of Missouri
In re:                                                                    Case No. 20-41308-kss
Foresight Energy LP                                                       Chapter 11
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0865-4          User: admin              Page 1 of 3                Date Rcvd: Apr 22, 2020
                              Form ID: pdfo1           Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
```
aty            +Aidan Synnott,    Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
                 New York, NY 10019-6031
aty            +Alexander Woolverton,    Paul Weiss Rifkind Wharton & Garrison LL,    1285 Avenue of the Americas,
                 New York, NY 10019-6031
aty            +Michael J. Colarossi,    Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
                 New York, NY 10019-6031
aty            +Paul M. Basta,   Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
                 New York, NY 10019-6031
aty            +Stephanie P. Lascano,    Paul, Weiss, Rifkind, Wharton & Garrison,    1285 Avenue of the Americas,
                 New York, NY 10019-6031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
```
              Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP
               aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolve
               rton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@pau
               lweiss.com
              Amy A. Zuccarello    on behalf of Creditor    Lord Securities Corporation
               azuccarello@sullivanlaw.com,    tkethro@sullivanlaw.com
              Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com
              Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP
               brian.walsh@bclplaw.com
              Christopher Foy    on behalf of Creditor    Illinois Department of Natural Resources
               cfoy@atg.state.il.us
              Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd
               cjl@carmodymacdonald.com,    txs@carmodymacdonald.com;aep@carmodymacdonald.com
              Cullen Drescher Speckhart    on behalf of Creditor Committee    John Fabick Tractor Company/Fabick
               Mining, Inc. cspeckhart@cooley.com,    efiling-notice@ecf.pacerpro.com
              Dominique Sinesi    on behalf of Interested Party    United States of America
               dominique.sinesi@usdoj.gov
              Erika L. Todd    on behalf of Creditor    Lord Securities Corporation etodd@sullivanlaw.com
              Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com
              Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com,
               bvogt@armstrongteasdale.com
              James Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com
              Jason D. Angelo    on behalf of Creditor    Wilmington Trust NA jangelo@reedsmith.com
              Jason D. Angelo    on behalf of Creditor Committee    Wilmington Trust, NA jangelo@reedsmith.com
              Jeffrey C Wisler    on behalf of Creditor    RESIDCO jwisler@connollygallagher.com
```

```
District/off: 0865-4                User: admin              Page 2 of 3                Date Rcvd: Apr 22, 2020
                                    Form ID: pdf01           Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jennifer M McLemore   on behalf of Creditor   Natural Resource Partners L.P., et al. jmclemore@williamsmullen.com
          Joel A Kunin   on behalf of Creditor Cory Leitschuh jkunin@ghalaw.com, megan@ghalaw.com
          Joel A Kunin   on behalf of Creditor   Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne jkunin@ghalaw.com, megan@ghalaw.com
          John G. Willard   on behalf of Debtor   American Century Mineral LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Foresight Energy Labor LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Foresight Energy Finance Corporation jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   MaRyan Mining LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Akin Energy LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Adena Resources, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Foresight Energy LP jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Oeneus LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Mach Mining, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Sitran, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Hillsboro Transport LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   Seneca Rebuild LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John G. Willard   on behalf of Debtor   American Century Transport LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
          John T.M. Whiteman   on behalf of Creditor   Missouri Department of Revenue edmoecf@dor.mo.gov
          John Talbot Sant, Jr.   on behalf of Creditor Committee   Official Committee of Unsecured Creditors tsant@affinitylawgrp.com, kschimweg@affinitylawgrp.com
          Kathryn Redmond   on behalf of Debtor   Coal Field Repair Services LLC kredmond@atllp.com, bvogt@atllp.com
          Kathryn Redmond   on behalf of Debtor   Logan Mining LLC kredmond@atllp.com, bvogt@atllp.com
          Kathryn Redmond   on behalf of Debtor   LD Labor Company LLC kredmond@atllp.com, bvogt@atllp.com
          Kathryn Redmond   on behalf of Debtor   Coal Field Construction Company LLC kredmond@atllp.com, bvogt@atllp.com
          Kathryn Redmond   on behalf of Debtor   Foresight Energy LP kredmond@atllp.com, bvogt@atllp.com
          Kurt F. Gwynne   on behalf of Creditor Committee   Wilmington Trust, NA kgwynne@reedsmith.com
          Mark V. Bossi   on behalf of Creditor   Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
          Marshall C. Turner   on behalf of Creditor   Lord Securities Corporation marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
          Marshall C. Turner   on behalf of Creditor   Huntington National Bank marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
          Michael D Mueller   on behalf of Creditor   Natural Resource Partners L.P., et al. mmueller@williamsmullen.com
          Michael J. Roeschenthaler   on behalf of Creditor Committee   Official Committee of Unsecured Creditors mroeschenthaler@wtplaw.com
          Nathaniel R.B. Koslof   on behalf of Creditor   Lord Securities Corporation nkoslof@sullivanlaw.com
          Office of US Trustee   USTPRegion13.SL.ECF@USDOJ.gov
          Patrick Cloud   on behalf of Creditor   Mt. Olive and Staunton Coal Company Trust pcloud@heylroyster.com
          Richard J. Parks   on behalf of Creditor   Joy Underground Mining LLC rjp@pietragallo.com
          Richard J. Parks   on behalf of Creditor   Joy Global Conveyors Inc. rjp@pietragallo.com
          Richard W. Engel, Jr.   on behalf of Debtor   American Century Mineral LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   American Century Transport LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy GP LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
          Richard W. Engel, Jr.   on behalf of Debtor   Foresight Energy Services LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com

```
District/off: 0865-4           User: admin              Page 3 of 3              Date Rcvd: Apr 22, 2020
                               Form ID: pdfo1           Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
- Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
- Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
- Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
- Robert E. Eggmann    on behalf of Creditor    Mangrove Partners ree@carmodymacdonald.com, thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
- Rochelle A. Funderburg    on behalf of Creditor    S & S Urethane, Inc. rfunderburg@meyercapel.com
- Rusty Keith Reinoehl    on behalf of Creditor    Bradford Supply Company rusty@rklegalgroup.com, rusty@rklegalgroup.com;riley@rklegalgroup.com
- Spencer P. Desai    on behalf of Creditor    Mangrove Partners spd@carmodymacdonald.com, ala@carmodymacdonald.com;txs@carmodymacdonald.com
- Steven M. Wallace    on behalf of Creditor    David Senseney, Executor of the Estate of Marguerite Boos, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor John Milo Kee steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor Robin Lynne Kee Williams steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor    Mitchell/Roberts Partnership, an Illinois Partnership steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor Carol Dean Crabtree steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor    Carl Inman, Executor of the Estate of Russell J. Inman, Deceased steve@silverlakelaw.com, denise@silverlakelaw.com
- Steven M. Wallace    on behalf of Creditor    Reba Mitchell, Individually and as Trustee and Beneficiary of the Robert H.Mitchell Residual Trust steve@silverlakelaw.com, denise@silverlakelaw.com
- Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd thr@carmodymacdonald.com, syd@carmodymacdonald.com;ala@carmodymacdonald.com
- Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd thr@carmodymacdonald.com, syd@carmodymacdonald.com;ala@carmodymacdonald.com
- Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com, donna.curcio@bipc.com
- Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al. wpressman@lathropgage.com, jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
- Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com

TOTAL: 83