SO ORDERED

Apr 22, 2020

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST LOUIS DIVISION

RECEIVED + FILED
2020 APR 22 AM 11: 32
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-MR

In re:  FORESIGHT ENERGY LP    )
                               )    Case No. 20-41308-659
                               )    Chapter 11
          Debtor,              )    Judge Kathy A. Surratt-States

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to L.R. 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, James L. Van Winkle, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Illinois Minerals LLC and Illinois Methane LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. Full name of the movant-attorney; JAMES LEALON VAN WINKLE.

b. Address and telephone number of the movant-attorney;

JAMES L. VAN WINKLE, Il Bar #03124239
301 S. Jackson St.
P.O. Box 337
McLeansboro IL 62859-0337
Telephone: 618-643-4396
Telefax: 618-643-4241
E-Mail: ripvan@vwvwlaw.com

c. Name of the firm or letterhead under which the movant practices; VAN WINKLE & VAN WINKLE.

d. Name of the law school(s) movant attended and the date(s) of graduation therefrom; The George Washington University, May 19, 1979.

e. State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;

Illinois Supreme Court, November 5, 1979;

United States District Court, Southern District of Illinois (1980);

United States Bankruptcy Court, Southern District of Illinois (1980);

United States District Court, Central District of Illinois;

United States Bankruptcy Court, Central District of Illinois;

Seventh Circuit Court of Appeal, September 5, 1986.

f.  Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar; Movant is a member in good standing of all of the above bars and courts.

g.  Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.   Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

James L. Van Winkle

JAMES L. VAN WINKLE, IL Bar #03124239, VAN WINKLE & VAN WINKLE, Attorneys at Law
301 S. Jackson St., P.O. Box 337, McLeansboro IL  62859-0337
Telephone:  618-643-4396, Telefax:  618-643-4241, E-Mail: ripvan@vwvwlaw.com
VW File 2020-096.0; server//\\ F:\ILLINOIS MINERALS\WILLIAMSON ENERGY BANKUPRTCY 2020960\DRAFT PLEADINGS 20200960\20200960 JLVW MOTION TO APPEAR PRO HAC VICE US BK CT E D MO.DOCX

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST LOUIS DIVISION

| | | |
|---|---|---|
| In re:   FORESIGHT ENERGY LP | ) | |
| | ) | Case No. 20-41308 |
| | ) | Chapter 11 |
| Debtor, | ) | Judge Kathy A. Surratt-States |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to L.R. 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, James L. Van Winkle, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Illinois Minerals LLC and Illinois Methane LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. Full name of the movant-attorney; JAMES LEALON VAN WINKLE.

b. Address and telephone number of the movant-attorney;

JAMES L. VAN WINKLE, Il Bar #03124239
301 S. Jackson St.
P.O. Box 337
McLeansboro IL 62859-0337
Telephone: 618-643-4396
Telefax: 618-643-4241
E-Mail: ripvan@vwvwlaw.com

c. Name of the firm or letterhead under which the movant practices; VAN WINKLE & VAN WINKLE.

d. Name of the law school(s) movant attended and the date(s) of graduation therefrom; The George Washington University, May 19, 1979.

e. State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;

Illinois Supreme Court, November 5, 1979;

United States District Court, Southern District of Illinois (1980);

United States Bankruptcy Court, Southern District of Illinois (1980);

United States District Court, Central District of Illinois;

United States Bankruptcy Court, Central District of Illinois;

Seventh Circuit Court of Appeal, September 5, 1986.

f.   Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar; Movant is a member in good standing of all of the above bars and courts.

g.   Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.   Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

/s/ James L. Van Winkle
James L. Van Winkle

JAMES L. VAN WINKLE, IL Bar #03124239, VAN WINKLE & VAN WINKLE, Attorneys at Law
301 S. Jackson St., P.O. Box 337, McLeansboro IL 62859-0337
Telephone: 618-643-4396, Telefax: 618-643-4241, E-Mail: ripvan@vwvwlaw.com
VW File 2020-096.0; server//\\ F:\ILLINOIS MINERALS\WILLIAMSON ENERGY BANKUPRTCY 2020960\DRAFT PLEADINGS 20200960\20200960 JLVW MOTION TO APPEAR PRO HAC VICE US BK CT E D MO.DOCX

# VAN WINKLE & VAN WINKLE

Attorneys at Law
301 South Jackson St. - P.O. Box 337
McLeansboro IL 62859-0337
Telephone: 618-643-4396

JAMES L. VAN WINKLE

Telefax: 618-643-4241
Cell Phone: 618-924-0470
E-mail ripvan@vwvwlaw.com

THEODORE VAN WINKLE

July 4, 1925 – February 9, 2016

April 20, 2020

Dana C McWay  Clerk of Court
US Bankruptcy Court Missouri Eastern Division
Thomas F Eagleton US Courthouse
111 S 10th St #4
Saint Louis MO 63102-1125

RE:     Pro Hac Vice Motion
        In Re: Foresight Energy LP
        2020-41308
Vw File 2020-096.0

Dear Clerk McWay:

Attached is my signed verified Motion to appear pro hac vice in the Foresight case.

Also attached is a check in the amount of $100 for the admission fee.

Should you have any questions or requirements, please contact me.

Sincerely,

JAMES L. VAN WINKLE
F:\Illinois Minerals\Williamson Energy Bankuprtcy 2020960\Draft Pleadings 20200960\20200960 Ltr to Clerk of Court Pro Hac Vice Motion

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Foresight Energy LP  
    Debtor

Case No. 20-41308-kss  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 3     Date Rcvd: Apr 23, 2020  
                      Form ID: pdfo1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
aty          James L. Van Winkle,    301 S. Jackson St.,    P.O. Box 337,    McLeansboro, IL  62859-0337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

         Alice Belisle Eaton    on behalf of Debtor    Foresight Energy LP aeaton@paulweiss.com;mcolarossi@paulweiss.com;pbasta@paulweiss.com;slascano@paulweiss.com;awoolverton@paulweiss.com;orahnama@paulweiss.com;mtattnall@paulweiss.com;psteel@paulweiss.com;dweiss@paulweiss.com  
         Amy A. Zuccarello    on behalf of Creditor    Lord Securities Corporation azuccarello@sullivanlaw.com, tkethro@sullivanlaw.com  
         Brad M. Kahn    on behalf of Creditor    Ad Hoc First Lien Group bkahn@akingump.com  
         Brian C. Walsh    on behalf of Creditor    Davidson Kempner Capital Management LP brian.walsh@bclplaw.com  
         Christopher Foy    on behalf of Creditor    Illinois Department of Natural Resources cfoy@atg.state.il.us  
         Christopher J. Lawhorn    on behalf of Creditor    Javelin Global Commodities UK Ltd cjl@carmodymacdonald.com, txs@carmodymacdonald.com;aep@carmodymacdonald.com  
         Cullen Drescher Speckhart    on behalf of Creditor Committee    John Fabick Tractor Company/Fabick Mining, Inc. cspeckhart@cooley.com, efiling-notice@ecf.pacerpro.com  
         Dominique Sinesi    on behalf of Interested Party    United States of America dominique.sinesi@usdoj.gov  
         Erika L. Todd    on behalf of Creditor    Lord Securities Corporation etodd@sullivanlaw.com  
         Ira S Dizengoff    on behalf of Creditor    Ad Hoc First Lien Group idizengoff@akingump.com  
         Jaimie L Mansfield    on behalf of Debtor    Sugar Camp Energy, LLC jmansfield@atllp.com, bvogt@armstrongteasdale.com  
         Jaimie L Mansfield    on behalf of Debtor    Macoupin Energy LLC jmansfield@atllp.com, bvogt@armstrongteasdale.com  
         Jaimie L Mansfield    on behalf of Debtor    Tanner Energy LLC jmansfield@atllp.com, bvogt@armstrongteasdale.com  
         Jaimie L Mansfield    on behalf of Debtor    Williamson Energy, LLC jmansfield@atllp.com, bvogt@armstrongteasdale.com  
         Jaimie L Mansfield    on behalf of Debtor    Foresight Coal Sales LLC jmansfield@atllp.com, bvogt@armstrongteasdale.com  
         James Savin    on behalf of Creditor    Ad Hoc First Lien Group jsavin@akingump.com  
         Jason D. Angelo    on behalf of Creditor    Wilmington Trust NA jangelo@reedsmith.com  
         Jason D. Angelo    on behalf of Creditor Committee    Wilmington Trust, NA jangelo@reedsmith.com  
         Jeffrey C Wisler    on behalf of Creditor    RESIDCO jwisler@connollygallagher.com  
         Jennifer M McLemore    on behalf of Creditor    Natural Resource Partners L.P., et al. jmclemore@williamsmullen.com  
         Joel A Kunin    on behalf of Creditor Cory Leitschuh jkunin@ghalaw.com, megan@ghalaw.com  
         Joel A Kunin    on behalf of Creditor    Terra Payne, as Special Administrator of the Estate of William Daniel Hans Payne jkunin@ghalaw.com, megan@ghalaw.com  
         John G. Willard    on behalf of Debtor    Foresight Energy Labor LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com  
         John G. Willard    on behalf of Debtor    Foresight Energy Finance Corporation jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com  
         John G. Willard    on behalf of Debtor    MaRyan Mining LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com

```
District/off: 0865-4              User: admin              Page 2 of 3              Date Rcvd: Apr 23, 2020
                                  Form ID: pdfo1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John G. Willard    on behalf of Debtor    Akin Energy LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Hillsboro Transport LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Adena Resources, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Foresight Energy LP jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Oeneus LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Mach Mining, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Sitran, LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    Seneca Rebuild LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    American Century Transport LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John G. Willard    on behalf of Debtor    American Century Mineral LLC jwillard@armstrongteasdale.com, bvogt@armstrongteasdale.com
        John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue edmoecf@dor.mo.gov
        John Talbot Sant, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured Creditors tsant@affinitylawgrp.com, kschimweg@affinitylawgrp.com
        Kathryn Redmond    on behalf of Debtor    Coal Field Repair Services LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn Redmond    on behalf of Debtor    Logan Mining LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn Redmond    on behalf of Debtor    LD Labor Company LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn Redmond    on behalf of Debtor    Coal Field Construction Company LLC kredmond@atllp.com, bvogt@atllp.com
        Kathryn Redmond    on behalf of Debtor    Foresight Energy LP kredmond@atllp.com, bvogt@atllp.com
        Kurt F. Gwynne    on behalf of Creditor Committee    Wilmington Trust, NA kgwynne@reedsmith.com
        Lawrence E. Parres    on behalf of Creditor    Core & Main LP lparres@lewisrice.com
        Mark V. Bossi    on behalf of Creditor    Ad Hoc First Lien Group mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
        Marshall C. Turner    on behalf of Creditor    Lord Securities Corporation marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
        Marshall C. Turner    on behalf of Creditor    Huntington National Bank marshall.turner@huschblackwell.com, gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
        Michael D Mueller    on behalf of Creditor    Natural Resource Partners L.P., et al. mmueller@williamsmullen.com
        Michael J. Roeschenthaler    on behalf of Creditor Committee    Official Committee of Unsecured Creditors mroeschenthaler@wtplaw.com
        Nathaniel R.B. Koslof    on behalf of Creditor    Lord Securities Corporation nkoslof@sullivanlaw.com
        Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
        Patrick Cloud    on behalf of Creditor    Mt. Olive and Staunton Coal Company Trust pcloud@heylroyster.com
        Richard J. Parks    on behalf of Creditor    Joy Global Conveyors Inc. rjp@pietragallo.com
        Richard J. Parks    on behalf of Creditor    Joy Underground Mining LLC rjp@pietragallo.com
        Richard W. Engel, Jr.    on behalf of Debtor    American Century Mineral LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    M-Class Mining, LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Hillsboro Energy LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    American Century Transport LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Patton Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy GP LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Services LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy Employee Services Corporation rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Energy LP rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Foresight Receivables LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Richard W. Engel, Jr.    on behalf of Debtor    Viking Mining LLC rengel@armstrongteasdale.com, bvogt@armstrongteasdale.com;srice@armstrongteasdale.com
        Robert E. Eggmann    on behalf of Creditor    Mangrove Partners ree@carmodymacdonald.com, thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
        Rochelle A. Funderburg    on behalf of Creditor    S & S Urethane, Inc. rfunderburg@meyercapel.com

```
District/off: 0865-4          User: admin              Page 3 of 3              Date Rcvd: Apr 23, 2020
                              Form ID: pdfo1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rusty Keith Reinoehl    on behalf of Creditor    Bradford Supply Company rusty@rklegalgroup.com, rusty@rklegalgroup.com;riley@rklegalgroup.com
        Spencer P. Desai    on behalf of Creditor    Mangrove Partners spd@carmodymacdonald.com, ala@carmodymacdonald.com;txs@carmodymacdonald.com
        Steven M. Wallace    on behalf of Creditor John Milo Kee steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor Robin Lynne Kee Williams steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Mitchell/Roberts Partnership, an Illinois Partnership steve@silverlakelaw.com,   denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor Carol Dean Crabtree steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Katherine Baldwin, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    J. Earl Baldwin, Personal Representative of the Estate of Beverly B. Adams, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Carl Inman, Executor of the Estate of Russell J. Inman, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    Reba Mitchell, Individually and as Trustee and Beneficiary of the Robert H.Mitchell Residual Trust steve@silverlakelaw.com, denise@silverlakelaw.com
        Steven M. Wallace    on behalf of Creditor    David Senseney, Executor of the Estate of Marguerite Boos, Deceased steve@silverlakelaw.com,   denise@silverlakelaw.com
        Thomas H Riske    on behalf of Creditor    Javelin Global Commodities UK Ltd thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Thomas H Riske    on behalf of Creditor    Javelin Global Commodities (UK) Ltd thr@carmodymacdonald.com,   syd@carmodymacdonald.com;ala@carmodymacdonald.com
        Timothy P. Palmer    on behalf of Creditor    Huntington National Bank Timothy.Palmer@BIPC.com, donna.curcio@bipc.com
        Wendi S. Alper-Pressman    on behalf of Creditor    Natural Resource Partners L.P., et al. wpressman@lathropgage.com,   jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
        Zachary Dain Lanier    on behalf of Creditor    Ad Hoc First Lien Group zlanier@akingump.com

                                                                                                                                                       TOTAL: 84