**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br><br>Jointly Administered |

**<u>CERTIFICATE OF PUBLICATION</u>**

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a sworn statement verifying that the *Notice of Deadlines for Filing Proofs of Claims* as conformed for publication, was published on April 21, 2020, in the national edition of the *New York Times* as described in the sworn statement attached hereto as **<u>Exhibit A</u>**.

In addition to the above, the notice was also published in the *St. Louis Post-Dispatch* on April 21, 2020 and a copy of the extracted notice is attached as **<u>Exhibit B</u>**.

Dated: April 27, 2020

*/s/ Kelsey L. Gordon*
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 27, 2020, by Kelsey L. Gordon proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 41399

## Exhibit A



**The New York Times**

620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

April 21,                    **20** _20_

I, Shannon Schmidt, in my capacity as a Principal Clerk of the Publisher of **The New York Times**

a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of

**The New York Times** on the following date or dates, to wit on

April 21, 2020 NYT & Natl pg. B3

_Shannon Schmidt_

Sworn before me the

21 day of April , 2020.

_Jang W. Sapp_

Notary Public

JAMES W. SAPP
Notary Public, State of New York
No. 01SA6190150
Qualified in New York County
Term Expires July 14, 2020

# When Will Business Trips Come Back?

They will. But when they do, airlines, hotels and travelers must adapt to a changed landscape.

**Jane L. Levere**
ITINERARIES

Business travel worldwide has basically come to a standstill in the coronavirus pandemic.

When it will come back, and in what form, is anybody's guess.

"Everyone will have to learn how to be comfortable around people, especially in large airports, on crowded planes, and in very large convention hotels and resorts," said Henry Harteveldt, founder of Atmosphere Research Group, a travel analysis firm in San Francisco.

In a survey this month by the Global Business Travel Association, a trade group for corporate travel managers, nearly all its members said their employers had canceled or suspended all or most previously booked or planned international business travel, while 92 percent said all or most domestic business travel had been canceled or suspended.

"The current crisis," said John Snyder, chief executive of BCD Travel, one of the largest travel management companies, "is like nothing we've ever seen before."

The latest findings of STR, a lodging research company, were equally stunning: In the week that ended April 11, hotel occupancy in the United States was down 70 percent from the same week in 2019, to 21 percent, and hotels' revenue per available room, the major barometer of profitability, was down 84 percent to $15.61.

These declines, said Jan Freitag, senior vice president of STR, are the "steepest" ever measured by the firm, whose data goes back to 1987.

About a third of the association's corporate travel managers said they expected business travel to resume in the next two months, while about one-fifth said in three months. Another 16 percent didn't even hazard a guess.

A poll this month of 106 corporate travel managers who work for BCD clients found similar pessimism about any quick return, with a little over 40 percent saying they expected business travel to return to former levels this year. Another 10 percent predicted that it would not fully return until at least 2022, while 3 percent said it would never return.

"Business travel won't come back before we hear from public health officials that it's safe to travel," Mr. Harteveldt said. "Once we hit the point where the virus is contained and, hopefully, treatment is available, I believe business travel will start to resume, assuming the economy hasn't gone into a deep recession or, worse, a depression."

And regardless of timing, experts anticipate both short- and long-term changes in business travel.

Airlines including American, Delta and Lufthansa are already blocking



DEMETRIUS FREEMAN FOR THE NEW YORK TIMES



HIROKO MASUIKE/THE NEW YORK TIMES

Signs and spaced-out floor markers, above, posted in the lobby controlling the flow at the Four Seasons Hotel in New York. At left, an empty Terminal 1 at Kansai International Airport in Osaka, Japan.

middle seats on flights, said Michael Derchin, an airline analyst, although that's easy to do when planes are flying with a lot of empty seats.

He predicted that after stay-at-home orders are lifted, airlines "will do a lot of soul-searching about what the nature of travel will be going forward." They may even re-evaluate how they seat passengers to provide more space, if social distancing becomes the "new normal," he said.

Paul Metselaar, chief executive of Ovation Travel Group, a corporate travel agency in New York, said he anticipated that carriers would offer "discounts like you've never seen before, since they will be desperate to get people back on planes."

And expect efforts to promote cleanliness.

In late March, Delta announced that it was extending to all aircraft a cleaning process previously used on international planes: a nightly "fogging" program, which involves spraying high-grade disinfectant, effective against communicable diseases. It will fog planes before every flight by early May, it said. It is also disinfecting high-touch areas like tray tables, armrests and seat-back pockets before every flight.

"since leisure travelers don't have the money to travel at any price." But, she added, corporate travel may never "fully recover."

Mr. Harteveldt said the recovery of the air travel system could be spotty, especially if travelers were fearful of visiting current virus hot spots like New York, or going through hub airports there.

He predicted that airline service could initially be reinstated piecemeal, determined by health conditions in each state or country. And he anticipated that carriers would rebuild their systems "at a lower level of operation" that could last six to 18 months.

Mr. Derchin said he thought that the airlines' current cash crunch would speed up their retirement of older, less fuel-efficient airplanes. American has already said it was accelerating retirement of those planes, as have Lufthansa, KLM and Virgin Atlantic.

Evan Konwiser, executive vice president of product and strategy for American Express Global Business Travel, another large travel management company, predicted that new procedures could be tacked onto existing airport security measures, including the taking of passengers' temperature before departure or upon arrival.

Mr. Snyder said he expected that BCD's corporate customers would put even more emphasis on risk management and the well-being of their travelers.

The travel experts also said the pandemic would affect meeting and convention travel, which they said would probably come back after individual business travel.

One of the biggest unknowns is the possible long-term impact of the current widespread use of videoconferencing tools, like GoToMeeting, Webex and Zoom.

Mr. Derchin, for one, said the longer "we have the quarantine," the more people who hadn't used such tools previously "will get used to it."

That, he said, could lead to a possible decline in the growth of international business travel — particularly to large hubs like London, Paris, Frankfurt, Miami, Los Angeles and Tokyo — and thus in demand for wide-body aircraft.

Mr. Snyder said that although companies would take a closer look at virtual meetings, "the value of in-person meetings can't be replaced by technology."

Mr. Konwiser predicted that conferences for a mix of virtual and in-person attendees could become more popular.

"People will still need to network, learn, build relationships," he said. "None of this will change. There will probably be less density and more hand sanitizer."

But Mr. Harteveldt said he did not expect videoconferencing to replace business travel.

"People are social animals," he said. "A lot of businesspeople enjoy traveling. I suspect their spouses also can't wait for them to get back on the road."

As to hotels, Mr. Freitag of STR wrote in an article this month, "Brands and hotels will need to convince the travelers that have not yet been infected that their hotels are safe spaces." He added that hotel operators would have to "come up with new and novel ways to communicate to guests that the surfaces, door handles, phone receivers and toilet seats are clean and free from the virus."

Mr. Freitag said in the article that his firm was predicting that revenue per available room this year would be down 50 percent from last year, "with a sharp rebound" of 63 percent in 2021. "These numbers are in flux, but the tenor of the prognostications is clear: This is temporary disruption. Severe, yes. Deadly, yes. But nonetheless temporary. With that in mind, it is not too hard to imagine recovery scenarios that will point at prolonged, slowed growth for the U.S. hotel industry."

The recovery of the airline industry may have a different trajectory.

Helane Becker, who follows U.S. airlines for the financial services company Cowen, said she believed it could take two to five years for traffic to return to "some level we could call normal." She expects corporate travel will bounce back before leisure travel,

---

# A Very Contradictory Stock Market Rally

By MATT PHILLIPS

Less than a month ago, the stock market was in free fall, as a torrent of bad news about the coronavirus pandemic and its economic fallout drove investors to dump stocks. Just as swiftly, the market has rebounded, even as millions of people lose their jobs every week and the country is destined for a recession.

Can the rally be trusted?

The word on Wall Street is a tentative yes. More people are embracing the idea that stocks have "bottomed" — investor parlance for the lowest the market will go — and won't fall below the depths they reached on March 23, when the S&P 500 stock index was 34 percent below its high from just over a month earlier.

Don't celebrate just yet: Even if they don't anticipate another sharp plunge, most observers hardly expect the market to soar, either. Investors who are wading back into the water are getting confusing signals: Quarterly earnings are shrinking and corporate reports provide few clues about the future, while rising stock prices are hard to square with the mounting toll of an unprecedented economic collapse.

What's more, the combination of rising shares and reduced profits is making the market look incredibly expensive, according to a metric widely used by investors to value the market, the price-to-earnings ratio.

"Right now you're kind of in this no man's land, purgatory," said Brian Belski, chief investment strategist with BMO Capital Markets. "Earnings aren't going to give you the answer. The economy's certainly not going to give you the answer. They're byproducts of the pandemic."

If there's one thing analysts and investors agree on, it's that neither the optimists nor the pessimists are firmly in control of the market's direction at the moment. That's because the path of the coronavirus crisis is impossible to predict.



VAREK WISNIEWSKI

Initially, as the outbreak spread across the country, forcing local governments to shut down economies and people to stay at home, the market's reaction was unanimous. Starting in late February, trading turned highly volatile, leading the S&P 500 to its steepest drop into a bear market since 1933. By March 23, the plunge had incinerated almost $10 trillion in

### Rising share prices, but falling earnings, and unpredictability.

wealth and ended an 11-year bull run.

But as suddenly, stocks staged an about-face in the last week of March, after the Federal Reserve announced plans to pump trillions of dollars of new money into the markets and Congress passed a $2 trillion economic rescue package. The announcements — along with some signs of early success in "flattening the curve" of the outbreak in New York — set off a remarkable rally of more than 25 percent, catching many investors

off guard and helping the S&P 500 reclaim more than half its previous losses.

In recent days, though, stocks have settled into a middle zone: far from the low levels that clearly signaled a bear market, but not conclusively blossoming into a new bull market, either.

"You could almost argue that we're in a bull market and a bear market at the same time," said Eddie Perkin, the chief equity investment officer at Eaton Vance, a Boston-based money manager.

On Monday, the S&P 500 fell 1.8 percent, as investors dumped retail, hospitality and energy shares amid the darkening outlook for economic growth.

While investors might be tempted to buy stocks now, before the market starts surging higher, many of them are torn. That's because the recent stock market rally combined with the pandemic has pushed price-to-earnings ratios incredibly high. It's no overstatement to say the market is the most highly valued it has been in almost two decades, just as the country plummets into what's expected to be the deepest recession since the Great Depression.

Typically, investors calculate a stock's value by comparing the price of a share with its earnings. The higher the ratio, the more expensive the stock is considered. The calculation can be applied to all 500 companies in the index to assess whether the market as a whole is overvalued or undervalued.

When investors are optimistic about future earnings, they're more willing to pay higher prices for expected earnings, generating a higher price-to-earnings ratio — sometimes just called the P/E ratio. When they're pessimistic, they're less likely to pay a lot for the earnings that have been forecast, in part because they're skeptical those earnings will be produced. That typically results in a low P/E ratio.

When the market collapsed last month, the P/E ratio plummeted. But it began rising in recent weeks, and could climb further if the market merely remains steady.

The reason: Public companies are beginning to report their first-quarter results. Many will report drastically reduced earnings, with profit expectations for the rest of the year looking grim.

At the end of March, analysts were expecting earnings for S&P 500 companies to be down 10.5 percent in the second quarter, which ends in June. As of Friday, they had updated their expectations and now think profits will fall more than 25 percent, according to FactSet data.

With earnings shrinking and stock prices generally stable, the ratio between the two will rise, making stocks look more expensive and potentially making the market rally more precarious. (Highly valued markets often suffer from the most violent pullbacks.)

That leaves investors in a state of limbo, watching a rally that is difficult to make sense of because of how bleak the future looks.

In other words, while the market is making money, it is churning out a lot of confusion, too.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

## **Exhibit B**

# Virus

*From A1*

step-by-step reopenings were underway in Europe, where the crisis has begun to ebb in places such as Italy, Spain and Germany. Parts of the continent are perhaps weeks ahead of the U.S. on the infection curve of the virus, which has killed about 170,000 people worldwide, according to a tally kept by Johns Hopkins University.

Trump said late Monday that he will sign an executive order "to temporarily suspend immigration into the United States" because of the coronavirus.

"In light of the attack from the Invisible Enemy, as well as the need to protect the jobs of our GREAT American Citizens, I will be signing an Executive Order to temporarily suspend immigration into the United States!" Trump tweeted.

He offered no details as to what immigration programs might be affected by the order. The White House did not immediately elaborate on Trump's tweeted announcement.

Businesses that start operating again in the U.S. are likely to engender good will with the Trump administration at a time when it is doling out billions in relief to companies. But the reopenings being announced are a drop in the bucket compared with the more than 22 million Americans thrown out of work by the crisis.

In a dispute that has turned nakedly political, President Donald Trump has been agitating to restart the economy, singling out Democratic-led states and egging on protesters who feel governors are moving too slowly.

Some states — mostly Republican-led ones — have relaxed restrictions, and on Monday announced that they would take further steps to reopen their economies.

Georgia Gov. Brian Kemp announced that gyms, hair salons, bowling alleys and tattoo parlors were among businesses that could reopen Friday, as long as owners followed strict social distancing and hygiene requirements.

The governor said a decline in emergency room visits by people with flu-like symptoms indicated that infections were going down. But he also acknowledged that Georgia had lagged in COVID-19 testing and announced new initiatives to ramp it up.

Texas on Monday began a week of slow reopenings, starting off with state parks, while officials said that later in the week,



Protesters demonstrate on Monday at the state Capitol in Harrisburg, Pa., demanding that Gov. Tom Wolf reopen Pennsylvania's economy even as new social-distancing mandates took effect at stores and other commercial buildings.

MATT ROURKE, ASSOCIATED PRESS

stores would be allowed to offer curbside service. Tennessee Gov. Bill Lee announced Monday that businesses across most of the state would begin reopening as early as next week, although the order did not cover counties with the largest cities, including Nashville, Memphis, Knoxville and Chattanooga. Both states are led by Republicans.

Republican West Virginia Gov. Jim Justice said Monday that he would allow hospitals to begin performing elective procedures if the facilities met an unspecified set of criteria, while Democratic Colorado Gov. Jared Polis said Monday that he would let his statewide stay-at-home order expire next week as long as strict social distancing and other individual protective measures continued.

But governors from many other states said they lacked the testing supplies they need and warned they could get hit by a second wave of infections, given how people with no symptoms can still spread the disease.

"Who in this great state actually believes that they care more about jet skiing than saving the lives of the elderly or the vulnerable?" Democratic Michigan Gov. Gretchen Whitmer remarked, referring to restrictions in place in her state. "This action isn't about our individual right to gather. It's about our parents' right to live."

Trump took to Twitter to complain that the "radical left" and "Do Nothing Democrats" are "playing a very dangerous political game" by complaining about a testing shortage. Kansas' Democratic Gov. Laura Kelly said the current federal effort "really is not good enough if we're going to be able to start to open our economy. We cannot do that safely without the tests in place."

Supply shortages have stymied U.S. testing for weeks. The needs range from basic supplies like swabs and protective gear to highly specialized laboratory chemicals needed to analyze patient results. Hospitals, laboratories and state health departments report scouring the globe to secure orders, competing against each other and their peers abroad.

The governors' plea for stepped-up coordination came on the latest day when the Trump administration provided discordant messaging: Trump blasted state leaders on Twitter for being too dependent on federal government and said later that some governors just didn't understand what they had, while Vice President Mike Pence assured governors the government was working around-the-clock to help them ramp up testing.

Pence sought to soften the administration's message amid growing clamor from both parties for a national testing strategy to help secure testing swabs, chemical reagents and other crucial supplies.

"When it comes to testing, we're here to help," Pence told governors during a videoconference from the headquarters of the Federal Emergency Management Agency. The Associated Press obtained audio of the call.

Pence said the administration sent each state a detailed list Monday of testing capacity. But Maryland's Republican Gov. Larry Hogan said much of the unused lab machinery listed for his state was in federal labs the state does not have access to. Pence said the administration has agreed to open up federal labs to help states.

Hogan announced Monday that the state had received 500,000 tests from South Korea — a "game-changing" deal negotiated by his wife, Yumi Hogan, who grew up outside Seoul.

"They want the states to take the lead, and we have to go out and do it ourselves, and so that's exactly what we did," Hogan said.

The death toll in the U.S. stood at more than 40,000 — the highest in the world — with over 750,000 confirmed infections, by Johns Hopkins' count. The true figures are believed to be much higher, in part because of limited testing and difficulties in counting the dead.

In other developments:

• Massachusetts has emerged as an alarming hot spot of contagion, with over 1,700 dead and officials hoping to bend the curve through aggressive contact tracing.

• New York, with the worst outbreak in the nation, reported that hospitalizations in the state have leveled off and the day's death toll, at 478, was the lowest in three weeks, down from a peak of nearly 800. Still, the city canceled three of its biggest June events: the Puerto Rican Day parade, the Israel parade and the gay pride march.

• A meatpacking plant in Minnesota was shut down after an outbreak there. But Iowa Gov. Kim Reynolds refused to order the closing of any slaughterhouses in her state that are seeing alarming increases in COVID-19, saying: "Without them, people's lives and our food supply will be impacted."

Mobilized by the far right, many Americans have taken to the streets in places such as Michigan,

Ohio and Virginia, complaining that the shutdowns are destroying their livelihoods and trampling their rights.

But Dr. Anthony Fauci, the government's top infectious-disease expert, warned on ABC: "Unless we get the virus under control, the real recovery economically is not going to happen."

Boeing's shutdown went into effect March 25 after workers tested positive for the virus and an inspector for the company died. Washington was the first state to see a spike in COVID-19 cases and enacted strict shutdown orders that helped tamp the virus down.

The crisis has exacerbated problems at Boeing, which is in dire financial trouble and under federal investigation over two crashes of its 737 MAX jetliner that killed 346 people.

Union representatives spent the day walking through factories to see what safeguards had been put in place.

At Doosan Bobcat, spokeswoman Stacey Breuer said the reopening came after two weeks spent putting in safety measures.

"There is definitely still some concern and do we feel 100% safe? Obviously not," said William Wilkinson, a Bobcat welder and president of a United Steelworkers union local. He said workers there were wearing face masks and keeping their distance from one another.

Detroit's major automakers suspended operations a month ago but are negotiating with union leaders in hopes of reopening in May. Some operations are being converted to build ventilators.

Even with the outbreak slowing, the head of the World Health Organization, Tedros Adhanom Ghebreyesus, cautioned, "The worst is yet ahead of us." He did not specify why he believed so. But there were signs the virus was swelling in Africa, where the health care system is in poor condition.



## Air Scrubber Whole House Air Purifier

**Destroys up to 99% of all surface and airborne contaminants! Including common Flu viruses**



Regular Price
## $999*

## *Free with Full System Installation!

With the purchase and installation of any complete Trane 16SEER+ system. May not combine with other offers.



*TRANE*
It's Hard To Stop A Trane.®

## 0% FINANCING AVAILABLE



## Free Parts & Labor
### Limited Lifetime Warranty

With the purchase and installation of any complete Trane 16SEER+ system. Value over $1000. May not combine with other offers.



**INDOOR COMFORT TEAM**
EFFICIENT HEATING AND AIR CONDITIONING
Comfort you can trust.

CALL NOW
## 314-735-0725 · 618-319-4558

Expires 5/5/2020
Indoor Comfort Team may not offer services in all areas where this ad is distributed.



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

[Legal notice text — Foresight Energy LP, et al., Debtors. Case No. 20-41308-659. Notice of Deadlines for Filing of Proofs of Claim. Detailed bankruptcy notice regarding claims, bar dates, and filing procedures.]