**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AMENDED NOTICE OF HEARING ON MOTION AND**
**DEADLINE FOR OBJECTIONS**

  **PLEASE TAKE NOTICE:** The motion listed below (the "Motion") is scheduled for hearing on **June 23, 2020, at 10:00 a.m. (Central Time)** at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th St., 7th Floor – North Courtroom, St. Louis, Missouri 63102:

- *Motion for Relief from the Automatic Stay* filed by **STEVEN SNIDERWIN**

**WARNING: THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELEIF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY June 17, 2020.**

**YOUR OBJECTION MUST STATE WHY A MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YO UOPPOSE A MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

                LAWLER BROWN LAW FIRM

                By: /s/ Adam B. Lawler
                Adam B. Lawler #6283341
                Lawler Brown Law Firm
                1600 W. Main St./P.O. Box 1148
                Marion, IL  62959
                Telephone:  (618) 993-2222
                Facsimile:  (618) 731-4141
                Email:  service@lblf.com

# CERTIFICATE OF SERVICE

       The undersigned certifies that a true and correct copy of the foregoing was served electronically this 28th day of April, 2020, via CM/ECF to all persons receiving notice through that system.  The undersigned further certifies that a true and correct copy of the foregoing was served this 28th day of April, 2020, on all parties on the Debtors' most recent Master Notice list dated April 28, 2020 (a) by email, where email addresses are provided and (b) by the United States Postal Service, postage fully prepaid, in the event the most recent Master Notice List does not include an email address.

                                                                              /s/Megan Barnett