**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>FORESIGHT ENERGY LP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-41308-659<br><br>Jointly Administered |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 23, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on R M Wilson Co Inc. (MMLID#9540043), Attn: Pat Popicg, 3434 Market Street, Wheeling, WV, 26003:

- Debtors' Motion for Entry of an Order Authorizing Joint Administration of Chapter 11 Cases [Docket No. 3]

- Debtors' Entry of Interim and Final Orders (A) Authorizing Continued Use of the Debtors' Existing Cash Management System; (B) Authorizing Use of Existing Bank Accounts and Business Forms; (C) Granting a Limited Waiver of Requirements of Section 345(b) of the Bankruptcy Code; (D) Authorizing Continuation of Ordinary Course Intercompany Transactions; (E) Granting Administrative Expense Priority Status to Postpetition Intercompany Claims; and (F) Granting Related Relief [Docket No. 4]

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Claims and Lien Claimants and Authorizing Payment Procedures Related Thereto, (B) Authorizing Debtors to Pay Royalty and Leasehold Claims, (C) Granting Administrative Expense Priority Status to Outstanding Orders, and (D) Granting Related Relief [Docket No. 5]

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Wages and Workforce Obligations, (B) Authorizing Debtors to Maintain Workforce Programs and Pay Related Obligations, and (C) Granting Related Relief [Docket No. 6]

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief [Docket No. 7]

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business and (II) Enter Into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 8]

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Continue and Renew Surety Bond Program and (B) Granting Related Relief [Docket No. 9]

- Debtors' Motion for Entry of an Order (A) Extending the Time to File Schedules and Statements; (B) Extending the Time to Schedule the Meeting of Creditors; (C) Partially Waiving the Requirements to (I) File Equity Lists and (II) Provide Notice to Equity Security Holders; (D) Authorizing the Debtors to File Consolidated List of the Debtors 30 Largest Unsecured Creditors; (E) Authorizing the Debtors to File a Consolidated and Redacted List of Creditors in Lieu of Submitting Separate and Reformatted Creditor Matrices for Each Debtor; (F) Approving the Form and Manner of Notifying Creditors of Commencement of these Chapter 11 Cases; and (G) Granting Related Relief [Docket No. 10]

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain, Continue, and Renew Their Existing Insurance Program and (II) Honor Certain Prepetition Obligations in Respect Thereof and (B) Granting Related Relief [Docket No. 11] (the "*Insurance Motion*")

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Payment of Prepetition Taxes and Fees and (B) Granting Related Relief [Docket No. 12]

- Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 13] (the "*Utilities Motion*")

- Debtors' Motion for Entry of an Order (A) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Granting Related Relief [Docket No. 14]

- Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 15]

- Debtors' Motion for Entry of an Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief [Docket No. 16]

- Debtors' Application for an Order Authorizing the Debtors to Retain and Employ Armstrong Teasdale LLP as Co-Counsel Effective as of the Petition Date [Docket No. 19]

- Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent and Administrative Advisor *nunc pro tunc* to the Petition Date [Docket No. 20]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Scheduling Final Hearing; and (VI) Granting Related Relief [Docket No. 29]

- Debtors' Motion for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Docket No. 30]

- Debtors' Application for Authority to Employ and Retain FTI Consulting, Inc. as Restructuring Financial Advisor to the Debtors *nunc pro tune* to the Petition Date [Docket No. 31]

- Debtors' Application for Authority to Employ and Retain Jefferies LLC as Investment Banker for the Debtors *nunc pro tunc* to the Petition Date [Docket No. 32]

- Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession [Docket No. 33]

- Debtors' Motion for Leave to Exceed Page Limitations in their First Day Motions [Docket No. 34]

- Debtors' Motion for Entry of an Order (A) Scheduling Expedited Hearings on Certain First Day Motions and Applications, (B) Approving the Form and Manner of Notice Thereof, and (C) Granting Related Relief [Docket No. 35]

- Debtors' Motion for an Order Authorizing the Rejection of Certain Executory Contracts *nunc pro tunc* to the Petition Date [Docket No. 63]

- Interim Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 74]

- Order Authorizing Joint Administration of Chapter 11 Cases [Docket No. 86]

- Interim Order (A) Authorizing Debtors to Pay Prepetition Wages and Workforce Obligations, (B) Authorizing Debtors to Maintain Workforce Programs and Pay Related Obligations, and (C) Granting Related Relief [Docket No. 88]

- Interim Order (A) Authorizing Continued Use of the Debtors' Existing Cash Management System; (B) Authorizing Use of Existing Bank Accounts and Business Forms; (C) Granting a Limited Waiver of Requirements of Section 345(b) of the Bankruptcy Code; (D) Authorizing Continuation of Ordinary Course Intercompany Transactions; (E)

   Granting Administrative Expense Priority Status to Postpetition Intercompany Claims; and (F) Granting Related Relief [Docket No. 109]

- Interim Order (A) Authorizing Debtors to Pay Prepetition Claims and Lien Claimants and Authorizing Payment Procedures Related Thereto, (B) Authorizing Debtors to Pay Royalty and Leasehold Claims, (C) Granting Administrative Expense Priority Status to Outstanding Orders, and (D) Granting Related Relief [Docket No. 115]

- Interim Order (A) Authorizing the Debtors to Maintain Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief [Docket No. 116]

- Interim Order (A) Authorizing the Debtors to (I) Perform under Existing Coal Sale Contracts in the Ordinary Course of Business and (II) Enter into and Perform under New Coal Sale Contracts in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 117]

- Interim Order (A) Authorizing Debtors to Continue and Renew Surety Bond Program and (B) Granting Related Relief [Docket No. 118]

- Interim Order (A) Authorizing the Debtors to (I) Maintain, Continue, and Renew Their Existing Insurance Program and (II) Honor Certain Prepetition Obligations in Respect Thereof and (B) Granting Related Relief [Docket No. 119] (the "*Interim Insurance Order*")

- Interim Order (A) Authorizing Payment of Prepetition Taxes and Fees and (B) Granting Related Relief [Docket No. 120]

- Interim Order Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 121] (the "*Interim Utility Order*")

- Order (A) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Granting Related Relief [Docket No. 122]

- Order Authorizing the Employment of Certain Ordinary Course Professionals [Docket No. 123]

- Order Granting Leave to Exceed the Page Limitations in Their First Day Motions [Docket No. 125]

- Order (A) Scheduling Expedited Hearings on Certain First Day Motions and Applications, (B) Approving the Form and Manner of Notice Thereof, and (C) Granting Related Relief [Docket No. 126]

- Order (A) Extending the Time to File Schedules and Statements; (B) Extending the Time to Schedule the Meeting of Creditors; (C) Partially Waiving the Requirements to (I) File

   Equity Lists and (II) Provide Notice to Equity Security Holders; (D) Authorizing the Debtors to File Consolidated List of the Debtors 30 Largest Unsecured Creditors; (E) Authorizing the Debtors to File a Consolidated and Redacted List of Creditors in Lieu of Submitting Separate and Reformatted Creditor Matrices for Each Debtor; (F) Approving the Form and Manner of Notifying Creditors of Commencement of these Chapter 11 Cases; and (G) Granting Related Relief [Docket No. 142]

- Interim Order (I) Authorizing the Debtors and Debtors in Possession to Retain and Employ Armstrong Teasdale LLP as Co-Counsel Effective as of the Petition Date and (II) Scheduling a Final Hearing [Docket No. 145]

- Interim Order Approving Debtors Application for Authority to Employ and Retain FTI Consulting, Inc. as Restructuring Financial Advisor to the Debtors Effective as of the Petition Date [Docket No. 146]

- Interim Order Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors Effective as of the Petition Date [Docket No. 147]

- Interim Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 148]

- Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief [Docket No. 182]

- Interim Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent and Administrative Advisor Effective as of the Petition Date [Docket No. 183]

- Final Order (A) Authorizing Continued Use of the Debtors' Existing Cash Management System; (B) Authorizing Use of Existing Bank Accounts and Business Forms; (C) Granting a Limited Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; (D) Authorizing Continuation of Ordinary Course Intercompany Transactions; (E) Granting Administrative Expense Priority Status to Postpetition Intercompany Claims; and (F) Granting Related Relief [Docket No. 241]

- Final Order (A) Authorizing Debtors to Pay Prepetition Claims of Trade and Lien Claimants and Authorizing Payment Procedures Related Thereto, (B) Authorizing Debtors to Pay Royalty and Leasehold Claims, (C) Granting Administrative Expense Priority Status to Outstanding Orders, and (D) Granting Related Relief [Docket No. 242]

- Final Order (A) Authorizing Debtors to Pay Prepetition Wages and Workforce Obligations, (B) Authorizing Debtors to Maintain Workforce Programs and Pay Related Obligations, and (C) Granting Related Relief [Docket No. 243]

- Final Order (A) Authorizing the Debtors to Maintain Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief [Docket No. 244]

- Final Order (A) Authorizing Debtors to Continue and Renew Surety Bond Program and (B) Granting Related Relief [Docket No. 245]

- Final Order (A) Authorizing Payment of Prepetition Taxes and Fees and (B) Granting Related Relief [Docket No. 246]

- Final Order Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 247] ("***Final Utility Order***")

- Final Order Authorizing the Debtors and Debtors in Possession to Retain and Employ Armstrong Teasdale LLP as Co-Counsel effective as of the Petition Date [Docket No. 248]

- Final Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent and Administrative Advisor effective as of the Petition Date [Docket No. 249]

- Final Order Approving Debtors' Application for Authority to Employ and Retain FTI Consulting, Inc. as Restructuring Financial Advisor to the Debtors effective as of the Petition Date [Docket No. 250]

- Final Order Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors effective as of the Petition Date [Docket No. 252]

- Final Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession effective as of the Petition Date [Docket No. 253]

- Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 267]

- Final Order (A) Authorizing the Debtors to (I) Perform under Existing Coal Sale Contracts in the Ordinary Course of Business and (II) Enter into and Perform under New Coal Sale Contracts in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 279]

- Final Order Granting Chapter 11 First Day Motion (A) Authorizing the Debtors to (I) Maintain, Continue, and Renew their Existing Insurance Program and (II) Honor Certain Prepetition Obligations in Respect Thereof and (B) Granting Related Relief [Docket No. 280] (the "***Final Insurance Order***")

- Order Authorizing the Rejection of Certain Executory Contracts Effective as of the Petition Date [Docket no. 281]

- Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Docket No. 322]

On April 23, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Insurance Order, the Interim Insurance Order and the Final Insurance Order to be served via first class mail on HIG (MMLID#9537061), Attn: President or General Counsel, 800 Gessner Road, Suite 600, Houston, TX, 77024.

On April 23, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Utilities Motion, the Interim Utility Order and the Final Utility Order to be served via first class mail on Frontier Communications (MMLID#9536524), 401 Merritt 7, Norwalk, CT, 06851.

Dated: April 28, 2020

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 28, 2020, by Nuno Cardoso proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 41647