**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**St Louis Division**

| | | |
|---|---|---|
| IN RE BANKRUPTCY OF: | ) | |
| | ) | |
| Foresight Energy LP, et al | ) | Chapter 11 |
| | ) | 20-41308-kass |
| Debtors | ) | Jointly Administered |

<u>COMBINED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

Please take notice and be advised that the undersigned hereby appears as counsel for Illinois Methane LLC and Illinois Minerals LLC, with offices at:

| | |
|---|---|
| Illinois Methane LLC | Illinois Methane LLC |
| Illinois Minerals LLC | Illinois Minerals LLC |
| c/o George S DeMier Manager | c/o Chris A. Mitchell Manager |
| 1380 E 29th St | 1239 County Road 1500 N |
| Tulsa OK 94114-5302 | Carmi IL 62821-4600 |

Both Illinois Methane LLC and Illinois Minerals LLC have interests in the bankruptcy involving Williamson Energy LLC, Debtor in 20-41327, as the holder of executory contracts and deed covenants requiring annual payment of delay rentals on coal rights Debtor obtained from Old Ben Coal Company. Pursuant to Rule 9007, Rule 9010, and Rule 2002 of Bankruptcy Procedure, the undersigned respectfully requests that all notices hereafter given or requested to be given and all papers served or required to be served in this case, be given and served upon:

> James L. Van Winkle
> Van Winkle & Van Winkle
> 301 S Jackson St.
> PO Box 337
> McLeansboro IL 62859-0337
> Ph 618 643 4396
> Fax 618 643 4241
> E-mail: ripvan@vwvwlaw.com

Please be advised and take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

> /s/ James L. Van Winkle_____
> James L. Van Winkle, attorney for
> Illinois Minerals LLC and Illinois Methane LLC

JAMES L. VAN WINKLE, #03124239, VAN WINKLE & VAN WINKLE, Attorneys at Law
301 S. Jackson St., P.O. Box 337, McLeansboro, IL   62859-0337,
Telephone:   618-643-4396, Telefax:   618-643-4241, E-Mail: ripvan@vwvwlaw.com
vw file: 2020-096.1
 F:\ILLINOIS MINERALS\WILLIAMSON ENERGY BANKUPRTCY 2020960\DRAFT PLEADINGS 20200960\20200961 JLVW EOA FOR ILL METH AND ILL MIN IN 20-41308 BK CT E D MO.DOCX

**CERTIFICATE OF SERVICE**

The undersigned, a member of the firm of Van Winkle & Van Winkle certifies that a copy of the foregoing pleading was served upon the parties or attorneys of record of all parties to the above cause by enclosing the same in an envelope to such attorneys as disclosed by the pleadings of record herein, with postage fully prepaid, and/or by depositing said envelope in a U.S. Post Office Mail Box in McLeansboro, Illinois, and/or by CM/ECF e-mail to said persons at their stated email addresses, on the _____ day of April, 2020, to the following addresses:

name of debtor's attorney
name of law firm
street    address
city    IL    Zip
E-mail:

Name of Trustee
Address
Address
E-mail:

    _/s/ James L. Van Winkle_____
James L. Van Winkle, attorney for

JAMES L. VAN WINKLE, #03124239, VAN WINKLE & VAN WINKLE, Attorneys at Law,
301 S. Jackson St., PO Box 337, McLeansboro IL   62859-0337,
Telephone: 618-643-4396; Telefax: 618-643-4241, E-mail: ripvan@vwvwlaw.com
F:\1 ALL FORMS\BANKRUPTCY\COMBINED ENTRY NOTICE FOR BANTERRA BANK.DOCX