### UNITED STATES TRUSTEE PROGRAM – CHAPTER 11
### MONTHLY BUSINESS OPERATING REPORT
### EASTERN DISTRICT OF MISSOURI

**Case Name**: In re Foresight Energy LP

**Case Number**: 20-41308-659

**Reporting Period**: March 2020

**Date Bankruptcy Filed**: March 10, 2020

Monthly Chapter 11 Business Operating reports to be emailed to kcmor@usdoj.gov

United States Code
Title 18 Crimes and Criminal Procedures
18 U.S.C. SEC 1001

_____

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements of representations, or makes or uses any false writing or document knowing the same to contain any false fictitious or fraudulent statement or entry, shall be fined not more than $250,000 or imprisoned no more than five (5) years, or both.

_____

I certify under penalty of perjury that the operating report for the above-stated month and year is true and correct.

**Date Submitted**: April 30, 2020

**Signed:** /s/ *Robert D. Moore*

**Title:** President and Chief Executive Officer, Foresight Energy LP and certain subsidiaries

**Printed Name:** Robert D. Moore

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**In re: Foresight Energy LP**

Case No. (Jointly Administered): 20-41308-659
Reporting Period: March 2020
Federal Tax I.D.#: 80-0778894

## CORPORATE MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Legal Entities and Notes to MOR | | x | |
| Schedule of Cash Disbursements | MOR-1 | x | |
| Bank Account Information | MOR-1a | x | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statements of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheets | MOR-3 | x | |
| Statement of Cash Flows | | | See MOR-1 Cash Disbursements |
| Status of Postpetition Taxes | MOR-4 | | Attestation Attached |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Status of Insurance Coverage and Premium Payments | MOR-4 | | Attestation Attached |
| Summary of Unpaid Postpetition Debts | MOR-4 | | x |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | x |
| Taxes Reconciliation and Aging | MOR-5 | | Attestation Attached |
| Schedule of Payments to Professionals | MOR-6 | x | |
| Postpetition Secured Notes Adequate Protection Payments | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |
| Report of Other Significant Events | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct tot the best of my knowledge and belief.

/s/ [signature]   4/30/20
Signature of Authorized Individual*   Date

Robert D. Moore
Printed Name of Authorized Individual

President and Chief Executive Officer
Title

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| | |
|---|---|
| In re: Foresight Energy LP | List of Debtors |
| Case No. (Jointly Administered) | 20-41308-659 |
| Reporting Period: | March 2020 |
| Federal Tax I.D.# | 80-0778894 |

**GENERAL:**

The report includes activity from the following Debtors and related Case Numbers:

| Debtor | Case Number |
|---|---|
| Adena Resources, LLC | 20-41314 |
| Akin Energy LLC | 20-41326 |
| American Century Mineral LLC | 20-41330 |
| American Century Transport LLC | 20-41322 |
| Coal Field Construction Company LLC | 20-41334 |
| Coal Field Repair Services LLC | 20-41329 |
| Foresight Coal Sales LLC | 20-41323 |
| Foresight Energy Employee Services Corporation | 20-41316 |
| Foresight Energy Finance Corporation | 20-41333 |
| Foresight Energy GP LLC | 20-41309 |
| Foresight Energy Labor LLC | 20-41337 |
| Foresight Energy LLC | 20-41312 |
| Foresight Energy LP | 20-41308 |
| Foresight Energy Services LLC | 20-41319 |
| Foresight Receivables LLC | 20-41321 |
| Hillsboro Energy LLC | 20-41328 |
| Hillsboro Transport LLC | 20-41318 |
| LD Labor Company LLC | 20-41324 |
| Logan Mining LLC | 20-41315 |
| Mach Mining LLC | 20-41338 |
| Macoupin Energy LLC | 20-41331 |
| MaRyan Mining LLC | 20-41320 |
| M-Class Mining, LLC | 20-41335 |
| Oeneus LLC | 20-41313 |
| Patton Mining LLC | 20-41332 |
| Seneca Rebuild LLC | 20-41311 |
| Sitran LLC | 20-41310 |
| Sugar Camp Energy, LLC | 20-41336 |
| Tanner Energy LLC | 20-41317 |
| Viking Mining LLC | 20-41325 |
| Williamson Energy LLC | 20-41327 |

| | |
|---|---|
| In re: Foresight Energy LP | Global Notes |
| Case No. (Jointly Administered) | 20-41308-659 |
| Reporting Period: | March 2020 |
| Federal Tax I.D.# | 80-0778894 |

**Global Notes to the MOR:**

**1. Introduction.**

On March 10, 2020 (the "Commencement Date"), Foresight Energy LP ("Foresight"), and all of its subsidiaries and Foresight Energy GP LLC, as debtors and debtors in possession (collectively with Foresight, the "Debtors[1]"), each filed a voluntary petition for relief commencing cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Additionally, on March 17, 2020, the United States Trustee for the Eastern District of Missouri appointed a statutory committee of creditors pursuant to section 1102(a)(1) of the Bankruptcy Code.  Information contained herein may differ from the Debtors' filings on the Commencement Date due to more accurate information becoming available.

**2. GAAP.**

The financial statements and supplemental information contained herein are preliminary and unaudited, and may not comply with generally accepted accounting principles in the United States of America ("GAAP") in all material respects.

The unaudited financial statements have been derived from the Debtors' books and records.  This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP.  Upon application of such procedures, the Debtors believe that the financial information could be subject to change, which could be material.  The information furnished in this report includes primarily normal recurring adjustments but does not include all adjustments that would typically be made for financial statements in accordance with GAAP.

**3. General Methodology.**

The Debtors prepared this Monthly Operating Report ("MOR") relying primarily upon the information set forth in their books and records.  Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this MOR.  Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in its books and records with additional information concerning transactions that may not have been identified therein.

---

[1] The Debtors in these cases are each incorporated or organized in the state of Delaware, and along with the last four digits of each Debtor's federal tax identification number (or SEC filing number if unavailable), are:  Foresight Energy LP (8894); Foresight Energy GP LLC (8332); Foresight Energy LLC (7685); Foresight Energy Employee Services Corporation (7023); Foresight Energy Services LLC (6204); Foresight Receivables LLC (2250); Sugar Camp Energy, LLC (8049); Macoupin Energy LLC (9005); Williamson Energy, LLC (9143); Foresight Coal Sales LLC (8620); Tanner Energy LLC (0409); Sitran LLC (9962); Seneca Rebuild LLC (0958); Oeneus LLC (6007); Adena Resources, LLC (4649); Hillsboro Transport LLC (6881); American Century Transport LLC (SEC No. 4095); Akin Energy LLC (1648); American Century Mineral LLC (SEC No. 5788); Foresight Energy Finance Corporation (5321); Foresight Energy Labor LLC (4176); Viking Mining LLC (4981); M-Class Mining, LLC (5272); MaRyan Mining LLC (7085); Mach Mining, LLC (4826); Logan Mining LLC (2361); LD Labor Company LLC (8454); Coal Field Repair Services LLC (9179); Coal Field Construction Company LLC (5694); Hillsboro Energy LLC (1639); and Patton Mining LLC (7251).  The address of the Debtors' corporate headquarters is One Metropolitan Square, 211 North Broadway, Suite 2600, St. Louis, Missouri 63102.

| | |
|---|---|
| In re: Foresight Energy LP | Global Notes |
| Case No. (Jointly Administered) | 20-41308-659 |
| Reporting Period: | March 2020 |
| Federal Tax I.D.# | 80-0778894 |

**4. Past Performance.**

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

**5. Prepetition vs. Postpetition Liabilities.**

The Debtors allocated liabilities between prepetition and postpetition periods based upon the information available at the time of, and research conducted in connection with, the preparation of this MOR. As additional information becomes available and further research is conducted, the Debtors' allocation of liabilities between the prepetition and postpetition periods may change. The liability information, except as otherwise noted, is listed as of the close of business as of the end of the month. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this MOR as necessary and appropriate.

**6. Accounts Payable and Accrued Expenses.**

To the best of the Debtors' knowledge, all unaudited postpetition trade payables are current as well as all premiums for insurance policies (see the debtors attestation concerning insurance policies).

**7. Book Value of Assets.**

Unless otherwise indicated, the values for assets contained in this MOR are book values as of the end of the month. Amounts ultimately realized from the disposition of the Debtors' assets may materially vary from the stated book value. Thus, unless otherwise noted, this MOR reflects the carrying values of the assets as recorded on the Debtors' books and records as of the end of the month and are not based upon any estimate of their current market value. The Debtors reserve their rights to amend or adjust the value of each asset set forth herein.

**8. Intercompany Receivables/Payables.**

**In accordance with** *the Final Order (A) Authorizing Continued Use of the Debtors' Existing Cash Management System; (B) Authorizing Use of Existing Bank Accounts and Business Forms; (C) Granting a Limited Waiver of Requirements of Section 345(b) of the Bankruptcy Code; (D) Authorizing Continuation of Ordinary Course Intercompany Transactions; (E) Granting Administrative Expense Priority Status to Postpetition Intercompany Claims; and (F) Granting Related Relief,* dated April 7, 2020, [Docket 241], the Debtors to maintain intercompany ("I/C") receivables/payables with certain subsidiaries and affiliates.

**9. Liabilities Subject to Compromise.**

As a result of commencing the Chapter 11 Cases, the payment of prepetition indebtedness is subject to compromise or other treatment under a chapter 11 reorganization plan. Generally, actions to enforce or otherwise effect payment of prepetition liabilities are stayed.

The filing of the Chapter 11 Cases constituted an event of default under, or otherwise triggered repayment obligations with respect to, a number of debt instruments and agreements relating to direct and indirect financial obligations of the Debtors (collectively, the "Prepetition Debt"). As a result, obligations under the Prepetition Debt became automatically and immediately due and payable. The Debtors believe that any efforts to enforce the payment obligations under the Prepetition Debt have been stayed as a result of the filing of the Chapter 11 Cases.

| | |
|---|---:|
| **In re: Foresight Energy LP** | **Global Notes** |
| **Case No. (Jointly Administered)** | **20-41308-659** |
| **Reporting Period:** | **March 2020** |
| **Federal Tax I.D.#** | **80-0778894** |

**10. Liabilities Not Subject to Compromise.**

Although payment of prepetition claims is generally not permitted, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims in designated categories and subject to certain terms and conditions. This relief generally was designed to preserve the value of the Debtors' business and assets. To the extent such claims have been categorized as "Liabilities Not Subject to Compromise," the Debtors reserve their right to dispute their obligation to make such payments.

The Debtors have been paying and intend to continue to pay undisputed postpetition claims in the ordinary course of business.

**11. Reservation of Rights.**

Given the complexity of the Debtors' business, inadvertent errors, omissions or the overinclusion of contracts or leases may have occurred in the preparation of this MOR. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability or the executory nature of any claim amounts, representation or other statement in this MOR and reserve the right to amend or supplement this MOR, if necessary.

Nothing contained in this MOR shall constitute a waiver of the Debtors' rights or an admission with respect to the Chapter 11 Cases, including with respect to any issues involving the Debtors' ownership interests, substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws.

In re: Foresight Energy LP                                                                                                                    MOR-1

| | | |
|---|---|---|
| **Case No. (Jointly Administered)** | | 20-41308-659 |
| **Reporting Period:** | | March 10 – March 31, 2020 |
| **Federal Tax I.D.#** | | 80-0778894 |

## Schedule of Cash Receipts and Disbursements
### (Amounts in thousands)

| Debtor | Case Number | Cash Disbursements |
|---|---|---:|
| Adena Resources, LLC | 20-41314 | $ 1 |
| Akin Energy LLC | 20-41326 | - |
| American Century Mineral LLC | 20-41330 | - |
| American Century Transport LLC | 20-41322 | - |
| Coal Field Construction Company LLC | 20-41334 | 404 |
| Coal Field Repair Services LLC | 20-41329 | 75 |
| Foresight Coal Sales LLC | 20-41323 | 3 |
| Foresight Energy Employee Services Corporation | 20-41316 | - |
| Foresight Energy Finance Corporation | 20-41333 | - |
| Foresight Energy GP LLC | 20-41309 | - |
| Foresight Energy Labor LLC | 20-41337 | - |
| Foresight Energy LLC | 20-41312 | 1,920 |
| Foresight Energy LP | 20-41308 | - |
| Foresight Energy Services LLC | 20-41319 | 7,158 |
| Foresight Receivables LLC | 20-41321 | - |
| Hillsboro Energy LLC | 20-41328 | 297 |
| Hillsboro Transport LLC | 20-41318 | - |
| LD Labor Company LLC | 20-41324 | 18 |
| Logan Mining LLC | 20-41315 | - |
| Mach Mining, LLC | 20-41338 | 1,312 |
| Macoupin Energy LLC | 20-41331 | 265 |
| MaRyan Mining LLC | 20-41320 | 642 |
| M-Class Mining, LLC | 20-41335 | 2,395 |
| Oeneus LLC | 20-41313 | 169 |
| Patton Mining LLC | 20-41332 | 248 |
| Seneca Rebuild LLC | 20-41311 | 68 |
| Sitran LLC | 20-41310 | 15 |
| Sugar Camp Energy, LLC | 20-41336 | 4,936 |
| Tanner Energy LLC | 20-41317 | - |
| Viking Mining LLC | 20-41325 | - |
| Williamson Energy, LLC | 20-41327 | 1,987 |
| **Total** | | **$ 21,912** |

**Notes to MOR-1:**

The Debtors utilize a consolidated cash management system for cash receipts and cash disbursements. Cash receipts are not readily available by Debtor and are not included in MOR-1. Cash disbursements are also made utilizing the consolidated cash management system but are shown by Debtor based upon the entity for whom the payment was being made, on a book basis.

In re: Foresight Energy LP  MOR-1a

Case No. (Jointly Administered) 20-41308-659
Reporting Period: March 31, 2020
Federal Tax I.D.# 80-0778894

## Bank Account Information
### (Amounts in thousands)

| Legal Entity | Case Number | Bank Name | Account Number | Book Balance |
|---|---|---|---|---|
| Foresight Energy LLC | 20-41312 | Huntington National Bank | 9601 | $ 62,527 |
| Foresight Receivables LLC | 20-41321 | Huntington National Bank | 6973 | - |
| Foresight Energy LLC | 20-41312 | Huntington National Bank | 6694 | - |
| Foresight Energy LLC | 20-41312 | Huntington National Bank | 6681 | (1,904) |
| Foresight Energy LLC | 20-41312 | Huntington National Bank | 8214 | (33) |
| Foresight Energy Services | 20-41319 | Huntington National Bank | 6539 | 28 |
| MaRyan Mining LLC | 20-41320 | CNB Bank & Trust | 4605 | - |
| Mach Mining LLC | 20-41338 | First Southern Bank | 4129 | 6 |
| Hillsboro Energy LLC | 20-41318 | Huntington National Bank | 5031 | 438 |
| Patton Mining LLC | 20-41332 | CNB Bank & Trust | 6394 | 12 |
| Foresight Energy LP | 20-41308 | F.N.B. Wealth Management | 7011 | - |
| Foresight Energy LLC | 20-41312 | Huntington National Bank | 4944 | 226 |
| **Total** | | | | $ 61,300 |

**Notes to MOR-1a:**

All amounts listed above are the book balances as of month end. Negative balances primarily represent outstanding checks between Debtor's centralized bank accounts and Zero Balance Accounts on account of automatic sweep.

At March 31, 2020, the balance of the F.N.B. Wealth Management account ending in 7011 was $7,210,860.24. The Debtors book this amount on the Balance Sheet in "Other assets."

Copies of bank statements and cash disbursement journals are not included with MOR-1a, but will be made available upon request.

| | |
|---|---|
| In re: Foresight Energy LP | MOR-2 |
| **Case No. (Jointly Administered)** | 20-41308-659 |
| **Reporting Period:** | March 1 – March 31, 2020 |
| **Federal Tax I.D.#** | 80-0778894 |

## Unaudited Consolidated Statements of Operations
### (In Thousands)

| | Month Ended March 31, 2020 |
|---|---:|
| **Revenues** | |
| Coal sales | $ 33,308 |
| Other revenues | — |
| Total revenues | 33,308 |
| | |
| **Costs and expenses** | |
| Cost of coal produced (excluding depreciation, depletion and amortization) | 23,533 |
| Cost of coal purchased | — |
| Transportation | 263 |
| Depreciation, depletion and amortization | 11,724 |
| Contract amortization | (464) |
| Accretion | 274 |
| Selling, general and administrative | 2,128 |
| Other operating (income) expense, net | (9) |
| Operating loss | (4,141) |
| **Other (income) expenses** | |
| Interest expense, net | 4,481 |
| Interest expense, net - sale-leaseback financing arrangements | — |
| Reorganization items, net | (92,070) |
| Net income | $ 83,448 |

In re: Foresight Energy LP  MOR-2

Case No. (Jointly Administered) 20-41308-659
Reporting Period: March 1 – March 31, 2020
Federal Tax I.D.# 80-0778894

**Notes to MOR-2**

The Partnership's reorganization items for the month ended March 31, 2020 consisted of the following:

|  | Month Ended March 31, 2020 |
|---|---:|
|  | *(In Thousands)* |
| Professional fees | $ 5,808 |
| Accounts payable settlement gains | (22) |
| Gains on modification of sale-leaseback financing arrangements | (97,856) |
| Reorganization items, net | $ (92,070) |

Professional fees are only those that are directly related to the reorganization and include fees associated with advisors to the Debtors, the statutory committee of unsecured creditors and certain secured and unsecured creditors.

| In re: Foresight Energy LP | MOR-3 |
|---|---|
| **Case No. (Jointly Administered)** | 20-41308-659 |
| **Reporting Period:** | March 31, 2020 |
| **Federal Tax I.D.#** | 80-0778894 |

**Balance Sheet**
**(In Thousands)**

|  | March 31, 2020 |
|---|---:|
| **Assets** |  |
| Current assets: |  |
|    Cash and cash equivalents | $ 61,300 |
|    Accounts receivable | 13,289 |
|    Due from affiliates | 16,962 |
|    Inventories, net | 70,506 |
|    Deferred longwall costs | 17,232 |
|    Other prepaid expenses and current assets | 17,210 |
|    Contract-based intangibles | 516 |
|      Total current assets | 197,015 |
| Property, plant, equipment, and development, net | 1,891,564 |
| Financing receivables - affiliate (net of reserve of $59.8 million) | — |
| Prepaid royalties | 11,382 |
| Other assets | 20,106 |
|      Total assets | $ 2,120,067 |
| **Liabilities and partners' capital** |  |
| Current liabilities: |  |
|    Current portion of long-term debt | $ 53,586 |
|    Current portion of sale-leaseback financing arrangements | 2,500 |
|    Accrued interest | 390 |
|    Accounts payable | 7,095 |
|    Accrued expenses and other current liabilities | 52,134 |
|    Asset retirement obligations | 3,313 |
|    Due to affiliates | 2,325 |
|    Contract-based intangibles | 5,918 |
|      Total current liabilities | 127,261 |
| Long-term debt | — |
| Sale-leaseback financing arrangements | 56,608 |
| Asset retirement obligations | 53,372 |
| Other long-term liabilities | 6,853 |
| Contract-based intangibles | 59,307 |
|      Total liabilities not subject to compromise | 303,401 |
|      Liabilities subject to compromise | 1,509,337 |
|       Total liabilities | 1,812,738 |
| Limited partners' capital: |  |
|    Total limited partners' capital | 307,329 |
|      Total liabilities and partners' capital | $ 2,120,067 |

| | |
|---|---|
| In re:  Foresight Energy LP | MOR-3 |
| **Case No. (Jointly Administered)** | **20-41308-659** |
| **Reporting Period:** | **March 31, 2020** |
| **Federal Tax I.D.#** | **80-0778894** |

**Notes to MOR-3:**

Liabilities subject to compromise consist of the following:

| | March 31, 2020 |
|---|---:|
| | *(In Thousands)* |
| Debt obligations | $ 1,318,059 |
| Accrued interest | 66,138 |
| Accounts payable | 93,097 |
| Accrued expenses and other liabilities | 19,749 |
| Due to affiliates | 12,294 |
| Liabilities subject to compromise | $ 1,509,337 |

| | | |
|---|---|---|
| In re: Foresight Energy LP | | MOR-6 |
| **Case No. (Jointly Administered)** | | 20-41308-659 |
| **Reporting Period:** | | March 10 – March 31, 2020 |
| **Federal Tax I.D.#** | | 80-0778894 |

**Schedule of Payments to Professionals**
**(Amounts in thousands)**

| Professional | Role | Amount Paid 3/10/20 Thru 3/31/20 |
|---|---|---:|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Debtor National Counsel | $ - |
| Armstrong Teasdale LLP | Debtor Local Counsel | - |
| Jefferies Group | Debtor Investment Banker | - |
| FTI Consulting, Inc. | Debtor Financial Advisor | - |
| Prime Clerk | Debtor Claims Agent | - |
| Akin Gump Strauss Hauer & Feld LLP | First Lien Lender Counsel | - |
| Lazard | First Lien Lender Investment Banker | - |
| Sullivan & Worcester LLP | First Lien Lender Term Loan Agent Legal Coun | - |
| Thompson Coburn LLP | First Lien Lender Local Counsel | - |
| Buchanan Ingersoll & Rooney PC | First Lien Revolver Legal Counsel | - |
| Conway Mackenzie | First Lien Revolver Financial Advisor | - |
| Milbank LLLP | Second Lien Lender Legal Counsel | 96 |
| Perella Weinberg Partners | Second Lien Lender Investment Banker | - |
| Berkeley Research Group | UCC Financial Advisor | - |
| Whiteford Taylor Preston, LLP | UCC Counsel | - |
| **Total** | | **$ 96** |

**Notes to MOR 6**

Payments to ordinary course professionals or consultants are not included in MOR-6.

| In re: Foresight Energy LP | | MOR-6 |
|---|---|---|
| Case No. (Jointly Administered) | | 20-41308-659 |
| Reporting Period: | | March 10 – March 31, 2020 |
| Federal Tax I.D.# | | 80-0778894 |

**Secured Notes Adequate Protection Payments**
**(Amounts in thousands)**

| Principal | Beginning Balance | Advances | Repayments | Other | Ending Balance |
|---|---|---|---|---|---|
| DIP Term Loan | $ - | $ 55,000 | $ - | $ - | $ 55,000 |
| 1st Lien Revolver | 157,000 | - | - | - | 157,000 |
| 1st Lien Term Loan | 743,286 | - | - | - | 743,286 |
| Total | $ 900,286 | $ 55,000 | $ - | $ - | $ 955,286 |

| Accrued Interest/Fees | Beginning Balance | Incurred | Payments | Other | Ending Balance |
|---|---|---|---|---|---|
| DIP Term Loan | $ - | $ 385 | $ - | $ - | $ 385 |
| 1st Lien Revolver | 2,342 | - | - | - | 2,342 |
| 1st Lien Term Loan | 16,531 | - | - | - | 16,531 |
| Total | $ 18,873 | $ 385 | $ - | $ - | $ 19,258 |

| In re: Foresight Energy LP | MOR-7 |
|---|---|
| **Case No. (Jointly Administered)** | 20-41308-659 |
| **Reporting Period:** | March 2020 |
| **Federal Tax I.D.#** | 80-0778894 |

### Debtor Questionnaire

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Explanation |
|---|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | |
| 3. | Is the Debtor delinquent in the timely filing of any postpetition tax returns? | | X | See attestation |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | X | See attestation |
| 6. | Have any payments been made on prepetition liabilities this reporting period? | X | | Only as allowed by order approved by the court |
| 7. | Are any postpetition receivables (accounts, notes or loans) due from related parties? | X | | Ordinary course transactions with affiliates discussed in Cash Management Motion |
| 8. | Are any postpetition payroll taxes past due? | | X | See attestation |
| 9. | Are any postpetition State or Federal income taxes past due? | | X | See attestation |
| 10. | Are any postpetition real estate taxes past due? | | X | See attestation |
| 11. | Are any other postpetition taxes past due? | | X | See attestation |
| 12. | Have any prepetition taxes been paid during this reporting period? | X | | Only as allowed by order approved by the court |
| 13. | Are any amounts owed to postpetition creditors delinquent? | | X | |
| 14. | Are any wage payments past due? | | X | |
| 15. | Have any postpetition loans been received by the Debtor from any party? | X | | Debtor-in-possession financing as approved by the court |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |

| | |
|---|---|
| In re: Foresight Energy LP | MOR-7 |
| Case No. (Jointly Administered) | 20-41308-659 |
| Reporting Period: | March 2020 |
| Federal Tax I.D.# | 80-0778894 |

## Report of Other Significant Events

**Provide date(s) and brief narrative description for any significant management, legal, accounting or other financial events which occurred during the month that are not otherwise reported previously in this document.**

On March 10, 2020, the Debtors filed several motions (the "First Day Motions"), including motions that (i) allowed the Debtors to pay prepetition wages and benefits for its workforce, (ii) prohibited utilities from discontinuing service and authorized the Debtors to provide adequate assurance deposits, (iii) authorized the Debtors to pay prepetition obligations to certain critical vendors and shippers, (iv) allowed the Debtors to maintain their existing cash management system on an interim basis, (v) authorized the Debtors to enter into postpetition debtor-in-possession financing facility. The First Day Motions have been approved on either a final or interim basis as of the submission of this report.

As a result of the outbreak of the novel strain of the coronavirus (COVID-19), physical and economic uncertainties have arisen which potentially could negatively impact the Partnership's operations. At this time, the Partnership cannot quantify the full impact. Other financial impacts could occur though any such potential impact is unknown at this time.



**FORESIGHT ENERGY**

March 31, 2020

Office of the United States Trustee

Subject: <u>Attestation Regarding Payment of Postpetition Taxes</u>

Foresight Energy LP filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code in the Bankruptcy Court for the Eastern District of Missouri on March 10, 2020 (collectively, the "Debtors") hereby submit this attestation regarding taxes incurred postpetition by the Debtors (the "Postpetition Taxes").

To the best of the Debtors' knowledge, as of the date hereof, (i) all Postpetition Taxes that are not subject to dispute or reconciliation are current and (ii) there are no material disputes or reconciliations with respect to the Postpetition Taxes. For the purpose of this attestation, "Postpetition Taxes" is meant to encompass severance taxes, coal excise taxes, sales and use taxes, employment and wage-related taxes, franchise taxes and fees, property taxes, foreign taxes, income taxes, and other taxes incurred postpetition by the Debtors.

_____
Name: Robert D. Moore
Position: President and Chief Executive Officer

Sworn to and Subscribed before me on this
__14th__ day of __April__, 2020.

_____
Notary Public

My Commission Expires: __August 24, 2024__

PATSY L. JENKINS
Notary Public
State of Ohio
My Commission Expires Aug. 24, 2024



**FORESIGHT ENERGY**

March 31, 2020

Office of the United States Trustee

Subject: <u>Attestation Regarding Payment of Insurance Premiums</u>

Foresight Energy LP filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code in the Bankruptcy Court for the Eastern District of Missouri on March 10, 2020 (collectively, the "Debtors") hereby submit this attestation regarding premiums for insurance programs maintained by the Debtors (the "Insurance Premiums").

To the best of the Debtors' knowledge, as of the date hereof, (i) all Insurance Premiums that are not subject to dispute or reconciliation are current and (ii) there are no material disputes or reconciliations with respect to the Insurance Premiums.

_____
Name:  Robert D. Moore
Position:  President and Chief Executive Officer

Sworn to and Subscribed before me on this
__14th__ day of __April__, 2020.

_____
Notary Public

My Commission Expires: August 24, 2024

PATSY L. JENKINS
Notary Public
State of Ohio
My Commission Expires Aug. 24, 2024