**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In re:** | **Case No.: 20–41308 – A659** |
| Foresight Energy LP | **Chapter: 11** |
| **Debtor(s)** | |

### ORDER

All attorneys practicing in the Bankruptcy Court in the Eastern District of Missouri are required to electronically file every document and pleading through the Court's CM/ECF system pursuant to Fed. R. Bankr. P. 5005(A) and Local Bankruptcy Rule 5005.

The Court received the following document(s) from Edward Q. Costa filed in **paper format**.

   Document(s): Proof of Claim
   Document Number(s): Proof of Claim #21 for case 20–41331

**IT IS ORDERED** that Edward Q. Costa shall **file all subsequent documents and pleadings** in electronic format in accordance with the Court's Procedures Manual. No later than 14 days from the date of this order, Edward Q. Costa must either:

   (1) register online for an ECF login at www.moeb.uscourts.gov;
   (2) complete CM/ECF training, if necessary, by contacting, Training Coordinator at (314) 244–4606;
   (3) update a past ECF login by contacting the CM/ECF Analyst at (314) 244–4905; or
   (4) file electronically by using the public computer/scanning facilities provided by the Court at its
       Intake counter during normal business hours from 8:30 a.m. to 4:30 p.m.

**IT IS FURTHER ORDERED** that any document or pleading filed by or on behalf of Edward Q. Costa in paper format in any case 14 days after the date of this order **will not be accepted** and will be returned **UNFILED**.

*Kathy A. Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 5/5/20
**St. Louis, Missouri**
**Rev. 12/18 oreqecf**