**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-41308-659 |
| | ) | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Docket Nos. 338 & 341 |
| | ) | |
| | ) | **Hearing Date**: June 23, 2020 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

<u>**NOTICE OF ADJOURNMENT AND CONTINUANCE OF HEARING**</u>

PLEASE TAKE NOTICE that the hearing on the following:

- *Motion of Cory Leitschuh for Relief from the Automatic Stay* [Docket No. 338]; and

- *Motion of Terra Payne, as Special Administrator of the Estate of Daniel Hans Payne, Deceased for Relief from the Automatic Stay* [Docket No. 341]

(collectively, the "<u>Matters</u>"), previously scheduled for May 14, 2020 at 10:00 a.m. (Central Time),

**is adjourned and continued to June 23, 2020 at 10:00 a.m. (Central Time)** in Courtroom 7

North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis,

Missouri 63102. Debtors shall file any response(s) to the Matters on or before June 13, 2020.

**WARNING: THESE MATTERS SEEK AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED THEREIN, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN.**

**IF YOU OPPOSE THE MATTERS AND HAVE NOT REACHED AN AGREEMENT PRIOR TO THE HEARING, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MATTERS AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Dated:   May 8, 2020                    GOLDENBERG HELLER & ANTOGNOLI, P.C.
         St. Louis, Missouri

                                        */s/  Joel A. Kunin*  _____
                                        Joel A. Kunin
                                        2227 South State Route 157
                                        Edwardsville, IL 62025
                                        Telephone:  618.656.5150
                                        Facsimile:  618.656.6230
                                        Email:  jkunin@ghalaw.com

                                        *Attorneys for Movants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served electronically this 8th day of May, 2020, via CM/ECF to all persons receiving notice through that system. The undersigned further certifies that a true and correct copy of the foregoing was served this 8th day of May, 2020, on all parties on the Debtors' most recent Master Notice list dated April 7, 2020 (a) by email, where email addresses are provided and (b) by the United States Postal Service, postage fully prepaid, in the event the most recent Master Notice List does not include an email address.

**/s/ Joel A. Kunin**