UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | |
| FORESIGHT ENERGY LP, *et al.*, ) | Case No. 20-41308-659 | |
| ) | Chapter 11 | |
| Debtor(s). ) | Jointly Administered | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Jeffrey C. Wisler, move to be admitted pro hac vice to the bar of this Court for the purpose of representing RLHI, LLC and RLF P-1, Inc. affiliates of Residual Based Finance Corporation in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

- a. *Full name of the movant-attorney;*
  **Jeffrey C. Wisler**

- b. *Address and telephone number of the movant-attorney;*
  **1201 North Market Street, 20th Floor,**
  **Wilmington, DE 19801**
  **(302) 888-6258**
  **jwilser@connollygallagher.com**

- c. *Name of the firm or letterhead under which the movant practices;*
  **Connolly Gallagher LLP**

- d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*
  **Rutgers University School of Law (J.D. 1988)**

- e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*
  Delaware (#2795), 1989
  **United States District Court District of Delaware, 1989**
  **United States Court of Appeals for the Third Circuit, 1991**
  **New Jersey, 1989**
  **United States District Court District of New Jersey, 1989**
  **United States Tax Court, 1990**

  *f.*  *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*
    **Movant is a member in good standing to practice before the courts to which he has been admitted and has not been disciplined by any court or administrative and there are no pending disciplinary proceedings.**

  *g.*  *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*
    **Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.**

  Movant has associated with Summers Compton Wells as local counsel in this matter only for the purpose of the filing of this Motion. Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

May 8, 2020         /s/ Jeffrey C. Wisler
              Jeffrey C. Wisler (DE 2795)
              Connolly Gallagher LLP
              1201 North Market Street, 20th Floor
              Wilmington, DE 19801
              (302) 888-6258
              jwisler@connollygallegher.com

              SUMMERS COMPTON WELLS LLC

May 8, 2020          /s/ David A. Sosne
              DAVID A. SOSNE, #28365MO
              8909 Ladue Road
              St. Louis, Missouri 63124
              Telephone: (314) 991-4999
              Facsimile:  (314) 991-2413
              dasattymo@summerscomptonwells.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, I caused a copy of the foregoing to be served by electronic mail upon all parties receiving notice through the Court's CM/ECF Noticing System.

*/s/ Christina L. Hauck*
Christina L. Hauck