**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FORESIGHT ENERGY LP, et al. | ) | Case No. 20-41308-659 |
| | ) | Chapter 11         #447 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER GRANTING RELIEF FROM STAY

This matter comes before the Court on the Consent Motion of Core & Main LP ("Core & Main") for Relief from the Automatic Stay regarding three (3) separate mechanic's lien enforcement actions against Debtors Sugar Camp Energy, LLC and Williamson Energy, LLC and other parties in the State of Illinois. Based upon the record as a whole, and in consideration of the Debtors' consent to the relief requested by Core & Main, the Court finds good cause to grant the relief requested.

THEREFORE, IT IS HEREBY ORDERED THAT the automatic stay of 11 U.S.C. § 362 is terminated so as to allow Core & Main to seek to enforce its state law rights to perfect the mechanic's liens Core & Main has filed in the State of Illinois concerning certain real property interests of the Debtors Sugar Camp Energy, LLC and Williamson Energy, LLC and other parties in those states, including but not limited to the right to file state court actions to perfect the liens and name the Debtor as a defendant in such actions, provided that no collection action will be taken by Core & Main against the Debtors Sugar Camp Energy, LLC and Williamson Energy, LLC or its assets other than within the instant bankruptcy case.

No later than two days after the date this Order is entered on the docket, the Claims and Noticing Agent is directed to serve a copy of this Order and is directed to file a certificate of service no later than 24 hours after such service.

**SO ORDERED:**

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: May 22, 2020
St. Louis, Missouri
jjh

ORDER SUBMITTED BY:

LEWIS RICE LLC

By   /s/ Larry E. Parres
    Larry E. Parres

600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
(314) 444-7600

*Attorneys for Core & Main LP*