**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | #688 |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING FINAL APPLICATION OF**
**BERKLEY RESEARCH GROUP, LLC FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS FINANCIAL ADVISOR TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**DURING THE PERIOD MARCH 20, 2020 THROUGH  JUNE 30,2020**

This matter came before the Court upon the *Final Application of Berkley Research Group LLC for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors during the Period March 20, 2020 Through June 30, 2020* (the "Application") (Docket No. 688).[1]  The Court having reviewed the Application and the time records identifying the services rendered during the Fee Period, and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore,

IT IS HEREBY ORDERED:

1.	The Application is GRANTED.

2.	BRG is allowed final compensation in the amount of $1,133,781.38 and reimbursement of expenses in the amount of $160.00.

---

[1] Capitalized terms not defined herein shall having the meanings ascribed to them in the Application.

3.      The Debtors are authorized to disburse to BRG payment in the amount of the

difference between the allowed amounts and the actual monthly payments previously received by

BRG for fees and expenses incurred during the Fee Period.

4.      This Order shall be effective immediately upon entry.

No later than two business days after the date of this Order, the Notice and Claims Agent

appointed in the above captioned bankruptcy cases shall serve a copy of this Order and shall file a

certificate of service no later than 24 hours after service.

KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED:  August 28, 2020
St. Louis, Missouri
jjh

2

Submitted by:

AFFINITY LAW GROUP, LLC

_____

J. Talbot Sant, Jr., 35324MO
1610 Des Peres Road, Suite 100
St. Louis, MO 63131
(314) 872-3333 Telephone
(314) 872-3365 Facsimile
tsant@affinitylawgrp.com

and

WHITEFORD TAYLOR & PRESTON, L.L.P.
Michael J. Roeschenthaler (admitted *pro hac vice*)
200 First Avenue, Third Floor
Pittsburgh, PA 15222-1512
(412) 618-5600 Telephone
Email: mroeschenthaler@wtplaw.com

and

Christopher A. Jones (admitted *pro hac vice*)
David W. Gaffey (admitted *pro hac vice*)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4558
(703) 280-9260 Telephone
Email:  cajones@wtplaw.com
Email:  dgaffey@wtplaw.com

*Counsel to the Official Committee of*
*Unsecured Creditors of Foresight Energy LP, et al.*

3