**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re:

FORESIGHT ENERGY LP, et al.,

Debtors.

Chapter 11
Case No. 20-41308-659
 #734 (re #690)
(Jointly Administered)

**AMENDED ORDER GRANTING FINAL APPLICATION OF AFFINITY LAW GROUP, LLC AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE FINAL COMPENSATION PERIOD FROM MARCH 19, 2020 THROUGH JUNE 30, 2020**

This matter came before the Court upon the *Final Application of Affinity Law Group, LLC as Local Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Final Compensation Period March 19, 2020 through June 30, 2020* (the "Application") (Docket No. 690).[1]  The Court having reviewed the Application and the time records identifying the services rendered during the Final Application Period, and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore, it is hereby ORDERED as follows:

1. The Application is GRANTED.

2. Affinity Law Group ("Affinity") is allowed final compensation in the amount of $14,568.40 and reimbursement of expenses in the amount of $631.26.

---

[1] Capitalized terms not defined herein shall having the meanings ascribed to them in the Application.

3.      The Debtors are authorized to disburse to Affinity payment in the amount of the difference between the allowed amounts and the actual monthly payments previously received by Affinity for fees and expenses incurred during the Final Application Period.

4.      This Order shall be effective immediately upon entry.

KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: September 1, 2020
St. Louis, Missouri
jjh

Order prepared by:
J. Talbot Sant, Jr., 35324MO
Affinity Law Group, LLC
1610 Des Peres Rd., Suite 100
St. Louis, Missouri 63131

2