# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FORESIGHT ENERGY LP, *et al.*, | ) | Case No. 20-41308-659 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE OF PAPERS

**TO THE HONORABLE COURT, CLERK AND PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws his appearance for James Gass, Shawn Rorer, and Ricky McDaniel in the above-captioned Chapter 11 cases. The undersigned further requests to be removed from all service lists in these cases, including all electronic service lists and the ECF notification system.

WHEREFORE, the undersigned counsel respectfully requests to be removed from all service lists in these cases as stated above.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Shores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: December 14, 2020
St. Louis, Missouri

                Respectfully submitted,

                **CAPES SOKOL GOODMAN & SARACHAN, P.C.**

                */s/ R. Thomas Avery*
                R. Thomas Avery, #45340MO
                Andrew W. Blackwell #64734MO
                8182 Maryland Ave, Fifteenth Floor
                Saint Louis, Missouri 63105
                (314) 721-7701 (telephone)
                (314) 721-0554 (facsimile)
                avery@capessokol.com
                blackwell@capessokol.com

## CERTIFICATE OF SERVICE

     The undersigned certifies that a true and correct copy of the foregoing was served electronically this 14th day of December, 2020, via CM/ECF to all persons receiving notice through that system.  The undersigned further certifies that a true and correct copy of the foregoing was served this 14th day of December, 2020, on all parties on the Debtors' most recent Master Service List (a) by email, where email addresses are provided and (b) by the United States Postal Service, postage fully prepaid, in the event of the most recent Master Service List does not include an email address.

                */s/ R. Thomas Avery*